IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**A. ASMAN, et al.,**<br><br>Defendants. | Case No. 2:20-cv-00195-JAM-CKD<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Defendants J. Aamot, A. Andaluz, M. Ashe, A. Asman, E. Bradley, E. Branman, R. Brockenborough, L. Ceballos, S. Heatley, J. Johnson, S. Ramkumar, C. Smith, K. Tebrock, and V. Wanie ("Defendants") apply ex parte under Local Rule 144(c) for an extension of the deadline to respond to the First Amended Complaint to May 4, 2020. (ECF No. 10.) After full consideration, and good cause appearing, IT IS ORDERED that Defendants' ex parte application is GRANTED.

Dated: April 3, 2020

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.schm.195

1