1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JAY M. GOLDMAN, State Bar No. 168141
   Supervising Deputy Attorney General
3  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
4    1515 Clay Street, 20th Floor
     P.O. Box 70550
5    Oakland, CA  94612-0550
     Telephone:  (510) 879-0802
6    Fax:  (510) 622-2270
     E-mail:  Jennifer.Nygaard@doj.ca.gov
7  *Attorneys for Defendants Aamot, Ashe, Andaluz,
   Asman, Bradley, Branman, Brockenborough,*
8  *Brunkhorst, Burns, Campbell, Ceballos, Heatley, J.
   Johnson, Lizarraga, Ramkumar, C. Smith, M. Smith,*
9  *Tebrock, and Wanie*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>                                Plaintiffs,<br><br>          v.<br><br>**A. ASMAN, et al.,**<br><br>                                Defendants. | 2:20-cv-00195-JAM-CKD (PS)<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS BRUNKHORST, BURNS, CAMPBELL, LIZARRAGA, AND M. SMITH'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT (Local Rule 144(a))**<br><br>Judge:       The Honorable Carolyn K. Delaney<br>Trial Date:  Not Scheduled<br>Action Filed: January 27, 2020 |

Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Brunkhorst, Burns, Campbell, Lizarraga, and M. Smith stipulate and agree that Defendants Brunkhorst, Burns, Campbell, Lizarraga, and M. Smith may have until May 4, 2020, to file a responsive pleading to Plaintiffs' First Amended Complaint.

The Parties agree that good cause exists for the extension because the Court previously granted Defendants Aamot, Andaluz, Ashe, Asman, Bradley, Branman, Brockenborough,

1

Ceballos, Heatley, J. Johnson, Ramkumar, C. Smith, Tebrock, and V. Wanie an extension of time up to May 4, 2020, to file a responsive pleading to Plaintiffs' First Amended Complaint. (ECF No. 11.)

This stipulation is in the interest of judicial economy because it will avoid the filing of multiple motions to dismiss. This is the first stipulation for an extension of time between the Plaintiffs and Defendants Brunkhorst, Burns, Campbell, Lizarraga, and M. Smith.

IT IS SO STIPULATED.

Dated: April _____, 2020

_____
Thomas J. Schmitz, Plaintiff

Dated: April _____, 2020

_____
Dianne Mallia, Plaintiff

Dated: April _____, 2020

_____
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendants*
*Brunkhorst, Burns, Campbell, Lizarraga, and M. Smith*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 24, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.195.schm
SF2020200637
14535615

2

Stip. & Order Extending Defs.' Time Respond Pls.' First Am. Compl. (2:20-cv-00195-JAM-CKD)