IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **A. ASMAN, et al.,** <br><br> Defendants. | Case No. 2:20-cv-00195-JAM-CKD (PS) <br><br> **ORDER GRANTING DEFENDANT R. JOHNSON'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Defendant R. Johnson applies ex parte under Local Rule 144(c) for an extension of the deadline to respond to the First Amended Complaint to May 4, 2020. After full consideration, and good cause appearing, IT IS ORDERED that Defendant R. Johnson's ex parte application is granted.

Dated:  April 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.195.ext