| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**A. ASMAN, et al.,**<br><br>Defendants. | Case No. 2:20-cv-00195-JAM-CKD (PS)<br><br>**ORDER GRANTING DEFENDANT LIZARRAGA'S MOTION FOR AN ORDER INSTRUCTING THE CLERK TO REDACT PROOF OF SERVICE** |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Defendant Lizarraga moves for an order instructing the Clerk to redact his home address from the proof of service previously filed with the Court (ECF No. 13 at 2).

After full consideration, and good cause appearing, the Court grants Defendant's motion. Defendant is a peace officer, and disclosure of his home addresses violates the public policy of confidentiality, and jeopardizes Defendant's safety and security. *Hackett v. Superior Court*, 13 Cal.App.4th 96, 100 (1993); *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Further, defendants' counsel have represented that they contacted the plaintiffs who have no objection to this request.

////

////

////

1  After full consideration, and good cause appearing, the Court grants Defendant Lizarraga's
2  motion (ECF No. 31). The Clerk is instructed to redact Defendant Lizarraga's address from
3  Docket No. 13 at page 2.
4  IT IS SO ORDERED.
5  Dated: June 3, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE