THOMAS J. SCHMITZ
DIANNE MALLIA
  1753 Woodleaf Circle
  Roseville, CA  95747
  Telephone:  (707) 694-8158
  E-mail:  tsfoot49@gmail.com
*Plaintiffs, ProSe*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  Fax:  (510) 622-2270
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Andaluz, Brockenborough, Ceballos, Golding, Heatley, R. Johnson, Lizarraga, Robinson, M. Smith, and Tebrock*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**A. ASMAN, et al.,**<br><br>Defendants. | 2:20-cv-00195-JAM-CKD (PS)<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT**<br><br>Judge:  The Honorable Carolyn K. Delaney<br>Trial Date:  Not Scheduled<br>Action Filed:  January 27, 2020 |

Under Civil Local Rule 143, Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Andaluz, Brockenborough, Ceballos, Golding, Heatley, R. Johnson, Lizarraga, Robinson, M. Smith, and Tebrock ("Defendants") stipulate as follows:

On June 25, 2020, the Court issued an order partially granting and partially denying Defendants' motions to dismiss, and denying Plaintiffs' motion for the Court to reconsider the

1

Stip. & Order Extending Deadline Pls. File Second Am. Compl.  (2:20-cv-00195-JAM-CKD)

1 | Clerk's denial of Plaintiffs' request to enter default against Defendant Golding.  (ECF No. 41.)
2 | The Court ordered that Plaintiffs shall file a Second Amended Complaint within twenty-days of
3 | the date of the order, and that if Plaintiffs did not file a Second Amended Complaint, the case
4 | would proceed on the First Amended Complaint.  (*Id*. at 15.)  Accordingly, the deadline for
5 | Plaintiffs to file a Second Amended Complaint is July 16, 2010.  (*See id.*)
6 | Plaintiffs have requested that Defendants stipulate to extend the deadline to file a Second
7 | Amended Complaint to September 1, 2020.  Defendants agree to the requested extension.
8 | Therefore, IT IS STIPULATED AND AGREED, subject to Court's approval, that the deadline
9 | for Plaintiffs to file a Second Amended Complaint is extended to September 1, 2020.  If Plaintiffs
10 | do not file a Second Amended Complaint on or before September 1, 2020, the case will proceed
11 | on the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: July ____, 2020          _____
                                Thomas J. Schmitz, Plaintiff

Dated: July ____, 2020          _____
                                Dianne Mallia, Plaintiff

Dated: July ____, 2020          _____
                                Jennifer J. Nygaard
                                Deputy Attorney General
                                *Attorney for Defendants Andaluz, Brockenborough, Ceballos, Golding, Heatley, R. Johnson, Lizarraga, Robinson, M. Smith, and Tebrock*

**IT IS SO ORDERED.**

July 7, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.195.schmitz stip

2

Stip. & Order Extending Deadline Pls. File Second Am. Compl.  (2:20-cv-00195-JAM-CKD)