THOMAS J. SCHMITZ
DIANNE MALLIA
  1753 Woodleaf Circle
  Roseville, CA  95747
  Telephone:  (707) 694-8158
  E-mail:  tsfoot49@gmail.com
*Plaintiffs, ProSe*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  1515 Clay Street, 20th Floor
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brockenborough, Brunkhorst, CDCR, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, and Wanie*

MICHAEL TERHORST, State Bar No. 164679
Beeson Terhorst, LLP
  510 Bercut Drive, Suite V
  Sacramento, CA 95811
  Telephone:  (916) 444-3400
  E-mail:  michael@beesonterhorst.com
*Attorneys for Defendants Kuich and Lizarraga*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**A. ASMAN, et al.,**<br><br>Defendants. | 2:20-cv-00195-JAM-CKD (PS)<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' FIRST SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Judge:  The Honorable Carolyn K. Delaney<br>Trial Date:  Not Scheduled<br>Action Filed:  January 27, 2020 |

1

Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brockenborough, Brunkhorst, CDCR, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, Wanie, Kuich and Lizarraga ("Defendants") (collectively "The Parties") stipulate and agree that Defendants may have until October 29, 2020, to respond to Plaintiffs' First Set of Requests for Production of Documents served on Defendant Lizarraga on August 13, 2020, and Plaintiffs' First Set of Requests for Production of Documents served on the remaining Defendants on August 13, 2020.

The Parties agree that good cause exists for the extension because the Parties need additional time to meet and confer regarding Plaintiffs' requests, and Defendants need additional time to search for and gather responsive documents, and prepare responses, objections, privilege logs and declarations.

This is the first stipulation between the Parties for an extension of time for Defendants to respond to Plaintiffs' first sets of requests for production of documents.

IT IS SO STIPULATED.

Dated: September _1_, 2020        */S/ Thomas Schmitz*_____
                                  Thomas J. Schmitz, Plaintiff

Dated: September _1_, 2020        */S/ Dianne Mallia*_____
                                  Dianne Mallia, Plaintiff

Dated: September _3_, 2020        */S/ Jennifer J. Nygaard*_____
                                  Jennifer J. Nygaard
                                  Deputy Attorney General
                                  *Attorney for Defendants Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brockenborough, Brunkhorst, CDCR, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, and Wanie*

Dated:  September _3_, 2020         /S/ Michael Terhorst_____
                                    Michael Terhorst
                                    *Attorney for Defendants Kuich and Lizarraga*

**ORDER**

It is so ordered.

Dated:  September 3, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.195.stip

3

Stip. & [Proposed] Order Ext. Defs.' Time Respond Pls.' First Sets Req. Produc. Docs. (2:20-cv-00195-JAM-CKD)