THOMAS J. SCHMITZ
DIANNE MALLIA
  1753 Woodleaf Circle
  Roseville, CA  95747
  Telephone:  (707) 694-8158
*Plaintiffs, ProSe*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JENNIFER J. NYGAARD, State Bar No. 229494
  1515 Clay Street, 20th Floor
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
*Attorneys for Defendants Adams, Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brunkhorst, Brockenborough, CDCR, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, and Wanie*

MICHAEL TERHORST, State Bar No. 164679
Beeson Terhorst, LLP
  510 Bercut Drive, Suite V
  Sacramento, CA 95811
  Telephone:  (916) 444-3400
*Attorneys for Defendants Kuich and Lizarraga*

BRUCE E. SALENKO, State Bar No. 106267
VANESSA N. RAVEN, State Bar No. 294276
LOW MCKINLEY & SALENKO, LLP
  2150 River Plaza Drive, Suite 250
  Sacramento, CA 95833
  Telephone:  (916) 231-2400
*Attorneys for Defendant DeNigris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,** | 2:20-cv-00195-JAM-CKD |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| **A. ASMAN, et al.,** | Judge: The Honorable Carolyn K. Delaney |
| Defendants. | Trial Date: Not Scheduled |
| | Action Filed: January 27, 2020 |

1

In accordance with Local Rules 144, 143, and 230(f), Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Adams, Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brockenborough, Brunkhorst, CDCR, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, Wanie, Kuich, Lizarraga, and DeNigris ("Defendants") (collectively "The Parties") stipulate and agree to continue the hearings on Defendants' motions to dismiss the Second Amended Complaint (ECF Nos. 63, 64, 65, 68) currently scheduled for September 30, 2020, to October 28, 2020, at 10:00 a.m.

The Parties agree that good cause exists for the continuance because Plaintiffs need additional time to oppose Defendants' motions to dismiss.

This is the first stipulation between the Parties to continue the hearings on Defendants' motions to dismiss.

IT IS SO STIPULATED.

Dated:  September _3_, 2020          _/S/ Thomas J. Schmitz_____
                                     Thomas J. Schmitz, Plaintiff

Dated:  September _3_, 2020          _/S/ Dianne Mallia_____
                                     Dianne Mallia, Plaintiff

Dated:  September _4_, 2020          _/S/ Jennifer J. Nygaard_____
                                     Jennifer J. Nygaard
                                     Deputy Attorney General
                                     *Attorney for Defendants Adams, Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brockenborough, Brunkhorst, CDCR, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, and Wanie*

Dated:  September _4_, 2020          _/S/ Michael Terhorst_____
                                     Michael Terhorst
                                     *Attorney for Defendants Kuich and Lizarraga*

2

Stip. & [Proposed] Order Continuing Hearing Defs.' Mot. Dismiss Second Am. Compl. (2:20-cv-00195-JAM-CKD)

Dated:  September _4_, 2020    /S/ Vanessa Raven_____
                                                   Vanessa Raven
                                                   *Attorney for Defendant DeNigris*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.195.stipmtd

3

Stip. & [Proposed] Order Continuing Hearing Defs.' Mot. Dismiss Second Am. Compl. (2:20-cv-00195-JAM-CKD)