THOMAS J. SCHMITZ
DIANNE MALLIA
  1753 Woodleaf Circle
  Roseville, CA  95747
  Telephone:  (707) 694-8158
  E-mail:  tsfoot49@gmail.com
*Plaintiffs, ProSe*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  Fax:  (510) 622-2270
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Adams, Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brockenborough, Brunkhorst, CDCR, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, and Wanie*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>                                          Plaintiffs,<br><br>     v.<br><br>**A. ASMAN, et al.,**<br><br>                                          Defendants. | 2:20-cv-00195-JAM-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' AMENDED FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Judge:        The Honorable Carolyn K. Delaney<br>Trial Date:  N/A<br>Action Filed: January 27, 2020 |

Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brockenborough, Brunkhorst, CDCR, Ceballos,

1

Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, and Wanie ("Defendants") (collectively "The Parties") stipulate and agree that Defendants may have until January 8, 2021, to respond to Plaintiffs' Amended First Set of Requests for Production of Documents served on Defendants on September 27, 2020.

The Parties agree that good cause exists for the extension because the Court issued an Order and Findings and Recommendations partially granting Defendants' motion to dismiss the Second Amended Complaint on November 16, 2020.  If the District Judge adopts the Findings and Recommendations, many of Plaintiffs' requests will be irrelevant, and some of the Defendants whom the requests are addressed to will be dismissed from this action.

This is the second stipulation between the Parties for an extension of time for Defendants to respond to Plaintiffs' Amended First Set of Requests for Production of Documents.  The parties previously stipulated to a twenty-eight day extension of time for Defendants to respond to Plaintiffs' Amended First Set of Requests for Production of Documents pending the Court's ruling on Defendants' motion to dismiss.  (ECF No. 81).  This stipulation extends Defendants' current deadline to respond by forty-five days.

IT IS SO STIPULATED.

Dated:  November __17__, 2020      */S/ Thomas J. Schmitz*_____
                                   Thomas J. Schmitz, Plaintiff

Dated:  November __17__, 2020      */S/ Dianne Mallia*_____
                                   Dianne Mallia, Plaintiff

Dated:  November __18__, 2020      */S/ Jennifer J. Nygaard*_____
                                   Jennifer J. Nygaard
                                   Deputy Attorney General
                                   *Attorney for Defendants Adams, Ashe, Andaluz, Asman, Bradley, Branman, Brizendine, Brockenborough, Brunkhorst, CDCR, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, C. Smith, M. Smith, Tebrock, Toche, and Wanie*

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 19, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SF2020200637
91316648.docx

3

Stip. & [Proposed] Order Ext. Defs.' Time Resp. Pls.' Am. First Set Req. Produc. Docs. (2:20-cv-00195-JAM-CKD)