THOMAS J. SCHMITZ
DIANNE MALLIA
1753 Woodleaf Circle
Roseville, CA 95747
(707) 694-8158 tsfoot49@gmail.com
Plaintiffs, Pro Se

BRUCE E. SALENKO, Bar No. 106267
VANESSA N. RAVEN, Bar No. 294276
LOW McKINLEY & SALENKO, LLP
2150 River Plaza Drive, Suite 250
Sacramento, CA 95833 Telephone: (916) 231-2400

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al.,<br><br>                      Plaintiffs,<br>vs.<br><br>A. ASMAN, et al.,<br><br><br>                      Defendants. | 2:20-cv00195-JAM-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO DEFENDANT STEPHEN DENIGRIS, M.D.'S FURTHER RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE**<br><br>Judge: The Honorable Carolyn K. Delaney<br><br>Trial Date: N/A<br><br>Action Filed: January 27, 2020 |

      Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendant Stephen DeNigris, M. D., stipulate and agree that Defendant DeNigris may have until January 1, 2021, to file further responses to Plaintiffs Request for Production of Documents, Set One served on Defendant August 27, 2020. The Parties agree that good cause exists for the extension to

1

allow further time to meet and confer on the discovery issues.

This is the second stipulation between the Parties for an extension of time for Defendant to file further responses to Plaintiffs' Request for Production of Documents, Set One. The parties previously stipulated to an extension of time to allow parties further time to meet and confer on the discovery issues (ECF No. 84). This stipulation extends Plaintiffs' current deadline to file by thirty-one days.

Respectfully Submitted,

Dated: December   11, 2020            _____

Thomas J. Schmitz, Plaintiff

Dated: December   11, 2020            _____

Dianne Mallia, Plaintiff

Dated:  December       , 2020          _____

Vanessa N Raven, Bar No. 294276

Attorney for Defendant Stephen DeNigris, MD

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT STEPHEN DENIGRIS, M.D.'S FURTHER RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   December 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT STEPHEN DENIGRIS, M.D.'S FURTHER RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE