1  THOMAS J. SCHMITZ
   tsfoot49@gmail.com
2  DIANNE MALLIA
   deedamallia@gmail.com
3   1753 Woodleaf Circle
    Roseville, CA 95747
4  Telephone: (707) 694-8158

5  Plaintiffs Pro Se

6  PETER J. HIRSIG (State Bar No. 197993)
   peter.hirsig@mcnamaralaw.com
7  ADAM C. YOUNG (State Bar No. 287460)
   adam.young@mcnamaralaw.com
8  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
9  639 Kentucky Street, First Floor
   Fairfield, CA 94533
10 Telephone: (707) 427-3998
   Facsimile:  (707) 427-0268

11 Attorneys for Defendants ADAMS, ANDALUZ, ASHE,
12 ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH,
   CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON,
13 LEIDNER, PONCIANO, RAMKUMAR, REKART,
   ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK,
14 TOCHE, WAINE, and CALIFORNIA DEPARTMENT OF
   CORRECTIONS AND REHABILITATION (CDCR)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>A. ASMAN, et al.,<br><br>Defendants. | Case No. 2:20-CV-00195 JAM CKD (PS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED REQUESTS FOR PRODUCTION**<br><br>Trial Date:     TBD<br>Action Filed:  7/16/2020 |

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
PLAINTIFFS' FIRST AMENDED REQUESTS
FOR PRODUCTION

Plaintiffs ESTATE OF WILLIAM SCHMITZ, deceased, THOMAS SCHMITZ, individually, and DIANNE MALLIA, individually ("Plaintiffs") and Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, WAINE, and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR) ("Defendants") stipulate and agree that the above-named defendants may have until February 8, 2021 to respond to Plaintiffs' Amended First Set of Requests for Production of Documents served on Defendants on September 27, 2020. Provided, however, that Defendants shall produce to Plaintiffs the complete CDCR medical records of decedent William Schmitz (Request for Production No. 33) by January 8, 2020.

The parties agree that good cause exists for the requested extension because the District Court recently issued an order adopting the Magistrate Judge's findings and recommendations to partially dismiss the Second Amended Complaint (ECF No. 124), and Plaintiffs' time for filing a Third Amended Complaint pursuant to that order has not yet expired. Accordingly, the filing of the Third Amended Complaint will clarify the scope of named defendants to whom the requests actually apply. Furthermore, new defense counsel recently entered this matter on behalf of the above-named defendants. Defense counsel's recent entry into the case, and logistical issues presented by the combined effects of the COVID-19 pandemic and the recent holiday season, will make it difficult if not impossible to fully respond to the current requests by the current deadline.

This is the third stipulation between the parties to extend the time for Defendants' response to Plaintiffs' Amended First Requests for Production of Documents. The parties previously stipulated to two extensions of time to respond, pending the resolution of various defendants' motions to dismiss. (ECF Nos. 81, 87.) The total length of the prior stipulations was 73 days. The current stipulation seeks to extend the time to respond by 30 days.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED REQUESTS FOR PRODUCTION    2

Dated: January 6, 2021        THOMAS J. SCHMITZ

By:  /s/ Thomas J. Schmitz  (as authorized on 1/6/21_)
     Thomas J. Schmitz

Dated: January 6, 2021        DIANNE MALLIA

By:  /s/ Dianne Mallia  (as authorized on 1/6/21)
     Dianne Mallia

Dated: January 5, 2021        MCNAMARA, NEY, BEATTY, SLATTERY,
                              BORGES & AMBACHER LLP

By:  /s/ Adam C. Young
     Peter J. Hirsig
     Adam C. Young
     Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, WAINE, and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR)

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED REQUESTS FOR PRODUCTION                3

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, **as modified**: Defendants shall produce to Plaintiffs the complete CDCR medical records of decedent William Schmitz (Request for Production No. 33) by January 8, ~~2020~~ **2021**.

.

Dated:  January 11, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE