THOMAS J. SCHMITZ
tsfoot49@gmail.com
DIANNE MALLIA
deedamallia@gmail.com
1753 Woodleaf Circle
Roseville, CA 95747
Telephone: (707) 694-8158

Plaintiffs Pro Se

PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
ADAM C. YOUNG (State Bar No. 287460)
adam.young@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, WAINE, and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>          Plaintiffs,<br><br>     vs.<br><br>A. ASMAN, et al.,<br><br>          Defendants. | Case No. 2:20CV00195 JAM CKD (PS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Trial Date:    TBD<br>Action Filed:  7/16/2020 |

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
PLAINTIFFS' THIRD AMENDED COMPLAINT

Plaintiffs ESTATE OF WILLIAM SCHMITZ, deceased, THOMAS SCHMITZ, individually, and DIANNE MALLIA, individually ("Plaintiffs") and Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, WAINE, and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR) ("Defendants") stipulate and agree that the above-named defendants may have until February 18, 2021 to respond to Plaintiffs' Third Amended Complaint. (ECF No. 130.)

The parties agree that good cause exists for the requested extension because of the large number of named defendants represented by the undersigned counsel (26), and the number and complexity of the various causes of action asserted against each. There have been no prior extensions of time for the above-named defendants to respond to the Third Amended Complaint.

IT IS SO STIPULATED.

Dated: February 1, 2021        THOMAS J. SCHMITZ

By:              /s/ Thomas J. Schmitz  (as authorized on 2/1/21)
                 Thomas J. Schmitz

Dated: February 1, 2021        DIANNE MALLIA

By:              /s/ Dianne Mallia  (as authorized on 2/1/21)
                 Dianne Mallia

Dated: February 1, 2021        MCNAMARA, NEY, BEATTY, SLATTERY,
                               BORGES & AMBACHER LLP

By:              /s/ Adam C. Young
                 Peter J. Hirsig
                 Adam C. Young
                 Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M.

STIPULATION AND [PROPOSED] ORDER        2
EXTENDING TIME TO RESPOND TO
PLAINTIFFS' FIRST AMENDED REQUESTS
FOR PRODUCTION

SMITH, C. SMITH, TIEBROCK, TOCHE, WAINE, and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 3, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED REQUESTS FOR PRODUCTION   3