IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**A. ASMAN, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-00195-JAM-CKD<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |

　　　Defendants Dr. Kuich and J. Lizarraga ("Defendants") apply ex parte under Local Rule 144(c) for an extension of the deadline to respond to the Third Amended Complaint to ~~May~~ March 4, 2021.  After full consideration, and good cause appearing, IT IS ORDERED that Defendants' ex parte application (ECF No. 136) is GRANTED.

Dated:  February 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1