1  THOMAS J. SCHMITZ
   DIANNE MALLIA
2    1753 Woodleaf Circle
     Roseville, CA 95747
3    Telephone: (707) 694-8158
   *Plaintiffs, ProSe*
4
   XAVIER BECERRA, State Bar No. 118517
5  Attorney General of California
   JENNIFER J. NYGAARD, State Bar No. 229494
6  Deputy Attorney General
     1515 Clay Street, 20th Floor
7    Oakland, CA 94612-0550
     Telephone: (510) 879-0802
8  *Attorneys for Defendant Bradley*

9  MICHAEL TERHORST, State Bar No. 164679
     Beeson Terhorst, LLP
10   510 Bercut Drive, Suite V
     Sacramento, CA 95811
11   Telephone: (916) 444-3400
   *Attorneys for Defendants Kuich and Lizarraga*
12
   VANESSA N. RAVEN, State Bar No. 294276
13 LOW MCKINLEY & SALENKO, LLP
     2150 River Plaza Drive, Suite 250
14   Sacramento, CA 95833
     Telephone: (916) 231-2400
15 *Attorneys for Defendant DeNigris*

16 PETER J. HIRSIG, State Bar No. 197993
   ADAM C. YOUNG, State Bar No. 287460)
17 MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
18   639 Kentucky Street, First Floor
     Fairfield, CA 94533
19   Telephone: (707) 427-3998
   *Attorneys for Defendants Adams, Andaluz, Ashe,*
20 *Asman, Branman, Brizendine, Brockenborogh,*
   *Ceballos, Diaz, Gibson, Heatley, J. Johnson, R.*
21 *Johnson, Kernan, Leidner, Ponciano, Ramkumar,*
   *Rekart, Robinson, Rudas, M. Smith, C. Smith,*
22 *Tebrock, Toche, Wanie, and CDCR*

23
                IN THE UNITED STATES DISTRICT COURT
24
             FOR THE EASTERN DISTRICT OF CALIFORNIA
25
                       SACRAMENTO DIVISION
26

27

28
                                    1

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**A. ASMAN, et al.,**<br><br>Defendants. | 2:20-cv-00195-JAM-CKD (PS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Judge:       The Honorable Carolyn K. Delaney<br>Trial Date:  Not Scheduled<br>Action Filed: January 27, 2020 |

Under Local Rules 143, 144, and 230(f), Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Adams, Andaluz, Ashe, Asman, Bradley, Branman, Brizendine, Brockenborogh, CDCR, Ceballos, DeNigris, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Kuich, Leidner, Lizarraga, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, Wanie ("Defendants") (collectively "The Parties") stipulate and agree to continue the hearings on Defendants' motions to dismiss the Third Amended Complaint (ECF Nos. 138-40) currently scheduled for April 7, 2021, to May 5, 2021, at 10:00 a.m.

The Parties agree that good cause exists for the continuance because Plaintiffs intend to seek Defendants' consent to file a Fourth Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). The Parties stipulate that Plaintiffs will provide Defendants with their Proposed Fourth Amended Complaint by March 24, 2021.  After reviewing the Proposed Fourth Amended Complaint, Defendants will each determine whether or not they will consent to Plaintiffs' filing of the Fourth Amended Complaint in accordance with Rule 15(a)(2).

This is the first stipulation between the Parties to continue the hearings on Defendants' motions to dismiss the Third Amended Complaint.

IT IS SO STIPULATED.

Dated: ___February 25,___, 2021         _____
                                                              Thomas J. Schmitz, Plaintiff

Dated: ___February 25,___, 2021         _____
                                                              Dianne Mallia, Plaintiff

2

| | | |
|---|---|---|
| Dated: __February 25__, 2021 | | __/S/JenniferJ.Nygaard_____<br>Jennifer J. Nygaard<br>Deputy Attorney General<br>*Attorney for Defendant Bradley* |

Dated: __February 25__, 2021       __/S/MichaelTerhorst_____
                                    Michael Terhorst
                                    *Attorney for Defendants Kuich and Lizarraga*

Dated: __February 25__, 2021       __/S/ Vanessa Raven_____
                                    Vanessa Raven
                                    *Attorney for Defendant DeNigris*

Dated: __March 1____, 2021         __/S/ Adam C. Young_____
                                    Adam C. Young
                                    *Attorney for Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, Wanie, and CDCR*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearings on Defendants' motions to dismiss the Third Amended Complaint (ECF Nos. 138-40) currently scheduled for April 7, 2021, are CONTINUED to May 5, 2021, at 10:00 a.m.

Dated: March 3, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE