| | |
|---|---|
| THOMAS J. SCHMITZ<br>DIANNE MALLIA<br>1753 Woodleaf Circle<br>Roseville, CA 95747<br>Telephone: (707) 694-8158<br>*Plaintiffs, ProSe* | VANESSA N. RAVEN, State Bar No. 294276<br>LOW MCKINLEY & SALENKO, LLP<br>2150 River Plaza Drive, Suite 250<br>Sacramento, CA 95833<br>Telephone: (916) 231-2400<br>*Attorneys for Defendant DeNigris* |
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Jennifer Nygaard, State Bar No. 229494<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-0802<br>*Attorneys for Defendant Bradley* | Michael Terhorst, State Bar No. 164679<br>Beeson Terhorst, LLP<br>510 Bercut Drive, Suite V<br>Sacramento, CA 95811<br>Telephone: (916) 444-3400<br>*Attorneys for Defendants Kuich and Lizarraga* |

Peter J. Hirsig, State Bar No. 197993
William McCaslin, State Bar No. 249976
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
*Attorneys for Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, Wanie, and CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS SCHMITZ, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>A. ASMAN, et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:20-cv-00195-JAM-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE A FOURTH AMENDED COMPLAINT, AND FOR DEFENDANTS TO RESPOND TO A FOURTH AMENDED COMPLAINT**<br><br>Judge:　　　The Honorable Carolyn K. Delaney<br>Trial Date:　Not Scheduled<br>Action Filed: January 27, 2020 |

1

Under Local Rules 143 and 144, Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Adams, Andaluz, Ashe, Asman, Bradley, Branman, Brizendine, Brockenborogh, CDCR, Ceballos, DeNigris, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Kuich, Leidner, Lizarraga, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, Wanie ("Defendants") (collectively "The Parties") stipulate and agree to extend the deadline for Plaintiffs to file a Fourth Amended Complaint from the current October 25, 2021 deadline (ECF No. 161 at 2) to December 14, 2021. The Parties further stipulate that Defendants shall have until January 14, 2022, to respond to the Fourth Amended Complaint instead of the 14 days required under Federal Rule of Civil Procedure 15(a)(3).

This is the first stipulation between the parties to extend the time for Plaintiffs to file a Fourth Amended Complaint, and for Defendants to respond to a Fourth Amended Complaint.

IT IS SO STIPULATED.

Dated: October 5, 2021

Thomas J. Schmitz, Plaintiff

Dated: October 5, 2021

Dianne Mallia, Plaintiff

Dated: October 6, 2021        /S/ Jennifer J. Nygaard
                              Jennifer J. Nygaard
                              Deputy Attorney General
                              *Attorney for Defendant Bradley*

Dated: October 5, 2021        /S/ Michael Terhorst
                              Michael Terhorst
                              *Attorney for Defendants Kuich and Lizarraga*

Dated: October 5, 2021        /S/ Vanessa Raven
                              Vanessa Raven
                              *Attorney for Defendant DeNigris*

2

Stip. and [Proposed] Order Ext. Time Pls. File Fourth Am. Compl. & Defs. Respond (2:20-cv-00195-JAM-CKD)

Dated:  October 5, 2021      /S/ William McCaslin
William McCaslin
*Attorney for Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, Wanie, and CDCR*

**ORDER**

The parties' stipulation to extend the time for plaintiffs to file a Fourth Amended Complaint, and for defendants to respond to the Fourth Amended Complaint, is APPROVED.

Further, the last court order (ECF No. 161) mailed to plaintiffs at their Woodleaf Circle address of record was returned by the USPS as Undeliverable.  The court took it upon itself to re-send that order to the Atkinson Street address listed as an expired forwarding address on the returned mail label.  It is plaintiffs' responsibility to notify the court of any address change, see Local Rule 182(f), and future orders will only be sent to plaintiffs' address of record.  See id. (absent notice of address change, service of documents at the prior address shall be fully effective).

Dated:  October 6, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SF2020200637
91426678.docx

3

Stip. and [Proposed] Order Ext. Time Pls. File Fourth Am. Compl. & Defs. Respond (2:20-cv-00195-JAM-CKD)