UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al., | No. 2:20–cv–00195–JAM-CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| A. ASMAN, et al., | (ECF Nos. 165, 171) |
| Defendants. | |

On November 19, 2021, the magistrate judge filed findings and recommendations (ECF No. 171), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 171) are ADOPTED IN FULL;
2. Plaintiffs' motion for relief from the court's prior order denying leave to reassert their

1

§ 1983 claims against defendants Asman and Bradley (ECF No. 165) is DENIED; and

3. The case is referred again to the assigned Magistrate Judge for further proceedings.

Dated: December 20, 2021            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

2