Rob Bonta, State Bar No. 202668
Attorney General of California
Jay M. Goldman, State Bar No. 168141
Supervising Deputy Attorney General
Jennifer J. Nygaard, State Bar No. 229494
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  Fax:  (510) 622-2270
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendant Bradley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**A. ASMAN, et al.,**<br><br>Defendants. | 2:20-cv-00195-JAM-CKD<br><br>**DEFENDANT BRADLEY'S ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT (ECF No. 173), AND DEMAND FOR JURY TRIAL**<br><br>Judge:  The Honorable Carolyn K. Delaney<br>Trial Date:  Not Scheduled<br>Action Filed:  January 27, 2020 |

In answer to Plaintiffs' Fourth Amended Complaint (ECF No. 173), Defendant Bradley (Defendant) admits, denies, and alleges as follows:

In response to paragraph 1, Defendant admits that this Court has jurisdiction over Plaintiffs' claims.

In response to paragraph 2, Defendant admits that this Court is the proper venue.

In response to paragraph 3, Defendant denies that William Thomas Schmitz's death was untimely or avoidable.  Defendant admits the remaining allegations in paragraph 3.

In response to paragraph 4, Defendant denies the allegations.

In response to paragraph 5, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

1

1        In response to paragraph 6, Defendant denies the allegations.

2        In response to paragraph 7, Defendant lacks sufficient information to admit or deny the

3    allegations, and on that basis Defendant denies the allegations.

4        In response to paragraph 8, Defendant lacks sufficient information to admit or deny the

5    allegations, and on that basis Defendant denies the allegations.

6        In response to paragraph 9, Defendant lacks sufficient information to admit or deny the

7    allegations, and on that basis Defendant denies the allegations.

8        In response to footnote 1, Defendant admits the allegations.

9        In response to paragraph 10, Defendant lacks sufficient information to admit or deny the

10    allegations, and on that basis Defendant denies the allegations.

11        In response to paragraph 11, Defendant lacks sufficient information to admit or deny the

12    allegations, and on that basis Defendant denies the allegations.

13        In response to paragraph 12, Defendant lacks sufficient information to admit or deny the

14    allegations, and on that basis Defendant denies the allegations.

15        In response to paragraph 13, Defendant lacks sufficient information to admit or deny the

16    allegations, and on that basis Defendant denies the allegations.

17        In response to paragraph 14, Defendant lacks sufficient information to admit or deny the

18    allegations, and on that basis Defendant denies the allegations.

19        In response to paragraph 15, Defendant lacks sufficient information to admit or deny that

20    a "psychotic William was forcibly given or ingested two bindles of methamphetamine," and on

21    that basis Defendant denies the allegations.  Defendant denies the remaining allegations in

22    paragraph 15.

23        In response to paragraph 16, Defendant admits the allegations.

24        In response to paragraph 17, Defendant lacks sufficient information to admit or deny the

25    allegations, and on that basis Defendant denies the allegations.

26        In response to paragraph 18, Defendant lacks sufficient information to admit or deny the

27    allegations, and on that basis Defendant denies the allegations.

28

In response to paragraph 19, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 20, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 21, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 22, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 23, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 24, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 25, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 26, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 27, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 28, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 29, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 30, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 31, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 32, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 33, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 34, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 35, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 36, Defendant admits the allegations.

8    In response to paragraph 37, Defendant admits the allegations.

9    In response to paragraph 38, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 39, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 40, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 41, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 42, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 43, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 44, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 45, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 46, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 47, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

4

1       In response to paragraph 48, Defendant lacks sufficient information to admit or deny the

2   allegations, and on that basis Defendant denies the allegations.

3       In response to paragraph 49, Defendant lacks sufficient information to admit or deny the

4   allegations, and on that basis Defendant denies the allegations.

5       In response to paragraph 50, Defendant lacks sufficient information to admit or deny the

6   allegations, and on that basis Defendant denies the allegations.

7       In response to paragraph 51, Defendant lacks sufficient information to admit or deny the

8   allegations, and on that basis Defendant denies the allegations.

9       In response to paragraph 52, Defendant lacks sufficient information to admit or deny the

10   allegations, and on that basis Defendant denies the allegations.

11       In response to paragraph 53, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13       In response to paragraph 54, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15       In response to paragraph 55, Defendant lacks sufficient information to admit or deny the

16   allegations, and on that basis Defendant denies the allegations.

17       In response to paragraph 56, Defendant lacks sufficient information to admit or deny the

18   allegations, and on that basis Defendant denies the allegations.

19       In response to paragraph 57, Defendant lacks sufficient information to admit or deny the

20   allegations, and on that basis Defendant denies the allegations.

21       In response to paragraph 58, Defendant lacks sufficient information to admit or deny the

22   allegations, and on that basis Defendant denies the allegations.

23       In response to paragraph 59, Defendant lacks sufficient information to admit or deny the

24   allegations, and on that basis Defendant denies the allegations.

25       In response to paragraph 60, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27       In response to paragraph 61, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 62, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 63, Defendant lacks sufficient information to admit or deny the

4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 64, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 65, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 66, Defendant lacks sufficient information to admit or deny the

10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 67, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 68, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 69, Defendant lacks sufficient information to admit or deny the

16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 70, Defendant lacks sufficient information to admit or deny the

18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 71, Defendant lacks sufficient information to admit or deny the

20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 72, Defendant lacks sufficient information to admit or deny the

22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 73, Defendant lacks sufficient information to admit or deny the

24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 74, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 75, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

1      In response to paragraph 76, Defendant lacks sufficient information to admit or deny the
2  allegations, and on that basis Defendant denies the allegations.

3      In response to paragraph 77, Defendant lacks sufficient information to admit or deny the
4  allegations, and on that basis Defendant denies the allegations.

5      In response to paragraph 78, Defendant lacks sufficient information to admit or deny the
6  allegations, and on that basis Defendant denies the allegations.

7      In response to paragraph 79, Defendant lacks sufficient information to admit or deny the
8  allegations, and on that basis Defendant denies the allegations.

9      In response to paragraph 80, Defendant lacks sufficient information to admit or deny the
10  allegations, and on that basis Defendant denies the allegations.

11      In response to paragraph 81, Defendant lacks sufficient information to admit or deny the
12  allegations, and on that basis Defendant denies the allegations.

13      In response to paragraph 82, Defendant lacks sufficient information to admit or deny the
14  allegations, and on that basis Defendant denies the allegations.

15      In response to paragraph 83, Defendant lacks sufficient information to admit or deny the
16  allegations, and on that basis Defendant denies the allegations.

17      In response to paragraph 84, Defendant lacks sufficient information to admit or deny the
18  allegations, and on that basis Defendant denies the allegations.

19      In response to paragraph 85, Defendant lacks sufficient information to admit or deny the
20  allegations in paragraph 85, and on that basis Defendant denies the allegations.

21      In response to paragraph 86, Defendant lacks sufficient information to admit or deny the
22  allegations, and on that basis Defendant denies the allegations.

23      In response to paragraph 87, Defendant lacks sufficient information to admit or deny the
24  allegations, and on that basis Defendant denies the allegations.

25      In response to paragraph 88, Defendant lacks sufficient information to admit or deny the
26  allegations, and on that basis Defendant denies the allegations.

27      In response to paragraph 89, Defendant admits that Plaintiff Thomas Schmitz mailed a
28  government claim on September 4, 2020, and that filing a government claim is a prerequisite to

the state law claims alleged against State of California employees/agents.  Defendant denies the remaining allegations in the paragraph 89.

In response to paragraph 90 and footnote 2, Defendant denies the allegations.

In response to paragraph 91, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 92, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 93, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 94 and footnote 3, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 95, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 96, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 97, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 98, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 99, Defendant denies the allegations.

In response to paragraph 100, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 101, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 102, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 103, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

8

1    In response to paragraph 104, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 105, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 106, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 107, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 108, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 109, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 110, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 111, Defendant admits the allegations.

16   In response to footnote 4, Defendant admits that Defendant Dr. Kuich's deposition is
17   included as an attachment to the Fourth Amended Complaint, but Defendant lacks sufficient
18   information to admit or deny the remaining allegations in footnote 4, and on that basis Defendant
19   denies the allegations.

20   In response to paragraph 112, Defendant denies the allegations.

21   In response to paragraph 113, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 114, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 115, Defendant admits the allegations.

26   In response to footnote 5, Defendant denies the allegations.

27

28

1    In response to paragraph 116, Defendant admits that the paragraph cited was contained in

2    the September 2, 2020 Order issued in *Coleman*, but Defendant denies the allegation that the

3    statement was "particularly, important."

4    In response to paragraph 117, Defendant lacks sufficient information to admit or deny the

5    allegations, and on that basis Defendant denies the allegations.

6    In response to paragraph 118, Defendant lacks sufficient information to admit or deny the

7    allegations, and on that basis Defendant denies the allegations.

8    In response to paragraph 119, Defendant lacks sufficient information to admit or deny the

9    allegations, and on that basis Defendant denies the allegations.

10   In response to paragraph 120, Defendant lacks sufficient information to admit or deny the

11   allegations, and on that basis Defendant denies the allegations.

12   In response to paragraph 121, Defendant lacks sufficient information to admit or deny the

13   allegations, and on that basis Defendant denies the allegations.

14   In response to paragraph 122, Defendant lacks sufficient information to admit or deny the

15   allegations, and on that basis Defendant denies the allegations.

16   In response to paragraph 123, Defendant lacks sufficient information to admit or deny the

17   allegations, and on that basis Defendant denies the allegations.

18   In response to paragraph 124, Defendant lacks sufficient information to admit or deny the

19   allegations, and on that basis Defendant denies the allegations.

20   In response to paragraph 125, Defendant admits the allegations.

21   In response to paragraph 126, Defendant admits the allegations.

22   In response to paragraph 127, Defendant admits that Defendants Kernan, Diaz, Gipson,

23   Tebrock, and Toche were publically appointed officials.  Defendant lacks sufficient information

24   to admit or deny the remaining allegations in paragraph 127, and on that basis Defendant denies

25   the allegations.

26   In response to paragraph 128, Defendant lacks sufficient information to admit or deny the

27   allegations, and on that basis Defendant denies the allegations.

28

1    In response to paragraph 129, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 130, Defendant lacks sufficient information to admit or deny
4    the allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 131, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 132, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 133, Defendant lacks sufficient information to admit or deny
10    the allegations, and on that basis Defendant denies the allegations.

11    In response to paragraph 134, Defendant lacks sufficient information to admit or deny the
12    allegations, and on that basis Defendant denies the allegations.

13    In response to paragraph 135, Defendant lacks sufficient information to admit or deny the
14    allegations, and on that basis Defendant denies the allegations.

15    In response to paragraph 136, Defendant lacks sufficient information to admit or deny the
16    allegations, and on that basis Defendant denies the allegations.

17    In response to paragraph 137, Defendant lacks sufficient information to admit or deny the
18    allegations, and on that basis Defendant denies the allegations.

19    In response to paragraph 138, Defendant lacks sufficient information to admit or deny the
20    allegations, and on that basis Defendant denies the allegations.

21    In response to paragraph 139, Defendant lacks sufficient information to admit or deny the
22    allegations, and on that basis Defendant denies the allegations.

23    In response to paragraph 140, Defendant denies lacks sufficient information to admit or
24    deny the allegations, and on that basis Defendant denies the allegations.

25    In response to paragraph 141, Defendant lacks sufficient information to admit or deny the
26    allegations, and on that basis Defendant denies the allegations.

27    In response to paragraph 142, Defendant lacks sufficient information to admit or deny the
28    allegations, and on that basis Defendant denies the allegations.

11

1    In response to paragraph 143, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 144, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 145, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 146, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 147, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 148, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 149, Defendant admits the allegations.

14   In response to paragraph 150, Defendant admits the allegations.

15   In response to paragraph 151 and footnote 6, Defendant lacks sufficient information to
16   admit or deny the allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 152, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 153, Defendant admits the allegations.

20   In response to paragraph 154, Defendant lacks sufficient information to admit or deny the
21   allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 155, Defendant lacks sufficient information to admit or deny the
23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 156, Defendant lacks sufficient information to admit or deny the
25   allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 157, Defendant admits the allegations.

27   In response to footnote 7, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

In response to paragraph 158, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 159, Defendant admits the allegations.

In response to paragraph 160, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 161, Defendant denies admits the allegations.

In response to paragraph 162, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 163, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 164, Defendant admits that the block quote is taken from the declaration of CDCR's Chief Psychiatrist.  Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph 164, and on that basis Defendant denies the allegations.

In response to paragraph 165, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 166, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 167, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 168, Defendant denies that dangerous and illegal drugs are prevalent in CDCR prison.  Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph 168, and on that basis Defendant denies the allegations.

In response to paragraph 169, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 170, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 171, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 172, Defendant admits that the Amador County Civil Grand Jury

4    (ACCGJ) is mandated to inquire into the condition and management of MCSP.  Defendant lacks

5    sufficient information to admit or deny the remaining allegations in paragraph 172, and on that

6    basis Defendant denies the allegations.

7    In response to paragraph 173, Defendant admits that the allegations were taken from the

8    2018-2019 ACCGJ report, except, Defendants assert that the word "exist" was in the report not

9    "persist."

10    In response to paragraph 174, Defendant lacks sufficient information to admit or deny the

11    allegations, and on that basis Defendant denies the allegations.

12    In response to paragraph 175, Defendant lacks sufficient information to admit or deny the

13    allegations, and on that basis Defendant denies the allegations.

14    In response to paragraph 176, Defendant admits the allegations.

15    In response to paragraph 177, Defendant lacks sufficient information to admit or deny the

16    allegation that "Defendant former warden LIZARRAGA agreed with this finding," and on that

17    basis denies the allegation.  Defendant admits the remaining allegations in paragraph 177.

18    In response to paragraph 178, Defendant lacks sufficient information to admit or deny the

19    allegations, and on that basis Defendant denies the allegations.

20    In response to paragraph 179, Defendant lacks sufficient information to admit or deny the

21    allegations, and on that basis Defendant denies the allegations.

22    In response to paragraph 180, Defendant lacks sufficient information to admit or deny the

23    allegations, and on that basis Defendant denies the allegations.

24    In response to paragraph 181, Defendant lacks sufficient information to admit or deny the

25    allegations, and on that basis Defendant denies the allegations.

26    In response to paragraph 182, Defendant lacks sufficient information to admit or deny the

27    allegations, and on that basis Defendant denies the allegations.

28

14

1      In response to paragraph 183, Defendant lacks sufficient information to admit or deny the

2  allegations, and on that basis Defendant denies the allegations.

3      In response to paragraph 184, Defendant lacks sufficient information to admit or deny the

4  allegations, and on that basis Defendant denies the allegations.

5      In response to paragraph 185, Defendant admits that "the OIG, in case number 18-

6  0028029-DM sustained an allegation that 'On August 14, 2014 the warden allegedly engaged in

7  secondary employment without the department's prior approval and in a manner that prevented

8  him from performing his job[']."  Defendant denies the remaining allegations in paragraph 185.

9      In response to paragraph 186, Defendant lacks sufficient information to admit or deny the

10  allegations, and on that basis Defendant denies the allegations.

11      In response to paragraph 187, Defendant lacks sufficient information to admit or deny the

12  allegations, and on that basis Defendant denies the allegations.

13      In response to paragraph 188, Defendant lacks sufficient information to admit or deny the

14  allegations, and on that basis Defendant denies the allegations.

15      In response to paragraph 189, Defendant admits the allegations.

16      In response to paragraph 190, Defendant lacks sufficient information to admit or deny the

17  allegations, and on that basis Defendant denies the allegations.

18      In response to paragraph 191, Defendant lacks sufficient information to admit or deny the

19  allegations, and on that basis Defendant denies the allegations.

20      In response to paragraph 192, Defendant admits the allegations.

21      In response to paragraph 193, Defendant lacks sufficient information to admit or deny the

22  allegations, and on that basis Defendant denies the allegations.

23      In response to paragraph 194, Defendant lacks sufficient information to admit or deny the

24  allegations, and on that basis Defendant denies the allegations.

25      In response to paragraph 195, Defendant denies the allegations.

26      In response to paragraph 196, Defendant lacks sufficient information to admit or deny the

27  allegations, and on that basis Defendant denies the allegations.

28

1    In response to paragraph 197, Defendant admits that the sentence quoted was stated by the

2    *Coleman* court.

3    In response to paragraph 198, Defendant denies the allegations.

4    In response to paragraph 199, Defendant denies that he routinely and deliberately ignored

5    DOM policies.  Defendant lacks sufficient information to admit or deny the remaining allegations

6    in paragraph 199, and on that basis Defendant denies the allegations.

7    In response to paragraph 200, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 201, Defendant lacks sufficient information to admit or deny the

10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 202, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 203, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 204, Defendant lacks sufficient information to admit or deny that

16   "Dr. Golding presented this email as exhibit U in his report," and on that basis Defendant denies

17   the allegations.  Defendant admits the remaining allegations in paragraph 204.

18   In response to paragraph 205, Defendant lacks sufficient information to admit or deny the

19   allegations, and on that basis Defendant denies the allegations.

20   In response to paragraph 206, Defendant lacks sufficient information to admit or deny the

21   allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 207, Defendant lacks sufficient information to admit or deny the

23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 208, Defendant denies the allegations.

25   In response to paragraph 209, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 210, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 211, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 212, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 213, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 214, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 215, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 216, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 217, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 218, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 219, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 220, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 221, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 222, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 223, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 224, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

17

1    In response to paragraph 225, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 226, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 227, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 228, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 229, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 230, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 231, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 232, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 233, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 234, Defendant denies the allegations.

20   In response to paragraph 235, Defendant lacks sufficient information to admit or deny the
21   allegations, and on that basis Defendant denies the allegations.

22   In response to footnote 8, Defendant lacks sufficient information to admit or deny the
23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 236, Defendant lacks sufficient information to admit or deny the
25   allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 237, Defendant admits that the paragraph is taken from Judge
27   Mueller's order.

28

18

1    In response to paragraph 238, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 239, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 240, Defendant admits the allegations.

6    In response to paragraph 241, Defendant lacks sufficient information to admit or deny the
7    allegations, and on that basis Defendant denies the allegations.

8    In response to paragraph 242, Defendant lacks sufficient information to admit or deny the
9    allegations, and on that basis Defendant denies the allegations.

10   In response to paragraph 243, Defendant lacks sufficient information to admit or deny the
11   allegations, and on that basis Defendant denies the allegations.

12   In response to paragraph 244, Defendant lacks sufficient information to admit or deny the
13   allegations, and on that basis Defendant denies the allegations.

14   In response to paragraph 245, Defendant lacks sufficient information to admit or deny the
15   allegations, and on that basis Defendant denies the allegations.

16   In response to paragraph 246, Defendant lacks sufficient information to admit or deny the
17   allegations, and on that basis Defendant denies the allegations.

18   In response to footnote 9, Defendant admits that Judge Mueller found that Defendant
19   Leidner distinguished himself from the witnesses, other than Dr. Golding, as exhibiting a
20   conscience during his testimony.  Defendant denies the remaining allegations in footnote 9.

21   In response to paragraph 247, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 248, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 249, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 250, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

19

Def. Bradley's Ans. Fourth Am. Compl. (2:20-cv-00195-JAM-CKD)

1     In response to paragraph 251, Defendant lacks sufficient information to admit or deny the

2 allegations, and on that basis Defendant denies the allegations.

3     In response to paragraph 252, Defendant lacks sufficient information to admit or deny the

4 allegations, and on that basis Defendant denies the allegations.

5     In response to footnote 10, Defendant denies that Judge Mueller's order stated that

6 "Discovery may reveal if this conspiracy starts above Deputy Director Tebrock in the Governor's

7 Office."  Defendant admits the remaining allegations in footnote 10.

8     In response to paragraph 253, Defendant lacks sufficient information to admit or deny the

9 allegations, and on that basis Defendant denies the allegations.

10     In response to paragraph 254, Defendant lacks sufficient information to admit or deny the

11 allegations, and on that basis Defendant denies the allegations.

12     In response to footnote 11, Defendant lacks sufficient information to admit or deny the

13 allegations, and on that basis Defendant denies the allegations.

14     In response to paragraph 255, Defendant lacks sufficient information to admit or deny the

15 allegations, and on that basis Defendant denies the allegations.

16     In response to paragraph 256, Defendant lacks sufficient information to admit or deny the

17 allegations, and on that basis Defendant denies the allegations.

18     In response to paragraph 257, Defendant lacks sufficient information to admit or deny the

19 allegations, and on that basis Defendant denies the allegations.

20     In response to paragraph 258, Defendant admits the allegations.

21     In response to paragraph 259, Defendant lacks sufficient information to admit or deny the

22 allegations, and on that basis Defendant denies the allegations.

23     In response to paragraph 260, Defendant denies the allegations.

24     In response to paragraph 261, Defendant lacks sufficient information to admit or deny the

25 allegations, and on that basis Defendant denies the allegations.

26     In response to paragraph 262, Defendant lacks sufficient information to admit or deny the

27 allegations, and on that basis Defendant denies the allegations.

28     In response to footnote 12, Defendant admits the allegations.

1       In response to paragraph 263, Defendant lacks sufficient information to admit or deny the

2   allegations, and on that basis Defendant denies the allegations.

3       In response to paragraph 264, Defendant lacks sufficient information to admit or deny the

4   allegations, and on that basis Defendant denies the allegations.

5       In response to footnote 13, Defendant lacks sufficient information to admit or deny the

6   allegations, and on that basis Defendant denies the allegations.

7       In response to paragraph 265, Defendant lacks sufficient information to admit or deny the

8   allegations, and on that basis Defendant denies the allegations.

9       In response to paragraph 266, Defendant admits the allegations.

10      In response to paragraph 267, Defendant lacks sufficient information to admit or deny the

11  allegations, and on that basis Defendant denies the allegations.

12      In response to footnote 14, Defendant admits that CDCR records contain William's

13  college transcript, and that the transcript shows that William received 2 F's in spring 2005.

14  Defendant denies that William's college transcript shows over a 3.2 GPA until spring 2005.

15  Defendant lacks sufficient information to admit or deny the allegation that this "is a blunt

16  example of his mental illness's effect," and on that basis Defendant denies the allegation.

17      In response to paragraph 268, Defendant admits that Williams's family visited him at

18  MCSP.  Defendant lacks sufficient information to admit or deny the remaining allegations in

19  paragraph 268, and on that basis Defendant denies the allegations.

20      In response to footnote 15, Defendant admits that William's mother visited him 28 times

21  in the final year of William's life.  Defendant denies the remaining allegations in footnote 15.

22      In response to paragraph 269, Defendant lacks sufficient information to admit or deny the

23  allegations, and on that basis Defendant denies the allegations.

24      In response to paragraph 270, Defendant lacks sufficient information to admit or deny the

25  allegations, and on that basis Defendant denies the allegations.

26      In response to paragraph 271, Defendant lacks sufficient information to admit or deny the

27  allegations, and on that basis Defendant denies the allegations.

28

1    In response to paragraph 272, Defendant admits that after William's arrest, he was

2 transferred from Butte County Jail to Napa State Hospital.  Defendant lacks sufficient information

3 to admit or deny the remaining allegations in paragraph 272, and on that basis Defendant denies

4 the allegations.

5    In response to paragraph 273, Defendant admits the allegations.

6    In response to paragraph 274, Defendant admits that "EOP is the highest level of

7 outpatient psychiatric care for mentally disordered inmate-patients."  Defendant denies the

8 remaining allegations in paragraph 274.

9    In response to paragraph 275, Defendant lacks sufficient information to admit or deny that

10 "at the time of William's death over 50% of inmates at MCSP were mentally ill MHSDS

11 inmates," and on that basis, Defendant denies the allegation.  Defendant admits the remaining

12 allegations in paragraph 275.

13    In response to footnote 16, Defendant admits the allegations.

14    In response to paragraph 276, Defendant lacks sufficient information to admit or deny the

15 allegations, and on that basis Defendant denies the allegations.

16    In response to paragraph 277, Defendant lacks sufficient information to admit or deny the

17 allegations, and on that basis Defendant denies the allegations.

18    In response to paragraph 278, Defendant admits the allegations.

19    In response to paragraph 279, Defendant lacks sufficient information to admit or deny the

20 allegations, and on that basis Defendant denies the allegations.

21    In response to paragraph 280, Defendant lacks sufficient information to admit or deny the

22 allegations, and on that basis Defendant denies the allegations.

23    In response to paragraph 281, Defendant admits the allegations.

24    In response to paragraph 282, Defendant lacks sufficient information to admit or deny the

25 allegations, and on that basis Defendant denies the allegations.

26    In response to paragraph 283, Defendant denies the allegations.

27    In response to paragraph 284, Defendant lacks sufficient information to admit or deny the

28 allegations, and on that basis Defendant denies the allegations.

1   In response to paragraph 285, Defendant lacks sufficient information to admit or deny the

2 allegations, and on that basis Defendant denies the allegations.

3   In response to paragraph 286, Defendant lacks sufficient information to admit or deny

4 allegations, and on that basis Defendant denies the allegations.

5   In response to paragraph 287, Defendant lacks sufficient information to admit or deny the

6 allegations, and on that basis Defendant denies the allegations.

7   In response to paragraph 288, Defendant lacks sufficient information to admit or deny the

8 allegations, and on that basis Defendant denies the allegations.

9   In response to paragraph 289, Defendant lacks sufficient information to admit or deny the

10 allegations, and on that basis Defendant denies the allegations.

11   In response to footnote 17, Defendant lacks sufficient information to admit or deny the

12 allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 290, Defendant lacks sufficient information to admit or deny the

14 allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 291, Defendant denies that the IDTT summary emphasized how

16 well William had responded to clozapine.  Defendant admits the remaining allegations in

17 paragraph 291.

18   In response to paragraph 292, Defendant lacks sufficient information to admit or deny the

19 allegations, and on that basis Defendant denies the allegations.

20   In response to paragraph 293, Defendant lacks sufficient information to admit or deny the

21 allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 294, Defendant lacks sufficient information to admit or deny the

23 allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 295, Defendant lacks sufficient information to admit or deny the

25 allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 296, Defendant lacks sufficient information to admit or deny the

27 allegations, and on that basis Defendant denies the allegations.

28

1    In response to paragraph 297, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 298, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 299, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 300, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 301, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 302, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to footnote 18, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 303, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 304, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 305, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 306, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 307, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 308, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to footnote 19, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 309, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to footnote 20, Defendant lacks sufficient information to admit or deny the

4    allegations, and on that basis Defendant denies the allegations.

5    In response to footnote 21, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 310, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 311, Defendant lacks sufficient information to admit or deny the

10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 312, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 313, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 314, Defendant lacks sufficient information to admit or deny the

16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 315, Defendant admits that in May of 2017, William was moved

18   from his two-man cell to dormitory housing.  Defendant denies that he was "suddenly moved."

19   Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph

20   315, and on that basis Defendant denies the allegations.

21   In response to paragraph 316, Defendant denies that William was placed in the

22   administrative segregation unit for suicidal ideation.  Defendant lacks sufficient information to

23   admit or deny the remaining allegations in paragraph 316, and on that basis Defendant denies the

24   allegations.

25   In response to paragraph 317, Defendant denies that William was in the administrative

26   segregation unit from May 12-16, 2017.  Defendant admits that William was placed in dormitory

27   housing on May 16, 2017.  Defendant lacks sufficient information to admit or deny the remaining

28   allegations in paragraph 317, and on that basis Defendant denies the allegations.

25

1    In response to paragraph 318, Defendant admits that William was assaulted by an inmate

2   on May 16, 2017, in dormitory housing.  Defendant denies that the assault was on the day of

3   William's discharge from the administrative segregation unit.  Defendant lacks sufficient

4   information to admit or deny the allegation that "William immediately decompensated in the

5   dormitory environment," and on that basis Defendant denies the allegations.

6    In response to paragraph 319, Defendant admits that "William ended up back in a two-

7   man cell."  Defendant lacks sufficient information to admit or deny the remaining allegations in

8   paragraph 319, and on that basis Defendant denies the allegations.

9    In response to paragraph 320, Defendant lacks sufficient information to admit or deny the

10   allegations, and on that basis Defendant denies the allegations.

11    In response to paragraph 321, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13    In response to paragraph 322, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15    In response to paragraph 323, Defendant lacks sufficient information to admit or deny the

16   allegations, and on that basis Defendant denies the allegations.

17    In response to paragraph 324, Defendant lacks sufficient information to admit or deny the

18   allegations, and on that basis Defendant denies the allegations.

19    In response to paragraph 325, Defendant lacks sufficient information to admit or deny the

20   allegations, and on that basis Defendant denies the allegations.

21    In response to paragraph 326, Defendant lacks sufficient information to admit or deny the

22   allegations, and on that basis Defendant denies the allegations.

23    In response to paragraph 327, Defendant lacks sufficient information to admit or deny the

24   allegations, and on that basis Defendant denies the allegations.

25    In response to paragraph 328, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27    In response to paragraph 329, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 330, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 331, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 332, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 333, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 334, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 335, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 336, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 337, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to footnote 22, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 338, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 339, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 340, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 341, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 342, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

In response to paragraph 343, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 344, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 345, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 346, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 347, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 348, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 349, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 350, Defendant admits that on September 1, 2017, William received a disciplinary action for possession of drug paraphernalia.  Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph 350, and on that basis Defendant denies the allegations.

In response to paragraph 351, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 352, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 353, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 354, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 355, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 356, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 357, Defendant lacks sufficient information to admit or deny the

4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 358, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 359, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 360, Defendant admits the allegations.

10   In response to paragraph 361, Defendant lacks sufficient information to admit or deny the

11   allegations, and on that basis Defendant denies the allegations.

12   In response to paragraph 362, Defendant lacks sufficient information to admit or deny the

13   allegations, and on that basis Defendant denies the allegations.

14   In response to paragraph 363, Defendant lacks sufficient information to admit or deny the

15   allegations, and on that basis Defendant denies the allegations.

16   In response to paragraph 364, Defendant lacks sufficient information to admit or deny the

17   allegations, and on that basis Defendant denies the allegations.

18   In response to paragraph 365, Defendant lacks sufficient information to admit or deny the

19   allegations, and on that basis Defendant denies the allegations.

20   In response to paragraph 366, Defendant lacks sufficient information to admit or deny the

21   allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 367, Defendant lacks sufficient information to admit or deny the

23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 368, Defendant lacks sufficient information to admit or deny the

25   allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 369, Defendant lacks sufficient information to admit or deny the

27   allegations, and on that basis Defendant denies the allegations.

28

1    In response to paragraph 370, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 371, Defendant admits the allegations.

4    In response to paragraph 372, Defendant lacks sufficient information to admit or deny the

5    allegations, and on that basis Defendant denies the allegations.

6    In response to paragraph 373, Defendant lacks sufficient information to admit or deny the

7    allegations, and on that basis Defendant denies the allegations.

8    In response to paragraph 374, Defendant lacks sufficient information to admit or deny the

9    allegations, and on that basis Defendant denies the allegations.

10   In response to paragraph 375, Defendant lacks sufficient information to admit or deny the

11   allegations, and on that basis Defendant denies the allegations.

12   In response to paragraph 376, Defendant lacks sufficient information to admit or deny the

13   allegations, and on that basis Defendant denies the allegations.

14   In response to paragraph 377, Defendant lacks sufficient information to admit or deny the

15   allegations, and on that basis Defendant denies the allegations.

16   In response to paragraph 378, Defendant admits that on November 9, 2017, William had

17   his quarterly IDTT.  Defendant lacks sufficient information to admit or deny the remaining

18   allegations in paragraph 378, and on that basis Defendant denies the allegations.

19   In response to paragraph 379, Defendant lacks sufficient information to admit or deny the

20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 380, Defendant lacks sufficient information to admit or deny the

22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 381, Defendant lacks sufficient information to admit or deny the

24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 382, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 383, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

30

1    In response to paragraph 384, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 385, Defendant lacks sufficient information to admit or deny

4    the allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 386, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 387, Defendant admits that Dr. Golding's report specifically

8    cites non-physician primary clinicians dictating treatment plans for the IDTT as a problem.

9    Defendant lacks sufficient information to admit or deny the allegation that this is a "problem,"

10   and on that basis Defendant denies the allegation.

11   In response to paragraph 388, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 389, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 390, Defendant lacks sufficient information to admit or deny the

16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 391, Defendant lacks sufficient information to admit or deny the

18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 392, Defendant lacks sufficient information to admit or deny the

20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 393, Defendant lacks sufficient information to admit or deny the

22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 394, Defendant lacks sufficient information to admit or deny the

24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 395, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 396, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

1      In response to paragraph 397, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3      In response to paragraph 398, Defendant lacks sufficient information to admit or deny
4    the allegations, and on that basis Defendant denies the allegations.

5      In response to paragraph 399, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7      In response to paragraph 400, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9      In response to paragraph 401, Defendant lacks sufficient information to admit or deny the
10    allegations, and on that basis Defendant denies the allegations.

11      In response to paragraph 402, Defendant lacks sufficient information to admit or deny the
12    allegations, and on that basis Defendant denies the allegations.

13      In response to paragraph 403, Defendant lacks sufficient information to admit or deny the
14    allegations, and on that basis Defendant denies the allegations.

15      In response to paragraph 404, Defendant lacks sufficient information to admit or deny the
16    allegations, and on that basis Defendant denies the allegations.

17      In response to paragraph 405, Defendant lacks sufficient information to admit or deny the
18    allegations, and on that basis Defendant denies the allegations.

19      In response to paragraph 406, Defendant lacks sufficient information to admit or deny the
20    allegations, and on that basis Defendant denies the allegations.

21      In response to paragraph 407, Defendant lacks sufficient information to admit or deny the
22    allegations, and on that basis Defendant denies the allegations.

23      In response to paragraph 408, Defendant lacks sufficient information to admit or deny the
24    allegations, and on that basis Defendant denies the allegations.

25      In response to paragraph 409, Defendant lacks sufficient information to admit or deny the
26    allegations, and on that basis Defendant denies the allegations.

27      In response to paragraph 410, Defendant lacks sufficient information to admit or deny the
28    allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 411, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 412, Defendant lacks sufficient information to admit or deny the

4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 413, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 414, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 415, Defendant lacks sufficient information to admit or deny the

10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 416, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 417, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 418, Defendant lacks sufficient information to admit or deny the

16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 419, Defendant lacks sufficient information to admit or deny the

18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 420, Defendant lacks sufficient information to admit or deny the

20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 421, Defendant lacks sufficient information to admit or deny the

22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 422, Defendant lacks sufficient information to admit or deny the

24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 423, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 424, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 425, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 426, Defendant lacks sufficient information to admit or deny the

4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 427, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 428, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 429, Defendant lacks sufficient information to admit or deny the

10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 430, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 431, Defendant admits the allegations.

14   In response to paragraph 432, Defendant lacks sufficient information to admit or deny the

15   allegations, and on that basis Defendant denies the allegations.

16   In response to paragraph 433, Defendant lacks sufficient information to admit or deny the

17   allegations, and on that basis Defendant denies the allegations.

18   In response to paragraph 434, Defendant lacks sufficient information to admit or deny the

19   allegations, and on that basis Defendant denies the allegations.

20   In response to paragraph 435, Defendant lacks sufficient information to admit or deny the

21   allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 436, Defendant lacks sufficient information to admit or deny the

23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 437, Defendant lacks sufficient information to admit or deny the

25   allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 438, Defendant lacks sufficient information to admit or deny the

27   allegations, and on that basis Defendant denies the allegations.

28

1    In response to paragraph 439, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 440, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 441, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 442, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 443, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 444, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 445, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 446, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 447, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 448, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 449, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 450, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 451, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27

28

Def. Bradley's Ans. Fourth Am. Compl. (2:20-cv-00195-JAM-CKD)

1        In response to paragraph 452, Defendant lacks sufficient information to admit or deny that

2    William refused drug screens on February 6, 2018 and March 2, 2018, and on that basis

3    Defendant denies the allegations.  Defendant admits the remaining allegations in paragraph 452.

4        In response to paragraph 453, Defendant lacks sufficient information to admit or deny the

5    allegations, and on that basis Defendant denies the allegations.

6        In response to paragraph 454, Defendant lacks sufficient information to admit or deny the

7    allegations, and on that basis Defendant denies the allegations.

8        In response to paragraph 455, Defendant lacks sufficient information to admit or deny the

9    allegations, and on that basis Defendant denies the allegations.

10       In response to paragraph 456, Defendant lacks sufficient information to admit or deny the

11   allegations, and on that basis Defendant denies the allegations.

12       In response to paragraph 457, Defendant admits that William was incarcerated.

13   Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph

14   457, and on that basis Defendant denies the allegations.

15       In response to paragraph 458, Defendant lacks sufficient information to admit or deny the

16   allegations, and on that basis Defendant denies the allegations.

17       In response to paragraph 459, Defendant lacks sufficient information to admit or deny the

18   allegations, and on that basis Defendant denies the allegations.

19       In response to paragraph 460, Defendant lacks sufficient information to admit or deny the

20   allegations, and on that basis Defendant denies the allegations.

21       In response to paragraph 461, Defendant lacks sufficient information to admit or deny the

22   allegations, and on that basis Defendant denies the allegations.

23       In response to paragraph 462, Defendant lacks sufficient information to admit or deny the

24   allegations, and on that basis Defendant denies the allegations.

25       In response to paragraph 463, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27       In response to paragraph 464, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 465, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 466, Defendant lacks sufficient information to admit or deny the

4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 467, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 468, Defendant admits that William was incarcerated.

8    Defendant denies the remaining allegations in paragraph 468.

9    In response to paragraph 469, Defendant lacks sufficient information to admit or deny the

10    allegations, and on that basis Defendant denies the allegations.

11    In response to paragraph 470, Defendant lacks sufficient information to admit or deny the

12    allegations, and on that basis Defendant denies the allegations.

13    In response to paragraph 471, Defendant lacks sufficient information to admit or deny the

14    allegations, and on that basis Defendant denies the allegations.

15    In response to paragraph 472, Defendant lacks sufficient information to admit or deny the

16    allegations, and on that basis Defendant denies the allegations.

17    In response to paragraph 473, Defendant lacks sufficient information to admit or deny the

18    allegations, and on that basis Defendant denies the allegations.

19    In response to paragraph 474, Defendant lacks sufficient information to admit or deny the

20    allegations, and on that basis Defendant denies the allegations.

21    In response to paragraph 475, Defendant lacks sufficient information to admit or deny the

22    allegations, and on that basis Defendant denies the allegations.

23    In response to paragraph 476, Defendant lacks sufficient information to admit or deny the

24    allegations, and on that basis Defendant denies the allegations.

25    In response to paragraph 477, Defendant lacks sufficient information to admit or deny the

26    allegations, and on that basis Defendant denies the allegations.

27    In response to paragraph 478, Defendant lacks sufficient information to admit or deny the

28    allegations, and on that basis Defendant denies the allegations.

1   In response to paragraph 479, Defendant lacks sufficient information to admit or deny the
2   allegations, and on that basis Defendant denies the allegations.

3   In response to paragraph 480, Defendant lacks sufficient information to admit or deny the
4   allegations, and on that basis Defendant denies the allegations.

5   In response to paragraph 481, Defendant admits the allegations, except Defendants assert
6   that the phrase "and persistent" should be inserted between the words "severe" and "functional."

7   In response to paragraph 482, Defendant lacks sufficient information to admit or deny the
8   allegations, and on that basis Defendant denies the allegations.

9   In response to paragraph 483, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 484, Defendant admits that the quoted text is a summary of Dr.
12   Kuich's deposition testimony as cited in Judge Mueller's court order.  Defendant denies that the
13   text is from "Dr." Mueller's court.

14   In response to paragraph 485, Defendant lacks sufficient information to admit or deny the
15   allegations, and on that basis Defendant denies the allegations.

16   In response to paragraph 486, Defendant lacks sufficient information to admit or deny the
17   allegations, and on that basis Defendant denies the allegations.

18   In response to paragraph 487, Defendant lacks sufficient information to admit or deny the
19   allegations, and on that basis Defendant denies the allegations.

20   In response to paragraph 488, Defendant lacks sufficient information to admit or deny the
21   allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 489, Defendant lacks sufficient information to admit or deny the
23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 490, Defendant lacks sufficient information to admit or deny the
25   allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 491, Defendant lacks sufficient information to admit or deny the
27   allegations, and on that basis Defendant denies the allegations.

28

1      In response to paragraph 492, Defendant lacks sufficient information to admit or deny the
2  allegations, and on that basis Defendant denies the allegations.

3      In response to paragraph 493, Defendant lacks sufficient information to admit or deny the
4  allegations, and on that basis Defendant denies the allegations.

5      In response to paragraph 494, Defendant lacks sufficient information to admit or deny the
6  allegations, and on that basis Defendant denies the allegations.

7      In response to paragraph 495, Defendant admits the allegations.

8      In response to paragraph 496, Defendant lacks sufficient information to admit or deny the
9  allegations, and on that basis Defendant denies the allegations.

10     In response to paragraph 497, Defendant lacks sufficient information to admit or deny the
11  allegations, and on that basis Defendant denies the allegations.

12     In response to paragraph 498, Defendant admits that the quoted language is from Judge
13  Mueller's December 17, 2019 order.

14     In response to paragraph 499, Defendant lacks sufficient information to admit or deny the
15  allegations, and on that basis Defendant denies the allegations.

16     In response to paragraph 500, Defendant lacks sufficient information to admit or deny the
17  allegations, and on that basis Defendant denies the allegations.

18     In response to paragraph 501, Defendant lacks sufficient information to admit or deny the
19  allegations, and on that basis Defendant denies the allegations.

20     In response to paragraph 502, Defendant lacks sufficient information to admit or deny the
21  allegations, and on that basis Defendant denies the allegations.

22     In response to paragraph 503, Defendant lacks sufficient information to admit or deny the
23  allegations, and on that basis Defendant denies the allegations.

24     In response to paragraph 504, Defendant lacks sufficient information to admit or deny the
25  allegations, and on that basis Defendant denies the allegations.

26     In response to paragraph 505, Defendant lacks sufficient information to admit or deny the
27  allegations, and on that basis Defendant denies the allegations.

28

1    In response to paragraph 506, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 507, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 508, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 509, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 510, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 511, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 512, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 513, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 514, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 515, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 516, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 517, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 518, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 519, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 520, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 521, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 522, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 523, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 524, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 525, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 526, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 527, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 528, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 529, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 530, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 531, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 532, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 533, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

1      In response to paragraph 534, Defendant lacks sufficient information to admit or deny the

2  allegations, and on that basis Defendant denies the allegations.

3      In response to paragraph 535, Defendant lacks sufficient information to admit or deny the

4  allegations, and on that basis Defendant denies the allegations.

5      In response to paragraph 536, Defendant lacks sufficient information to admit or deny the

6  allegations, and on that basis Defendant denies the allegations.

7      In response to paragraph 537, Defendant lacks sufficient information to admit or deny the

8  allegations, and on that basis Defendant denies the allegations.

9      In response to paragraph 538, Defendant lacks sufficient information to admit or deny the

10  allegations, and on that basis Defendant denies the allegations.

11      In response to paragraph 539, Defendant lacks sufficient information to admit or deny the

12  allegations, and on that basis Defendant denies the allegations.

13      In response to paragraph 540, Defendant lacks sufficient information to admit or deny the

14  allegations, and on that basis Defendant denies the allegations.

15      In response to paragraph 541, Defendant lacks sufficient information to admit or deny the

16  allegations, and on that basis Defendant denies the allegations.

17      In response to paragraph 542, Defendant lacks sufficient information to admit or deny the

18  allegations, and on that basis Defendant denies the allegations.

19      In response to paragraph 543, Defendant lacks sufficient information to admit or deny the

20  allegations, and on that basis Defendant denies the allegations.

21      In response to paragraph 544, Defendant lacks sufficient information to admit or deny the

22  allegations, and on that basis Defendant denies the allegations.

23      In response to paragraph 545, Defendant lacks sufficient information to admit or deny the

24  allegations, and on that basis Defendant denies the allegations.

25      In response to paragraph 546, Defendant lacks sufficient information to admit or deny the

26  allegations, and on that basis Defendant denies the allegations.

27      In response to paragraph 547, Defendant lacks sufficient information to admit or deny the

28  allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 548, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 549, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 550, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 551, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 552, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 553, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 554, Defendant admits the allegations.

14   In response to paragraph 555, Defendant lacks sufficient information to admit or deny the
15   allegations, and on that basis Defendant denies the allegations.

16   In response to paragraph 556, Defendant lacks sufficient information to admit or deny the
17   allegations, and on that basis Defendant denies the allegations.

18   In response to paragraph 557, Defendant lacks sufficient information to admit or deny the
19   allegations, and on that basis Defendant denies the allegations.

20   In response to paragraph 558, Defendant lacks sufficient information to admit or deny the
21   allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 559, Defendant lacks sufficient information to admit or deny the
23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 560, Defendant admits that William died in his cell from a
25   methamphetamine overdose.  Defendant lacks sufficient information to admit or deny the
26   remaining allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 561, Defendant admits that "a psychotic patient ripping out and
28   eating her own eye" is detailed in Dr. Golding's report.  Defendant lacks sufficient information to

1   admit or deny the remaining allegations in paragraph 561, and on that basis Defendant denies the

2   allegations.

3          In response to paragraph 562, Defendant lacks sufficient information to admit or deny the

4   allegations, and on that basis Defendant denies the allegations.

5          In response to paragraph 563, Defendant admits that Judge Mueller made the findings

6   noted.

7          In response to paragraph 564, Defendant lacks sufficient information to admit or deny the

8   allegations, and on that basis Defendant denies the allegations.

9          In response to paragraph 565, Defendant admits that on January 21, 2019, he was a floor

10  officer responsible for William's safety, but Defendant asserts that his shift did not begin until

11  2:00 p.m. on January 21, 2019.  Defendant lacks sufficient information to admit or deny the

12  allegation that on January 21, 2019, Defendant Asman was a floor officer responsible for

13  William's safety, and on that basis Defendant denies the allegations.

14         In response to paragraph 566, Defendant admits the allegations.

15         In response to paragraph 567, Defendant admits that per Cal. Code Regs. Tit. 15, § 3271

16  he was responsible for the "safe custody" of William.  Defendant lacks sufficient information to

17  admit or deny that Defendant Asman was responsible for the "safe custody" of William, and on

18  that basis denies the allegation.

19         In response to paragraph 568, Defendant denies that William's death occurred at 14:44.

20  Defendant further denies that he was responsible for Williams from 14:00-14:44.  Defendant

21  lacks sufficient information to admit or deny the remaining allegations in paragraph 568, and on

22  that basis Defendant denies the allegations.

23         In response to paragraph 569, Defendant denies the allegations.

24         In response to paragraph 570, Defendant admits the allegations.

25         In response to paragraph 571, Defendant admits the allegations.

26         In response to paragraph 572, Defendant admits the allegations.

27         In response to paragraph 573, Defendant lacks sufficient information to admit or deny the

28  allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 574, Defendant admits the allegations.

2    In response to paragraph 575, Defendant denies the allegations.

3    In response to paragraph 576, Defendant admits that the stated language is from the

4    CDCR DOM, however, Defendant asserts that the ellipses omit key phrases, including "who are

5    present at their program/work assignments" after "identification of inmates," and "work centers,

6    minimum support facilities, and community work crews" after "housing units."

7    In response to paragraph 577, Defendant denies that he supervised William on January 21,

8    2019.  Defendant lacks sufficient information to admit or deny the allegations against Defendant

9    Asman, and on that basis Defendant denies the allegations.

10    In response to paragraph 578, Defendant lacks sufficient information to admit or deny that

11    Defendant Asman knew William was medium A custody, and on that basis Defendant denies the

12    allegation.  Defendant admits the remaining allegations in paragraph 578.

13    In response to paragraph 579, Defendant denies that the custody classification of all

14    inmates is labeled on a large piece of paper and attached directly in front of their cell, and asserts

15    that such a label is only placed in front of cells housing close custody inmates.  Defendant denies

16    the remaining allegations in paragraph 579.

17    In response to paragraph 580, Defendant admits that "post orders are written standing

18    orders describing the duties and responsibilities of officers in a given position in the California

19    Prison system."  Defendant lacks sufficient information to admit or deny the remaining

20    allegations in paragraph 580, and on that basis Defendant denies the allegations.

21    In response to footnote 23, Defendant lacks sufficient information to admit or deny the

22    allegations, and on that basis Defendant denies the allegations.

23    In response to paragraph 581, Defendant lacks sufficient information to admit or deny the

24    allegations, and on that basis Defendant denies the allegations.

25    In response to paragraph 582, Defendant lacks sufficient information to admit or deny the

26    allegations against Defendant Asman, and on that basis Defendant denies the allegations.

27    Defendant denies the remaining allegations.

28

45

1    In response to paragraph 583, Defendant lacks sufficient information to admit or deny the

2 allegations against Defendant Asman, and on that basis Defendant denies the allegations.

3 Defendant admits the remaining allegations in paragraph 583.

4    In response to paragraph 584, Defendant denies the allegations.

5    In response to paragraph 585, Defendant denies the allegations.

6    In response to paragraph 586, Defendant admits the allegations.

7    In response to paragraph 587, Defendant admits that SOMS was available to him.

8 Defendant lacks sufficient information to admit or deny the allegations against Defendant Asman,

9 and on that basis Defendant denies the allegations.

10    In response to footnote 24, Defendant denies that policies were repeatedly and customarily

11 ignored by the frontline staff and that supervisors allowed the violations.  Defendant lacks

12 sufficient information to admit or deny the remaining allegations in footnote 24, and on that basis,

13 Defendant denies the allegations.

14    In response to paragraph 588, Defendant denies the allegations made as to Defendant.

15 Defendant lacks sufficient information to admit or deny the allegations against Defendant Asman,

16 and on that basis Defendant denies the allegations.

17    In response to paragraph 589, Defendant denies the allegations made as to Defendant.

18 Defendant lacks sufficient information to admit or deny the allegations against Defendant Asman,

19 and on that basis Defendant denies the allegations.

20    In response to paragraph 590, Defendant denies the allegations made as to Defendant.

21 Defendant lacks sufficient information to admit or deny the allegations against Defendant Asman,

22 and on that basis Defendant denies the allegations.

23    In response to paragraph 591, Defendant admits the allegations made as to Defendant.

24 Defendant lacks sufficient information to admit or deny the allegations against Defendant Asman,

25 and on that basis Defendant denies the allegations.

26    In response to paragraph 592, Defendant lacks sufficient information to admit or deny the

27 allegations, and on that basis Defendant denies the allegations.

28

1    In response to paragraph 593, Defendant admits the allegations made as to Defendant.

2    Defendant lacks sufficient information to admit or deny the allegations against Defendant Asman,

3    and on that basis Defendant denies the allegations.

4    In response to paragraph 594, Defendant lacks sufficient information to admit or deny the

5    allegations, and on that basis Defendant denies the allegations.

6    In response to paragraph 595, Defendant lacks sufficient information to admit or deny the

7    allegations, and on that basis Defendant denies the allegations.

8    In response to paragraph 596, Defendant lacks sufficient information to admit or deny the

9    allegations, and on that basis Defendant denies the allegations.

10    In response to paragraph 597, Defendant admits that on January 21, 2019, William

11    Schmitz was pronounced dead at 14:44.  Defendant lacks sufficient information to admit or deny

12    that "William died of complications from methamphetamine toxicity," and on that basis

13    Defendant denies the allegations.

14    In response to paragraph 598, Defendant lacks sufficient information to admit or deny the

15    allegations, and on that basis Defendant denies the allegations.

16    In response to paragraph 599, Defendant lacks sufficient information to admit or deny the

17    allegations, and on that basis Defendant denies the allegations.

18    In response to paragraph 600, Defendant denies that "William's life would have been

19    saved if his signs of distress were not neglected by" Defendant, and denies each and every

20    allegation in that phrase.  Defendant lacks sufficient information to admit or deny the remaining

21    allegations in paragraph 600, and on that basis Defendant denies the allegations.

22    In response to paragraph 601, Defendant denies the allegations.

23    In response to paragraph 602, Defendant admits that William's autopsy report shows

24    levels of amphetamine.  Defendant lacks sufficient information to admit or deny the remaining

25    allegations in paragraph 602, and on that basis Defendant denies the allegations.

26    In response to paragraph 603, Defendant lacks sufficient information to admit or deny the

27    allegations, and on that basis Defendant denies the allegations.

28

Def. Bradley's Ans. Fourth Am. Compl. (2:20-cv-00195-JAM-CKD)

1  In response to paragraph 604, Defendant denies that he ignored signs of distress.

2  Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph

3  604, and on that basis Defendant denies the allegations.

4  In response to paragraph 605, Defendant lacks sufficient information to admit or deny the

5  allegations, and on that basis Defendant denies the allegations.

6  In response to paragraph 606, Defendant lacks sufficient information to admit or deny the

7  allegations, and on that basis Defendant denies the allegations.

8  In response to paragraph 607, Defendant lacks sufficient information to admit or deny the

9  allegations, and on that basis Defendant denies the allegations.

10  In response to paragraph 608, Defendant lacks sufficient information to admit or deny the

11  allegations, and on that basis Defendant denies the allegations.

12  In response to paragraph 609, Defendant denies the allegations.

13  In response to paragraph 610, Defendant lacks sufficient information to admit or deny the

14  allegations, and on that basis Defendant denies the allegations.

15  In response to paragraph 611, Defendant denies the allegations.

16  In response to paragraph 612, Defendant lacks sufficient information to admit or deny the

17  allegations, and on that basis Defendant denies the allegations.

18  In response to paragraph 613, Defendant admits that CDCR DOM section 91090.6

19  contains the language that Plaintiffs cite, however, Defendant asserts that Plaintiffs' allegations

20  omit pertinent language from CDCR DOM section 91090.6.

21  In response to paragraph 614, Defendant lacks sufficient information to admit or deny the

22  allegations, and on that basis Defendant denies the allegations.

23  In response to paragraph 615, Defendant lacks sufficient information to admit or deny the

24  allegations, and on that basis Defendant denies the allegations.

25  In response to paragraph 616, Defendant lacks sufficient information to admit or deny the

26  allegations, and on that basis Defendant denies the allegations.

27  In response to paragraph 617, Defendant lacks sufficient information to admit or deny the

28  allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 618, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 619, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 620, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 621, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to footnote 25, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 622, Defendant admits the allegations.

12   In response to paragraph 623, Defendant admits the allegations.

13   In response to paragraph 624, Defendant admits the allegation that "[t]hese identifiers in
14   the incident report are name, inmate number, cell number and whether or not in the MHSDS."
15   Defendant denies the remaining allegations in paragraph 624.

16   In response to paragraph 625, Defendant lacks sufficient information to admit or deny that
17   Simmons was taking phone sign-ups, that Simmons found it unusual that William did not
18   respond, or that Simmons saw William, and on that basis Defendant denies the allegations.
19   Defendant admits that Simmons yelled "Man Down, cell 202," that he and Officer Burns
20   responded, and that William was unresponsive to verbal commands.  Defendant denies the
21   remaining allegations in paragraph 625.

22   In response to paragraph 626, Defendant admits that William was unresponsive to verbal
23   commands, and that William was unresponsive during the previous security check.  Defendant
24   denies that he knew William was obviously in distress and in need of medical care.  Defendant
25   lacks sufficient information to admit or deny the allegations against Defendant Asman, and on
26   that basis Defendant denies the allegations.

27   In response to paragraph 627, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

1   In response to paragraph 628, Defendant denies that "Officer Burns then activated 911,"

2   and asserts that Officer Burns notified Main Control to activate 911.  Defendant admits the

3   remaining allegations in paragraph 628.

4   In response to paragraph 629, Defendant lacks sufficient information to admit or deny the

5   allegations, and on that basis Defendant denies the allegations.

6   In response to paragraph 630, Defendant admits that the findings from the OIG report

7   attached as Exhibit L to the complaint are listed.

8   In response to paragraph 631, Defendant admits that per the OIG report, the housing unit

9   log showed the security check was 32 minutes prior to William's discovery.  Defendant denies

10   that he told the Coroner that he conducted a check on William 17 minutes prior to William's

11   discovery, and asserts that he told the Coroner that he conducted a safety check at approximately

12   14:15 hours.

13   In response to paragraph 632, Defendant denies the allegations.

14   In response to paragraph 633, Defendant admits that he did not actually see William

15   during his security check.  Defendant denies the remaining allegations in paragraph 633.

16   In response to paragraph 634, Defendant denies that the cell window obstruction impeded

17   everyone's view of William.  Defendant admits the remaining allegations.

18   In response to paragraph 635, Defendant admits the allegations.

19   In response to paragraph 636, Defendant lacks sufficient information to admit or deny the

20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 637, Defendant denies the allegations.

22   In response to paragraph 638, Defendant denies the allegations.

23   In response to paragraph 639, Defendant admits the allegations.

24   In response to paragraph 640, Defendant lacks sufficient information to admit or deny that

25   as a prison, MCSP has numerous safety controls to ensure the location of inmates at all times, and

26   on that basis Defendant denies the allegations.  Defendant denies that "he ignored all of them."

27   In response to paragraph 641, Defendant denies the allegations.

28   In response to paragraph 642, Defendant denies the allegations.

50

1    In response to paragraph 643, Defendant denies the allegations.

2    In response to paragraph 644, Defendant denies the allegations.

3    In response to paragraph 645, Defendant lacks sufficient information to admit or deny that

4    body stiffness "is a sign of toxin-induced hyperthermia, a complication of methamphetamine

5    toxicity," and on that basis Defendant denies the allegations.  Defendants denies the remaining

6    allegations in paragraph 645.

7    In response to footnote 26, Defendant denies the allegations.

8    In response to paragraph 646, Defendant lacks sufficient information to admit or deny the

9    allegations against Defendant Asman, and on that basis, Defendant denies the allegations.

10    Defendant admits the remaining allegations in paragraph 646.

11    In response to paragraph 647, Defendant denies the allegations.

12    In response to paragraph 648, Defendant denies the allegations.

13    In response to paragraph 649, Defendant lacks sufficient information to admit or deny the

14    allegations against Defendant Asman, and on that basis, Defendant denies the allegations.

15    Defendant admits that he permitted a window covering over William's cell window in violation

16    of CDCR DOM policy.  Defendant denies the remaining allegations in paragraph 649.

17    In response to paragraph 650, Defendant denies the allegations.

18    In response to paragraph 651, Defendant lacks sufficient information to admit or deny the

19    allegations, and on that basis, Defendant denies the allegations.

20    In response to paragraph 652, Defendant denies the allegations.

21    In response to paragraph 653, Defendant denies the allegations.

22    In response to paragraph 654, Defendant denies the allegations.

23    In response to footnote 27, Defendant lacks sufficient information to admit or deny the

24    allegations, and on that basis Defendant denies the allegations.

25    In response to paragraph 655, Defendant denies the allegations.

26    In response to paragraph 656, Defendant denies the allegations.

27    In response to paragraph 657, Defendant denies the allegations.

28    In response to paragraph 658, Defendant denies the allegations.

1    In response to paragraph 659, Defendant denies the allegations.

2    In response to paragraph 660, Defendant lacks sufficient information to admit or deny the

3    allegations, and on that basis Defendant denies the allegations.

4    In response to paragraph 661, Defendant lacks sufficient information to admit or deny the

5    allegations, and on that basis Defendant denies the allegations.

6    In response to paragraph 662, Defendant denies the allegations.

7    In response to paragraph 663, Defendant denies the allegations.

8    In response to paragraph 664, Defendant lacks sufficient information to admit or deny the

9    allegations, and on that basis Defendant denies the allegations.

10   In response to paragraph 665, Defendant denies the allegations.

11   In response to paragraph 666, Defendant denies that on July 6, 2019, he found another

12   CCCMS inmate unresponsive at MCSP.  Defendant admits that July 6, 2019, was less than 6

13   months after William's death.  Defendant lacks sufficient information to admit or deny the

14   remaining allegations in paragraph 666, and on that basis, Defendant denies the allegations.

15   In response to paragraph 667, Defendant denies that the policy of performing a security

16   check every hour applies to all inmates.  Defendant lacks sufficient information to admit or deny

17   the remaining allegations in paragraph 667, and on that basis Defendant denies the allegations.

18   In response to paragraph 668, Defendant denies that he discovered the inmate in a state of

19   rigor mortis.  Defendant lacks sufficient information to admit or deny the allegations, and on that

20   basis Defendant denies the allegations.

21   In response to paragraph 669, Defendant lacks sufficient information to admit or deny the

22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 670, Defendant lacks sufficient information to admit or deny the

24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 671, Defendant lacks sufficient information to admit or deny the

26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 672, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 673, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 674, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 675, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 676, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 677, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 678, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 679, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 680, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 681, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 682, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 683, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 684, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 685, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 686, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

In response to paragraph 687, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 688, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 689, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 690, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 691, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 692, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 693, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 694, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 695, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 696, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 697, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 698, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 699, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 700, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 701, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 702, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 703, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 704, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 705, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 706, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 707, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 708, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 709, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 710, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 711, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 712, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 713, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 714, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

1        In response to paragraph 715, Defendant lacks sufficient information to admit or deny the

2 allegations, and on that basis Defendant denies the allegations.

3        In response to paragraph 716, Defendant lacks sufficient information to admit or deny

4 the allegations, and on that basis Defendant denies the allegations.

5        In response to paragraph 717, Defendant lacks sufficient information to admit or deny the

6 allegations, and on that basis Defendant denies the allegations.

7        In response to paragraph 718, Defendant lacks sufficient information to admit or deny the

8 allegations, and on that basis Defendant denies the allegations.

9        In response to paragraph 719, Defendant lacks sufficient information to admit or deny the

10 allegations, and on that basis Defendant denies the allegations.

11        In response to paragraph 720, Defendant lacks sufficient information to admit or deny the

12 allegations, and on that basis Defendant denies the allegations.

13        In response to paragraph 721, Defendant lacks sufficient information to admit or deny the

14 allegations, and on that basis Defendant denies the allegations.

15        In response to paragraph 722, Defendant lacks sufficient information to admit or deny the

16 allegations, and on that basis Defendant denies the allegation.

17        In response to paragraph 723, Defendant lacks sufficient information to admit or deny the

18 allegations, and on that basis Defendant denies the allegations.

19        In response to paragraph 724, Defendant lacks sufficient information to admit or deny the

20 allegations, and on that basis Defendant denies the allegations.

21        In response to paragraph 725, Defendant lacks sufficient information to admit or deny the

22 allegations, and on that basis Defendant denies the allegations.

23        In response to paragraph 726, Defendant lacks sufficient information to admit or deny the

24 allegations, and on that basis Defendant denies the allegations.

25        In response to paragraph 727, Defendant lacks sufficient information to admit or deny the

26 allegations, and on that basis Defendant denies the allegations.

27        In response to footnote 28, Defendant lacks sufficient information to admit or deny the

28 allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 728, Defendant lacks sufficient information to admit or deny the

2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 729, Defendant lacks sufficient information to admit or deny the

4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 730, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to footnote 29, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 731, Defendant lacks sufficient information to admit or deny the

10    allegations, and on that basis Defendant denies the allegations.

11    In response to paragraph 732, Defendant lacks sufficient information to admit or deny the

12    allegations, and on that basis Defendant denies the allegations.

13    In response to paragraph 733, Defendant lacks sufficient information to admit or deny the

14    allegations, and on that basis Defendant denies the allegations.

15    In response to paragraph 734, Defendant lacks sufficient information to admit or deny the

16    allegations, and on that basis Defendant denies the allegations.

17    In response to paragraph 735, Defendant lacks sufficient information to admit or deny the

18    allegations, and on that basis Defendant denies the allegations.

19    In response to paragraph 736, Defendant lacks sufficient information to admit or deny the

20    allegations, and on that basis Defendant denies the allegations.

21    In response to footnote 30, Defendant lacks sufficient information to admit or deny the

22    allegations, and on that basis Defendant denies the allegations.

23    In response to paragraph 737, Defendant lacks sufficient information to admit or deny the

24    allegations, and on that basis Defendant denies the allegations.

25    In response to paragraph 738, Defendant lacks sufficient information to admit or deny the

26    allegations, and on that basis Defendant denies the allegations.

27    In response to paragraph 739, Defendant lacks sufficient information to admit or deny the

28    allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 740, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 741, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 742, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 743, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 744, Defendant admits the allegations.

10   In response to footnote 31, Defendant lacks sufficient information to admit or deny the
11   allegations, and on that basis Defendant denies the allegations.

12   In response to paragraph 745, Defendant lacks sufficient information to admit or deny the
13   allegations, and on that basis Defendant denies the allegations.

14   In response to paragraph 746, Defendant lacks sufficient information to admit or deny the
15   allegations, and on that basis Defendant denies the allegations.

16   In response to paragraph 747, Defendant lacks sufficient information to admit or deny the
17   allegations, and on that basis Defendant denies the allegations.

18   In response to paragraph 748, Defendant lacks sufficient information to admit or deny the
19   allegations, and on that basis Defendant denies the allegations.

20   In response to paragraph 749, Defendant lacks sufficient information to admit or deny the
21   allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 750, Defendant lacks sufficient information to admit or deny the
23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 751, Defendant lacks sufficient information to admit or deny the
25   allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 752, Defendant lacks sufficient information to admit or deny the
27   allegations, and on that basis Defendant denies the allegations.

28

1       In response to paragraph 753, Defendant lacks sufficient information to admit or deny the
2  allegations, and on that basis Defendant denies the allegations.

3       In response to paragraph 754, Defendant lacks sufficient information to admit or deny
4  the allegations, and on that basis Defendant denies the allegations.

5       In response to paragraph 755, Defendant lacks sufficient information to admit or deny the
6  allegations, and on that basis Defendant denies the allegations.

7       In response to paragraph 756, Defendant lacks sufficient information to admit or deny the
8  allegations, and on that basis Defendant denies the allegations.

9       In response to paragraph 757, Defendant lacks sufficient information to admit or deny
10  the allegations, and on that basis Defendant denies the allegations.

11       In response to paragraph 758, Defendant lacks sufficient information to admit or deny the
12  allegations, and on that basis Defendant denies the allegations.

13       In response to paragraph 759, Defendant lacks sufficient information to admit or deny
14  the allegations, and on that basis Defendant denies the allegations.

15       In response to paragraph 760, Defendant lacks sufficient information to admit or deny
16  the allegations, and on that basis Defendant denies the allegations.

17       In response to paragraph 761, Defendant lacks sufficient information to admit or deny the
18  allegations, and on that basis Defendant denies the allegations.

19       In response to paragraph 762, Defendant lacks sufficient information to admit or deny
20  the allegations, and on that basis Defendant denies the allegations.

21       In response to paragraph 763, Defendant lacks sufficient information to admit or deny
22  the allegations, and on that basis Defendant denies the allegations.

23       In response to paragraph 764, Defendant lacks sufficient information to admit or deny the
24  allegations, and on that basis Defendant denies the allegations.

25       In response to paragraph 765, Defendant lacks sufficient information to admit or deny
26  the allegations, and on that basis Defendant denies the allegations.

27       In response to paragraph 766, Defendant lacks sufficient information to admit or deny the
28  allegations, and on that basis Defendant denies the allegations.

1    In response to paragraph 767, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3    In response to paragraph 768, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5    In response to paragraph 769, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7    In response to paragraph 770, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 771, Defendant lacks sufficient information to admit or deny the
10   allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 772, Defendant lacks sufficient information to admit or deny the
12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 773, Defendant lacks sufficient information to admit or deny the
14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 774, Defendant lacks sufficient information to admit or deny the
16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 775, Defendant lacks sufficient information to admit or deny the
18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 776, Defendant lacks sufficient information to admit or deny the
20   allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 777, Defendant lacks sufficient information to admit or deny the
22   allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 778, Defendant lacks sufficient information to admit or deny the
24   allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 779, Defendant lacks sufficient information to admit or deny the
26   allegations, and on that basis Defendant denies the allegations.

27   In response to paragraph 780, Defendant lacks sufficient information to admit or deny the
28   allegations, and on that basis Defendant denies the allegations.

Def. Bradley's Ans. Fourth Am. Compl. (2:20-cv-00195-JAM-CKD)

1        In response to paragraph 781, Defendant lacks sufficient information to admit or deny the
2    allegations, and on that basis Defendant denies the allegations.

3        In response to paragraph 782, Defendant lacks sufficient information to admit or deny the
4    allegations, and on that basis Defendant denies the allegations.

5        In response to paragraph 783, Defendant lacks sufficient information to admit or deny the
6    allegations, and on that basis Defendant denies the allegations.

7        In response to paragraph 784, Defendant lacks sufficient information to admit or deny the
8    allegations, and on that basis Defendant denies the allegations.

9        In response to footnote 32, Defendant lacks sufficient information to admit or deny the
10    allegations, and on that basis Defendant denies the allegations.

11        In response to paragraph 785, Defendant lacks sufficient information to admit or deny the
12    allegations, and on that basis Defendant denies the allegations.

13        In response to paragraph 786, Defendant lacks sufficient information to admit or deny the
14    allegations, and on that basis Defendant denies the allegations.

15        In response to paragraph 787, Defendant lacks sufficient information to admit or deny the
16    allegations, and on that basis Defendant denies the allegations.

17        In response to paragraph 788, Defendant lacks sufficient information to admit or deny the
18    allegations, and on that basis Defendant denies the allegations.

19        In response to paragraph 789, Defendant lacks sufficient information to admit or deny the
20    allegations, and on that basis Defendant denies the allegations.

21        In response to paragraph 790, Defendant lacks sufficient information to admit or deny the
22    allegations, and on that basis Defendant denies the allegations.

23        In response to paragraph 791, Defendant lacks sufficient information to admit or deny the
24    allegations, and on that basis Defendant denies the allegations.

25        In response to paragraph 792, Defendant lacks sufficient information to admit or deny the
26    allegations, and on that basis Defendant denies the allegations.

27        In response to paragraph 793, Defendant lacks sufficient information to admit or deny the
28    allegations, and on that basis Defendant denies the allegations.

1   In response to paragraph 794, Defendant lacks sufficient information to admit or deny the

2 allegations, and on that basis Defendant denies the allegations.

3   In response to paragraph 795, Defendant lacks sufficient information to admit or deny the

4 allegations, and on that basis Defendant denies the allegations.

5   In response to paragraph 796, Defendant lacks sufficient information to admit or deny the

6 allegations, and on that basis Defendant denies the allegations.

7   In response to paragraph 797, Defendant lacks sufficient information to admit or deny the

8 allegations, and on that basis Defendant denies the allegations.

9   In response to paragraph 798, Defendant lacks sufficient information to admit or deny the

10 allegations, and on that basis Defendant denies the allegations.

11   In response to paragraph 799, Defendant lacks sufficient information to admit or deny the

12 allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 800, Defendant lacks sufficient information to admit or deny the

14 allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 801, Defendant lacks sufficient information to admit or deny the

16 allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 802, Defendant lacks sufficient information to admit or deny the

18 allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 803, Defendant lacks sufficient information to admit or deny the

20 allegations, and on that basis Defendant denies the allegations.

21   In response to paragraph 804, Defendant lacks sufficient information to admit or deny the

22 allegations, and on that basis Defendant denies the allegations.

23   In response to paragraph 805, Defendant lacks sufficient information to admit or deny the

24 allegations, and on that basis Defendant denies the allegations.

25   In response to paragraph 806, Defendant lacks sufficient information to admit or deny the

26 allegations, and on that basis Defendant denies the allegations.

27

28

1    In response to paragraph 807, Defendant admits that the Coroner makes no mention of

2    William's severe mental illness.  Defendant lacks sufficient information to admit or deny the

3    remaining allegations in paragraph 807, and on that basis Defendant denies the allegations.

4    In response to paragraph 808, Defendant denies the allegations.

5    In response to paragraph 809, Defendant lacks sufficient information to admit or deny the

6    allegations, and on that basis Defendant denies the allegations.

7    In response to footnote 33, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 810, Defendant denies the allegations.

10    In response to paragraph 811, Defendant denies the allegations.

11    In response to paragraph 812, Defendant lacks sufficient information to admit or deny the

12    allegations, and on that basis Defendant denies the allegations.

13    In response to paragraph 813, Defendant denies the allegations.

14    In response to paragraph 814, Defendant lacks sufficient information to admit or deny the

15    allegations, and on that basis Defendant denies the allegations.

16    In response to paragraph 815, Defendant lacks sufficient information to admit or deny the

17    allegations, and on that basis Defendant denies the allegations.

18    In response to paragraph 816, Defendant lacks sufficient information to admit or deny the

19    allegations, and on that basis Defendant denies the allegations.

20    In response to footnote 34, Defendant lacks sufficient information to admit or deny the

21    allegations, and on that basis Defendant denies the allegations.

22    In response to paragraph 817, Defendant lacks sufficient information to admit or deny the

23    allegations, and on that basis Defendant denies the allegations.

24    In response to footnote 35, Defendant lacks sufficient information to admit or deny the

25    allegations, and on that basis Defendant denies the allegations.

26    In response to paragraph 818, Defendant lacks sufficient information to admit or deny the

27    allegations, and on that basis Defendant denies the allegations.

28

1   In response to paragraph 819, Defendant lacks sufficient information to admit or deny the
2   allegations, and on that basis Defendant denies the allegations.

3   In response to paragraph 820, Defendant lacks sufficient information to admit or deny the
4   allegations, and on that basis Defendant denies the allegations.

5   In response to paragraph 821, Defendant lacks sufficient information to admit or deny the
6   allegations, and on that basis Defendant denies the allegations.

7   In response to paragraph 822, Defendant lacks sufficient information to admit or deny the
8   allegations, and on that basis Defendant denies the allegations.

9   In response to paragraph 823, Defendant lacks sufficient information to admit or deny the
10  allegations, and on that basis Defendant denies the allegations.

11  In response to paragraph 824, Defendant lacks sufficient information to admit or deny the
12  allegations, and on that basis Defendant denies the allegations.

13  In response to paragraph 825, Defendant lacks sufficient information to admit or deny the
14  allegations, and on that basis Defendant denies the allegations.

15  In response to paragraph 826, Defendant lacks sufficient information to admit or deny the
16  allegations, and on that basis Defendant denies the allegations.

17  In response to paragraph 827, Defendant lacks sufficient information to admit or deny the
18  allegations, and on that basis Defendant denies the allegations.

19  In response to paragraph 828, Defendant lacks sufficient information to admit or deny the
20  allegations, and on that basis Defendant denies the allegations.

21  In response to paragraph 829, Defendant lacks sufficient information to admit or deny the
22  allegations, and on that basis Defendant denies the allegations.

23  In response to paragraph 830, Defendant lacks sufficient information to admit or deny the
24  allegations, and on that basis Defendant denies the allegations.

25  In response to paragraph 831, Defendant lacks sufficient information to admit or deny the
26  allegations, and on that basis Defendant denies the allegations.

27

28

1    In response to paragraph 832, Defendant denies that Dr. Golding's entire report is relevant

2    to William's death and the liability that supervisors bear.  Defendant admits that Dr. Golding is

3    CDCR's Chief Psychiatrist, and that the sections cited are from Dr. Golding's report.

4    In response to paragraph 833, Defendant denies the allegations.

5    In response to paragraph 834, Defendant admits that the quotation is from the introduction

6    of Judge Mueller's order.

7    In response to paragraph 835, Defendant lacks sufficient information to admit or deny the

8    allegations, and on that basis Defendant denies the allegations.

9    In response to paragraph 836, Defendant admits that the cited text is from Judge Mueller's

10   order.

11   In response to paragraph 837, Defendant lacks sufficient information to admit or deny the

12   allegations, and on that basis Defendant denies the allegations.

13   In response to paragraph 838, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 839, Defendant denies that the "facts are clear."  Defendant also

16   denies that he "continue[s] to provide inadequate, unconstitutional care to thousands of mentally

17   ill inmates."  Defendant further denies that William Schmitz lost his life due to the

18   unconstitutional care and deliberate indifference of Defendant.  Defendant lacks sufficient

19   information to admit or deny the remaining allegations in paragraph 839, and on that basis

20   Defendant denies the allegations.

21   In response to paragraph 840, Defendant reasserts his responses to paragraphs 1-839.

22   In response to paragraph 841, Defendant lacks sufficient information to admit or deny the

23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 842, Defendant lacks sufficient information to admit or deny the

25   allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 843, Defendant lacks sufficient information to admit or deny the

27   allegations, and on that basis Defendant denies the allegations.

28

1      In response to paragraph 844, Defendant lacks sufficient information to admit or deny the

2  allegations, and on that basis Defendant denies the allegations.

3      In response to paragraph 845, Defendant lacks sufficient information to admit or deny

4  allegations, and on that basis Defendant denies the allegations.

5      In response to paragraph 846, Defendant reasserts his responses to paragraphs 1-845.

6      In response to paragraph 847, Defendant lacks sufficient information to admit or deny

7  allegations, and on that basis Defendant denies the allegations.

8      In response to paragraph 848, Defendant lacks sufficient information to admit or deny the

9  allegations, and on that basis Defendant denies the allegations.

10     In response to paragraph 849, Defendant lacks sufficient information to admit or deny the

11  allegations, and on that basis Defendant denies the allegations.

12     In response to paragraph 850, Defendant reasserts his responses to paragraphs 1-849.

13     In response to paragraph 851, Defendant lacks sufficient information to admit or deny the

14  allegations, and on that basis Defendant denies the allegations.

15     In response to paragraph 852, Defendant lacks sufficient information to admit or deny the

16  allegations, and on that basis Defendant denies the allegations.

17     In response to paragraph 853, Defendant reasserts his responses to paragraphs 1-852.

18     In response to paragraph 854, Defendant lacks sufficient information to admit or deny the

19  allegations, and on that basis Defendant denies the allegations.

20     In response to paragraph 855, Defendant lacks sufficient information to admit or deny the

21  allegations, and on that basis Defendant denies the allegations.

22     In response to paragraph 856, Defendant lacks sufficient information to admit or deny the

23  allegations, and on that basis Defendant denies the allegations.

24     In response to paragraph 857, Defendant reasserts his responses to paragraphs 1-849.

25     In response to paragraph 858, Defendant lacks sufficient information to admit or deny the

26  allegations, and on that basis Defendant denies the allegations.

27     In response to paragraph 859, Defendant lacks sufficient information to admit or deny the

28  allegations, and on that basis Defendant denies the allegations.

66

In response to paragraph 860, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 861, Defendant reasserts his responses to paragraphs 1-860.

In response to paragraph 862, Defendant admits that Exhibit A is the declaration required by 377.11 of the California Code of Civil Procedure. Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph 862, and on that basis Defendant denies the allegations.

In response to paragraph 863, Defendant denies that William Schmitz's death was a direct and proximate result of wrongful and/or negligent acts and/or omissions by Defendant. Defendant also denies that his acts and/or omissions were also a direct and proximate cause of Plaintiffs' alleged injuries and damages. Defendant lacks sufficient information to admit or deny the allegations in paragraph 863 as alleged against other Defendants, and on that basis Defendant denies the allegations.

In response to paragraph 864, Defendant denies that he was deliberately indifferent to William's serious medical needs in violation of the Eighth Amendment under 42 U.S.C. §1983, and denies that his alleged deliberate indifference resulted in the death of William Schmitz. Defendant lacks sufficient information to admit or deny the allegations in paragraph 864 as alleged against other Defendants, and on that basis Defendant denies the allegations.

In response to paragraph 865, Defendant denies that he failed to comply with professional standards in the care and supervision of William Schmitz during his incarceration at MCSP. Defendant lacks sufficient information to admit or deny the allegations in paragraph 865 as alleged against other Defendants, and on that basis Defendant denies the allegations.

In response to paragraph 866, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 867, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 868, Defendant admits that Defendant Lizarraga, as Warden of MCSP, was responsible for the safety and security of MCSP prisoners. Defendant lacks sufficient

67

1   information to admit or deny the remaining allegations in paragraph 868, and on that basis

2   Defendant denies the allegations.

3        In response to paragraph 869, Defendant lacks sufficient information to admit or deny the

4   allegations, and on that basis Defendant denies the allegations.

5        In response to paragraph 870, Defendant denies that he engaged in an unconstitutional

6   practice of failing to provide inadequate supervision of mentally ill inmates, that he ignored

7   policies that were in place to safe guard mentally ill inmates, or that his actions directly resulted

8   in William's death.  Defendant lacks sufficient information to admit or deny the allegations as

9   asserted against other Defendants, and on that basis Defendant denies the allegations.

10       In response to paragraph 871, Defendant lacks sufficient information to admit or deny the

11   allegations, and on that basis Defendant denies the allegations.

12       In response to paragraph 872, Defendant lacks sufficient information to admit or deny the

13   allegations, and on that basis Defendant denies the allegations.

14       In response to paragraph 873, Defendant lacks sufficient information to admit or deny the

15   allegations asserted against Defendant Asman, and on that basis Defendant denies the allegations.

16   Defendant denies that "inmates including William Schmitz and others similarly situated required

17   direct supervision to protect their physical safety," and denies that he "disregarded the risks to

18   William Schmitz's physical safety by leaving him unsupervised for over 8 hours when the

19   standard was to monitor at no more than 30 minute intervals for CCCMS inmate and one hour for

20   all inmates."  Defendant admits the remaining allegations in paragraph 873.

21       In response to paragraph 874, Defendant lacks sufficient information to admit or deny the

22   allegations asserted against Defendants Asman and Does 1 through 10, and on that basis

23   Defendant denies the allegations.  Defendant denies the remaining allegations in paragraph 874.

24       In response to paragraph 875, Defendant denies that Plaintiffs incurred funeral and burial

25   expenses as a direct and proximate result of his wrongful and/or negligent acts and/or omissions,

26   and denies he acted wrongfully or negligently. Defendant lacks sufficient information to admit or

27   deny the allegations as asserted against other Defendants, and on that basis Defendant denies the

28   allegations.

1    In response to paragraph 876, Defendant denies the allegations as asserted against him,

2    and denies that Plaintiffs are entitled to recover prejudgment interest.  Defendant lacks sufficient

3    information to admit or deny the allegations as asserted against other Defendants, and on that

4    basis Defendant denies the allegations.

5    In response to paragraph 877, Defendant reasserts his responses to paragraphs 1-876.

6    In response to paragraph 878, Defendant lacks sufficient information to admit or deny the

7    allegations, and on that basis Defendant denies the allegations.

8    In response to paragraph 879, Defendant lacks sufficient information to admit or deny the

9    allegations, and on that basis Defendant denies the allegations.

10   In response to paragraph 880, Defendant lacks sufficient information to admit or deny the

11   allegations, and on that basis Defendant denies the allegations.

12   In response to paragraph 881, Defendant reasserts his responses to paragraphs 1-880.

13   In response to paragraph 882, Defendant lacks sufficient information to admit or deny the

14   allegations, and on that basis Defendant denies the allegations.

15   In response to paragraph 883, Defendant lacks sufficient information to admit or deny the

16   allegations, and on that basis Defendant denies the allegations.

17   In response to paragraph 884, Defendant lacks sufficient information to admit or deny the

18   allegations, and on that basis Defendant denies the allegations.

19   In response to paragraph 885, Defendant reasserts his responses to paragraphs 1-884.

20   In response to paragraph 886, Defendant lacks sufficient information to admit or deny the

21   allegations, and on that basis Defendant denies the allegations.

22   In response to paragraph 887, Defendant lacks sufficient information to admit or deny the

23   allegations, and on that basis Defendant denies the allegations.

24   In response to paragraph 888, Defendant lacks sufficient information to admit or deny the

25   allegations, and on that basis Defendant denies the allegations.

26   In response to paragraph 889, Defendant reasserts his responses to paragraphs 1-888.

27   In response to paragraph 890, Defendant lacks sufficient information to admit or deny the

28   allegations, and on that basis Defendant denies the allegations.

In response to paragraph 891, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

In response to paragraph 892, Defendant lacks sufficient information to admit or deny the allegations, and on that basis Defendant denies the allegations.

Except as previously admitted or denied based on insufficient information or knowledge, Defendant denies each and every allegation in the Fourth Amended Complaint.

## AFFIRMATIVE DEFENSES

AS SEPARATE AND AFFIRMATIVE DEFENSES, Defendant alleges as follows:

1.      Plaintiffs' losses, damages and injuries, if any, were proximately caused by unforeseeable, independent, intervening and superseding events which were beyond Defendant's control.

2.      Decedent was contributorily negligent and comparatively at fault for any damages because he ingested a controlled substance, and attempted to remove the controlled substance from his body by himself.

3.      Decedent primarily assumed the risk of an inherently dangerous activity by ingesting bindles of a controlled substance, and attempting to remove the controlled substance from his body by himself.

4.      Defendant is entitled to immunities under California Government Code § 820.8 (act or omission of another person), and § 845.6 (failure to furnish or obtain medical care).

5.      Decedent and Plaintiffs, by the exercise of reasonable effort, could have mitigated damages, if any, but Decedent and Plaintiffs failed to exercise any such reasonable effort.

6.      Decedent's and Plaintiffs' conduct contributed to Plaintiffs' damages, if any.

7.      Plaintiffs may not recover damages for their wrongful-death claim based on grief or sorrow.

8.      Under California Civil Code § 3291, Plaintiffs are not entitled to prejudgment interest because Defendant, a public employee, is sued for an act or omission within the scope of his employment.

1        9.     Under California Civil Code § 1431.2, Defendant shall be liable only for the

2   amount of non-economic damages allocated to Defendant in direct proportion to Defendant's

3   percentage of fault, if any, and a separate judgment shall be rendered against Defendant for that

4   amount, if any.

5        10.    Plaintiffs' or Decedent's injuries or damages, if any, were directly or proximately

6   caused by the intentional or negligent actions or omissions of persons other than Defendant.  The

7   conduct of these third parties were intervening and superseding causes which Defendant could not

8   have reasonably foreseen nor of which he had any control over.

9        11.    To the extent that Decedent had any surviving issue, whether known or unknown

10  to Plaintiffs, Plaintiffs lack standing to bring the wrongful death claim.

11       12.    Plaintiffs fail to state a claim against Defendant.  The Fourth Amended Complaint

12  does not contain sufficient facts sufficient factual matter, accepted as true, to "state a claim to

13  relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citing *Bell*

14  *Atlantic v. Twombley,* 550 U.S. 544, 570 (2007)).  Plaintiffs fail to allege that Defendant breached

15  a duty to Decedent, or that any breach of duty proximately caused Decedent's death.  *Quiroz v.*

16  *Seventh Ave. Cntr.*, 140 Cal. App. 4th 1256, 1263 (2006) (internal citation omitted); *Vasilenko v.*

17  *Grace Family Church,* 3 Cal. 5th 1077, 1083 (2017).

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

**DEMAND FOR JURY TRIAL**

2        Under Federal Rule of Civil Procedure 38 and Civil Local Rule 201, Defendant demands a

3   jury trial on all issues presented in the First Amended Complaint that are triable by a jury.

4        WHEREFORE, Defendant pray that:

5        1.    Judgment be rendered in favor of Defendant against Plaintiffs;

6        2.    Plaintiffs take nothing by the Fourth Amended Complaint;

7        3.    Defendant be awarded costs of suit incurred; and

8        4.    Defendant be awarded such other and further relief as the Court may deem necessary

9   and proper.

10  Dated:  January 21, 2022                    Respectfully submitted,

11                                              ROB BONTA
                                                Attorney General of California
12                                              JAY M. GOLDMAN
                                                Supervising Deputy Attorney General
13

14
                                                ***/S/ Jennifer J. Nygaard***
15                                              JENNIFER J. NYGAARD
                                                Deputy Attorney General
16                                              *Attorneys for Defendant Bradley*

17  SF2020200637
    91460144.docx
18

19

20

21

22

23

24

25

26

27

28

Def. Bradley's Ans. Fourth Am. Compl. (2:20-cv-00195-JAM-CKD)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Schmitz, et al. v. Asman, et al.**
No.:         **2:20-cv-00195-JAM-CKD**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>January 21, 2022</u>, I served the attached:

### DEFENDANT BRADLEY'S ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT (ECF No. 173), AND DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Thomas Schmitz**
**404 Atkinson St.**
**Roseville, CA 95678**
(Individually and Successor in Interest to Estate of William Schmitz, deceased)
*Pro Se*

**Dianne Mallia**
**404 Atkinson St.**
**Roseville, CA 95678**
(Individually and Successor in Interest to Estate of William Schmitz, deceased)
*Pro Se*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 21, 2022, at San Francisco, California.

| L. Santos | */s/ L. Santos* |
|-----------|------------------|
| Declarant | Signature |

SF2020200637
43050283.docx