THOMAS J. SCHMITZ
DIANNE MALLIA
1753 Woodlake Circle
Roseville, CA 95747
Telephone: (707) 694-8158
E-mail: tsfoot49@gmail.com

*Plaintiffs, ProSe*

BEESON TERHORST
MICHAEL A. TERHORST, ESQ.
510 Bercut Drive, Suite V
Sacramento, CA
Telephone: (916) 444.3400
Facsimile: (916) 444-3421
E-mail: Michael@BeesonTerhorst.com

*Attorneys for Defendants Lizarraga and Dr. Kuich*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**A. ASMAN, et al.,**<br><br>Defendants. | 2:20-cv-00195-KJM-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS, SETS ONE AND TWO**<br><br>Judge: The Honorable Carolyn K. Delaney<br>Trial Date: N/A<br><br>Action Filed: January 27, 2020 |

Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Lizarraga and Dr. Kuich ("Defendants") (collectively "The Parties") stipulate and agree that Defendants may have until November 7, 2022, to respond to Plaintiffs' First Set of Requests for Production of Documents served on Defendants on July 5, 2022, and Defendants have until November 9, to

1

Stip. & [Proposed] Order Ext. Defs.' Time Resp. Pls.' First & Second Set Req. Produc. Docs.

respond to the Second Set of Requests for Production of Documents that were recently served on Defendants on August 1, 2022.

The Parties agree that good cause exists for the extension because of the huge number of Discovery in this case, and Defendants' must review and analyze to determine what documents are responsive to Plaintiff's requests.  Also, the Court just recently issued an Order and Findings and Recommendations partially granting Plaintiff's Motion to Strike and the District Judge just recently adopted those Findings and Recommendations.  Defendants must review and Answer the 4th Amended Complaint exactly as the Court instructed.

This is the first stipulation between the Parties for an extension of time for Defendants to respond to Plaintiffs' First and Second Set of Requests for Production of Documents.  This stipulation extends Defendants' current deadlines to respond by seventy and ninety-seven days.

IT IS SO STIPULATED.

Dated: August __4__, 2022     /S/ Thomas J. Schmitz_____
                              Thomas J. Schmitz, Plaintiff

Dated: August __4__, 2022     /S/ Dianne Mallia_____
                              Dianne Mallia, Plaintiff

Dated: August __4__, 2022     /S/ Michael A. Terhorst_____

                              *Attorney for Defendants Lizarraga and Dr. Kuich*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 8, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. & [Proposed] Order Ext. Defs.' Time Resp. Pls.' First & Second Set Req. Produc. Docs.