THOMAS J. SCHMITZ
tsfoot49@gmail.com
DIANNE MALLIA
deedamallia@gmail.com
1753 Woodleaf Circle
Roseville, CA 95747
Telephone: (707) 694-8158

Plaintiffs Pro Se

PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
LEIDNER, PONCIANO, RAMKUMAR, REKART,
ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK,
TOCHE, and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); CDCR Correction Officer ADAM ASMAN; CDCR Correctional Officer ERIK BRADLEY; CDCR Correctional Officer DAVID BRUNKHORST; CDCR Physician and Surgeon ALEX ANDALUZ, M.D.; CDCR Physician and Surgeon | Case No. 2:20-CV-0195 KJM CKD (PS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION, SET THREE**<br><br>Action Filed:  7/16/2020 |

| | |
|---|---|
| 1 | MARIANNA KATE ASHE, M.D.; CDCR Physician and Surgeon JEVON JOHNSON; CDCR Physician and Surgeon ROBERT JOHNSON; CDCR Physician and Surgeon SUJATHA RAMKUMAR, MD; CDCR Physician and Surgeon MICHAEL SMITH, MD; CDCR Physician and Surgeon CHRISTOPHER SMITH; CDCR Clinical Psychology intern REBECCA ROBINSON; CDCR Licensed Clinical Social Worker ERIC BRANMAN; CDCR Licensed Clinical Social Worker VIOLKA WANIE; Mule Creek State Prison Chief Medical Executive SCOTT A. HEATLEY, M.D.; Mental Health Administrator of Quality Management DR. LAURA CEBALLOS; Deputy Director of CDCR's Statewide Mental Health Program KATHERINE TEBROCK; Mule Creek State Prison Chief Executive Officer (Medical) RAINBOW BROCKENBOROUGH; Mule Creek State Prison Warden and Chief Executive Officer JOE A. LIZARRAGA; CDCR Physician and Surgeon ROBERT RUDAS, MD; Physician and Surgeon STEPHEN DENIGRIS, MD, PhD; Statewide Chief Psychiatrist for CDCR MICHAEL GOLDING, M.D.; CDCR Senior Psychiatrist Specialist JACOB ADAMS; CDCR Secretary SCOTT KERNAN; CDCR Secretary RALPH DIAZ; CDCR Chief Psychiatrist of Telepsychiatry KEVIN KUICH; CDCR Director of the Division of Adult Institutions CONNIE GIBSON; CDCR Undersecretary of Health Care Services DIANA TOCHE; CDCR Assistant Deputy Director of the Statewide Mental Health Program BRITTANY BRIZENDINE; CDCR Associate Director of Statewide Planning and Policy ANGELA PONCIANO; CDCR Chief Psychologist of Quality Management JOHN REKART; CDCR Senior Psychologist Specialist DAVID LEIDNER; and Does 1 through 30, |
| 24 | Defendants. |
| 25 | |
| 26 | /// |
| 27 | /// |
| 28 | /// |

STIP & [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' RFP #3
Case No.:  2:20-CV-0195-KJM-CKD (PWS)

2

Plaintiffs ESTATE OF WILLIAM SCHMITZ, deceased, THOMAS SCHMITZ, individually, and DIANNE MALLIA, individually ("Plaintiffs") and Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, WAINE, and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR)[1], ("Defendants") stipulate and agree that:

Whereas Plaintiffs served 23 sets of discovery requests for document production on October 12, 2021;

Whereas Plaintiffs and counsel for Defendants have been engaging in good faith meet and confer efforts which resulted in prioritizing of responses to specific discovery requests and extending the time to respond to and produce documents to the remaining discovery requests; Whereas production of documents pursuant to discovery requests is underway and continuing;

The parties agree that good cause existed to extend the time to respond to requests for production for all named defendants except defendants Asman, Tebrock and Ashe until three weeks after the Court's Entry of order on Defendants' Motion to Dismiss the Fourth Amended Complaint, or August 16, 2022, in order to settle the pleadings and issues in this matter. This is the fourth extension increasing the time to respond to these sets of discovery by 278 days.

IT IS SO STIPULATED.

Dated: August 16, 2022     DIANNE MALLIA

By: _/s/ Dianne Mallia_
     Dianne Mallia

Dated: August 16, 2022     THOMAS J. SCHMITZ

By: _/s/ Thomas Schmitz_
     Thomas J. Schmitz

---

[1] CDCR dismissed from this Action by Court Order 7/26/22

STIP & [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' RFP #3
Case No.: 2:20-CV-0195-KJM-CKD (PWS)

3

Dated: August 16, 2022

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: ___/s/ Maria Zhurnalova-Juppunov___
Peter J. Hirsig
Maria Zhurnalova-Juppunov
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 16, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE