1  THOMAS J. SCHMITZ
   tsfoot49@gmail.com
2  DIANNE MALLIA
   deedamallia@gmail.com
3  1753 Woodleaf Circle
   Roseville, CA 95747
4  Telephone: (707) 694-8158

5  Plaintiffs Pro Se

6

7  PETER J. HIRSIG (State Bar No. 197993)
   peter.hirsig@mcnamaralaw.com
   MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
8  maria.zhurnalova-juppunov@mcnamaralaw.com
   MCNAMARA, AMBACHER, WHEELER,
9  HIRSIG & GRAY LLP
   639 Kentucky Street,
10 Fairfield, CA 94533
   Telephone: (707) 427-3998
11 Facsimile:  (707) 427-0268

12 Attorneys for Defendants
   ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
13 BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
   GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
14 LEIDNER, PONCIANO, RAMKUMAR, REKART,
   ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK,
15 TOCHE, and WAINE

16

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); CDCR Correction Officer ADAM ASMAN; CDCR Correctional Officer ERIK BRADLEY; CDCR Correctional Officer DAVID BRUNKHORST; CDCR Physician | Case No. 2:20-CV-0195 KJM CKD (PS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>Action Filed:  7/16/2020 |

and Surgeon ALEX ANDALUZ, M.D.; CDCR Physician and Surgeon MARIANNA KATE ASHE, M.D.; CDCR Physician and Surgeon JEVON JOHNSON; CDCR Physician and Surgeon ROBERT JOHNSON; CDCR Physician and Surgeon SUJATHA RAMKUMAR, MD; CDCR Physician and Surgeon MICHAEL SMITH, MD; CDCR Physician and Surgeon CHRISTOPHER SMITH; CDCR Clinical Psychology intern REBECCA ROBINSON; CDCR Licensed Clinical Social Worker ERIC BRANMAN; CDCR Licensed Clinical Social Worker VIOLKA WANIE; Mule Creek State Prison Chief Medical Executive SCOTT A. HEATLEY, M.D.; Mental Health Administrator of Quality Management DR. LAURA CEBALLOS; Deputy Director of CDCR's Statewide Mental Health Program KATHERINE TEBROCK; Mule Creek State Prison Chief Executive Officer (Medical) RAINBOW BROCKENBOROUGH; Mule Creek State Prison Warden and Chief Executive Officer JOE A. LIZARRAGA; CDCR Physician and Surgeon ROBERT RUDAS, MD; Physician and Surgeon STEPHEN DENIGRIS, MD, PhD; Statewide Chief Psychiatrist for CDCR MICHAEL GOLDING, M.D.; CDCR Senior Psychiatrist Specialist JACOB ADAMS; CDCR Secretary SCOTT KERNAN; CDCR Secretary RALPH DIAZ; CDCR Chief Psychiatrist of Telepsychiatry KEVIN KUICH; CDCR Director of the Division of Adult Institutions CONNIE GIBSON; CDCR Undersecretary of Health Care Services DIANA TOCHE; CDCR Assistant Deputy Director of the Statewide Mental Health Program BRITTANY BRIZENDINE; CDCR Associate Director of Statewide Planning and Policy ANGELA PONCIANO; CDCR Chief Psychologist of Quality Management JOHN REKART; CDCR Senior Psychologist Specialist DAVID LEIDNER; and Does 1 through 30,

Defendants.

///

///

STIP & [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' 4AC
Case No.: 2:20-CV-0195-KJM-CKD (PWS)

2

Plaintiffs ESTATE OF WILLIAM SCHMITZ, deceased, THOMAS SCHMITZ, individually, and DIANNE MALLIA, individually ("Plaintiffs") and Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE , ("Defendants") stipulate and agree that the above-named defendants may have until October 24, 2022 to respond to Plaintiffs' Fourth Amended Complaint. (ECF No. 173.)

The parties agree that good cause exists for the requested extension because of the large number of named defendants represented by the undersigned counsel (25) and the number and complexity of the various causes of action asserted against each.

IT IS SO STIPULATED.

Dated: August __19__, 2022   DIANNE MALLIA

By: _____
Dianne Mallia

Dated: August __19__, 2022   THOMAS J. SCHMITZ

By: _____
Thomas J. Schmitz

///
///
///
///
///
///
///
///

STIP & [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' 4AC
Case No.: 2:20-CV-0195-KJM-CKD (PWS)

3

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1  Dated: August ____, 2022        MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: _____
Peter J. Hirsig
Maria Zhurnalova-Juppunov
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIP & [~~PROPOSED~~] ORDER EXTENDING         4
TIME TO RESPOND TO PLAINTIFFS' 4AC
Case No.: 2:20-CV-0195-KJM-CKD (PWS)