1  THOMAS J. SCHMITZ
   tsfoot49@gmail.com
2  DIANNE MALLIA
   deedamallia@gmail.com
3  404 Atkinson St.
   Roseville, CA 95678
4  Telephone: (707) 694-8158

5  Plaintiffs Pro Se

6

7  PETER J. HIRSIG (State Bar No. 197993)
   peter.hirsig@mcnamaralaw.com
   MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
8  maria.zhurnalova-juppunov@mcnamaralaw.com
   McNAMARA, AMBACHER, WHEELER,
9  HIRSIG & GRAY LLP
   639 Kentucky Street,
10 Fairfield, CA 94533
   Telephone: (707) 427-3998
11 Facsimile:  (707) 427-0268

12 Attorneys for Defendants
   ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
13 BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
   GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
14 LEIDNER, PONCIANO, RAMKUMAR, REKART,
   ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK,
15 TOCHE, and WAINE

16

17                    UNITED STATES DISTRICT COURT

18                   EASTERN DISTRICT OF CALIFORNIA

19

| 20 | Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually, | Case No. 2:20-CV-0195 DAD CKD (PS) |
|---|---|---|
| 21 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' WRITTEN DISCOVERY, SET ONE** |
| 22 | | |
| 23 | Plaintiffs, | Action Filed: 7/16/2020 |
| 24 | vs. | |
| 25 | | |
| 26 | CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); CDCR Correction Officer ADAM ASMAN; CDCR Correctional Officer ERIK BRADLEY; CDCR Correctional Officer | |

DAVID BRUNKHORST; CDCR Physician and Surgeon ALEX ANDALUZ, M.D.; CDCR Physician and Surgeon MARIANNA KATE ASHE, M.D.; CDCR Physician and Surgeon JEVON JOHNSON; CDCR Physician and Surgeon ROBERT JOHNSON; CDCR Physician and Surgeon SUJATHA RAMKUMAR, MD; CDCR Physician and Surgeon MICHAEL SMITH, MD; CDCR Physician and Surgeon CHRISTOPHER SMITH; CDCR Clinical Psychology intern REBECCA ROBINSON; CDCR Licensed Clinical Social Worker ERIC BRANMAN; CDCR Licensed Clinical Social Worker VIOLKA WANIE; Mule Creek State Prison Chief Medical Executive SCOTT A. HEATLEY, M.D.; Mental Health Administrator of Quality Management DR. LAURA CEBALLOS; Deputy Director of CDCR's Statewide Mental Health Program KATHERINE TEBROCK; Mule Creek State Prison Chief Executive Officer (Medical) RAINBOW BROCKENBOROUGH; Mule Creek State Prison Warden and Chief Executive Officer JOE A. LIZARRAGA; CDCR Physician and Surgeon ROBERT RUDAS, MD; Physician and Surgeon STEPHEN DENIGRIS, MD, PhD; Statewide Chief Psychiatrist for CDCR MICHAEL GOLDING, M.D.; CDCR Senior Psychiatrist Specialist JACOB ADAMS; CDCR Secretary SCOTT KERNAN; CDCR Secretary RALPH DIAZ; CDCR Chief Psychiatrist of Telepsychiatry KEVIN KUICH; CDCR Director of the Division of Adult Institutions CONNIE GIBSON; CDCR Undersecretary of Health Care Services DIANA TOCHE; CDCR Assistant Deputy Director of the Statewide Mental Health Program BRITTANY BRIZENDINE; CDCR Associate Director of Statewide Planning and Policy ANGELA PONCIANO; CDCR Chief Psychologist of Quality Management JOHN REKART; CDCR Senior Psychologist Specialist DAVID LEIDNER; and Does 1 through 30,

Defendants.

///

///

STIP & [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' DK #1
Case No.: 2:20-CV-0195-DAD-CKD (PWS)

2

1    Plaintiffs ESTATE OF WILLIAM SCHMITZ, deceased, THOMAS SCHMITZ, individually, and DIANNE MALLIA, individually ("Plaintiffs") and Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE, ("Defendants") stipulate and agree that Plaintiffs may have until December 13, 2022, to respond to Defendants Branman LCSW, Wanie LCSW, Andaluz.D.O., Ashe M.D, C. Smith M.D., and Rudas M.D.'s First Sets of written discovery served on September 14, 2022.

The Parties agree that good cause exists for the extension in view of the number of defendants propounding discovery to Plaintiffs and the overall demands of the case. This is the first extension for Plaintiffs to respond to Defendants Branman LCSW, Wanie LCSW, Andaluz D.O., Ashe M.D., C. Smith M.D., and Rudas M.D.'s initial sets of written discovery increasing the time to respond to these sets of discovery by 60 (sixty) days.

IT IS SO STIPULATED.

Dated: September __19__, 2022    DIANNE MALLIA

By: _____
     Dianne Mallia

Dated: September _19___, 2022    THOMAS J. SCHMITZ

By: _____
     Thomas J. Schmitz

///
///
///
///
///
///
///

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Dated: September 20, 2022        McNAMARA, AMBACHER, WHEELER,
                                 HIRSIG & GRAY LLP

                                 By:   /S/ Maria Zhurnalova-Juppunov
                                 Peter J. Hirsig
                                 Maria Zhurnalova-Juppunov
                                 Attorneys for Defendants
                                 ADAMS, ANDALUZ, ASHE, ASMAN,
                                 BRANMAN, BRIZENDINE,
                                 BROCKENBOROGH, CEBALLOS, DIAZ,
                                 GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON,
                                 KERNAN, LEIDNER, PONCIANO,
                                 RAMKUMAR, REKART, ROBINSON, RUDAS,
                                 M. SMITH, C. SMITH, TIEBROCK, TOCHE, and
                                 WAINE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIP & [~~PROPOSED~~] ORDER EXTENDING            4
TIME TO RESPOND TO DEFENDANTS' DK #1
Case No.: 2:20-CV-0195-DAD-CKD (PWS)