PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
LEIDNER, PONCIANO, RAMKUMAR, REKART,
ROBINSON, RUDAS, M. SMITH, C. SMITH, TEBROCK,
TOCHE, and WAINIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); CDCR Correction Officer ADAM ASMAN; CDCR Correctional Officer ERIK BRADLEY; CDCR Correctional Officer DAVID BRUNKHORST; CDCR Physician and Surgeon ALEX ANDALUZ, M.D.; CDCR Physician and Surgeon MARIANNA KATE ASHE, M.D.; CDCR Physician and Surgeon JEVON JOHNSON; CDCR Physician and Surgeon ROBERT JOHNSON; CDCR Physician and Surgeon SUJATHA RAMKUMAR, MD; CDCR Physician and Surgeon MICHAEL SMITH, MD; CDCR Physician and Surgeon CHRISTOPHER SMITH; CDCR Clinical Psychology intern REBECCA ROBINSON; CDCR Licensed Clinical Social Worker ERIC BRANMAN; | Case No.: 2:20-CV-0195 KJM CKD (PS)<br><br>**[PROPOSED]** ORDER ON REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT (ECF NO. 173)<br><br>Action Filed:  July 16, 2020 |

CDCR Licensed Clinical Social Worker VIOLKA WANIE; Mule Creek State Prison Chief Medical Executive SCOTT A. HEATLEY, M.D.; Mental Health Administrator of Quality Management DR. LAURA CEBALLOS; Deputy Director of CDCR's Statewide Mental Health Program KATHERINE TEBROCK; Mule Creek State Prison Chief Executive Officer (Medical) RAINBOW BROCKENBOROUGH; Mule Creek State Prison Warden and Chief Executive Officer JOE A. LIZARRAGA; CDCR Physician and Surgeon ROBERT RUDAS, MD; Physician and Surgeon STEPHEN DENIGRIS, MD, PhD; Statewide Chief Psychiatrist for CDCR MICHAEL GOLDING, M.D.; CDCR Senior Psychiatrist Specialist JACOB ADAMS; CDCR Secretary SCOTT KERNAN; CDCR Secretary RALPH DIAZ; CDCR Chief Psychiatrist of Telepsychiatry KEVIN KUICH; CDCR Director of the Division of Adult Institutions CONNIE GIBSON; CDCR Undersecretary of Health Care Services DIANA TOCHE; CDCR Assistant Deputy Director of the Statewide Mental Health Program BRITTANY BRIZENDINE; CDCR Associate Director of Statewide Planning and Policy ANGELA PONCIANO; CDCR Chief Psychologist of Quality Management JOHN REKART; CDCR Senior Psychologist Specialist DAVID LEIDNER; and Does 1 through 30,

Defendants.

Defendants request an extension of time to respond the fourth amended complaint. Good cause appearing for the relief requested,

IT IS HEREBY ORDERED that Defendants request for an extension of time (ECF No. 223) is GRANTED. Defendants' last day to file and serve their response(s) to the Fourth Amended Complaint shall be December 23, 2022.

Dated: October 24, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.schm20cv195.36answ

2
[PROPOSED] ORDER ON REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT (ECF NO. 173)