UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al., | No. 2:20-cv-0195-DAD-CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| A. ASMAN, et al., | |
| Defendants. | |

      Plaintiffs Thomas Schmitz and Dianne Mallia proceed pro se seeking relief under 42 U.S.C. § 1983. On November 15, 2022, defendant Stephen Denigris, M.D. Ph.D., moved for a protective order pertaining to discovery and moved for judgment on the pleadings as to plaintiffs' prayer for punitive damages. (ECF Nos. 226, 227.) Defendant set these motions for a hearing to take place on December 28, 2022. The court then reset the hearing to take place on January 11, 2023. (ECF No. 228.)

      Pursuant to Local Rule 230(c), as amended effective March 1, 2022, an "[o]pposition, if any, to the granting of [a] motion shall be in writing and shall be filed and served no later than fourteen (14) days after the motion was filed." To date, plaintiffs have not filed an opposition to either motion, or a statement of non-opposition to either motion and have not sought an extension of time to do so. Local Rule 230(l) provides, in part: "Failure of the responding party to file an

opposition or statement of non-opposition may be deemed a waiver of any opposition to the granting of the motion and my result in the imposition of sanctions."

Plaintiffs are cautioned that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." Local Rule 230(c). Plaintiffs are also hereby notified that failure to comply with the Federal Rules of Civil Procedure, Local Rules of Practice, or orders of this court could result in sanctions. With these admonitions in place, plaintiffs will be granted an extension of time to file an opposition and/or a statement of non-opposition to the two pending motions.

Based on the foregoing, IT IS ORDERED:

1. On or before December 28, 2022, plaintiffs shall file an opposition or statement of non-opposition to defendant Dr. Denigris' motion for a protective order pertaining to discovery (ECF No. 226) and motion for judgment on the pleadings as to the prayer for punitive damages. (ECF No. 227).

2. Defendant Dr. Denigris' replies, if any, are due seven (7) days after any opposition(s) filed by plaintiffs.

Dated:  December 16, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Schmitz20cv195.nooppo