1  PETER J. HIRSIG (State Bar No. 197993)
   peter.hirsig@mcnamaralaw.com
2  MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
   maria.zhurnalova-juppunov@mcnamaralaw.com
3  DANIEL R. MAYER (State Bar No. 300077)
   daniel.mayer@mcnamaralaw.com
4  McNAMARA, AMBACHER, WHEELER,
   HIRSIG & GRAY LLP
5  639 Kentucky Street,
   Fairfield, CA 94533
6  Telephone: (707) 427-3998
   Facsimile:  (707) 427-0268
7
   Attorneys for Defendants
8  ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
   BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
9  GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
   LEIDNER, PONCIANO, RAMKUMAR, REKART,
10 ROBINSON, RUDAS, M. SMITH, C. SMITH, TEBROCK,
   TOCHE, and WAINIE
11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15 Estate of WILLIAM SCHMITZ, deceased, by        Case No.: 2:20-CV-0195 KJM CKD (PS)
   and through THOMAS J. SCHMITZ and
16 DIANNE MALLIA, as Successors in Interest;
   THOMAS SCHMITZ, Individually; and             [~~PROPOSED~~] ORDER ON REQUEST
17 DIANNE MALLIA, Individually,                  FOR EXTENSION OF TIME TO
                                                 RESPOND TO PLAINTIFFS' FOURTH
18                Plaintiffs,                     AMENDED COMPLAINT (ECF NO.
                                                 173)
19       vs.

20 CALIFORNIA DEPARTMENT OF                       Action Filed:  July 16, 2020
   CORRECTIONS AND REHABILITATION
21 (CDCR); CDCR Correction Officer ADAM
   ASMAN; CDCR Correctional Officer ERIK
22 BRADLEY; CDCR Correctional Officer DAVID
   BRUNKHORST; CDCR Physician and Surgeon
23 ALEX ANDALUZ, M.D.; CDCR Physician and
   Surgeon MARIANNA KATE ASHE, M.D.;
24 CDCR Physician and Surgeon JEVON
   JOHNSON; CDCR Physician and Surgeon
25 ROBERT JOHNSON; CDCR Physician and
   Surgeon SUJATHA RAMKUMAR, MD; CDCR
26 Physician and Surgeon MICHAEL SMITH, MD;
   CDCR Physician and Surgeon CHRISTOPHER
27 SMITH; CDCR Clinical Psychology intern
   REBECCA ROBINSON; CDCR Licensed
28 Clinical Social Worker ERIC BRANMAN;

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE:  (707) 427-3998

REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
(ECF NO. 173) AND [~~PROPOSED~~] ORDER

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1  CDCR Licensed Clinical Social Worker
VIOLKA WANIE; Mule Creek State Prison
2  Chief Medical Executive SCOTT A. HEATLEY,
M.D.; Mental Health Administrator of Quality
3  Management DR. LAURA CEBALLOS; Deputy
Director of CDCR's Statewide Mental Health
4  Program KATHERINE TEBROCK; Mule Creek
State Prison Chief Executive Officer (Medical)
5  RAINBOW BROCKENBOROUGH; Mule
Creek State Prison Warden and Chief Executive
6  Officer JOE A. LIZARRAGA; CDCR Physician
and Surgeon ROBERT RUDAS, MD; Physician
7  and Surgeon STEPHEN DENIGRIS, MD, PhD;
Statewide Chief Psychiatrist for CDCR
8  MICHAEL GOLDING, M.D.; CDCR Senior
Psychiatrist Specialist JACOB ADAMS; CDCR
9  Secretary SCOTT KERNAN; CDCR Secretary
RALPH DIAZ; CDCR Chief Psychiatrist of
10  Telepsychiatry KEVIN KUICH; CDCR Director
of the Division of Adult Institutions CONNIE
11  GIBSON; CDCR Undersecretary of Health Care
Services DIANA TOCHE; CDCR Assistant
12  Deputy Director of the Statewide Mental Health
Program BRITTANY BRIZENDINE; CDCR
13  Associate Director of Statewide Planning and
Policy ANGELA PONCIANO; CDCR Chief
14  Psychologist of Quality Management JOHN
REKART; CDCR Senior Psychologist Specialist
15  DAVID LEIDNER; and Does 1 through 30,

16      Defendants.

17

18      Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE,

19  BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON,

20  KERNAN, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M.

21  SMITH, C. SMITH, TEBROCK, TOCHE, and WAINIE (hereinafter "Defendants"), requested an

22  extension of time of sixty (60) days to respond to Plaintiff's Fourth Amended Complaint (ECF No.

23  173), to December 23, 2022. Finding good cause to grant the relief requested herein, IT IS

24  HEREBY ORDERED that Defendants' last day to file and serve their response(s) to the Fourth

25  Amended Complaint shall be December 23, 2022.

26  Dated:  December 19, 2022

27                                                    _____
                                                    CAROLYN K. DELANEY
28  8.schmitz20cv195.eot                             UNITED STATES MAGISTRATE JUDGE

                                        2