1  PETER J. HIRSIG (State Bar No. 197993)
   peter.hirsig@mcnamaralaw.com
2  MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
   maria.zhurnalova-juppunov@mcnamaralaw.com
3  DANIEL R. MAYER (State Bar No. 300077)
   daniel.mayer@mcnamaralaw.com
4  McNAMARA, AMBACHER, WHEELER,
   HIRSIG & GRAY LLP
5  639 Kentucky Street,
   Fairfield, CA 94533
6  Telephone: (707) 427-3998
   Facsimile:  (707) 427-0268

7

8  Attorneys for Defendants
   ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
   BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
9  GIPSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
   LEIDNER, PONCIANO, RAMKUMAR, REKART,
10 ROBINSON, RUDAS, M. SMITH, C. SMITH, TEBROCK,
   TOCHE, and WAINIE

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14

15 | Estate of WILLIAM SCHMITZ, deceased, by | Case No.: 2:20-CV-0195 KJM CKD (PS) |
   and through THOMAS J. SCHMITZ and
16 DIANNE MALLIA, as Successors in Interest;
   THOMAS SCHMITZ, Individually; and        | **ANSWER OF DEFENDANTS:** |
   DIANNE MALLIA, Individually,
17
                Plaintiffs,                  | **(1)  JACOB ADAMS, M.D.;**
18                                           | **(2)  ALEX ANDALUZ, D.O.**
        vs.                                  | **(3)  MARIANNA K. ASHE, M.D.;**
19                                           | **(4)  ADAM ASMAN;**
   CDCR Correction Officer ADAM ASMAN;       | **(5)  ERIC BRANMAN, LCSW;**
20 CDCR Correctional Officer ERIK BRADLEY;   | **(6)  BRITTANY BRIZENDINE, Psy.D.;**
   CDCR Physician and Surgeon ALEX           | **(7)  RAINBOW BROCKENBOROUGH;**
21 ANDALUZ, D.O.; CDCR Physician and Surgeon | **(8)  LAURA CEBALLOS, Ph.D.;**
   MARIANNA KATE ASHE, M.D.; CDCR            | **(9)  RALPH DIAZ;**
22 Physician and Surgeon JEVON JOHNSON;      | **(10) CONNIE GIPSON;**
   CDCR Physician and Surgeon ROBERT         | **(11) SCOTT A. HEATLEY, M.D.;**
23 JOHNSON; CDCR Physician and Surgeon       | **(12) JEVON JOHNSON, M.D.;**
   SUJATHA RAMKUMAR, M.D.; CDCR              | **(13) ROBERT JOHNSON, M.D.;**
24 Physician and Surgeon MICHAEL SMITH,      | **(14) SCOTT KERNAN;**
   M.D.; CDCR Physician and Surgeon          | **(15) DAVID LEIDNER, Ph.D.;**
25 CHRISTOPHER SMITH; CDCR Clinical          | **(16) ANGELA PONCIANO;**
   Psychology intern REBECCA ROBINSON;       | **(17) SUJATHA RAMKUMAR, M.D.;**
26 CDCR Licensed Clinical Social Worker ERIC | **(18) JOHN REKART, Ph.D.;**
   BRANMAN; CDCR Licensed Clinical Social    | **(19) REBECCA ROBINSON, Psy.D.;**
27 Worker VIOLKA WANIE; Mule Creek State     | **(20) ROBERT RUDAS, M.D.;**
   Prison Chief Medical Executive SCOTT A.   | **(21) CHRISTOPHER SMITH, M.D.;**
28 HEATLEY, M.D.; Mental Health Administrator| **(22) MICHAEL SMITH, M.D.;**
                                             | **(23) KATHERINE TEBROCK;**
                                             | **(24) DIANA TOCHE;**

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

of Quality Management LAURA CEBALLOS, Ph.D.; Deputy Director of CDCR's Statewide Mental Health Program KATHERINE TEBROCK; Mule Creek State Prison Chief Executive Officer (Medical) RAINBOW BROCKENBOROUGH; Mule Creek State Prison Warden and Chief Executive Officer JOE A. LIZARRAGA; CDCR Physician and Surgeon ROBERT RUDAS, MD; Physician and Surgeon STEPHEN DENIGRIS, MD, Ph.D.; CDCR Senior Psychiatrist Specialist JACOB ADAMS; CDCR Secretary SCOTT KERNAN; CDCR Secretary RALPH DIAZ; CDCR Chief Psychiatrist of Telepsychiatry KEVIN KUICH; CDCR Director of the Division of Adult Institutions CONNIE GIPSON; CDCR Undersecretary of Health Care Services DIANA TOCHE; CDCR Assistant Deputy Director of the Statewide Mental Health Program BRITTANY BRIZENDINE; CDCR Associate Director of Statewide Planning and Policy ANGELA PONCIANO; CDCR Chief Psychologist of Quality Management JOHN REKART; CDCR Senior Psychologist Specialist DAVID LEIDNER; and Does 1 through 100,

Defendants.

**(25)  VIOLKA WANIE, LCSW**

**TO FOURTH AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Action Filed:  7/16/2020

COMES NOW Defendants, JACOB ADAMS, M.D., ALEX ANDALUZ, D.O., MARIANNA K. ASHE, M.D., ADAM ASMAN, ERIC BRANMAN, LCSW, BRITTANY BRIZENDINE, Psy.D., RAINBOW BROCKENBOROUGH, LAURA CEBALLOS, Ph.D., RALPH DIAZ, CONNIE GIPSON, SCOTT A. HEATLEY, M.D., JEVON JOHNSON, M.D., ROBERT JOHNSON, M.D., SCOTT KERNAN, DAVID LEIDNER, Ph.D., ANGELA PONCIANO, SUJATHA RAMKUMAR, M.D., JOHN REKART, Ph.D., REBECCA ROBINSON, Psy.D., ROBERT RUDAS, M.D., CHRISTOPHER SMITH, M.D., MICHAEL SMITH, M.D., KATHERINE TEBROCK, DIANA TOCHE, and VIOLKA WANIE, LCSW ("Defendants" or "answering Defendants")[1], and in answer to the FOURTH AMENDED COMPLAINT (ECF No. 173) of Plaintiffs Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually;

---

[1] This Answer is made on behalf of the defendants listed, and only those defendants.

and DIANNE MALLIA, Individually ("Plaintiffs"), on file herein, admits, denies, and alleges as follows:

## I. GENERAL AND SPECIFIC DENIALS PERTAINING TO THE ENTIRE FOURTH AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 8, answering the allegations of the Fourth Amended Complaint ("4AC") on file herein, these answering Defendants deny each and every, all and singular, generally and specifically, the allegations contained in said complaint, and each and every part thereof, and in this connection these answering Defendants deny that Plaintiffs have been injured or damaged in any sum, or otherwise, or at all, by reason of any carelessness, negligence, act or omission of these answering Defendants.

Regardless and entirely withstanding any of the specific admissions, denials, and allegations which follow, each and every answering Defendant generally denies any wrongdoing of any kind whatsoever. Further, they each and collectively specifically deny that any of their conduct legally, proximately, or in fact caused or contributed to the death of Decedent William Thomas Schmitz. None of the admissions, denials, or allegations which follow herein are, or should be taken as, an admission of any wrongdoing whatsoever on the part of any person, nor of any conduct causing or contributing to the death of Decedent, which again is generally and specifically **denied** by each and every answering Defendant.

## II. GENERAL OBJECTIONS AND RELATED GENERAL AND SPECIFIC DENIALS, PERTAINING TO THE ENTIRE FOURTH AMENDED COMPLAINT

Each answering Defendant objects that Plaintiffs' Fourth Amended Complaint does not comply with Federal Rule of Civil Procedure 8, which requires a "short and plain statement of the claim" for which the pleaders claims to be entitled to relief. Instead, the Fourth Amended Complaints runs to 134 ledger pages, 892 paragraphs, and 682 pages of exhibits. Much of this consists of irrelevant statements, and/or of opinion. This volume renders the complaint as a whole vague, ambiguous, overbroad, burdensome, oppressive, harassing, and unintelligible. As a result, it is nearly impossible to formulate an intelligible or useful response, and attempting to do so as in this Answer has imposed an extreme and undue burden on Defendants and their counsel.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

To the extent that any paragraph of allegations in Plaintiffs' Fourth Amended Complaint seeks to imply or raise an inference of wrongdoing or culpable conduct by any answering Defendant, which caused or contributed to the death of Decedent, these answering Defendants object to these allegations as vague, ambiguous, and unintelligible. On that basis, in general, and due to a lack of sufficient information by any answering Defendant, <u>any and all such implications and/or inferences are generally and specifically denied by each and every answering Defendant</u>.

To the extent that any paragraph of allegations which does not, by its terms, pertain to any answering Defendant, and which yet may refer to other paragraphs specified or unspecified, these answering Defendants object that they are compound, vague, ambiguous, and unintelligible. As a result, these answering Defendants lack sufficient information to admit or deny any such allegations, and on that basis deny them.

To the extent that any paragraph of allegations in Plaintiffs' Fourth Amended Complaint seeks to allege the truthfulness of factual statements of opinions stated in any and all third-party reports or documents referenced or quoted in the Fourth Amended Complaint, Defendants object that said factual statements and/or opinions have not been subjected to fact-finding or proven to be true. On that basis, these answering Defendants lack sufficient information to admit or deny any such allegations, and on that basis deny them.

Both in general and in each specific instance, no answering Defendant is required nor is he or she competent to admit or deny allegations made against a different defendant (whether they are an answering Defendant as specified above, or otherwise), on their behalf. <u>Therefore, in each and every case where a paragraph makes allegations against more than one defendant, each answering Defendant who is allegedly implicated lacks sufficient information to admit or deny any such allegations against another defendant, and on that basis denies them.</u>

Discovery and investigation of the matters alleged in Plaintiffs' complaint has only just begun, and these answering Defendants reserve their right to amend, supplement, or alter the admissions, denials, and allegations herein at any time and for any reason and regarding each and every response to each and every paragraph of the Fourth Amended Complaint

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

### III. **PRELIMINARY STATEMENT**

The admissions, denials, and allegations hereafter will follow the paragraphs of the Fourth Amended Complaint precisely, such that Paragraph 1 of this Answer corresponds to Paragraph 1 of the Fourth Amended Complaint, and so on.

### IV. **ANSWER TO FOURTH AMENDED COMPLAINT**

1.   These answering Defendants admit that this Court has jurisdiction over Plaintiffs' claims.

2.   These answering Defendants admit that this Court is the proper venue.

3.   These answering Defendants admit that William Thomas Schmitz ("Decedent") died on January 21, 2019. These answering Defendants generally deny the remaining allegations in this paragraph.

4.   These answering Defendants object and respond to the allegations of this paragraph as follows:

   a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   d.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

   e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information or admit or deny the allegations of this paragraph, and therefore deny them. Further, and

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

in the alternative, these answering Defendants generally deny the allegations of this paragraph.

5.    These answering Defendants object and respond to the allegations of this paragraph as follows:

   a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.   These answering Defendants further object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   c.   These answering Defendants object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

   d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information or admit or deny the allegations of this paragraph, and therefore deny them. Further, and in the alternative, these answering Defendants generally deny the allegations of this paragraph.

6.    These answering Defendants object and respond to the allegations of this paragraph as follows:

   a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. These answering Defendants object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information or admit or deny the allegations of this paragraph, and therefore deny them. Further, and in the alternative, these answering Defendants generally deny the allegations of this paragraph.

7. These answering Defendants object and respond to the allegations of this paragraph as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court, or otherwise his 'concerns' as alleged in this paragraph, have not been proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

e. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

f. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information or admit or deny the allegations of this paragraph, and therefore deny them. Further, and in the alternative, these answering Defendants generally deny the allegations of this paragraph.

8. These answering Defendants object and respond to the allegations of this paragraph as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, these answering Defendants collectively[2] admit that William Schmitz had been diagnosed with mental health disorder and had been incarcerated at MSCSP for about 9 years at the time of his death.

d. Subject to and without waiving the foregoing objections, on the basis thereof, and in the alternative to the immediately above, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

9. These answering Defendants object and respond to the allegations of this paragraph as follows:

---

[2] Individually, each of these answering Defendants may or may not have personal knowledge of the following admissions, hence why this is a 'collective' admission, and is made solely for the purpose of facilitating this litigation.

ANSWER TO FOURTH AMENDED COMPLAINT

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, these answering Defendants collectively[3] admit CDCR had a schizophrenia guide.

d.  Subject to and without waiving the foregoing objections, on the basis thereof, and in the alternative to the immediately above, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e.  These answering Defendants object and respond to the allegations of footnote 1 as follows:

   i.  These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   ii.  These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   iii.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

---

[3] Individually, each of these answering Defendants may or may not have personal knowledge of the following admissions, hence why this is a 'collective' admission, and is made solely for the purpose of facilitating this litigation.

9

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

10.  These answering Defendants object and respond to the allegations of this paragraph as follows:

   a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   d.  Subject to and without waiving the foregoing objections, and on the basis of thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

11.  These answering Defendants object and respond to the allegations of this paragraph as follows:

   a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   d.  Subject to and without waiving the foregoing objections, and on the basis of thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

12. These answering Defendants object and respond to the allegations of this paragraph as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

13. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

    d. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. asserts that she was a Doctor of

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1  Psychology, and did not hold a license from the Board of Psychology and

2  generally denies the remaining allegations of this paragraph.

3      e.  As to all other answering Defendants, they object that the allegations of this

4  paragraph, by their terms, are not directed towards any of them, and are

5  therefore improper for admission or denial. Subject to and without waiving

6  the foregoing objections, and on the basis of thereof, all other answering

7  Defendants lack sufficient information to admit or deny the allegations of

8  this paragraph, and on that basis deny them.

9  14.  These answering Defendants object and respond as follows:

10      a.  These answering Defendants object that the allegations in this paragraph are

11  vague and ambiguous, rendering the allegations thereof unintelligible and

12  improper for admission or denial.

13      b.  These answering Defendants object that the allegations of this paragraph are

14  not factual allegations but the opinions of Plaintiffs, rendering them

15  improper for admission or denial.

16      c.  These answering Defendants object that the allegations of this paragraph, by

17  their terms, are not directed towards any individual answering Defendant,

18  and are therefore improper for admission or denial.

19      d.  Subject to and without waiving the foregoing objections, and on the basis

20  thereof, these answering Defendants lack sufficient information to admit or

21  deny the allegations of this paragraph, and on that basis deny them. Further,

22  and in the alternative, these answering Defendants generally deny the

23  allegations of this paragraph.

24  15.  These answering Defendants object and respond as follows:

25      a.  These answering Defendants object that the allegations in this paragraph are

26  vague and ambiguous, rendering the allegations thereof unintelligible and

27  improper for admission or denial.

28

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, these answering Defendants collectively[4] admit that Decedent was single cell housed at the time of his death.

f.   Subject to and without waiving the foregoing objections, on the basis thereof, and in the alternative to the immediately above, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. Further, and moreover in the alternative, these answering Defendants generally deny the allegations of this paragraph.

16.   These answering Defendants collectively[5] admit the allegations of this paragraph.

17.   These answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

18.   These answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

19.   These answering Defendants object and respond as follows:

---

[4] Individually, each of these answering Defendants may or may not have personal knowledge of the following admissions, hence why this is a 'collective' admission, and is made solely for the purpose of facilitating this litigation.

[5] Individually, each of these answering Defendants may or may not have personal knowledge of the following admissions, hence why this is a 'collective' admission, and is made solely for the purpose of facilitating this litigation.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   Subject to and without waiving the foregoing objection, Defendant SCOTT KERNAN admits the allegations of the first three sentences of this paragraph. He further admits that he was that he was acting under color of state law as Secretary of CDCR, that he was a named defendant in the *Coleman* litigation, and that he is generally aware of that case, its findings, and orders. This answering Defendant generally denies the remaining allegations in this paragraph.

    c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

20.   These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, Defendant SCOTT KERNAN admits the allegations of the first sentence of this paragraph. This answering Defendant generally denies the remaining allegations in this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

21.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  Subject to and without waiving the foregoing objection, Defendant RALPH DIAZ admits the allegations of the first three sentences of this paragraph. He further admits that he was acting under color of state law as Secretary of CDCR, that he was a named defendant in the *Coleman* litigation, and that he is generally aware of that case, its findings, and orders. This answering Defendant generally denies the remaining allegations in this paragraph.

c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

22.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant RALPH DIAZ admits the allegations of the first sentence of this paragraph. This answering Defendant generally denies the remaining allegations in this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

23. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant DIANA TOCHE admits the allegations of the first sentence of this paragraph. She generally denies the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

24. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant DIANA TOCHE admits the allegations this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

25. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant DIANA TOCHE admits the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

26. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, Defendant DIANA TOCHE admits that she worked with the receiver. She lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

27. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, Defendant DIANA TOCHE admits she may have received reports regarding prison suicides, that

she was a named defendant in *Coleman*, that she is generally aware of the findings and orders of that court, and has signed declarations in *Coleman*. As to the remaining allegations in this paragraph, she lacks sufficient information to admit or deny and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

28. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant DIANA TOCHE admits that she supervised Defendant KATHERINE TEBROCK. She generally denies the remaining allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, Defendant KATHERINE TEBROCK admits that Defendant DIANA TOCHE was her direct supervisor. As to the remaining allegations in this paragraph, she lacks sufficient information to admit or deny and on that basis denies them.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1  Defendants lack sufficient information to admit or deny the allegations of

2  this paragraph, and on that basis deny them.

3  29.  These answering Defendants object and respond as follows:

4  a.  These answering Defendants object that the allegations in this paragraph are

5  vague and ambiguous, rendering the allegations thereof unintelligible and

6  improper for admission or denial.

7  b.  These answering Defendants object that the allegations of this paragraph are

8  not factual allegations but the opinions of Plaintiffs, rendering them

9  improper for admission or denial.

10  c.  These answering Defendants object that the allegations of this paragraph

11  contain legal conclusions, rendering them improper for admission or denial.

12  d.  Subject to and without waiving the foregoing objections, Defendant DIANA

13  TOCHE admits she was acting under color of state law. She generally denies

14  the remaining allegations of this paragraph.

15  e.  As to all other answering Defendants, they object that the allegations of this

16  paragraph, by their terms, are not directed towards any of them, and are

17  therefore improper for admission or denial. Subject to and without waiving

18  the foregoing objections, and on the basis of thereof, all other answering

19  Defendants lack sufficient information to admit or deny the allegations of

20  this paragraph, and on that basis deny them.

21  30.  These answering Defendants object and respond as follows:

22  a.  These answering Defendants object that the allegations in this paragraph are

23  vague and ambiguous, rendering the allegations thereof unintelligible and

24  improper for admission or denial.

25  b.  These answering Defendants object that the allegations of this paragraph are

26  not factual allegations but the opinions of Plaintiffs, rendering them

27  improper for admission or denial.

28

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    c.   Subject to and without waiving the foregoing objections, Defendant CONNIE GIPSON admits the allegations of this paragraph, except that she was still in the position described at the time of Decedent's death, which she denies.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

31.   These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, Defendant CONNIE GIPSON admits that, while she was in the role of Acting Director of DAI, she had the responsibilities described in this paragraph. But she again denies that she was in the described role at the time of Decedent's death.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

32.   These answering Defendants object and respond as follows:

      a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

      b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

      c.   Subject to and without waiving the foregoing objections, Defendant CONNIE GIPSON generally denies the allegations of this paragraph.

      d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

33.   These answering Defendants object and respond as follows:

      a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

      b.   Subject to and without waiving the foregoing objection, Defendant CONNIE GIPSON admits that she is generally aware of the findings of the *Coleman* special master and court. She generally denies the remaining allegations of this paragraph.

      c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

34. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. Subject to and without waiving the foregoing objection, Defendant CONNIE GIPSON admits the allegations of this paragraph.

    c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

35. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d. Subject to and without waiving the foregoing objection, Defendant CONNIE GIPSON admits she was acting under color of state law. She generally denies the remaining allegations of this paragraph.

    e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

36.    These answering Defendants object and respond as follows:

    a.   Defendant ADAM ASMAN admits the first two sentences of this paragraph. He generally denies the remaining allegations of this paragraph.

    b.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

37.    These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

38.    These answering Defendants object and respond as follows:

    a.   Defendant ALEX ANDALUZ, D.O, admits the first two sentences of this paragraph. He generally denies the remaining allegations of this paragraph.

    b.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

39. These answering Defendants object and respond as follows:

    a. Defendant MARIANNA K. ASHE, M.D., admits the first two sentences of this paragraph. She generally denies the remaining allegations of this paragraph.

    b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

40. These answering Defendants object and respond as follows:

    a. Defendant JEVON JOHNSON, M.D., admits the first two sentences of this paragraph. He generally denies the remaining allegations of this paragraph.

    b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

41. These answering Defendants object and respond as follows:

    a. Defendant ROBERT JOHNSON, M.D., admits the first two sentences of this paragraph. He generally denies the remaining allegations of this paragraph.

    b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

42. These answering Defendants object and respond as follows:

    a. Defendant SUJATHA RAMKUMAR, M.D., admits the first two sentences of this paragraph. She generally denies the remaining allegations of this paragraph.

    b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

43. These answering Defendants object and respond as follows:

    a. Defendant MICHAEL SMITH, M.D., admits the first two sentences of this paragraph. He generally denies the remaining allegations of this paragraph.

    b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

44. These answering Defendants object and respond as follows:

    a. Defendant CHRISTOPHER SMITH, M.D., Defendant denies that he was the Chief Medical Executive Officer. At the relevant times Defendant CHRISTOPHER SMITH, M.D. was a Chief Physician and Surgeon. He generally denies the remaining allegations of this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

45.   These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D., admits he was acting under color of state law. He denies that he was responsible for overseeing the examination, diagnoses, prescriptions and treatment of all inmate patients at MCSP. In fact, he had no role in mental health care, and was limited to physical medicine. He further denies, again, that he ever served as CME. He admits the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

46.   These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, Defendant CHRISTOPHER SMITH, M.D., admits he was acting under color of state law. He generally denies the remaining allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

47.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

48.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

49. These answering Defendants object and respond as follows:

a. Defendant REBECCA ROBINSON, PSY.D. admits the first two sentences of this paragraph. She generally denies the remaining allegations of this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

50. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant JACOB ADAMS, M.D., admits he was acting under color of state law and that he currently holds the position of Senior Psychiatrist Specialist and was also at times an acting chief psychiatrist and a staff psychiatrist. He generally denies the remaining allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

     d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

51.  These answering Defendants object and respond as follows:

     a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

     b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c.  Subject to and without waiving the foregoing objections, Defendant JACOB ADAMS, M.D., generally denies the allegations of this paragraph.

     d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

52.  These answering Defendants object and respond as follows:

     a.  Defendant ERIC BRANMAN admits the first two sentences of this paragraph. He generally denies the remaining allegations of this paragraph.

     b.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

53. These answering Defendants object and respond as follows:

    a. Defendant VIOLKA WANIE admits the first two sentences of this paragraph. She generally denies the remaining allegations of this paragraph.

    b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

54. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, Defendant SCOTT HEATLEY, M.D., denies that he was in the role described at all relevant times, and denies that he was responsible for 'all' examination, diagnosis, prescriptions, and treatment for inmate patients. In fact, this answering Defendant was responsible for physical medicine only, not mental health. He admits the remaining allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

55. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. Subject to and without waiving the foregoing objections, Defendant SCOTT HEATLEY, M.D. denies that he was responsible for overseeing the examination, diagnoses, prescriptions, and treatment of all inmate patients at MCSP. In fact, he had no role in mental health care, and was limited to physical medicine. He admits the remaining allegations of this paragraph.

    c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

56. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, Defendant SCOTT HEATLEY, M.D., generally denies the allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

ANSWER TO FOURTH AMENDED COMPLAINT

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

57. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   c. Subject to and without waiving the foregoing objections, Defendant LAURA CEBALLOS, Ph.D., admits the allegations of this paragraph, except that she held the title described at all relevant times, and that she was responsible for and supervised the mental health system's utilization management processes, both of which she denies.

   d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

58. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant LAURA CEBALLOS, Ph.D., admits that she reported to Defendant BRITTANY BRIZENDINE, Psy.D. for a short time. She generally denies the remaining allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, Defendant BRITTANY BRIZENDINE, Psy.D. admits that Defendant LAURA CEBALLOS, Ph.D. reported to her for a short time. As to the remaining allegations in this paragraph, this answering Defendant lacks sufficient information to admit or deny, and on that basis denies them.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

59. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objections, Defendant KATHERINE TEBROCK admits the allegations of this paragraph, and clarifies that she left the role described on July 12, 2019.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

60.  These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, Defendant KATHERINE TEBROCK admits that she was involved oversight and management of mental health division at CDCR, and with the development, implementation, and evaluation of policies and procedures in the mental health division. But she asserts that the term 'implementation' in the context of this paragraph and her duties pertains only to making the statewide policies and procedures available to the prisons, including Mule Creek State Prison. Other than this, this answering Defendant denies having any role and/or authority in any aspect of policy implementation. This answering Defendant further asserts that the term 'evaluations' in the context of this paragraph and her duties pertains to evaluation of issues brought to her by staff, and her involvement in crafting policy. This answering Defendant generally denies having any other role and/or authority in policy evaluation.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

61.   These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, Defendant KATHERINE TEBROCK admits the allegations of this paragraph, with the following exceptions:

        i.   She denies that she took or was able to "take corrective action when necessary." Further in this regard, she denies that she had any role in or authority to directly supervise practices in the facilities, including Mule Creek State Prison.

        ii.   She again asserts that the term 'implementing' in the context of this paragraph and her duties pertains only to making the statewide policies and procedures available to the prisons, including Mule Creek State Prison. Other than this, this answering Defendant denies having any role and/or authority in any aspect of policy implementation.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

62.   These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, Defendant KATHERINE TEBROCK generally denies the allegations of this paragraph.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

63.   These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    b.   Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits the allegations of this paragraph.

    c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

64.   These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant KATHERINE TEBROCK admits the second sentence of this paragraph. She generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

65. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant KATHERINE TEBROCK admits she was acting under color of state law. She generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

66. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. Subject to and without waiving the foregoing objection, Defendant BRITTANY BRIZENDINE, Psy.D. admits the allegations of this paragraph.

    c. Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits that Defendant BRITTANY BRIZENDINE, Psy.D. reported to her.

    d. Subject to and without waiving the foregoing objection, Defendant LAURA CEBALLOS, Ph.D. admits that she reported to Defendant BRITTANY BRIZENDINE, Psy.D..

    e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

67. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. Subject to and without waiving the foregoing objections, Defendant BRITTANY BRIZENDINE, Psy.D. admits she was acting under color of state law. She generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

68. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ANGELA PONCIANO admits the allegations of this paragraph.

c. Subject to and without waiving the foregoing objection, Defendant BRITTANY BRIZENDINE, Psy.D. admits that Defendant ANGELA PONCIANO reported to her.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

69. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, Defendant ANGELA PONCIANO admits she was acting under color of state law. She generally denies the remaining allegations of this paragraph.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

70.   These answering Defendants object and respond as follows:

    a.   Defendant JOHN REKART, Ph.D. admits the allegations of this paragraph.

    b.   Defendant LAURA CEBALLOS, Ph.D. admits that Defendant JOHN REKART, Ph.D. reported to her.

    c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

71.   These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant JOHN REKART, Ph.D. admits he was acting under color of state law. He generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

72. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial

b. Subject to and without waiving the foregoing objection, Defendant DAVID LEIDNER, Ph.D. admits that he was a Senior Psychologist Specialist at all relevant times, and that he was, among others, involved in development of some of CDCR's statewide Quality Management systems. He generally denies the remaining allegations of this paragraph, and in particular denies that he was 'responsible' for development of any statewide Quality Management system, that he was involved in the development of all statewide Quality Management systems, and that he was either involved in or 'responsible' for the development of any business rules.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

73.   These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, Defendant DAVID LEIDNER, Ph.D. admits that he reported to Defendant JOHN REKART, Ph.D. for a period of time, but does not recall whether that was at a time relevant to the allegations made in this paragraph and to the Fourth Amended Complaint generally. He generally denies the remaining allegations of this paragraph.

    d.   Subject to and without waiving the foregoing objections, Defendant JOHN REKART, Ph.D. admits that Defendant DAVID LEIDNER, Ph.D. reported to him at some point. He lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

    e.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

74.   These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant RAINBOW BROCKENBOROUGH admits the allegations of this paragraph, but denies that she was in the role described at all relevant times. She entered the described position in approximately May 2018; prior thereto, she was not employed by CDCR. She generally denies the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

75. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant RAINBOW BROCKENBOROUGH admits that she was the hiring authority associated with the Medication Adherence Program, and supervised the supervisors of each medical department with regard to the same. Other than this, however, she denies that she was responsible for the implementation,

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

1    monitoring, evaluation of and compliance with the Program. She generally

2    denies the remaining allegations of this paragraph.

3    d.   As to all other answering Defendants, they object that the allegations of this

4    paragraph, by their terms, are not directed towards any of them, and are

5    therefore improper for admission or denial. Subject to and without waiving

6    the foregoing objections, and on the basis of thereof, all other answering

7    Defendants lack sufficient information to admit or deny the allegations of

8    this paragraph, and on that basis deny them.

9    76.   These answering Defendants object and respond as follows:

10   a.   These answering Defendants object that the allegations in this paragraph are

11   vague and ambiguous, rendering the allegations thereof unintelligible and

12   improper for admission or denial.

13   b.   These answering Defendants object that the allegations of this paragraph are

14   not factual allegations but the opinions of Plaintiffs, rendering them

15   improper for admission or denial.

16   c.   Subject to and without waiving the foregoing objections, Defendant

17   RAINBOW BROCKENBOROUGH admits the allegations of this

18   paragraph, but denies that she was generally responsible for supervision or

19   training of healthcare staff and supervision of the supervisors of each

20   medical department. She generally denies the remaining allegations of this

21   paragraph.

22   d.   As to all other answering Defendants, they object that the allegations of this

23   paragraph, by their terms, are not directed towards any of them, and are

24   therefore improper for admission or denial. Subject to and without waiving

25   the foregoing objections, and on the basis of thereof, all other answering

26   Defendants lack sufficient information to admit or deny the allegations of

27   this paragraph, and on that basis deny them.

28   77.   These answering Defendants object and respond as follows:

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant RAINBOW BROCKENBOROUGH admits that she was made aware of deaths that occurred at MCSP after her date of hire, that she was generally aware of the findings of the *Coleman* special master, and the orders of the *Coleman* court. She generally denies the remaining allegations of this paragraph. Moreover, she lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

78. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objections, Defendant RAINBOW BROCKENBOROUGH admits the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

ANSWER TO FOURTH AMENDED COMPLAINT

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

79.  These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, Defendant RAINBOW BROCKENBOROUGH generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

80.  These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

81.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

82.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

83. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

84. These answering Defendants object and respond as follows:

a. Defendant ROBERT RUDAS, M.D. admits the first and second sentences of this paragraph. This answering Defendant generally denies the remaining allegations in this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

85.   These answering Defendants object and respond as follows:

   a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

86.   These answering Defendants object and respond as follows:

   a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

   d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

87.   These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

1    a. These answering Defendants object that the allegations in this paragraph are

2        vague and ambiguous, rendering the allegations thereof unintelligible and

3        improper for admission or denial.

4    b. These answering Defendants object that the allegations of this paragraph are

5        not factual allegations but the opinions of Plaintiffs, rendering them

6        improper for admission or denial.

7    c. These answering Defendants object that the allegations of this paragraph

8        contain legal conclusions, rendering them improper for admission or denial.

9    d. These answering Defendants object that the allegations of this paragraph, by

10       their terms, are not directed towards any individual answering Defendant,

11       and are therefore improper for admission or denial.

12   e. Subject to and without waiving the foregoing objections, and on the basis

13       thereof, these answering Defendants lack sufficient information to admit or

14       deny the allegations of this paragraph, and on that basis deny them.

15  88. These answering Defendants object and respond as follows:

16   a. These answering Defendants object that the allegations in this paragraph are

17       vague and ambiguous, rendering the allegations thereof unintelligible and

18       improper for admission or denial.

19   b. These answering Defendants object that the allegations of this paragraph are

20       not factual allegations but the opinions of Plaintiffs, rendering them

21       improper for admission or denial.

22   c. These answering Defendants object that the allegations of this paragraph

23       contain legal conclusions, rendering them improper for admission or denial.

24   d. These answering Defendants object that the allegations of this paragraph, by

25       their terms, are not directed towards any individual answering Defendant,

26       and are therefore improper for admission or denial.

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

89. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

90. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

91. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

    d.   These answering Defendants object that the allegations of footnote 2, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

92.   These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

93.   These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

94.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

e.   These answering Defendants object and respond as follows to footnote 3:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

i.   These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ii.   These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

iii.   These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

iv.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this footnote.

95.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1    alternative, these answering Defendants generally deny the allegations of

2    this paragraph.

3    96.   These answering Defendants object and respond as follows:

4         a.   These answering Defendants object that the allegations in this paragraph are

5              vague and ambiguous, rendering the allegations thereof unintelligible and

6              improper for admission or denial.

7         b.   These answering Defendants object that the allegations of this paragraph are

8              not factual allegations but the opinions of Plaintiffs, rendering them

9              improper for admission or denial.

10        c.   These answering Defendants object that the allegations of this paragraph

11             contain legal conclusions, rendering them improper for admission or denial.

12        d.   These answering Defendants object that the allegations of this paragraph, by

13             their terms, are not directed towards any individual answering Defendant,

14             and are therefore improper for admission or denial.

15        e.   Subject to and without waiving the foregoing objections, and on the basis

16             thereof, these answering Defendants lack sufficient information to admit or

17             deny the allegations of this paragraph, and on that basis deny them. In the

18             alternative, these answering Defendants generally deny the allegations of

19             this paragraph.

20   97.   These answering Defendants object and respond as follows:

21        a.   These answering Defendants object that the allegations in this paragraph are

22             vague and ambiguous, rendering the allegations thereof unintelligible and

23             improper for admission or denial.

24        b.   These answering Defendants object that the allegations of this paragraph are

25             not factual allegations but the opinions of Plaintiffs, rendering them

26             improper for admission or denial.

27        c.   These answering Defendants object that the allegations of this paragraph

28             contain legal conclusions, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

98. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the facts and opinions stated by receiver J. Clark Kelso in the report referenced in this paragraph have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

99. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

100. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the facts and opinions stated by receiver J. Clark Kelso in the report referenced in this paragraph have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

101. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, they generally deny the allegations of this paragraph.

102. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

59

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, they generally deny the allegations of this paragraph.

103. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

c. Subject to and without waiving the foregoing objections, these answering Defendants, with the exception of CHRISTOPHER SMITH, M.D., admit that they are generally aware of Dr. Golding's report.

d. Subject to and without waiving the foregoing objection, Defendants RAINBOW BROCKENBOROUGH, DIANA TOCHE, RALPH DIAZ SCOTT HEATLEY, M.D., and JACOB ADAMS, M.D. admit that they were likely generally aware of the referenced OIG report.

e. Subject to and without waiving the foregoing objection, and except for the foregoing, each named answering Defendant generally denies the remaining allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny the remaining allegations. Therefore, each named answering Defendant denies such allegations in this paragraph.

f. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

104. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

105. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

106. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

107. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.    These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.    These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.    Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

108.   These answering Defendants object and respond as follows:

a.    These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.    These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.    These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.    These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.    Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

109.   These answering Defendants object and respond as follows:

a.    These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

110.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

111.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d.  These answering Defendants object that the allegations of footnote 4, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objection, these answering Defendants collectively[6] admit that Exhibit F to the Fourth Amended Complaint is a document entitled Transcript of the Deposition of Kevin Kuich, M.D. In the alternative, and on the basis of the foregoing objection, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

112.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

---

[6] Individually, each of these answering Defendants may or may not have personal knowledge of the following admissions, hence why this is a 'collective' admission, and is made solely for the purpose of facilitating this litigation.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

113. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant admit that they are generally aware of the *Coleman* case and orders.

d.  These answering Defendants generally deny the remaining allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny the remaining allegations. Therefore, these answering Defendants deny such allegations in this paragraph.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

114. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

115.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

f. These answering Defendants object and respond as follows to the allegations in footnote 5:

    i. These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    ii. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    iii. These answering Defendants object that the allegations of this footnote contain legal conclusions, rendering them improper for admission or denial.

    iv. These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    v. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them. In the alternative, they generally deny the allegations of this paragraph.

g. These answering Defendants object that the allegations in in footnote 5 are vague and ambiguous, rendering the allegations thereof unintelligible. The allegations of this footnote, by their terms, are not directed towards any answering Defendant. On that basis, and in general, these answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1    Defendants lack sufficient information to admit or deny. Therefore, these

2    answering Defendants deny the allegations of this paragraph.

3  116. These answering Defendants object and respond as follows:

4    a.  These answering Defendants object that the allegations in this paragraph are

5        vague and ambiguous, rendering the allegations thereof unintelligible and

6        improper for admission or denial.

7    b.  These answering Defendants object that the allegations of this paragraph are

8        not factual allegations but the opinions of Plaintiffs, rendering them

9        improper for admission or denial.

10    c.  These answering Defendants object that the facts and opinions stated by Dr.

11        Michael Golding in his report to the *Coleman* court have not been subjected

12        to fact-finding or proven. Subject to and without waiving this or any other

13        objection, and on the basis thereof, these answering Defendants generally

14        deny them.

15    d.  These answering Defendants object that the allegations of this paragraph

16        contain legal conclusions, rendering them improper for admission or denial.

17    e.  These answering Defendants object that the allegations of this paragraph, by

18        their terms, are not directed towards any individual answering Defendant,

19        and are therefore improper for admission or denial.

20    f.  Subject to and without waiving the foregoing objections, and on the basis

21        thereof, these answering Defendants lack sufficient information to admit or

22        deny the allegations of this paragraph, and on that basis deny them.

23  117. These answering Defendants object and respond as follows:

24    a.  These answering Defendants object that the allegations in this paragraph are

25        vague and ambiguous, rendering the allegations thereof unintelligible and

26        improper for admission or denial.

27

28

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

118. These answering Defendants object and respond as follows:

a. These answering Defendants object to the allegations of this paragraph as vague, ambiguous, and self-contradictory, rendering them unintelligible.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, the named answering Defendant admit that they were generally aware of the *Coleman* orders and findings of the special master. Each named answering Defendant generally denies the remaining allegations of this paragraph. Further, in the alternative, and in all other respects, each named answering Defendant lacks sufficient information to admit or deny the remaining allegations. Therefore, these answering Defendants deny such allegations in this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

119. Each named answering Defendant admits the allegations of this paragraph.

120. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

121. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

122. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

123. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

124. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

125. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

126. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

127. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, each named answering Defendant admits that they were publicly appointed officials, and that they were generally aware of the *Coleman* case and its findings. Each named answering Defendant generally denies the remaining allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny the remaining allegations. Therefore, these answering Defendants deny such allegations in this paragraph.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

128. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

129. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

130. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

131. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.  Subject to and without waiving the foregoing objections, each named answering Defendant admits that were generally aware of the *Coleman* case and its orders. Each named answering Defendant generally denies the remaining allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny the remaining allegations. Therefore, and on that basis, these answering Defendants deny the allegations of this paragraph.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

132. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

133. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

    d.   These answering Defendants object that the facts and opinions stated in the Dunn  Gibson or Gibson Dunn report have not been proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

    e.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    f.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    g.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

134. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

135. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

136. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the facts and opinions stated in the Dunn  Gibson or Gibson Dunn report have not been subjected to fact-finding

ANSWER TO FOURTH AMENDED COMPLAINT

1   or proven. Subject to and without waiving this or any other objection, and

2   on the basis thereof, these answering Defendants generally deny them.

3   c.   These answering Defendants object that the allegations of this paragraph

4   contain legal conclusions, rendering them improper for admission or denial.

5   d.   These answering Defendants object that the allegations of this paragraph, by

6   their terms, are not directed towards any individual answering Defendant,

7   and are therefore improper for admission or denial.

8   e.   Subject to and without waiving the foregoing objections, and on the basis

9   thereof, these answering Defendants lack sufficient information to admit or

10   deny the allegations of this paragraph, and on that basis deny them.

11   137. These answering Defendants object and respond as follows:

12   a.   These answering Defendants object that the allegations in this paragraph are

13   vague and ambiguous, rendering the allegations thereof unintelligible and

14   improper for admission or denial.

15   b.   These answering Defendants object that the allegations of this paragraph

16   contain legal conclusions, rendering them improper for admission or denial.

17   c.   These answering Defendants object that the allegations of this paragraph, by

18   their terms, are not directed towards any individual answering Defendant,

19   and are therefore improper for admission or denial.

20   d.   Subject to and without waiving the foregoing objections, and on the basis

21   thereof, these answering Defendants lack sufficient information to admit or

22   deny the allegations of this paragraph, and on that basis deny them.

23   138. These answering Defendants object and respond as follows:

24   a.   These answering Defendants object that the allegations in this paragraph are

25   vague and ambiguous, rendering the allegations thereof unintelligible and

26   improper for admission or denial.

27   b.   These answering Defendants object that the allegations of this paragraph

28   contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

139.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

140.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

141.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

142.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  Subject to and without waiving the foregoing objection, Defendants KATHERINE TEBROCK, LAURA CEBALLOS, Ph.D., DIANA TOCHE, SCOTT KERNAN, RAINBOW BROCKENBOROUGH, DAVID LEIDNER, Ph.D., RALPH DIAZ, BRITTANY BRIZENDINE, ANGELA PONCIANO, and JACOB ADAMS, M.D. admit that they were generally aware of the Program Guide.

c.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and other than the above, each named answering Defendant generally denies the allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

143. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

144. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

145. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

146.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

147.   These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

148.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

149. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

150. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

151. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.  These answering Defendants object that the allegations in in footnote 6 are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

152. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

  c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

  d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

153. These answering Defendants object and respond as follows:

  a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

  b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

  c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

  d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

  e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

154. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

155. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

alternative, these answering Defendants generally deny the allegations of this paragraph.

156. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

157. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    e.  These answering Defendants object that the allegations in in footnote 7 are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants object that the allegations of this footnote, by their

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

158. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

159. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

160. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b.  Subject to and without waiving the foregoing objection, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

161.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

162.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

163. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

164. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

165. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN admits that at times he served as a primary clinician for Decedent.

c.  Subject to and without waiving the foregoing objection, Defendants VIOLKA WANIE and REBECCA ROBINSON, PSY.D. admit that at times they served as clinicians for Decedent.

d.  Subject to and without waiving the foregoing objection, and other than the above, each named answering Defendant generally denies the allegations of this paragraph. Further, and in the alternative, each named answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1   Defendant lacks sufficient information to admit or deny. Therefore, these
2   answering Defendants deny the allegations of this paragraph.

3       e.  As to all other answering Defendants, they object that the allegations of this
4   paragraph, by their terms, are not directed towards any of them, and are
5   therefore improper for admission or denial. Subject to and without waiving
6   the foregoing objections, and on the basis of thereof, all other answering
7   Defendants lack sufficient information to admit or deny the allegations of
8   this paragraph, and on that basis deny them.

9   166. These answering Defendants object and respond as follows:

10       a.  These answering Defendants object that the allegations in this paragraph are
11   vague and ambiguous, rendering the allegations thereof unintelligible and
12   improper for admission or denial.

13       b.  These answering Defendants object that the allegations of this paragraph are
14   not factual allegations but the opinions of Plaintiffs, rendering them
15   improper for admission or denial.

16       c.  Subject to and without waiving the foregoing objection, Defendant
17   REBECCA ROBINSON, Psy.D. and ERIC BRANMAN generally deny the
18   allegations in this paragraph. In the alternative, they lack sufficient
19   information to admit or deny the allegations of this paragraph, and on that
20   basis deny them.

21       d.  As to all other answering Defendants, they object that the allegations of this
22   paragraph, by their terms, are not directed towards any of them, and are
23   therefore improper for admission or denial. Subject to and without waiving
24   the foregoing objections, and on the basis of thereof, all other answering
25   Defendants lack sufficient information to admit or deny the allegations of
26   this paragraph, and on that basis deny them.

27   167. These answering Defendants object and respond as follows:

28

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny. Therefore, these answering Defendants deny such allegations in this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

168. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1   d.   Subject to and without waiving the foregoing objections, and on the basis

2        thereof, these answering Defendants lack sufficient information to admit or

3        deny the allegations of this paragraph, and on that basis deny them. In the

4        alternative, these answering Defendants generally deny the allegations of

5        this paragraph.

6   169. These answering Defendants object and respond as follows:

7   a.   These answering Defendants object that the allegations in this paragraph are

8        vague and ambiguous, rendering the allegations thereof unintelligible and

9        improper for admission or denial.

10  b.   These answering Defendants object that the allegations of this paragraph are

11       not factual allegations but the opinions of Plaintiffs, rendering them

12       improper for admission or denial.

13  c.   These answering Defendants further object that the facts and opinions stated

14       by Dr. Michael Puisis in his report as referenced in this paragraph have not

15       been subjected to fact-finding or proven, on which basis these answering

16       Defendants generally deny them.

17  d.   These answering Defendants object that the allegations of this paragraph, by

18       their terms, are not directed towards any individual answering Defendant,

19       and are therefore improper for admission or denial.

20  e.   Subject to and without waiving the foregoing objections, and on the basis

21       thereof, these answering Defendants lack sufficient information to admit or

22       deny the allegations of this paragraph, and on that basis deny them. In the

23       alternative, these answering Defendants generally deny the allegations of

24       this paragraph.

25  170. These answering Defendants object and respond as follows:

26  a.   These answering Defendants object that the allegations in this paragraph are

27       vague and ambiguous, rendering the allegations thereof unintelligible and

28       improper for admission or denial.

98

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny. Therefore, these answering Defendants deny such allegations in this paragraph.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

171. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny. Therefore, these answering Defendants deny such allegations in this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

172. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

173. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants generally object to the accuracy of the findings stated in the report reference in this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

174. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

175. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

176. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

177. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

178. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny. Therefore, these answering Defendants deny such allegations in this paragraph.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1    Defendants lack sufficient information to admit or deny the allegations of

2    this paragraph, and on that basis deny them. In the alternative, these

3    answering Defendants generally deny the allegations of this paragraph.

4    179. These answering Defendants object and respond as follows:

5        a.   These answering Defendants object that the allegations in this paragraph are

6             vague and ambiguous, rendering the allegations thereof unintelligible and

7             improper for admission or denial.

8        b.   These answering Defendants object that the allegations of this paragraph are

9             not factual allegations but the opinions of Plaintiffs, rendering them

10            improper for admission or denial.

11       c.   These answering Defendants object that the allegations of this paragraph, by

12            their terms, are not directed towards any individual answering Defendant,

13            and are therefore improper for admission or denial.

14       d.   Subject to and without waiving the foregoing objections, and on the basis

15            thereof, these answering Defendants lack sufficient information to admit or

16            deny the allegations of this paragraph, and on that basis deny them. In the

17            alternative, these answering Defendants generally deny the allegations of

18            this paragraph.

19   180. These answering Defendants object and respond as follows:

20       a.   These answering Defendants object that the allegations of this paragraph, by

21            their terms, are not directed towards any individual answering Defendant,

22            and are therefore improper for admission or denial.

23       b.   Subject to and without waiving the foregoing objection, and on the basis

24            thereof, these answering Defendants lack sufficient information to admit or

25            deny the allegations of this paragraph, and on that basis deny them.

26   181. These answering Defendants object and respond as follows:

27

28

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

182. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

b. Subject to and without waiving the foregoing objection, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

183. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

184.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

185.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

186.   These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

187. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

188. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

189.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

190.   These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

191. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

192. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

193. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    c.  Subject to and without waiving the foregoing objections, these answering Defendants generally deny the allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny. Therefore, these answering Defendants deny such allegations in this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

194. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, these answering Defendants generally deny the allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny. Therefore, these answering Defendants deny such allegations in this paragraph.

    e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

195. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

196. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

197. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

198. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

  c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

  d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

  e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

199. These answering Defendants object and respond as follows:

  a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

  b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

  c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

  d. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

  e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of

ANSWER TO FOURTH AMENDED COMPLAINT

this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

200. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court, and those of other alleged 'whistleblowers' such as Dr. Melanie Gonzalez, have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

    e.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    f.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

201. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants further object that the facts and opinions stated by in the report/declaration Dr. Melanie Gonzalez as referenced in this paragraph, have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

202. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants further object that the facts and opinions stated by in the report/declaration Dr. Melanie Gonzalez as referenced in this paragraph, have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

203. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by in the report/declaration Dr. Melanie Gonzalez as referenced in this paragraph, have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

204. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

c.  Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits that she has received emails from Dr. Michael Golding. She generally denies the remaining allegations in this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the remaining allegations.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

205. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

206. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK generally denies the allegations in this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. Further, and in the alternative, these answering Defendants generally deny the allegations of this paragraph.

207. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

1       c.   These answering Defendants object that the allegations of this paragraph, by

2  their terms, are not directed towards any individual answering Defendant,

3  and are therefore improper for admission or denial.

4       d.   Subject to and without waiving the foregoing objections, and on the basis

5  thereof, these answering Defendants lack sufficient information to admit or

6  deny the allegations of this paragraph, and on that basis deny them. In the

7  alternative, these answering Defendants generally deny the allegations of

8  this paragraph.

9  208. These answering Defendants object and respond as follows:

10       a.   These answering Defendants object that the allegations in this paragraph are

11  vague and ambiguous, rendering the allegations thereof unintelligible and

12  improper for admission or denial.

13       b.   These answering Defendants object that the allegations of this paragraph are

14  not factual allegations but the opinions of Plaintiffs, rendering them

15  improper for admission or denial.

16       c.   These answering Defendants object that the allegations of this paragraph

17  contain legal conclusions, rendering them improper for admission or denial.

18       d.   These answering Defendants object that the facts and opinions stated in the

19  Dunn  Gibson or Gibson Dunn report have not been subjected to fact-finding

20  or proven. Subject to and without waiving this or any other objection, and

21  on the basis thereof, these answering Defendants generally deny them.

22       e.   These answering Defendants object that the allegations of this paragraph, by

23  their terms, are not directed towards any individual answering Defendant,

24  and are therefore improper for admission or denial.

25       f.   Subject to and without waiving the foregoing objections, and on the basis

26  thereof, these answering Defendants lack sufficient information to admit or

27  deny the allegations of this paragraph, and on that basis deny them.

28  209. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

    d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

210. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d. Subject to and without waiving the foregoing objections, Defendant VIOLKA WANIE, LCSW generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

211. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objections, Defendant ALEX ANDALUZ, D.O. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

212. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, Defendant MICHAEL SMITH, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

    e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

213. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objections, Defendant JEVON JOHNSON, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

214. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objections, Defendant ROBERT JOHNSON, M.D. generally denies the allegations of this

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

215.  These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

e.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

216. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, Defendant ERIK BRANMAN, LCSW generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

    e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

217. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objections, Defendant DAVID LEIDNER, Ph.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

218. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objections, Defendant LAURA CEBALLOS, Ph.D. generally denies the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

    e.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

219. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, Defendant KATHERINE TEBROCK generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

    e.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP<br>ATTORNEYS AT LAW<br>639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530<br>TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

1   this paragraph, and on that basis deny them. In the alternative, these

2   answering Defendants generally deny the allegations of this paragraph.

3   220. These answering Defendants object and respond as follows:

4       a.   These answering Defendants object that the allegations in this paragraph are

5   vague and ambiguous, rendering the allegations thereof unintelligible and

6   improper for admission or denial.

7       b.   These answering Defendants object that the allegations of this paragraph are

8   not factual allegations but the opinions of Plaintiffs, rendering them

9   improper for admission or denial.

10      c.   These answering Defendants object that the allegations of this paragraph

11  contain legal conclusions, rendering them improper for admission or denial.

12      d.   Subject to and without waiving the foregoing objections, Defendant

13  REBECCA ROBINSON, Psy.D. generally denies the allegations of this

14  paragraph. Further, and in the alternative, she lacks sufficient information to

15  admit or deny, and on that basis denies the allegations.

16      e.   As to all other answering Defendants, they object that the allegations of this

17  paragraph, by their terms, are not directed towards any of them, and are

18  therefore improper for admission or denial. Subject to and without waiving

19  the foregoing objections, and on the basis of thereof, all other answering

20  Defendants lack sufficient information to admit or deny the allegations of

21  this paragraph, and on that basis deny them. In the alternative, these

22  answering Defendants generally deny the allegations of this paragraph.

23  221. These answering Defendants object and respond as follows:

24      a.   These answering Defendants object that the allegations in this paragraph are

25  vague and ambiguous, rendering the allegations thereof unintelligible and

26  improper for admission or denial.

27

28

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, Defendant SCOTT HEATLEY, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

222. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this

ANSWER TO FOURTH AMENDED COMPLAINT

paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

223.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, Defendant SCOTT KERNAN generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

1   this paragraph, and on that basis deny them. In the alternative, these

2   answering Defendants generally deny the allegations of this paragraph.

3   224. These answering Defendants object and respond as follows:

4       a.   These answering Defendants object that the allegations in this paragraph are

5          vague and ambiguous, rendering the allegations thereof unintelligible and

6          improper for admission or denial.

7       b.   These answering Defendants object that the allegations of this paragraph are

8          not factual allegations but the opinions of Plaintiffs, rendering them

9          improper for admission or denial.

10      c.   These answering Defendants object that the allegations of this paragraph

11         contain legal conclusions, rendering them improper for admission or denial.

12      d.   Subject to and without waiving the foregoing objections, Defendant RALPH

13         DIAZ generally denies the allegations of this paragraph. Further, and in the

14         alternative, he lacks sufficient information to admit or deny, and on that basis

15         denies the allegations.

16      e.   As to all other answering Defendants, they object that the allegations of this

17         paragraph, by their terms, are not directed towards any of them, and are

18         therefore improper for admission or denial. Subject to and without waiving

19         the foregoing objections, and on the basis of thereof, all other answering

20         Defendants lack sufficient information to admit or deny the allegations of

21         this paragraph, and on that basis deny them. In the alternative, these

22         answering Defendants generally deny the allegations of this paragraph.

23  225. These answering Defendants object and respond as follows:

24      a.   These answering Defendants object that the allegations in this paragraph are

25         vague and ambiguous, rendering the allegations thereof unintelligible and

26         improper for admission or denial.

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, Defendant DIANA TOCHE generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

226. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, Defendant CONNIE GIPSON generally denies the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

1    Further, and in the alternative, she lacks sufficient information to admit or

2    deny, and on that basis denies the allegations.

3    e. As to all other answering Defendants, they object that the allegations of this

4    paragraph, by their terms, are not directed towards any of them, and are

5    therefore improper for admission or denial. Subject to and without waiving

6    the foregoing objections, and on the basis of thereof, all other answering

7    Defendants lack sufficient information to admit or deny the allegations of

8    this paragraph, and on that basis deny them. In the alternative, these

9    answering Defendants generally deny the allegations of this paragraph.

10   227. These answering Defendants object and respond as follows:

11   a. These answering Defendants object that the allegations in this paragraph are

12   vague and ambiguous, rendering the allegations thereof unintelligible and

13   improper for admission or denial.

14   b. These answering Defendants object that the allegations of this paragraph are

15   not factual allegations but the opinions of Plaintiffs, rendering them

16   improper for admission or denial.

17   c. These answering Defendants object that the allegations of this paragraph

18   contain legal conclusions, rendering them improper for admission or denial.

19   d. Subject to and without waiving the foregoing objections, Defendant

20   BRITTANY BRIZENDINE, Psy.D. generally denies the allegations of this

21   paragraph. Further, and in the alternative, she lacks sufficient information to

22   admit or deny, and on that basis denies the allegations.

23   e. As to all other answering Defendants, they object that the allegations of this

24   paragraph, by their terms, are not directed towards any of them, and are

25   therefore improper for admission or denial. Subject to and without waiving

26   the foregoing objections, and on the basis of thereof, all other answering

27   Defendants lack sufficient information to admit or deny the allegations of

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

228. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, Defendant ANGELA PONCIANO generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

    e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

229. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objections, Defendant JOHN REKART, Ph.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

230. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

231. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, Defendant RAINBOW BROCKENBOROUGH generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

    e.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

232. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

233. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objections, Defendant JACOB ADAMS, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

234. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

235. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d.  These answering Defendants object that the facts and opinions stated in the Dunn Gibson or Gibson Dunn report have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

e.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

f.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

g.  These answering Defendants object that the allegations of footnote 8, by their terms, are not directed towards any individual answering Defendant and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

236. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. These answering Defendants object that the facts and opinions stated in the Dunn Gibson or Gibson Dunn report have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

e. Subject to and without waiving the foregoing objections, these answering Defendants generally deny the allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny. Therefore, these answering Defendants deny such allegations in this paragraph.

f. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

237. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

238. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

e. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

f. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

ANSWER TO FOURTH AMENDED COMPLAINT

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

alternative, these answering Defendants generally deny the allegations of this paragraph.

239. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    c.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

    d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

240. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

241. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

242. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

243. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the facts and opinions stated in the Dunn  Gibson or Gibson Dunn report have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

e. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

f. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1   deny the allegations of this paragraph, and on that basis deny them. In the

2   alternative, these answering Defendants generally deny the allegations of

3   this paragraph.

4   244. These answering Defendants object and respond as follows:

5       a.  These answering Defendants object that the allegations in this paragraph are

6           vague and ambiguous, rendering the allegations thereof unintelligible and

7           improper for admission or denial.

8       b.  Subject to and without waiving the foregoing objection, Defendant LAURA

9           CEBALLOS, Ph.D. admits the allegations of this paragraph.

10      c.  As to all other answering Defendants, they object that the allegations of this

11          paragraph, by their terms, are not directed towards any of them, and are

12          therefore improper for admission or denial. Subject to and without waiving

13          the foregoing objections, and on the basis of thereof, all other answering

14          Defendants lack sufficient information to admit or deny the allegations of

15          this paragraph, and on that basis deny them.

16  245. These answering Defendants object and respond as follows:

17      a.  These answering Defendants object that the allegations in this paragraph are

18          vague and ambiguous, rendering the allegations thereof unintelligible and

19          improper for admission or denial.

20      b.  These answering Defendants further object that the facts and opinions stated

21          by Dr. Michael Golding in his report to the *Coleman* court have not been

22          subjected to fact-finding or proven, on which basis these answering

23          Defendants generally deny them.

24      c.  Subject to and without waiving the foregoing objection, Defendant DAVID

25          LEIDNER, Ph.D. generally denies the allegations of this paragraph.

26      d.  As to all other answering Defendants, they object that the allegations of this

27          paragraph, by their terms, are not directed towards any of them, and are

28          therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

1   the foregoing objections, and on the basis of thereof, all other answering

2   Defendants lack sufficient information to admit or deny the allegations of

3   this paragraph, and on that basis deny them. In the alternative, these

4   answering Defendants generally deny the allegations of this paragraph.

5   246. These answering Defendants object and respond as follows:

6   a.   These answering Defendants object that the allegations in this paragraph are

7   vague and ambiguous, rendering the allegations thereof unintelligible and

8   improper for admission or denial.

9   b.   Subject to and without waiving the foregoing objection, Defendants DAVID

10   LEIDNER, Ph.D. and LAURA CEBALLOS, Ph.D. generally deny the

11   allegations of this paragraph.

12   c.   As to all other answering Defendants, they object that the allegations of this

13   paragraph, by their terms, are not directed towards any of them, and are

14   therefore improper for admission or denial. Subject to and without waiving

15   the foregoing objections, and on the basis of thereof, all other answering

16   Defendants lack sufficient information to admit or deny the allegations of

17   this paragraph, and on that basis deny them. In the alternative, these

18   answering Defendants generally deny the allegations of this paragraph.

19   d.   Regarding footnote 9, these answering Defendants respond as follows:

20   i.   These answering Defendants object that the allegations in this

21   footnote are vague and ambiguous, rendering the allegations thereof

22   unintelligible and improper for admission or denial.

23   ii.   These answering Defendants object that the allegations of this

24   paragraph are not factual allegations but the opinions of Plaintiffs,

25   rendering them improper for admission or denial.

26   iii.   Subject to and without waiving the foregoing objection, Defendants

27   KATHERINE TEBROCK and LAURA CEBALLOS, Ph.D.

28   generally deny the allegations of this paragraph.

147

ANSWER TO FOURTH AMENDED COMPLAINT

iv.  Subject to and without waiving the foregoing objection, Defendant DAVID LEIDNER, Ph.D. admits he has a conscience.

v.  Subject to and without waiving the foregoing objection, and other than the above, each named answering Defendant generally denies the remaining allegations of this paragraph. Further, and in the alternative, each named answering Defendant lacks sufficient information to admit or deny the remaining allegations of this paragraph. Therefore, these answering Defendants deny the remaining allegations of this paragraph.

vi.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

247. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

248.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the facts and opinions stated in the Dunn  Gibson or Gibson Dunn report have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

e.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

f.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

249.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

250. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

ANSWER TO FOURTH AMENDED COMPLAINT

alternative, these answering Defendants generally deny the allegations of this paragraph.

251. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the facts and opinions stated in the Dunn Gibson or Gibson Dunn report have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

d. Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits that she is generally aware of the Dunn Gibson or Gibson Dunn report. As to the remaining allegations, she lacks sufficient information to admit or deny, and on that basis denies them.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

252. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the facts and opinions stated in the Dunn Gibson or Gibson Dunn report have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

e. Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits that she is generally aware of the metrics in question. As to the remaining allegations, she generally denies them. Further, and in the alternative, as to the remaining allegations, she lacks sufficient information to admit or deny, and on that basis denies them.

f. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

g. Regarding footnote 10, these answering Defendants respond as follows:

   i. These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   ii. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

iii. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

iv. Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK generally denies the allegations of this footnote. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations of this footnote.

v. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

253. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

254. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the facts and opinions stated in the Dunn Gibson or Gibson Dunn report have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

c. Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits the first sentence of this paragraph. As to the remaining allegations, she generally denies them. Further, and in the alternative, as to the remaining allegations, she lacks sufficient information to admit or deny, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e. Regarding footnote 11, these answering Defendants respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

i.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ii.  Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits the allegations of this footnote.

iii.  As to all other answering Defendants, they object that the allegations of this footnote, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

255. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

256. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. Defendant KATHERINE TEBROCK admits that she wrote the words quoted between line 11 and 19 of page 44 of the complaint. She generally denies the remaining allegations of this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

257. These answering Defendants object and respond as follows:

a. Defendant KATHERINE TEBROCK   admits that lines 22-26 of the complaint contain an accurate description of her duties. As discussed above, Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits the allegations of this paragraph. But she asserts that the term 'implementation' in the context of this paragraph and her duties pertains only to making the statewide policies and procedures available to the prisons, including Mule Creek State Prison. Other than this, this answering Defendant denies having any role and/or authority in any aspect of policy implementation. This answering Defendant further asserts that the term 'evaluations' in the context of this paragraph and her duties pertains to evaluation of issues brought to her by staff, and her involvement in crafting policy. This answering Defendant generally denies having any other role and/or authority in policy evaluation.

b. her decision-making authority as the highest-ranking member of the statewide mental health program, and that she evaluated issues brought to her by staff and helped craft policy

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.   only to reviewing the electronic record dashboards. Other than this, this answering Defendant denies having any role and/or authority in any aspect of policy evaluation.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

258. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits that the order in question contains the quoted language. She generally denies the remaining allegations of this paragraph.

e.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of

ANSWER TO FOURTH AMENDED COMPLAINT

this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

259. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

260. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

261. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK generally denies the allegations of this paragraph.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

262. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

159

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

e. Subject to and without waiving the foregoing objection, Defendants KATHERINE TEBROCK and LAURA CEBALLOS, Ph.D. generally deny the allegations of this paragraph.

f. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

g. Regarding footnote 12, these answering Defendants respond as follows:

   i. These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

160
ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ii.   These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

iii.   These answering Defendants object that the allegations of this footnote contain legal conclusions, rendering them improper for admission or denial.

iv.   Subject to and without waiving the foregoing objection, Defendant LAURA CEBALLOS, Ph.D. generally denies the allegations of this footnote. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations of this footnote.

v.   As to all other answering Defendants, they object that the allegations of this footnote, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

263.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK generally denies the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

264. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

f. Regarding footnote 13, these answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

i.   These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ii.  These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

iii. These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

iv.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this footnote.

265. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

266. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

267. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e. Regarding footnote 14, these answering Defendants object and respond as follows:

    i. These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    ii. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    iii. These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    iv. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

268. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e.  Regarding footnote 15, these answering Defendants object and respond as follows:

   i.  These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   ii.  These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   iii.  These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   iv.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

269. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

270. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

271. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

272. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

273. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, these answering Defendants collectively[7] admit that Decedent entered custody with CDCR in February 2009, after which he, at some point, was incarcerated at Mule Creek State Prison. At the time of his death, Decedent was incarcerated at that facility, and was part of the MHSDS.

d. Subject to and without waiving the foregoing objections, on the basis thereof, and in the alternative to the immediately above, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

274. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, these answering Defendants collectively[8] admit that EOP is the highest level of outpatient psychiatric care for mentally disordered inmate-patients.

d. Subject to and without waiving the foregoing objections, on the basis thereof, and in the alternative to the immediately above, these answering

---

[7] Individually, each of these answering Defendants may or may not have personal knowledge of the following admissions, hence why this is a 'collective' admission, and is made solely for the purpose of facilitating this litigation.

[8] Individually, each of these answering Defendants may or may not have personal knowledge of the following admissions, hence why this is a 'collective' admission, and is made solely for the purpose of facilitating this litigation.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

275. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

    f.  Regarding footnote 16, these answering Defendants object and respond as follows:

        i.  These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

       ii.  These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

      iii.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

to admit or deny the allegations of this footnote, and on that basis deny them.

276. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

277. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

278. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

279. These answering Defendants object and respond as follows:

    a.  Defendant ERIC BRANMAN, LCSW admits that the quoted text is part of his Progress Note from April 16, 2013. However, the complaint deliberately misleads by putting a period where none exists, and no ellipsis is used. The rest of the note in fact says that Decedent has thought of discontinuing certain medications "at least 100 times, but [he's] not going to." He generally denies the remaining allegations of this paragraph.

    b.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

280. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP<br>ATTORNEYS AT LAW<br>639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530<br>TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

281. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

282. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

283. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

284. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

285. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

286. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

287. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

288. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

289. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d. Regarding footnote 17, these answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

290. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

291. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

292. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

293. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

294. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

295. These answering Defendants object and respond as follows:

a. Defendant SUJATHA RAMKUMAR, M.D. lacks sufficient information to admit or deny, and on that basis denies the allegations of this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

296. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. lacks sufficient information to admit or deny, and on that basis denies the allegations of this paragraph.

c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

297. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

298. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. lacks sufficient information to admit or deny, and on that basis denies the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

299. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. admits that a note of hers from 2018 states as alleged in this paragraph. However, she lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

300. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a.  Defendant SUJATHA RAMKUMAR, M.D. lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

b.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

301.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

302.  These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

e. These answering Defendants object and respond to the allegations of footnote 18 as follows:

   i. These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   ii. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   iii. These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

answering Defendant, and are therefore improper for admission or denial.

    iv.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

303. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

304. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

305. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

306. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b.   These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

307. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

308. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e. These answering Defendants object and respond to the allegations of footnote 19 as follows:

    i. These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    ii. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    iii. These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    iv. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

309. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

    e. These answering Defendants object and respond to the allegations of footnote 20 as follows:

        i. These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

        ii. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

        iii. These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

        iv. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

to admit or deny the allegations of this footnote, and on that basis deny them.

    f.   These answering Defendants object and respond to the allegations of footnote 21 as follows:

        i.   These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

        ii.   These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

        iii.   These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

        iv.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

310. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

189

ANSWER TO FOURTH AMENDED COMPLAINT

311. These answering Defendants object and respond as follows:

    a.  Defendant JEVON JOHNSON, M.D. admits his note from 10/31/2017 states as alleged in this paragraph.

    b.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

312. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

313. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible.

    b.  Subject to and without waiving the foregoing objection, Defendants LAURA CEBALLOS, Ph.D. and DAVID LEIDNER, Ph.D. generally deny the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

314. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

315. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

316.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

317.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

318. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

319. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

320. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, Defendant MARIANA K. ASHE, M.D. admits that she received the referenced email.

d.  Subject to and without waiving the foregoing objections, Defendant CHRISTOPHER SMITH, M.D. admits he received the referenced email.

e.  Subject to and without waiving the foregoing objections, Defendant SCOTT HEATLEY, M.D. generally denies the allegations of this paragraph. Defendant SCOTT HEATLEY, M.D. was no longer with CDCR at the time the email was sent, and the email address for him quoted in the complaint would have been inactive. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

f.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

321.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial Defendants  MARIANA K. ASHE, M.D. and CHRISTOPHER SMITH, M.D. lack sufficient information to admit or deny the allegations of this paragraph.

b.   Subject to and without waiving the foregoing objections, Defendant SCOTT HEATLEY, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations of this paragraph.

c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

322.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant JEVON JOHNSON, M.D. generally recalls receiving an email from Decedent's brother. He lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d. Subject to and without waiving the foregoing objections, Defendants CHRISTOPHER SMITH, M.D., SCOTT HEATLEY, M.D., MARIANNA K. ASHE, M.D. lack sufficient information to admit or deny, and on that basis deny the allegations of this paragraph.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

323. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

324. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

325. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

326. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant JEVON JOHNSON, M.D. admits that he received some email communication from Decedent's brother. He lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

327. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

328. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  Subject to and without waiving the foregoing objection, Defendant JACOB ADAMS, M.D. lacks sufficient information to admit or deny, and on that basis denies the allegations of this paragraph.

c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

329. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  Defendants ROBERT JOHNSON, M.D. and JEVON JOHNSON, M.D. object that the allegations of this paragraph are hopelessly vague, ambiguous, and unintelligible in their reference to "Dr. JOHNSON," without clarifying which Dr. Johnson. This renders allegations of this paragraph unintelligible and improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, Defendant JACOB ADAMS, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny, and on that basis denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

330. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Defendants ROBERT JOHNSON, M.D. and JEVON JOHNSON, M.D. object that the allegations of this paragraph are hopelessly vague, ambiguous, and unintelligible in their reference to "Dr. JOHNSON," without clarifying which Dr. Johnson. This renders allegations of this paragraph unintelligible and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant JACOB ADAMS, M.D. generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

331. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c.  Subject to and without waiving the foregoing objections, Defendant JACOB ADAMS, M.D. generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

332. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendants SCOTT HEATLEY, M.D. and CHRISTOPHER SMITH, M.D. lack sufficient information to admit or deny the allegations in this paragraph, and on that basis deny them.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

333. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

334. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

335. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

336. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

337. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

e. These answering Defendants object and respond to the allegations of footnote 22 as follows:

   i. These answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   ii. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   iii. These answering Defendants object that the allegations of this footnote, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   iv. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information

ANSWER TO FOURTH AMENDED COMPLAINT

to admit or deny the allegations of this footnote, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this footnote.

338. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

339. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

alternative, these answering Defendants generally deny the allegations of this paragraph.

340. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

341. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

342. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

343. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

344. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

345. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

346. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

347. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

348. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

349. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations in this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

350. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

1

      c.  Subject to and without waiving the foregoing objections, and on the basis

2
          thereof, these answering Defendants lack sufficient information to admit or

3
          deny the allegations of this paragraph, and on that basis deny them.

4
351. These answering Defendants object and respond as follows:

5
      a.  These answering Defendants object that the allegations in this paragraph are

6
          vague and ambiguous, rendering the allegations thereof unintelligible and

7
          improper for admission or denial.

8
      b.  These answering Defendants object that the allegations of this paragraph are

9
          not factual allegations but the opinions of Plaintiffs, rendering them

10
          improper for admission or denial.

11
      c.  These answering Defendants object that the allegations of this paragraph, by

12
          their terms, are not directed towards any individual answering Defendant,

13
          and are therefore improper for admission or denial.

14
      d.  Subject to and without waiving the foregoing objections, and on the basis

15
          thereof, these answering Defendants lack sufficient information to admit or

16
          deny the allegations of this paragraph, and on that basis deny them.

17
352. These answering Defendants object and respond as follows:

18
      a.  These answering Defendants object that the allegations in this paragraph are

19
          vague and ambiguous, rendering the allegations thereof unintelligible and

20
          improper for admission or denial.

21
      b.  These answering Defendants object that the allegations of this paragraph are

22
          not factual allegations but the opinions of Plaintiffs, rendering them

23
          improper for admission or denial.

24
      c.  These answering Defendants object that the allegations of this paragraph, by

25
          their terms, are not directed towards any individual answering Defendant,

26
          and are therefore improper for admission or denial.

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

353. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

354. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant RAINBOW BROCKENBOROUGH admits that she was the hiring authority regarding the Medication Adherence Program, and directly supervised only the heads of medical departments at MCSP. She generally denies the remaining allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

355. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

356. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, Defendant RAINBOW BROCKENBOROUGH generally denies the allegations in this paragraph.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

357.  These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

358.  These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

359. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

360. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

361. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

362. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. admits that she completed a suicide risk evaluation of Defendant in 2017, and that his chronic and acute risks of suicide were noted as 'high' and 'moderate' respectively. As to the remaining allegations of this paragraph, she lacks sufficient information in order to admit or deny, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

363. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits the cited text is a portion of the October 19, 2017, Suicide Risk Evaluation note.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

364. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving this objection, Defendant JEVON JOHNSON lacks sufficient information to admit or deny, and therefore denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

217

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

365. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   Subject to and without waiving the foregoing objection, Defendant JEVON JOHNSON lacks sufficient information to admit or deny, and therefore denies the allegations of this paragraph.

    c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

366. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

367. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, each named answering Defendant generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

368. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

369. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

370. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

371. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

372. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

373. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objection, each named answering Defendant admits that they were generally aware of the findings and orders in *Coleman*. They generally deny the remaining allegations of this paragraph. Moreover, they lack sufficient information to admit or deny the remaining allegations of this paragraph, and therefore deny them.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

374. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, Defendant JEVON JOHNSON, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny the allegation, and therefore denies the allegations of this paragraph.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

375. These answering Defendants object and respond as follows:

a.   Defendant JEVON JOHNSON, M.D. admits that the cited text is a portion of his note dated October 3, 2017. He generally denies the remaining allegations of this paragraph.

b.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

376. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant JEVON JOHNSON, M.D. generally denies the allegations of this paragraph. Further, and in the alternative, he lacks sufficient information to admit or deny the allegation, and therefore denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

377. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection ,Defendant JEVON JOHNSON, M.D. admits that his note from October 31, 2017, notes "Follow up in 30 days."

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

378. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

379. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendants JEVON JOHNSON, M.D. and REBECCA ROBINSON, Psy.D. admit that the record from that IDTT notes these providers as absent. As to the remaining allegations of this paragraph, they lack sufficient information to admit or deny, and on that basis deny them.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

380. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

381. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

382. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

383. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits the text cited is a portion of the November 19, 2017, IDTT note. The ellipses in paragraph omit the following text from the note ", but has insight around such symptoms. He is able to implement coping skills during these periods."

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

384. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, Psy.D. asserts she had regular clinical visits with the patient and prepared the documentation for the IDTT review in preparation for the same. The records indicate that she saw the patient on the morning of 11/9/2017 and is recoded as absent during IDTT later that day. The 11/9/2017 IDTT did not involve a change of the level of care. She further asserts that the subject IDTT review took place prior to Decedent entering CCCMS. She generally denies the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

385. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

386. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendants KATHERINE TEBROCK and LAURA CEBALLOS, Ph.D. generally deny the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

387. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

388. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits that she did not hold a medical license and that the medical record notes she was absent. She generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

389. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant JEVON JOHNSON, M.D. admits the allegations that the medical record from the IDTT notes that he was absent and generally denies the remaining allegations in this paragraph.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

390. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

391. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

392.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

393. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

394. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

395. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

396. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

1   alternative, these answering Defendants generally deny the allegations of

2   this paragraph.

3   397. These answering Defendants object and respond as follows:

4       a.  These answering Defendants object that the allegations in this paragraph are

5           vague and ambiguous, rendering the allegations thereof unintelligible and

6           improper for admission or denial.

7       b.  These answering Defendants object that the allegations of this paragraph, by

8           their terms, are not directed towards any individual answering Defendant,

9           and are therefore improper for admission or denial.

10      c.  Subject to and without waiving the foregoing objections, and on the basis

11          thereof, these answering Defendants lack sufficient information to admit or

12          deny the allegations of this paragraph, and on that basis deny them. In the

13          alternative, these answering Defendants generally deny the allegations of

14          this paragraph.

15  398. These answering Defendants object and respond as follows:

16      a.  These answering Defendants object that the allegations in this paragraph are

17          vague and ambiguous, rendering the allegations thereof unintelligible and

18          improper for admission or denial.

19      b.  These answering Defendants object that the allegations of this paragraph, by

20          their terms, are not directed towards any individual answering Defendant,

21          and are therefore improper for admission or denial.

22      c.  Subject to and without waiving the foregoing objections, and on the basis

23          thereof, these answering Defendants lack sufficient information to admit or

24          deny the allegations of this paragraph, and on that basis deny them. In the

25          alternative, these answering Defendants generally deny the allegations of

26          this paragraph.

27  399. These answering Defendants object and respond as follows:

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. admits she saw Decedent on November 9, 2017. The note was accidentally opened as an MHMD, but the information provided there was accurate including the nature of the visit. She generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

400. These answering Defendants object and respond as follows:

a. Defendant REBECCA ROBINSON, PSY.D. admits the allegations of this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

401. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

402. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits that this paragraph cites and refers to the assessment portion of her November 16, 2017 note.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

403. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. admits the allegations of this paragraph.

d. As to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

404. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

405. These answering Defendants object and respond as follows:

 a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

 b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

 c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny, and on that basis denies the allegations.

 d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

406. These answering Defendants object and respond as follows:

 a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

 b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

 c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

407. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

408. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. objects that this paragraph misstate the

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

document in question, and on that basis denies the allegations of this paragraph. Subject to and without waiving the foregoing objection, she admits the language cited in the paragraph is part of her note from December 13, 2017.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

409. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

410. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

411. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1  alternative, these answering Defendants generally deny the allegations of

2  this paragraph.

3  412. These answering Defendants object and respond as follows:

4      a. These answering Defendants object that the allegations in this paragraph are

5         vague and ambiguous, rendering the allegations thereof unintelligible and

6         improper for admission or denial.

7      b. These answering Defendants object that the allegations of this paragraph are

8         not factual allegations but the opinions of Plaintiffs, rendering them

9         improper for admission or denial.

10      c. These answering Defendants object that the allegations of this paragraph, by

11         their terms, are not directed towards any individual answering Defendant,

12         and are therefore improper for admission or denial.

13      d. Subject to and without waiving the foregoing objections, and on the basis

14         thereof, these answering Defendants lack sufficient information to admit or

15         deny the allegations of this paragraph, and on that basis deny them. In the

16         alternative, these answering Defendants generally deny the allegations of

17         this paragraph.

18  413. These answering Defendants object and respond as follows:

19      a. These answering Defendants object that the allegations in this paragraph are

20         vague and ambiguous, rendering the allegations thereof unintelligible and

21         improper for admission or denial.

22      b. These answering Defendants object that the allegations of this paragraph are

23         not factual allegations but the opinions of Plaintiffs, rendering them

24         improper for admission or denial.

25      c. Subject to and without waiving the foregoing objection, Defendant

26         REBECCA ROBINSON, Psy.D. generally denies the allegations of this

27         paragraph.

28

ANSWER TO FOURTH AMENDED COMPLAINT

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

414. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

415. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph. Moreover, she lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

416. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. admits the allegations of this paragraph refer to portions of the January 16, 2018, Suicide Risk Evaluation Note. She generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

417. These answering Defendants object and respond as follows:

    a.   Defendant REBECCA ROBINSON, PSY.D. admits the allegations of this paragraph refers to portions of the January 16, 2018, Suicide Risk Evaluation Note. The allegations omit other pertinent portions of the Note, such as that " However, IP showed great insight into this aspect of his mental illness, stating that he is aware the hallucinations are not real. IP displayed awareness that isolation can lead to an increase of depressive symptoms; therefore, he has recently begun exercising on the yard.," among others. She generally denies the remaining allegations of this paragraph.

    b.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

418. These answering Defendants object and respond as follows:

    a.   Defendant REBECCA ROBINSON, PSY.D. admits the allegations of this paragraph.

    b.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

419. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits the allegations of this paragraph cite to portions of the January 16, 2018, Suicide Risk Evaluation Note. She generally denies the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

420. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph. Further, and in the alternative, she lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

421. These answering Defendants object and respond as follows:

    a.   Defendant REBECCA ROBINSON, PSY.D. admits the allegations of this paragraph cite to portions of the January 25, 2018, note. She generally denies the remaining allegations of this paragraph.

    b.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

422. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

423. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. admits that she saw Decedent on January 31, 2018, and that the cited text is part of her note from that date. She lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

424. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

425. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

    c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

426. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, each named answering Defendant admits that they were generally aware of the *Coleman* case and orders. They generally deny the remaining allegations of this

paragraph. Further, they lack sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis deny them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

427.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the facts and opinions stated in the Dunn Gibson or Gibson Dunn report have not been subjected to fact-finding or proven. Subject to and without waiving this or any other objection, and on the basis thereof, these answering Defendants generally deny them.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

428.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

429. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

430. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

431. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

1    alternative, these answering Defendants generally deny the allegations of

2    this paragraph.

3    432. These answering Defendants object and respond as follows:

4        a.   These answering Defendants object that the allegations in this paragraph are

5             vague and ambiguous, rendering the allegations thereof unintelligible and

6             improper for admission or denial.

7        b.   Subject to and without waiving the foregoing objection, Defendant

8             SUJATHA RAMKUMAR, M.D. lacks sufficient information to admit or

9             deny and this basis denies the allegations.

10       c.   As to all other answering Defendants, they object that the allegations of this

11            paragraph, by their terms, are not directed towards any of them, and are

12            therefore improper for admission or denial. Subject to and without waiving

13            the foregoing objections, and on the basis of thereof, all other answering

14            Defendants lack sufficient information to admit or deny the allegations of

15            this paragraph, and on that basis deny them.

16   433. These answering Defendants object and respond as follows:

17       a.   These answering Defendants object that the allegations in this paragraph are

18            vague and ambiguous, rendering the allegations thereof unintelligible and

19            improper for admission or denial.

20       b.   These answering Defendants object that the allegations of this paragraph are

21            not factual allegations but the opinions of Plaintiffs, rendering them

22            improper for admission or denial.

23       c.   Subject to and without waiving the foregoing objection, Defendant

24            SUJATHA RAMKUMAR, M.D. generally denies the allegations of this

25            paragraph. Further, and in the alternative, she lacks sufficient information to

26            admit or deny the allegations of this paragraph, and on that basis denies

27            them.

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

434. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. admits that the note reflects she discussed diet, hydration, and sleep hygiene with Decedent. She lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

435. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

436. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

437. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

438. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. admits that she saw Decedent on January 31, 2018. She lacks sufficient information to admit or deny the remaining allegations, and on that basis denies them.

    c.  Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits that she was present at the IDTT on  February 1, 2018. She lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

439. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY..D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

440. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

441. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

442. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. admits that the cited text is part of the February 2018 IDTT. The ellipses in this paragraph omit pertinent portions of the note. Defendant lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

443. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

444. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

445. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

446. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

447. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

448. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

449. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

450. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. admits that the allegations of this paragraph cite to her progress note dated February 1, 2018. She lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

451. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

452. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

453. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendants SUJATHA RAMKUMAR, M.D. and REBECCA ROBINSON, PSY.D.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

generally deny the allegations of this paragraph. Further, they lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

454. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. admits the allegations of this paragraph refer to portions of her March 7, 2018, progress note. She lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

455. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

456. These answering Defendants object and respond as follows:

a. Defendant SUJATHA RAMKUMAR, M.D. admits the allegations of this paragraph on information and belief.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

457. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant SUJATHA RAMKUMAR, M.D. admits that Decedent was incarcerated. She lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

458. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. generally denies the allegations of this paragraph. Moreover, she lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

1   Defendants lack sufficient information to admit or deny the allegations of

2   this paragraph, and on that basis deny them.

3   459. These answering Defendants object and respond as follows:

4       a. These answering Defendants object that the allegations in this paragraph are

5       vague and ambiguous, rendering the allegations thereof unintelligible and

6       improper for admission or denial.

7       b. Subject to and without waiving the foregoing objection, Defendant

8       REBECCA ROBINSON, PSY.D. admits the allegations of the first two

9       sentences of this paragraph. She generally denies the remaining allegations

10      of this paragraph. Moreover, she lacks sufficient information to admit or

11      deny the remaining allegations of this paragraph, and on that basis denies

12      them.

13      c. As to all other answering Defendants, they object that the allegations of this

14      paragraph, by their terms, are not directed towards any of them, and are

15      therefore improper for admission or denial. Subject to and without waiving

16      the foregoing objections, and on the basis of thereof, all other answering

17      Defendants lack sufficient information to admit or deny the allegations of

18      this paragraph, and on that basis deny them.

19  460. These answering Defendants object and respond as follows:

20      a. These answering Defendants object that the allegations in this paragraph are

21      vague and ambiguous, rendering the allegations thereof unintelligible and

22      improper for admission or denial.

23      b. Subject to and without waiving the foregoing objection, Defendant

24      REBECCA ROBINSON, PSY.D. admits the cited text is part of her progress

25      note from March 12, 2018. The allegations in this paragraph omit other

26      pertinent portions from the note. She generally denies the remaining

27      allegations of this paragraph.

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

461. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits the note form March 12, 2018, does not refer to a refused urine screen. She generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

462. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

463.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

464.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. Subject to and without waiving the foregoing objection, Defendant SUJATHA RAMKUMAR, M.D. admits the allegations of this paragraph refer to her note dated 3/7/2018.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

465. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

466. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits she met with Decedent to perform a Suicide Risk and Self-Harm Evaluation and that the paragraph cites to a portion of the April 11, 2018, Suicide Risk Evaluation Note. She generally denies the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

467. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. asserts that the On April 11, 2018, note records her evaluation and does not constitute a treatment plan. She further lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

468. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

469. These answering Defendants object and respond as follows:

    a.  Defendant REBECCA ROBINSON, PSY.D. admits the allegations of this paragraph.

    b.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

470. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

471. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

ANSWER TO FOURTH AMENDED COMPLAINT

alternative, these answering Defendants generally deny the allegations of this paragraph.

472. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

473. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. admits the cited text is part of her progress note from April 3, 2018.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

474. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

475. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

476. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. objects that the paragraph misstates the content of the referenced document, and on that basis denies the allegations of this paragraph. Subject to and without waiving the foregoing objection, she admits she met with William Schmitz to discuss level of care change to CCCMS and that this paragraph cites to portion of her notes. Other pertinent portions of her note are omitted from the allegation in paragraph 476. Defendants admits that this note does not refer to "reduced socialization (misses groups and appointments) to limit stimuli and avoid poor decision making."

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

477. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

478. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP<br>ATTORNEYS AT LAW<br>639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530<br>TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

479. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, Defendant REBECCA ROBINSON, PSY.D. objects that this paragraph misstates the content of the referenced document, and on that basis denies the allegations of this paragraph. Subject to and without waiving the foregoing objection, she admits that the allegations of this paragraph refer to and cite a portion of the document. She generally denies the remaining allegations of this paragraph.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

480. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

481. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

482. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant REBECCA ROBINSON, PSY.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

483. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or

ANSWER TO FOURTH AMENDED COMPLAINT

deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

484. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

485. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

486. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

487. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

488. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

489. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

490. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

491. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

492. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

alternative, these answering Defendants generally deny the allegations of this paragraph.

493. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

494. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant LAURA CEBALLOS, Ph.D. generally denies the allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

ANSWER TO FOURTH AMENDED COMPLAINT

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

495. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

496. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. Subject to and without waiving the foregoing objection, Defendant KATHERINE TEBROCK admits that she signed declarations in the *Coleman* matters. She generally denies the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

497. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph. Moreover, they lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

498. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

499. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing, objection, Defendant ROBERT JOHNSON objects that the paragraph misstates the content of the document references, and on that basis denies the allegations of this complaint. Subject to and without waiving this objection, he admits that the cited text is a portion of his note from April 30, 2018.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

500. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ROBERT JOHNSON, M.D. asserts that decedent William Schmitz refused antipsychotic medications and generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

501. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

502.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN, LCSW admits the allegations of this paragraph.

c.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

503.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

alternative, these answering Defendants generally deny the allegations of this paragraph.

504. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

505. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN, LCSW denies the allegation that he noted the symptoms mentioned. The relevant note states that Decedent reported these symptoms. Defendant ERIC BRANMAN, LCSW admits the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

506. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant MICHAEL SMITH, M.D. admits the cited text is part of his noted from June 15, 2018. He asserts that the paragraph omits other pertinent parts of the note including that the notes states ""they kicked me out of EOP," "says doesn't mind."

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

507. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant MICHAEL SMITH, M.D. asserts that antisocial and borderline personality disorder was listed in his note as part of Decedent's past psychiatric history. He generally denies the remaining allegations as stated in this paragraph. .

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

508.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant MICHAEL SMITH, M.D. admits that the paragraph refers to portions of his note from June 15, 2018. He generally denies the remaining allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

509.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant MICHAEL SMITH, M.D. admits that the paragraph refers to portions of his note from June 15, 2018.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

510. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

511. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, Defendant MICHAEL SMITH, M.D. admits that his note from June 15, 2018, does not state: "lack of serious behavioral problems in William's childhood, such as animal cruelty or starting fires." He generally denies the remaining allegations of this paragraph.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

512. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

513. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant MICHAEL SMITH, M.D. admits that his note from June 15, 2018, does not state: "William's true medical history is consistent with a primary psychiatric illness like paranoid schizophrenia as William was a productive member of society as a college student and firefighter when he began complaining of voices and paranoia resulting in hospitalization in a psychiatric ward." He generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

514. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant MICHAEL SMITH, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

515. These answering Defendants object and respond as follows:

a. Defendant MICHAEL SMITH, M.D. admits that his note from June 15, 2018, under 'plan' notes "d/c triptal; change vistaril to prn."

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

516. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.  Subject to and without waiving the foregoing objection, Defendant MICHAEL SMITH, M.D. generally denies the allegations of this paragraph.

d.  Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

517. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant JOHN REKART, Ph.D. admits that he was involved with the establishment and maintenance of the mental health records system. He generally denies the remaining allegations of this paragraph.

d.  Subject to and without waiving the foregoing objection, each of the other named answering Defendant generally denies the allegations of this paragraph. Moreover, they lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

ANSWER TO FOURTH AMENDED COMPLAINT

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

518. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.  Subject to and without waiving the foregoing objection, Defendant JOHN REKART, Ph.D. admits that he was involved with the establishment and maintenance of the mental health records system. He generally denies the remaining allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

    e.  Subject to and without waiving the foregoing objection, each of the other named answering Defendant generally denies the allegations of this paragraph. Moreover, they lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

    f.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

519. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

520. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN, LCSW admits that his note states "Hx of bipolar mood disorder [¶] Staff suspect ongoing opiate abuse" and asserts that the paragraph omits other pertinent portions of his note. He specifically denies that Decedent actually "was" able to sleep after two days awake; in fact, Decedent only reported as much. He generally denies the remaining

ANSWER TO FOURTH AMENDED COMPLAINT

allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

521.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, Defendants MICHAEL SMITH, M.D. and ERIC BRANMAN, LCSW lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

522.   These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

523. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

524. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

525. These answering Defendants object and respond as follows:

a. Defendant ERIC BRANMAN admits the allegations of this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

526. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.   Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW admits that Decedent made a report at this time concerning his condition. He generally denies the remaining allegations of this paragraph.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

527. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW objects that this paragraph misstates the content of the note in question, and on that basis denies the allegations of this paragraph. Subject to and without waiving the foregoing objection, he admits that the quoted text appears in his note of September 14, 2018. He generally denies the remaining allegations of this paragraph.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

528. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW admits that he assessed Decedent as entering a manic phase at this time. He generally denies the remaining allegations of this complaint.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

529. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN re-asserts and realleges his responses to paragraphs 525-528 as

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

though fully set forth herein. As to any allegations unaddressed by this incorporation, he generally denies them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

530. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, Defendant ERIC BRANMAN LCSW admits that he had a professional relationship with Decedent. Otherwise, he re-asserts and realleges his responses to paragraphs 525-529 as though fully set forth herein. As to any allegations unaddressed by the foregoing admission and this incorporation, he generally denies them. Moreover, as to any such allegations, he lacks sufficient information to admit or deny, and on that basis denies them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

531. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

532. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW generally denies the allegations of this paragraph.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

533. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

534. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW denies that, at this time, Decedent's "voices" "had" returned, and that he did not "have" these "voices" for the period specified. In fact, Decedent merely reported these symptoms. He generally denies the remaining allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

ANSWER TO FOURTH AMENDED COMPLAINT

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

535. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW admits that his note from October 8, 2018, reads under assessment, "Psychotic disorder." He generally denies the remaining allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

536. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW objects that this paragraph misstates the content of his October 8, 2018, note, and on that basis denies the allegations of this paragraph. Further, he generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

537. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW objects that this paragraph misstates the content of his October 8, 2018, note, and on that basis denies the allegations of this paragraph. Further, he generally denies the allegations of this paragraph.

c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

538. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, Defendant ERIC BRANMAN LCSW generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

539. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW objects that this paragraph misstates the content of the note in question, and on that basis denies the allegations of this paragraph. Further, he generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

540. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW generally denies the allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

541. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN generally denies the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

542. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O admits that he had an appointment with Decedent on December 7, 2018, and that the quoted text is a portion of his note from that appointment. He generally denies the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

543. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, .D.O. admits that the quoted text is a portion of Defendant's

ANSWER TO FOURTH AMENDED COMPLAINT

note from Defendant's appointment with Decedent of December 7, 2018. Defendant generally denies the remaining allegations of this paragraph.

    c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

544. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. admits that he did not note Decedent's prior response to antipsychotic medications in the note regarding the visit of December 7, 2018. He generally denies the remaining allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

545. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. admits that he did not note Decedent's prior history of behavioral issues in his note regarding the visit of December 7, 2018. He generally denies the remaining allegations of this paragraph. Moreover, she lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

546. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. admits that he did not note Decedent's educational history in his note regarding the visit of December 7, 2018. He generally denies the

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

remaining allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

547. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

548. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

549. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

ANSWER TO FOURTH AMENDED COMPLAINT

1       d.  As to all other answering Defendants, they object that the allegations of this

2           paragraph, by their terms, are not directed towards any of them, and are

3           therefore improper for admission or denial. Subject to and without waiving

4           the foregoing objections, and on the basis of thereof, all other answering

5           Defendants lack sufficient information to admit or deny the allegations of

6           this paragraph, and on that basis deny them.

7   550. These answering Defendants object and respond as follows:

8       a.  These answering Defendants object that the allegations in this paragraph are

9           vague and ambiguous, rendering the allegations thereof unintelligible and

10          improper for admission or denial.

11      b.  Subject to and without waiving the foregoing objection, Defendant ALEX

12          ANDALUZ, D.O. admits that the quoted text is from his note of January 4,

13          2019. He objects that the paragraph misstates the content of that note, and

14          therefore denies the remaining allegations of this complaint. Further, he

15          generally denies the remaining allegations of this paragraph.

16      c.  As to all other answering Defendants, they object that the allegations of this

17          paragraph, by their terms, are not directed towards any of them, and are

18          therefore improper for admission or denial. Subject to and without waiving

19          the foregoing objections, and on the basis of thereof, all other answering

20          Defendants lack sufficient information to admit or deny the allegations of

21          this paragraph, and on that basis deny them.

22  551. These answering Defendants object and respond as follows:

23      a.  These answering Defendants object that the allegations in this paragraph are

24          vague and ambiguous, rendering the allegations thereof unintelligible and

25          improper for admission or denial.

26      b.  These answering Defendants object that the allegations of this paragraph are

27          not factual allegations but the opinions of Plaintiffs, rendering them

28          improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.  Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. asserts that his note dated January 4, 2019, documents that the patient declined to be on antipsychotic medications and generally denies the allegations. He  generally denies the remaining allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

552. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. admits that he recommended follow up as stated. He generally denies the remaining allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

553. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ALEX ANDALUZ, D.O. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

554. These answering Defendants admit that Decedent died on January 21, 2019. These answering Defendants generally deny the remaining allegations of this paragraph.

555. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant VIOLKA WANIE objects to the allegations of this paragraph as misstating the contents of January 17, 2019, note, and therefore denies them. Moreover, she generally denies the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

556. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant VIOLKA WANIE lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

557. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant VIOLKA WANIE lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

324

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

558. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant VIOLKA WANIE LCSW admits that she did not refer Decedent for a psychiatric consult. She generally denies the remaining allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

559. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant VIOLKA WANIE generally denies the allegations of this paragraph. Moreover, she

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

560. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant VIOLKA WANIE generally denies the allegations of this paragraph. Moreover, she lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

561. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

    d.  Subject to and without waiving the foregoing objection, Defendant VIOLKA WANIE LCSW lacks sufficient information to admits or deny the allegations regarding the contents of Dr. Golding's report and on that basis denies them.  She generally denies the remaining allegations of this paragraph.

    e.  Subject to and without waiving the foregoing objection, as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

562. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

563. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

564. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

565. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits that he was a floor officer on shift for a portion of January 21, 2019. He generally denies the remaining allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations, and on that basis denies them.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

566. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

567. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits Cal. Code Regs. Tit. 15, § 3271 states that floor officers are responsible for the "safe custody" of inmates. He generally denies the remaining allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations, and on that basis denies them.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

568. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits that he was a floor officer on-shift for a portion of January 21, 2019. Defendant was redirected to another facility to assist with institutional needs and was not in the housing unit from approximately 0800 until approximately 1330. He generally denies the remaining allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

569. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

570. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

571. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

572. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

573. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

574. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

575. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

576. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

577. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

578. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN lacks sufficient information to admit or deny the allegations regarding whether Decedent was a medium A custody inmate on January 21, 2019, and on that basis denies said allegations. He admits the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

579. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

580. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

    d. Regarding footnote 23, these answering Defendants object and respond as follows:

        i. These answering Defendants object to the allegations of this footnote as vague and ambiguous, rendering them unintelligible.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

ii. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN lacks sufficient information to admit or deny the allegations of this footnote, and on that basis denies them.

iii. As to all other answering Defendants, they object that the allegations of this footnote, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

581. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

582. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

583.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objections, Defendant ADAM ASMAN admits the allegations of this paragraph.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

584.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

585. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

586. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

587. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d. Regarding footnote 24, these answering Defendants object and respond as follows:

    i. These answering Defendants object to the allegations of this footnote as vague and ambiguous, rendering them unintelligible.

    ii. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    iii. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this footnote. Moreover, he lacks sufficient information to admit or deny the allegations of this footnote, and on that basis denies them.

    iv. As to all other answering Defendants, they object that the allegations of this footnote, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

588. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant ADAM ASMAN generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

589. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

590. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

591. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits that he was aware that during counts the officers should observe a live breathing person. He generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

592. These answering Defendants object and respond as follows:

a. Defendant ADAM ASMAN generally denies the allegations of this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

593. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague, ambiguous, and compound, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits that he had access to SOMS which showed current mental health designation, and asserts that it did not show the medical chronos.

c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

594.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

595.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

596. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

597. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants admit that Decedent died on January 21, 2019, at 14:44. These answering Defendants lack sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis deny them.

598. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

599. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

600. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

601. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

602.  These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

603.  These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

604. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

605. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them. Defendant interacted with Decedent at approximately 0635.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

606. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN denies the allegations of this paragraph. Defendant saw a small puddle of water outside the cell door when he interacted with Decedent.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

607. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits that Decedent told him that he had taken a 'bird bath.' He generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

608. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

e. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

609. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

610. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

611. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

612.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

613.  These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

614. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

615. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

616. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

617. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

618. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

619. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits that, on January 21, 2019, he could and did see Decedent inside his cell. He generally denies the remaining allegations of this paragraph.

    d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

620. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

621. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e. Regarding footnote 25, these answering Defendants object and respond as follows:

   i. These answering Defendants object to the allegations of this footnote as vague and ambiguous, rendering them unintelligible.

   ii. These answering Defendants object that the allegations of this footnote are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

iii. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this footnote. Moreover, he lacks sufficient information to admit or deny the allegations of this footnote, and on that basis denies them.

iv. As to all other answering Defendants, they object that the allegations of this footnote, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this footnote, and on that basis deny them.

622. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

623. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

624. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

625. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

626. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

627. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

628. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

629. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

630. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

631. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

632. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

633. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

634. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

635. These answering Defendants object and respond as follows:

     a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

     b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

     d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

636. These answering Defendants object and respond as follows:

     a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

     b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

     d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

637. These answering Defendants object and respond as follows:

     a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

     b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

     d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

638. These answering Defendants object and respond as follows:

     a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

     b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

639. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

640. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1        d.  Subject to and without waiving the foregoing objections, and on the basis

2            thereof, these answering Defendants lack sufficient information to admit or

3            deny the allegations of this paragraph, and on that basis deny them.

4    641. These answering Defendants object and respond as follows:

5        a.  These answering Defendants object that the allegations in this paragraph are

6            vague and ambiguous, rendering the allegations thereof unintelligible and

7            improper for admission or denial.

8        b.  These answering Defendants object that the allegations of this paragraph are

9            not factual allegations but the opinions of Plaintiffs, rendering them

10           improper for admission or denial.

11       c.  These answering Defendants object that the allegations of this paragraph, by

12           their terms, are not directed towards any individual answering Defendant,

13           and are therefore improper for admission or denial.

14       d.  Subject to and without waiving the foregoing objections, and on the basis

15           thereof, these answering Defendants lack sufficient information to admit or

16           deny the allegations of this paragraph, and on that basis deny them.

17   642. These answering Defendants object and respond as follows:

18       a.  These answering Defendants object that the allegations in this paragraph are

19           vague and ambiguous, rendering the allegations thereof unintelligible and

20           improper for admission or denial.

21       b.  These answering Defendants object that the allegations of this paragraph are

22           not factual allegations but the opinions of Plaintiffs, rendering them

23           improper for admission or denial.

24       c.  These answering Defendants object that the allegations of this paragraph, by

25           their terms, are not directed towards any individual answering Defendant,

26           and are therefore improper for admission or denial.

27

28

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

643. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

644. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

645. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e. Regarding footnote 26, these answering Defendants object and respond as follows:

   i. These answering Defendants object to the allegations of this footnote as vague and ambiguous, rendering them unintelligible.

   ii. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

   iii. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

646. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN admits that his duties included conducting counts and checks. He generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

647. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

648. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

649. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objections, Defendant ADAM ASMAN admits that Decedent's window was at times partially covered on January 21, 2019. He generally denies the remaining allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

650. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

651. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

652. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

653. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

654.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

f.   Regarding footnote 27, these answering Defendants object that the allegations thereof, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

655.   These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

656. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objections, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

ANSWER TO FOURTH AMENDED COMPLAINT

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

657. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, each named answering Defendant generally denies the allegations of this paragraph.

    e.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

658. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

659.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, Defendant ADAM ASMAN generally denies the allegations of this paragraph.

d.   As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

660.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

661. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

662. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

663. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

664. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

665. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

666. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

667.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

668.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

669. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

670. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1    c.   These answering Defendants object that the allegations of this paragraph, by

2         their terms, are not directed towards any individual answering Defendant,

3         and are therefore improper for admission or denial.

4    d.   Subject to and without waiving the foregoing objections, and on the basis

5         thereof, these answering Defendants lack sufficient information to admit or

6         deny the allegations of this paragraph, and on that basis deny them.

7    671. These answering Defendants object and respond as follows:

8    a.   These answering Defendants object that the allegations in this paragraph are

9         vague and ambiguous, rendering the allegations thereof unintelligible and

10        improper for admission or denial.

11   b.   These answering Defendants object that the allegations of this paragraph are

12        not factual allegations but the opinions of Plaintiffs, rendering them

13        improper for admission or denial.

14   c.   These answering Defendants object that the allegations of this paragraph, by

15        their terms, are not directed towards any individual answering Defendant,

16        and are therefore improper for admission or denial.

17   d.   Subject to and without waiving the foregoing objections, and on the basis

18        thereof, these answering Defendants lack sufficient information to admit or

19        deny the allegations of this paragraph, and on that basis deny them.

20   672. These answering Defendants object and respond as follows:

21   a.   These answering Defendants object that the allegations in this paragraph are

22        vague and ambiguous, rendering the allegations thereof unintelligible and

23        improper for admission or denial.

24   b.   These answering Defendants object that the allegations of this paragraph are

25        not factual allegations but the opinions of Plaintiffs, rendering them

26        improper for admission or denial.

27

28

ANSWER TO FOURTH AMENDED COMPLAINT

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

673.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

674.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

675. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

676. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

677.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

678.   These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. generally denies the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

   d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

679. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. admits that he has clinical expertise as a hepatitis treatment provider. He generally denies the remaining allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

   c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

680. These answering Defendants object and respond as follows:

   a. Defendant ROBERT RUDAS, M.D. admits the allegations of this paragraph.

   b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

681. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

682. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

683. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

684. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant ERIC BRANMAN LCSW further objects that the paragraph in question misstates the note referred to, and on that basis denies the allegations of this paragraph. Moreover, he generally denies the allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

685. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

686. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. admits the allegations of this paragraph.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

687. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. admits that Request for Service Form note from February 9, 2018, has no text under section "Summary of preliminary or diagnostic work up. Conservative treatment provided  (if applicable, please provide, viral load, albumin, total protein and dates within last 3 months)"

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

688. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

     d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

689. These answering Defendants object and respond as follows:

     a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

     b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c. Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

     d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

690. These answering Defendants object and respond as follows:

     a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. admits that he has years of training as a medical doctor. He lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

691. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. admits the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

692. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

693. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. lacks sufficient information to admit or deny the allegations of this paragraph, and therefore denies them.

c. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

694. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  Defendant CHRISTOPHER SMITH, M.D. admits the allegations of this paragraph.

b.  As to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

695. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendants ROBERT RUDAS, M.D. and CHRISTOPHER SMITH, M.D. generally deny the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

696. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1       b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

       c.  Subject to and without waiving the foregoing objection, Defendants ROBERT RUDAS, M.D. and CHRISTOPHER SMITH, M.D. generally deny the allegations of this paragraph.

       d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

697. These answering Defendants object and respond as follows:

       a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

       b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

       c.  Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph.

       d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

698. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. admits that he has years of training. He lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

   c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

699. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. admits the allegations of this paragraph.

   c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

700. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

701. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are

therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

702. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

    c.  Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. admits that she saw Decedent in 2018. She lacks sufficient information to admit or deny the remaining allegations in this paragraph, and on this basis denies them.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

703. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. objects that this paragraph misstates the note referred to, and on that basis denies the allegations of this complaint. Subject to and without waiving that objection, she admits the quoted text is a portion of note dated March 8, 2018. She lacks sufficient information to admit or deny the remaining allegations in this paragraph, and on this basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

704. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendants ROBERT RUDAS, M.D., CHRISTOPHER SMITH, M.D., and MARIANNA K. ASHE, M.D. generally deny the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

705. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

706. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. generally denies the allegations of this paragraph. Moreover, she lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

707. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

708. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

709. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

710. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   c. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. generally denies the allegations of this paragraph.

   d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

711. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. admits that she has years of training. She lacks sufficient information to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

712. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. asserts that end stage liver disease can be a serious diagnosis, but that severity depends on the individual facts and circumstances pertaining to each patient and each case. Therefore, and in regard to the allegations of this paragraph, she lacks sufficient information to admit or deny them, and on that basis denies them.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

713. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

714. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. generally denies the allegations of this paragraph.

d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

715. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

716. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. generally denies the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

717. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  Subject to and without waiving the foregoing objection, Defendant ROBERT RUDAS, M.D. generally denies the allegations of this paragraph. Moreover, he lacks sufficient information to admit or deny the allegations of this paragraph, and on that basis denies them.

    c.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

718. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

719. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

720. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

721. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

722. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

723. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendants ROBERT RUDAS, M.D. CHRISTOPHER SMITH, M.D., and MARIANNA ASHE, M.D., generally deny the allegations of this paragraph except that William Schmitz for referred to EGD. Moreover, they lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

724. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

725.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

726.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

727.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e.  Regarding footnote 28, these answering Defendants object that the allegations thereof, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

728.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

729. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

730. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e.  Regarding footnote 29, these answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants further object that the allegations thereof, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

731. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

     d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

732. These answering Defendants object and respond as follows:

     a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

     b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

     d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

733. These answering Defendants object and respond as follows:

     a.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

     b.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

734. These answering Defendants object and respond as follows:

     a.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

735. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

736. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e. Regarding footnote 30, these answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants further object that the allegations thereof, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

737. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

738. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

739. These answering Defendants object and respond as follows:

   a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

740. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

741. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

742. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

743. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

744. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

c. Regarding footnote 31, these answering Defendants object that the allegations thereof, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

745. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

746. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

747. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

748. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

749. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

750. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

751. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

752. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

425

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

753.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

754.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

755. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

756. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

757. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

758. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

759. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

760. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

761. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

762. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

763. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

764. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

765. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

766. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

767. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

768. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

769. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

770. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

771. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

772. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

773. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

774. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

775. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

776. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

     b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

     d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

777. These answering Defendants object and respond as follows:

     a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

     b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

     c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

     d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

778. These answering Defendants object and respond as follows:

     a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

779. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

780. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

781. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

782. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

783. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

784. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

f. Regarding footnote 32, these answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants further object that the allegations thereof, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

785. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

786. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

787. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

788. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

789. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

790. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. admits that, on December 21, 2018, she ordered a study relating to Decedent's cirrhosis. She generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

791. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

792. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. admits the allegations of this paragraph.

    d.  As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

793. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

794. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, Defendant MARIANNA K. ASHE, M.D. admits that she ordered a fibroscan for Decedent. She generally denies the remaining allegations of this paragraph.

    d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

795. These answering Defendants admit that Decedent died on January 21, 2019. These answering Defendants generally deny the remaining allegations of this paragraph.

796. These answering Defendants object and respond as follows:

   a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

   d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

797. These answering Defendants object and respond as follows:

   a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

   b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

   c.  Subject to and without waiving the foregoing objection, each named answering Defendant generally denies the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

798. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

799. These answering Defendants object and respond as follows:

a. Defendant CHRISTOPHER SMITH, M.D. admits the allegations of this paragraph.

b. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving

449

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1  the foregoing objections, and on the basis of thereof, all other answering

2  Defendants lack sufficient information to admit or deny the allegations of

3  this paragraph, and on that basis deny them.

4  800. These answering Defendants object and respond as follows:

5      a.  These answering Defendants object that the allegations in this paragraph are

6          vague and ambiguous, rendering the allegations thereof unintelligible and

7          improper for admission or denial.

8      b.  These answering Defendants object that the allegations of this paragraph are

9          not factual allegations but the opinions of Plaintiffs, rendering them

10         improper for admission or denial.

11     c.  Subject to and without waiving the foregoing objection, Defendant

12         CHRISTOPHER SMITH, M.D. admits he approved the request for EGD.

13         He generally denies the remaining allegations of this paragraph.

14     d.  As to all other answering Defendants, they object that the allegations of this

15         paragraph, by their terms, are not directed towards any of them, and are

16         therefore improper for admission or denial. Subject to and without waiving

17         the foregoing objections, and on the basis of thereof, all other answering

18         Defendants lack sufficient information to admit or deny the allegations of

19         this paragraph, and on that basis deny them.

20  801. These answering Defendants object and respond as follows:

21     a.  These answering Defendants object that the allegations in this paragraph are

22         vague and ambiguous, rendering the allegations thereof unintelligible and

23         improper for admission or denial.

24     b.  These answering Defendants object that the allegations of this paragraph are

25         not factual allegations but the opinions of Plaintiffs, rendering them

26         improper for admission or denial.

27

28

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

802. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. objects that this paragraph misstates the content of the document in question, and on that basis denies the allegations of this paragraph. Further, he generally denies the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

803. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

804. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph.

c. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

805. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. admits he approved the request for EGD. He generally denies the remaining allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

806. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. Subject to and without waiving the foregoing objection, Defendant CHRISTOPHER SMITH, M.D. generally denies the allegations of this paragraph.

d. As to all other answering Defendants, they object that the allegations of this paragraph, by their terms, are not directed towards any of them, and are therefore improper for admission or denial. Subject to and without waiving the foregoing objections, and on the basis of thereof, all other answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

807. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

808. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

809. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

e.  Regarding footnote 33, these answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants further object that the allegations thereof, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

810. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

      d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

811. These answering Defendants object and respond as follows:

      a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

      b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

      c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

      d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

      e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

812. These answering Defendants object and respond as follows:

      a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

      b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

      c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

813.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.  These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court, and that of Dr. Melanie Gonzalez, have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

e.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

f.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

814.  These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

    d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

815. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

816. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d. Regarding footnote 34, these answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants further object that the allegations thereof, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

817. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

d. Regarding footnote 35, these answering Defendants object that the allegations in this footnote are vague and ambiguous, rendering the allegations thereof unintelligible. These answering Defendants further object that the allegations thereof, by their terms, are not directed towards any

ANSWER TO FOURTH AMENDED COMPLAINT

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

individual answering Defendant, and are therefore improper for admission or denial. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this footnote.

818. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

819. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

820. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

821. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

822. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

823. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

824. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

825. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

826. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

827. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

c. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

828. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

829. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

830. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

831. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

832. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

833. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

834. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

835. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

d.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

836.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

837.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.  These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

d.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

838. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c.   These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d.   These answering Defendants further object that the facts and opinions stated by Dr. Michael Golding in his report to the *Coleman* court have not been subjected to fact-finding or proven, on which basis these answering Defendants generally deny them.

e.   These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

f.   Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

839. These answering Defendants object and respond as follows:

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants object that the allegations of this paragraph are not factual allegations but the opinions of Plaintiffs, rendering them improper for admission or denial.

c. These answering Defendants object that the allegations of this paragraph contain legal conclusions, rendering them improper for admission or denial.

d. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

e. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

840. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the First Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

841. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the First Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

842. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the First Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

843. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

472

c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the First Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

844.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the First Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

845. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the First Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

846. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Second Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

847. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Second Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny

ANSWER TO FOURTH AMENDED COMPLAINT

the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

848. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Second Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

849. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Second Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

850. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Third Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

851. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Third Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

852. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Third Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

853. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Fourth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

854. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Fourth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

855. These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Fourth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

856. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.   These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.   Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Fourth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.   Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

857. **STRICKEN/DISMISSED WITH PREJUDICE**

858. **STRICKEN/DISMISSED WITH PREJUDICE**

859. **STRICKEN/DISMISSED WITH PREJUDICE**

860. **STRICKEN/DISMISSED WITH PREJUDICE**

861. These answering Defendants object and respond as follows:

    a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

862. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

863. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

864. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

865. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

866. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are

ANSWER TO FOURTH AMENDED COMPLAINT

not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

867. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible.

    b. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted generally denies the allegations of this paragraph. Moreover, they lack sufficient information to admit or deny, and on that basis deny the allegations of this paragraph.

    c. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

868. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

869. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

Therefore, these answering Defendants deny the allegations of this paragraph.

870. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

871. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

872. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

d.   Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

873. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.   Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

874. These answering Defendants object and respond as follows:

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

875.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

c.   Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.   Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

876. These answering Defendants object and respond as follows:

a.   These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.   These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.   Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Sixth Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.   Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

877. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Seventh Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

    d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

878. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Seventh Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d.  Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

879.  These answering Defendants object and respond as follows:

a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c.  Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Seventh Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

880. These answering Defendants object and respond as follows:

a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

c. Subject to and without waiving the foregoing objection, each named answering Defendant against whom the Seventh Cause of Action of the Fourth Amended Complaint is asserted therefore lacks sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph. In the alternative, these answering Defendants generally deny the allegations of this paragraph.

d. Subject to and without waiving the foregoing objections, and as to all other answering Defendants, the allegations of this paragraph, by their terms, are not directed towards any of them. On that basis, and in general, these answering Defendants lack sufficient information to admit or deny. Therefore, these answering Defendants deny the allegations of this paragraph.

ANSWER TO FOURTH AMENDED COMPLAINT

881. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

882. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

883. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

884. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

885. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

886. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

887. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

888. These answering Defendants object and respond as follows:

    a. These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b. These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c. These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d. Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

889. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

890. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

891. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

892. These answering Defendants object and respond as follows:

    a.  These answering Defendants object that the allegations in this paragraph are vague and ambiguous, rendering the allegations thereof unintelligible and improper for admission or denial.

    b.  These answering Defendants further object that the re-incorporation and re-allegation of such a massive number of paragraphs renders this paragraph hopelessly overbroad, vague, ambiguous, and unintelligible, and improper for admission or denial.

    c.  These answering Defendants object that the allegations of this paragraph, by their terms, are not directed towards any individual answering Defendant, and are therefore improper for admission or denial.

    d.  Subject to and without waiving the foregoing objections, and on the basis thereof, these answering Defendants lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

# V. **AFFIRMATIVE DEFENSES**

AS AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants allege that the complaint fails to state facts sufficient to constitute a cause of action against these answering Defendants.

AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants allege that Plaintiffs themselves were guilty of carelessness, negligence and other wrongful conduct in and about the matters set forth in the complaint on file herein, and that said carelessness, negligence and other wrongful conduct on the part of said Plaintiffs proximately contributed in some degree to the alleged incident and to the damages and injuries, if any, alleged to have been sustained by said Plaintiffs and therefore said carelessness, negligence and wrongful conduct completely bars any recovery, or in the alternative, it reduces the right of recovery by that amount which contributed to this incident, by Plaintiffs, as set forth under the doctrine of comparative negligence.

AS AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants allege that others, including parties and unnamed individuals and entities, were careless and negligent in and about the matters alleged in the complaint on file herein, and that said carelessness and negligence on the part of said others proximately contributed to the happening of the incident, and to the injuries, loss and damages complained of, if any there were; should plaintiff recover damages against these answering Defendants, said Defendant are entitled to have the amount abated, reduced, or eliminated in proportion to the percentage of negligence of said others, including parties and unnamed individuals and entities, proximately causing Plaintiffs' injuries and damages, if any there were.

AS AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants allege that Plaintiffs failed to mitigate their damages, if any, and accordingly,

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1   is not entitled to the relief sought in the complaint.

2          AS AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

3   THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these

4   answering Defendants allege that Plaintiffs voluntarily and knowingly assumed any and all risks

5   involved in the situation underlying the subject complaint.

6          AS AND FOR A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

7   THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these

8   answering Defendants allege that Plaintiffs' action is barred by the applicable statutes of limitation

9   (F.R.C.P. 8(c)).

10          AS AND FOR AN SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

11   TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these

12   answering Defendants allege the Fourth Amended Complaint is barred by collateral estoppel and

13   res judicata.

14          AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

15   TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these

16   answering Defendants allege Plaintiffs are both contractually and equitably estopped from asserting

17   in any regard the matters complained of in the Fourth Amended Complaint.

18          AS AND FOR A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

19   THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these

20   answering Defendants allege Plaintiffs are estopped from asserting claims as set forth in the

21   complaint by their own acts and omissions or the acts or omissions of their agents, with respect to

22   the matters complained of in the complaint.

23          AS AND FOR A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

24   THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these

25   answering Defendants allege Plaintiffs have acquiesced in matters related to the matters complained

26   of in the FOURTH AMENDED COMPLAINT, and Plaintiffs are thereby estopped from asserting

27   and/or maintaining the complaint.

28          AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants allege that they are barred by the equitable doctrine of unclean hands.

AS AND FOR A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants allege Plaintiffs were careless and negligent in the matters alleged, thereby causing and contributing to any damage or loss to Plaintiffs, the existence of such damage or loss, these answering Defendants specifically denies.

AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants assert and allege that the sole and proximate cause of Plaintiffs' alleged injury and damages is a result of Plaintiffs' or their agents' own failure and misgivings.

AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants allege that Plaintiffs, or their agents, negligently committed conduct and actions which were the true cause of any alleged damage to the Plaintiffs or caused damage to these answering Defendants in excess of the amount of damages sought hereunder.

AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants assert and allege that Plaintiffs have waived any right to proceed against these answering Defendants in any regard.

AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action therein, these answering Defendants assert and allege that Plaintiffs lack standing to pursue the remedies sought by the complaint.

AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

1   therein, these answering Defendants deny that Plaintiffs have suffered any injury whatsoever as a

2   proximate result of the matters complained of in the complaint.

3       AS AND FOR AN EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

4   DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action

5   therein, these answering Defendants allege that Plaintiffs' damages are speculative in all respect.

6       AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE

7   DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action

8   therein, these answering Defendants allege that the Fourth Amended Complaint, and each cause of

9   action therein, is barred by the doctrine of bad faith.

10      AS AND FOR AN A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE

11  DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action

12  therein, these answering Defendants allege that the Fourth Amended Complaint, and each cause of

13  action therein, is barred by the doctrine of laches.

14      AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE

15  DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action

16  therein, these answering Defendants allege that the Fourth Amended Complaint, and each cause of

17  action therein, is barred by the doctrine of in pari delicto.

18      AS AND FOR A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE

19  DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action

20  therein, these answering Defendants allege that as a matter of law, Plaintiffs are not entitled to

21  recover from these answering Defendants those attorneys' fees alleged in the complaint.

22      AS AND FOR A TWENTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE

23  DEFENSE TO THE FOURTH AMENDED COMPLAINT, and each and every cause of action

24  therein, these answering Defendants allege that should Plaintiffs recover damages from these

25  answering Defendants, Defendants are entitled to indemnification, either in whole or in part, from

26  all persons or entities whose negligence and/or fault proximately contributed to Plaintiffs' damages,

27  if any there were.

28      AS AND FOR A TWENTY-FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

DEFENSE TO THE FOURTH AMENDED COMPLAINT, these answering Defendants allege that the incident, damages, and injuries alleged by Plaintiffs occurred, resulted, and were caused by the natural course of a disease or condition or were the natural and expected results of reasonable treatment rendered for the disease or condition, as a result of which these answering Defendants are not liable therefor.

AS AND FOR A TWENTY-FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, Plaintiffs consented to and approved all the acts and omissions for which they now complain by the Fourth Amended Complaint. Accordingly, Plaintiffs are barred from pursuing this action.

AS AND FOR A TWENTY-SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, each of these answering Defendants deny the creation and/or existence of any actual or ostensible agency with any of each other or any other co-defendant, and are not vicariously liable for the negligence, if any, of other parties to this action.

AS AND FOR A TWENTY-SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, these answering Defendants allege that the Fourth Amended Complaint fails to state sufficient facts to constitute a claim for punitive damages.

AS AND FOR A TWENTY-EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, these answering Defendants allege that Plaintiffs have failed to exhaust all available administrative remedies, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e.

AS AND FOR A TWENTY-NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE FOURTH AMENDED COMPLAINT, these answering Defendants allege that, to the extent that Plaintiffs' Fourth Amended Complaint, asserts causes of action arising under California law, Plaintiffs' claims are barred by the immunities provided by California Government Code sections 820.2, 820.8, 844.6, 845.2, 845.6 and 855.8.

AS AND FOR A THIRTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

TO THE FOURTH AMENDED COMPLAINT, these answering Defendants are unable to anticipate all affirmative defenses that may be applicable to this action based upon the conclusory terms used in the Fourth Amended Complaint, and as discovery has only just begun. Each of these answering Defendants therefore expressly reserve the right to, at any time and up until the time of trial, amend this Answer to assert additional defenses if and to the extent that such affirmative defenses become applicable.

WHEREFORE, these answering Defendants pray for judgment as hereinafter set forth.

## VI. **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38 and Civil Local Rule 201, Defendants demand a jury trial on all issues presented in the First Amended Complaint that are triable by a jury.

WHEREFORE, Defendants pray that:

1.      Judgment be rendered in favor of Defendants against Plaintiffs;

2.      Plaintiffs take nothing by the Fourth Amended Complaint;

3.      Defendants be awarded costs of suit incurred; and

4.      Defendants be awarded such other and further relief as the Court may deem necessary and proper.

Dated: December 22, 2022          McNamara, Ambacher, Wheeler,
                                  Hirsig & Gray LLP


By: _____
    Peter J. Hirsig
    Maria Zhurnalova-Juppunov
    Daniel R. Mayer
    Attorneys for Defendants
    ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
    BRIZENDINE, BROCKENBOROGH, CEBALLOS,
    HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER,
    PONCIANO, RAMKUMAR, REKART, ROBINSON,
    RUDAS, M. SMITH, C. SMITH, TEBROCK, TOCHE
    and WANIE

McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

ANSWER TO FOURTH AMENDED COMPLAINT

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 639 Kentucky Street, First Floor, Fairfield, California 94533-5530.

On this date I served the foregoing:

**ANSWER OF DEFENDANTS:**

**(1)    JACOB ADAMS, M.D.;**
**(1)    ALEX ANDALUZ, D.O.**
**(2)    MARIANNA K. ASHE, M.D.;**
**(3)    ADAM ASMAN;**
**(4)    ERIC BRANMAN, LCSW;**
**(5)    BRITTANY BRIZENDINE, Psy.D.;**
**(6)    RAINBOW BROCKENBOROUGH;**
**(7)    LAURA CEBALLOS, Ph.D.;**
**(8)    RALPH DIAZ;**
**(9)    CONNIE GIPSON;**
**(10)  SCOTT A. HEATLEY, M.D.;**
**(11)  JEVON JOHNSON, M.D.;**
**(12)  ROBERT JOHNSON, M.D.;**
**(13)  SCOTT KERNAN;**
**(14)  DAVID LEIDNER, Ph.D.;**
**(15)  ANGELA PONCIANO;**
**(16)  SUJATHA RAMKUMAR, M.D.;**
**(17)  JOHN REKART, Ph.D.;**
**(18)  REBECCA ROBINSON, Psy.D.;**
**(19)  ROBERT RUDAS, M.D.;**
**(20)  CHRISTOPHER SMITH, M.D.;**
**(21)  MICHAEL SMITH, M.D.;**
**(22)  KATHERINE TEBROCK;**
**(23)  DIANA TOCHE;**
**(24)  VIOLKA WANIE, LCSW**

**TO FOURTH AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL;**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Pleasant Hill, California, addressed as follows:

///

///

///

**Plaintiffs Pro Per:**

Dianne Mallia
Thomas J. Schmitz
404 Atkinson Street
Roseville, CA 95678
E-Mail: deedamallia@gmail.com
        tsfoot49@gmail.com

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 22, 2022 at Pleasant Hill, California.

_____
Carol L. N. O'Neil

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998