THOMAS J. SCHMITZ
tsfoot49@gmail.com
DIANNE MALLIA
deedamallia@gmail.com
1753 Woodleaf Circle
Roseville, CA 95747
Telephone: (707) 694-8158

Plaintiffs Pro Se


PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>             Plaintiffs,<br><br>   vs.<br><br>ASMAN et al,<br><br>             Defendants. | Case No. 2:20-CV-0195 DAD CKD (PS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' REQUEST FOR PRODUCTION, SET FOUR**<br><br>Action Filed:  7/16/2020 |

///

STIP & [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO PLAINTIFFS' RFP #4
Case No.:  2:20-CV-0195-DAD-CKD (PS)

Plaintiffs ESTATE OF WILLIAM SCHMITZ, deceased, THOMAS SCHMITZ, individually, and DIANNE MALLIA, individually ("plaintiffs") and defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE ("defendants"), through their attorneys of record stipulate and agree:

Whereas on February 27, 2023, plaintiffs served via email 20 sets of Requests for Production, Set Four, to defendants Andaluz, Heatley, Adams, J. Johnson, Leidner, Ponciano, R. Johnson, Brizendine, Brockenborough, C. Smith, M. Smith, Ceballos, Diaz, Robinson, Ramkumar, Rekart, Tebrock, Toche, Branman, and Wanie, seeking documents related to financial information of said defendants;

Whereas, defendants will be filing and serving a Motion to Bifurcate Trial regarding Issues of Liability and Compensatory Damages (Phase One) from Issues of Punitive Damages (Phase Two) for Trial and to Stay Discovery for Phase Two pursuant to FRCP 42(B), 26(D)(3);

It is stipulated and agreed that:

1. Plaintiff shall withdraw the Requests for Production, Set Four to defendant Violka Wanie at this time.

2. If the Court grants defendants' Request for a Partial Discovery Stay, defendants' responses to the plaintiffs' Request for Document Production, Set Four, shall be due in accordance with the Court's Order.

3. If the Court declines to grant defendants' Request for a Partial Discovery Stay, Defendants' responses to the plaintiffs' Request for Document Production, Set Four, shall be due two weeks after the Court issues its Order denying said request.

The Parties agree that good cause exists for the extension in view of the defendants' pending Motion. This is the first extension for defendants to respond to plaintiffs Request for Production, Set Four.

///

///

IT IS SO STIPULATED.

Dated: March 23, 2023                    DIANNE MALLIA

By: /s/ Dianne Mallia
        Dianne Mallia

Dated: March 23, 2023                    THOMAS J. SCHMITZ

By: /s/ Thomas J. Schmitz
        Thomas J. Schmitz

Dated: March 23, 2023                    MCNAMARA, AMBACHER, WHEELER,
                                         HIRSIG & GRAY LLP

By: /s/ Maria Zhurnalova-Juppunova
        Peter J. Hirsig
        Maria Zhurnalova-Juppunov
        Daniel R. Mayer
        Attorneys for Defendants
        ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
        BRIZENDINE, BROCKENBOROGH, CEBALLOS,
        HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER,
        PONCIANO, RAMKUMAR, REKART, ROBINSON,
        RUDAS, M. SMITH, C. SMITH, TIEBROCK,
        TOCHE, WAINE, and CALIFORNIA DEPARTMENT
        OF CORRECTIONS AND REHABILITATION
        (CDCR)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.schm20cv195.stip.rfp

STIP & [PROPOSED] ORDER EXTENDING          3
TIME TO RESPOND TO PLAINTIFFS' RFP #4
Case No.: 2:20-CV-0195-DAD-CKD (PS)