UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al., | No.  2:20-cv-00195-DJC-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| ADAM ASMAN, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On February 17, 2023, 2021, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 253.) No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed February 17, 2021 (ECF No. 253) are adopted in full;

1

2. Defendant Dr. DeNigris' motion for judgment on the pleadings as to punitive damages (ECF No. 227) is denied.

3. This matter is referred back to the magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **April 18, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE