THOMAS J. SCHMITZ
tsfoot49@gmail.com
DIANNE MALLIA
deedamallia@gmail.com
1753 Woodleaf Circle
Roseville, CA 95747
Telephone: (707) 694-8158

Plaintiffs Pro Se


PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ASMAN et al,<br><br>　　　　　Defendants. | Case No. 2:20-CV-0195 DJC CKD (PS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' REQUEST FOR ADMISSIONS, SET ONE**<br><br>Action Filed:  7/16/2020 |

///

STIP & [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO PLAINTIFFS' RFA #1
Case No.:  2:20-CV-0195-DJC-CKD (PWS)

Plaintiffs ESTATE OF WILLIAM SCHMITZ, deceased, THOMAS SCHMITZ, individually, and DIANNE MALLIA, individually ("plaintiffs") and defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE ("defendants"), through their attorneys of record stipulate and agree that defendants Ashe, Rudas, and C. Smith shall have until May 3, 2023 to respond to Requests For Admissions, Set One served by Plaintiffs on March 20, 2023. The Parties agree that good cause exists for the two-week extension in view of the conflation of several motion/filing deadlines in this case and in other matters handled by counsel for defendants.  This is the first extension for defendants to respond to plaintiffs Request for Admission, Set One.

IT IS SO STIPULATED.

Dated: April __18__, 2023         DIANNE MALLIA

                                  By: ___/s/ Dianne Mallia_____
                                          Dianne Mallia

Dated: April __18__, 2023         THOMAS J. SCHMITZ

                                  By: ___/s/ Thomas Schmitz_____
                                          Thomas J. Schmitz

Dated: April ___18___, 2023

McNamara, Ambacher, Wheeler, Hirsig & Gray LLP

By: ___/s/ Maria Zhurnalova-Juppunov_____
Peter J. Hirsig
Maria Zhurnalova-Juppunov
Daniel R. Mayer
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, WAINE, and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Schmitz20cv195.stip.eot

McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
Attorneys at Law
639 Kentucky Street, Fairfield, CA 94533-5530
Telephone: (707) 427-3998