Thomas J. Schmitz
Dianne Mallia
  1753 Woodleaf Circle
  Roseville, CA  95747
  Telephone:  (707) 694-8158
  E-mail:  tsfoot49@gmail.com
*Plaintiffs, ProSe*

Rob Bonta, State Bar No. 202668
Attorney General of California
Jay M. Goldman, State Bar No. 168141
Supervising Deputy Attorney General
Jennifer J. Nygaard, State Bar No. 229494
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  Fax:  (510) 622-2270
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendant Bradley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS SCHMITZ, et al.,<br><br>                                  Plaintiffs,<br><br>         v.<br><br>A. ASMAN, et al.,<br><br>                                  Defendants. | 2:20-CV-00195-DJC-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT BRADLEY'S INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Judge:         The Honorable Carolyn K. Delaney<br>Trial Date:    Not Scheduled<br>Action Filed: January 27, 2020 |

   Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendant Bradley (collectively "The Parties") stipulate and agree that Plaintiffs may have until July 31, 2023, to respond to the following discovery served on Plaintiffs on May 1, 2023:

   1)   Defendant Bradley's Interrogatories to Plaintiff Thomas Schmitz, Set One;

1

2) Defendant Bradley's Requests for Production of Documents to Plaintiff Thomas Schmitz, Set One;

3) Defendants Bradley's Interrogatories to Plaintiff Diane Mallia, Set One; and

4) Defendants Bradley's Requests for Production of Documents to Plaintiff Diane Mallia, Set One.

The Parties agree that good cause exists for the extension because Plaintiffs are busy dealing with discovery issues that have arisen with other defendants in this case.

This is the first stipulation between the Parties for an extension of time for Plaintiffs to respond to Defendant Bradley's discovery. This stipulation extends Plaintiffs' current deadline to respond by sixty-one days.

IT IS SO STIPULATED.

Dated: May __19__, 2023

_____
Thomas J. Schmitz, Plaintiff

Dated: May ___19__, 2023

_____
Dianne Mallia, Plaintiff

Dated: May __22___, 2023

/S/ Jennifer J. Nygaard_____
Jennifer J. Nygaard Deputy Attorney General *Attorney for Defendant Bradley*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____       _____
                                      The Honorable Carolyn K. Delaney
                                      United States Magistrate Judge

SF2020200637
91615870.docx

2

# CERTIFICATE OF SERVICE

Case Name:   *Schmitz, Thomas, et al. v. A. Asman, et al.*
Case No.     **2:20-cv-00195-DJC-CKD**

I hereby certify that on May 22, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT BRADLEY'S INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 22, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| Thomas J. Schmitz | Dianne Mallia |
| 404 Atkinson Street | 404 Atkinson Street |
| Roseville, CA 95678 | Roseville, CA 95678 |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 22, 2023, at San Francisco, California.

G. Pang
Declarant

*/s/ M. Pang*
Signature

SF2020200637/43717296.docx