THOMAS J. SCHMITZ
DIANNE MALLIA
  1753 Woodleaf Circle
  Roseville, CA  95747
  Telephone:  (707) 694-8158
  E-mail:  tsfoot49@gmail.com
*Plaintiffs, ProSe*

ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  Fax:  (510) 622-2270
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendant Bradley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS SCHMITZ, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>A. ASMAN, et al.,<br><br>                      Defendants. | 2:20-CV-00195-DJC-CKD (PS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT BRADLEY'S INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Judge:        The Honorable Carolyn K. Delaney<br>Trial Date:   Not Scheduled<br>Action Filed: January 27, 2020 |

     Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendant Bradley (collectively "The Parties") stipulate and agree that Plaintiffs may have until July 31, 2023, to respond to the following discovery served on Plaintiffs on May 1, 2023:

     1)     Defendant Bradley's Interrogatories to Plaintiff Thomas Schmitz, Set One;

1

Stip. & [Proposed] Order Ext. Pls.' Time Resp. Def. Bradley's Interrog. & Req. Produc. Docs. (2:20-CV-00195-DJC-CKD)

    2)     Defendant Bradley's Requests for Production of Documents to Plaintiff Thomas Schmitz, Set One;

    3)     Defendants Bradley's Interrogatories to Plaintiff Diane Mallia, Set One; and

    4)     Defendants Bradley's Requests for Production of Documents to Plaintiff Diane Mallia, Set One.

The Parties agree that good cause exists for the extension because Plaintiffs are busy dealing with discovery issues that have arisen with other defendants in this case.

This is the first stipulation between the Parties for an extension of time for Plaintiffs to respond to Defendant Bradley's discovery. This stipulation extends Plaintiffs' current deadline to respond by sixty-one days.

IT IS SO STIPULATED.

Dated: May __19__, 2023

_____
Thomas J. Schmitz, Plaintiff

Dated: May __19__, 2023

_____
Dianne Mallia, Plaintiff

Dated: May __22__, 2023

/S/ Jennifer J. Nygaard_____
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendant Bradley*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.shmitz20cv195.36stip

2

Stip. & [Proposed] Order Ext. Pls.' Time Resp. Def. Bradley's Interrog. & Req. Produc. Docs. (2:20-CV-00195-DJC-CKD)