# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. Case Name: Schmitz v. A Asman

2. Case Number: 2:20-cv-00195-JAM-CKD

3. What: PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANT STEPHEN DENIGRIS, M.D., PH.D.'s RESPONSE TO PLAINTIFF MALLIA'S REQUEST FOR ADMISSION, SET ONE, JOINT STATEMENT RE DISCOVERY DISAGREEMENT, DECLARATION OF DIANNE MALLIA IN SUPPORT OF PLAINTIFF'S MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANT STEPHEN DENIGRIS, M.D., PH.D.'S RESPONSE TO PLAINTIFF MALLIA'S

4. How:
   - [X] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

FILED
JUN 05 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

5. Who did you send the documents to? *[Write the full name and contact information for each person you sent the document. Do NOT send Initial Disclosures to the Court.]*

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY
639 Kentucky Street Fairfield, CA 94533
Jennifer Nygaard CA Department of Justice Office of the Attorney General 1515 Clay Street, 20th Oakland, CA 94612
Bruce E. Salenko Low McKinley & Salenko, LLP 2150 River Plaza Drive Suite 250 Sacramento, CA 95833
Michael A. Terhorst, Sr Beeson Terhorst LLP 510 Bercut Dr. Suite V Sacramento, CA 95811

6. When were the documents sent? 5-25-2023

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _____
Name: Rose Swift
Address: 1753 Woodleaf Circle
Roseville, CA 95747

CERTIFICATE OF SERVICE [JDC TEMPLATE Rev. 05/2017]