| | |
|---|---|
| THOMAS J. SCHMITZ<br>DIANNE MALLIA<br>404 Atkinson St.<br>Roseville, CA  95678<br>Telephone:  (707) 694-8158<br>*Plaintiffs, ProSe* | TIFFANY SALA, State Bar No. 325733<br>LOW MCKINLEY & SALENKO, LLP<br>2150 River Plaza Drive, Suite 250<br>Sacramento, CA 95833<br>Telephone: (916) 231-2400<br>*Attorneys for Defendant DeNigris* |
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Jennifer Nygaard, State Bar No. 229494<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA  94612-0550<br>Telephone:  (510) 879-0802<br>*Attorneys for Defendant Bradley* | Michael Terhorst, State Bar No. 164679<br>Beeson Terhorst, LLP<br>510 Bercut Drive, Suite V<br>Sacramento, CA 95811<br>Telephone: (916) 444-3400<br>*Attorneys for Defendants Kuich and Lizarraga* |

Peter J. Hirsig, State Bar No. 197993
Maria Zhurnalova-Juppunov, State Bar No. 319004
Daniel R. Mayer, State Bar No. 300077
MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY, LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
*Attorneys for Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Wanie*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**A. ASMAN, et al.,**<br><br>Defendants. | 2:20-cv-00195-DJC-CKD<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION (ECF No. 288)**<br><br>Judge:  The Honorable Daniel J. Calabretta<br>Trial Date:  Not Scheduled<br>Action Filed:  January 27, 2020 |

1

Under Local Rules 143 and 144, Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Adams, Andaluz, Ashe, Asman, Bradley, Branman, Brizendine, Brockenborogh, Ceballos, DeNigris, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Kuich, Leidner, Lizarraga, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Wanie ("Defendants") (collectively "The Parties") stipulate and agree to continue the hearing on Plaintiffs' Motion for Reconsideration of Order Dismissing with Prejudice Causes of Action for Deliberate Indifference and Deprivation of Familial Relations against Defendant Asman (ECF No. 288) from September 28, 2023 to November 2, 2023[1].

Good cause exists to continue the hearing because counsel for Defendants Kuich and Lizarraga will be out of the country on a previously planned vacation for three weeks beginning September 26, 2023.  Also, counsel for Defendant Bradley has a scheduling conflict on September 28, 2023 and October 5, 2023, and counsel for Defendant Asman is unavailable on October 5, 2023.  Further, Plaintiffs will be travelling for a family matter and are unavailable October 19, 2023 or October 26, 2023.  Therefore, the first Thursday that all Parties are available for the hearing is November 2, 2023.  No prior requests to continue this hearing have been made.

This stipulation to continue the hearing will not affect the trial date or pretrial deadlines. The deadline to complete non-expert discovery is May 17, 2024, and the deadline to complete expert discovery is February 28, 2025.  The deadline for hearing all non-discovery motions is August 29, 2025.  The pre-trial conference and trial dates have not been scheduled.

IT IS SO STIPULATED.


Dated:  August _____, 2023

_____
Thomas J. Schmitz, Plaintiff


Dated:  August _____, 2023

_____
Dianne Mallia, Plaintiff

---

[1] Alternatively, if the Court is unavailable on November 2, 2023, the Parties stipulate to continue the hearing to November 9, 2023.

| | |
|---|---|
| Dated:  August 23, 2023 | */S/ Jennifer J. Nygaard* <br> Jennifer J. Nygaard <br> Deputy Attorney General <br> *Attorney for Defendant Bradley* |
| Dated:  August 23, 2023 | */S/ Michael Terhorst* <br> Michael Terhorst <br> *Attorney for Defendants Kuich and Lizarraga* |
| Dated:  August 23, 2023 | */S/ Bruce Salenko* <br> Tiffany Sala and Bruce Salenko <br> *Attorney for Defendant DeNigris* |
| Dated:  August 23, 2023 | */S/ Maria Zhurnalova-Juppunov* <br> Maria Zhurnalova-Juppunov <br> *Attorney for Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Wanie* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated:  August 25, 2023 | /s/ Daniel J. Calabretta <br> THE HONORABLE DANIEL J. CALABRETTA <br> UNITED STATES DISTRICT JUDGE |