| | |
|---|---|
| BRUCE E. SALENKO, Bar No. 106267 | ROB BONTA, Bar No. 202668 |
| TIFFANY C. SALA, Bar No. 325733 | Attorney General of California |
| LOW McKINLEY & SALENKO, LLP | JENNIFER NYGAARD, Bar No. 229494 |
| 2150 River Plaza Drive, Suite 250 | Deputy Attorney General |
| Sacramento, CA 95833 | 1515 Clay Street, 20th Floor |
| Telephone:     (916) 231-2400 | Oakland, CA  94612 |
| Facsimile:      (916) 231-2399 | Telephone: (510) 879-0802 |
| *Attorneys for Defendant DeNigris* | *Attorneys for Defendant Bradley* |
| | |
| THOMAS J. SCHMITZ | MICHAEL TERHORST, Bar No. 164679 |
| DIANNE MALLIA | Beeson Terhorst, LLP |
| 404 Atkinson Street | 510 Bercut Drive, Suite V |
| Roseville, CA  95678 | Sacramento, CA  95811 |
| Telephone: (707) 694-8158 | Telephone: (916) 444-3400 |
| *Plaintiffs, ProSe* | *Attorneys for Defendants Kuich and Lizarraga* |

PETER J. HIRSIG, Bar No. 197993
MARIA ZHURNALOVA-JUPPUNOV, Bar No. 319004
DANIEL R. MAYER, Bar No. 300077
MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY, LLP
639 Kentucky Street, First Floor
Fairfield, CA  94533
Telephone: (707) 427-3998
*Attorneys for Defendants Adams, et al.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON BEHALF OF ESTATE OF WILLIAM SCHMITZ, DECEASED, BY AND THROUGH THOMAS J. SCHMITZ AND DIANNE MALLIA, AS SUCCESSORS IN INTEREST; THOMAS SCHMITZ, INDIVIDUALLY; AND DIANNE MALLIA, INDIVIDUALLY,<br><br>Plaintiff(s),<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION | Case No.: 2:20-cv-195-DAD-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT STEPHEN DENIGRIS, M.D., PH.D.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 291)**<br><br>**JUDGE:  Hon. Carolyn K. Delaney** |

1
STIPULATION AND [PROPOSED] ORDER

(CDCR); CDCR CORRECTIONAL OFFICER ADAM ASMAN; CDCR CORRECTIONAL OFFICER ERIK BRADLEY; CDCR CORRECTIONAL OFFICER DAVID BRUNKHORST; CDCR PHYSICIAN AND SURGEON ALEX ANDALUZ, M.D.; CDCR PHYSICIAN AND SURGEON MARIANNA KATE ASHE, M.D.; CDCR PHYSICIAN AND SURGEON JEVON JOHNSON; CDCR PHYSICIAN AND SURGEON ROBERT JOHNSON; CDCR PHYSICIAN AND SURGEON SUJATHA RAMKUMAR, MD; CDCR PHYSICIAN AND SURGEON MICHAEL SMITH, MD; CDCR PHYSICIAN AND SURGEON CHRISTOPHER SMITH; CDCR CLINICAL PSYCHOLOGY INTERN REBECCA ROBINSON; CDCR LICENSED CLINICAL SOCIAL WORKER VIOLKA WANIE; MULE CREEK STATE PRISON CHIEF MEDICAL EXECUTIVE SCOTT A. HEATLEY, M.D.; MENTAL HEALTH ADMINISTRATOR OF QUALITY MANAGEMENT DR. LAURA CEBALLOS; DEPUTY DIRECTOR OF CDCR'S STATEWIDE MENTAL HEALTH PROGRAM KATHERINE TEBROCK; MULE CREEK STATE PRISON CHIEF EXECUTIVE OFFICER (MEDICAL) RAINBOW BROCKENBOROUGH; MULE CREEK STATE PRISON WARDEN AND CHIEF EXECUTIVE OFFICER JOE A LIZARRAGA; CDCR PHYSICIAN AND SURGEON ROBERT RUDAS, MD; PHYSICIAN AND SURGEON STEPHEN DENIGRIS, MD, PHD; STATEWIDE CHIEF PSYCHIATRIST FOR CDCR MICHAEL GOLDING, M.D.; CDCR SENIOR PSYCHIATRIST SPECIALIST JACOB ADAMS; CDCR SECRETARY SCOTT KERNAN; CDCR SECRETARY RALPH DIAZ; CDCR CHIEF PSYCHIATRIST OF TELEPSYCHIATRY KEVIN KUICH; CDCR DIRECTOR OF THE DIVISION OF ADULT INSTITUTIONS CONNIE GIBSON; CDCR UNDERSECRETARY OF HEALTH CARE SERVICES DIANE TOCHE; CDCR

ASSISTANT DEPUTY DIRECTOR OF THE STATEWIDE MENTAL HEALTH PROGRAM BRITTANY BRIZENDINE; CDCR ASSOCIATE DIRECTOR OF STATEWIDE PLANNING AND POLICY ANGELA PONCIANO; CDCR CHIEF PSYCHOLOGIST OF QUALITY MANAGEMENT JOHN REKART; CDCR SENIOR PSYCHOLOGIST SPECIALIST DAVID LEIDNER; AND DOES 1 THROUGH 30,

                Defendant(s).

Pursuant to Local Rules 143 and 144, Plaintiffs Thomas J. Schmitz and Dianne Mallia ("Plaintiffs"), and Defendants Adams, Andaluz, Ashe, Asman, Bradley, Branman, Brizendine, Brockenborogh, Ceballos, DeNigris, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Kuich, Leidner, Lizarraga, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Wanie ("Defendants") (collectively "The Parties") stipulate and agree to continue the hearing on Defendant Stephen DeNigris, M.D., Ph.D.'s Motion for Partial Summary Judgment (ECF No. 291) from October 4, 2023 to November 1, 2023.

Good cause exists to continue the hearing because counsel for Defendant Stephen DeNigris, M.D., Ph.D. is unavailable for hearing on October 4, 2023. The Court is unavailable to hear law and motion matters on October 11, 2023 and October 18, 2023. Therefore, the first available Wednesday that all Parties are available for hearing is November 1, 2023. No prior requests to continue this hearing have been made.

This stipulation to continue the hearing will not affect the trial date or pretrial deadlines. The deadline to complete non-expert discovery is May 17, 2024, and the deadline to complete expert discovery is February 28, 2025. The deadline for hearing all non-discovery motions is August 29, 2025. The pre-trial conference and trial dates have not been scheduled.

IT IS SO STIPULATED.

Dated: _____  /s/ Thomas J. Schmitz
Thomas J. Schmitz, Plaintiff

Dated: _____  /s/ Dianne Mallia
Dianne Mallia, Plaintiff

Dated: 9/21/23  /s/ Tiffany C. Sala
Tiffany C. Sala
*Attorney for Defendant DeNigris*

Dated: 9/21/23  /S/ Jennifer J. Nygaard
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendant Bradley*

Dated: 9/21/23  /s/ Michael Terhorst
Michael Terhorst
*Attorney for Defendants Kuich and Lizarraga*

Dated: 9/21/23  /s/ Maria Zhurnalova-Juppunov
Maria Zhurnalova-Juppunov
*Attorney for Defendants Adams, et al.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 25, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE