| | |
|---|---|
| BRUCE E. SALENKO, Bar No. 106267<br>TIFFANY C. SALA, Bar No. 325733<br>LOW McKINLEY & SALENKO, LLP<br>2150 River Plaza Drive, Suite 250<br>Sacramento, CA 95833<br>Telephone:   (916) 231-2400<br>Facsimile:    (916) 231-2399<br>*Attorneys for Defendant DeNigris* | ROB BONTA, Bar No. 202668<br>Attorney General of California<br>JENNIFER NYGAARD, Bar No. 229494<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Telephone: (510) 879-0802<br>*Attorneys for Defendant Bradley* |
| THOMAS J. SCHMITZ<br>DIANNE MALLIA<br>404 Atkinson Street<br>Roseville, CA 95678<br>Telephone: (707) 694-8158<br>*Plaintiffs, ProSe* | MICHAEL TERHORST, Bar No. 164679<br>Beeson Terhorst, LLP<br>510 Bercut Drive, Suite V<br>Sacramento, CA 95811<br>Telephone: (916) 444-3400<br>*Attorneys for Defendants Kuich and Lizarraga* |

PETER J. HIRSIG, Bar No. 197993
MARIA ZHURNALOVA-JUPPUNOV, Bar No. 319004
DANIEL R. MAYER, Bar No. 300077
MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY, LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
*Attorneys for Defendants Adams, et al.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON BEHALF OF ESTATE OF WILLIAM SCHMITZ, DECEASED, BY AND THROUGH THOMAS J. SCHMITZ AND DIANNE MALLIA, AS SUCCESSORS IN INTEREST; THOMAS SCHMITZ, INDIVIDUALLY; AND DIANNE MALLIA, INDIVIDUALLY,<br><br>       Plaintiff(s),<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION | Case No.: 2:20-cv-195-DJC-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT STEPHEN DENIGRIS, M.D., PH.D. WITH PREJUDICE**<br><br>**JUDGE:  Hon. Carolyn K. Delaney** |

1
STIPULATION AND [PROPOSED] ORDER

(CDCR); CDCR CORRECTIONAL OFFICER ADAM ASMAN; CDCR CORRECTIONAL OFFICER ERIK BRADLEY; CDCR CORRECTIONAL OFFICER DAVID BRUNKHORST; CDCR PHYSICIAN AND SURGEON ALEX ANDALUZ, M.D.; CDCR PHYSICIAN AND SURGEON MARIANNA KATE ASHE, M.D.; CDCR PHYSICIAN AND SURGEON JEVON JOHNSON; CDCR PHYSICIAN AND SURGEON ROBERT JOHNSON; CDCR PHYSICIAN AND SURGEON SUJATHA RAMKUMAR, MD; CDCR PHYSICIAN AND SURGEON MICHAEL SMITH, MD; CDCR PHYSICIAN AND SURGEON CHRISTOPHER SMITH; CDCR CLINICAL PSYCHOLOGY INTERN REBECCA ROBINSON; CDCR LICENSED CLINICAL SOCIAL WORKER VIOLKA WANIE; MULE CREEK STATE PRISON CHIEF MEDICAL EXECUTIVE SCOTT A. HEATLEY, M.D.; MENTAL HEALTH ADMINISTRATOR OF QUALITY MANAGEMENT DR. LAURA CEBALLOS; DEPUTY DIRECTOR OF CDCR'S STATEWIDE MENTAL HEALTH PROGRAM KATHERINE TEBROCK; MULE CREEK STATE PRISON CHIEF EXECUTIVE OFFICER (MEDICAL) RAINBOW BROCKENBOROUGH; MULE CREEK STATE PRISON WARDEN AND CHIEF EXECUTIVE OFFICER JOE A LIZARRAGA; CDCR PHYSICIAN AND SURGEON ROBERT RUDAS, MD; PHYSICIAN AND SURGEON STEPHEN DENIGRIS, MD, PHD; STATEWIDE CHIEF PSYCHIATRIST FOR CDCR MICHAEL GOLDING, M.D.; CDCR SENIOR PSYCHIATRIST SPECIALIST JACOB ADAMS; CDCR SECRETARY SCOTT KERNAN; CDCR SECRETARY RALPH DIAZ; CDCR CHIEF PSYCHIATRIST OF TELEPSYCHIATRY KEVIN KUICH; CDCR DIRECTOR OF THE DIVISION OF ADULT INSTITUTIONS CONNIE GIBSON; CDCR UNDERSECRETARY OF HEALTH CARE SERVICES DIANE TOCHE; CDCR

ASSISTANT DEPUTY DIRECTOR OF THE STATEWIDE MENTAL HEALTH PROGRAM BRITTANY BRIZENDINE; CDCR ASSOCIATE DIRECTOR OF STATEWIDE PLANNING AND POLICY ANGELA PONCIANO; CDCR CHIEF PSYCHOLOGIST OF QUALITY MANAGEMENT JOHN REKART; CDCR SENIOR PSYCHOLOGIST SPECIALIST DAVID LEIDNER; AND DOES 1 THROUGH 30,

Defendant(s).

1. Plaintiffs DIANNE MALLIA and THOMAS SCHMITZ, individually, and as Successors of Interest to the Estate of WILLIAM SCHMITZ, filed the underlying lawsuit in pro se on January 27, 2020, alleging causes of action arising out of the death of Decedent WILLIAM SCHMITZ (Decedent) on January 21, 2019.

2. Defendant DeNigris is represented by Bruce E. Salenko and Tiffany C. Sala of Low McKinley & Salenko, LLP.

3. Defendant Bradley is represented by Deputy Attorney General Jennifer J. Nygaard of the California Attorney General's Office.

4. Defendants Kuich and Lizarraga are represented by Michael Terhorst of Beeson Terhorst LLP.

5. Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Heatley, J. Johnson, R. Johnson, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tiebrock, Toche, and Waine are represented by Peter Hirsig, Maria Zhurnalova-Juppunov, and Daniel Mayer of McNamara, Ambacher, Wheeler, Hirsig & Gray LLP.

6. Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without an order from the court by filing a Stipulation of Dismissal signed by all parties who have appeared in the action.

7. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties have agreed to voluntarily dismiss Plaintiffs' claims and causes of action against Defendant Stephen DeNigris, M.D., Ph.D. with prejudice, in exchange for a waiver of costs and malicious prosecution claim. Each side is to bear its own costs. Accordingly, the above-captioned action is voluntarily dismissed against Defendant Stephen DeNigris, M.D., Ph.D. with prejudice.

**STIPULATION**

Plaintiffs and Defendants, by and through their attorneys of records, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of all claims and causes of action by Plaintiffs against Defendant Stephen DeNigris, M.D., Ph.D. and that the above-captioned action is voluntarily dismissed against Defendant Stephen DeNigris, M.D., Ph.D. with prejudice.

IT IS SO STIPULATED.

Dated: February 9, 2024  /s/ Thomas J. Schmitz
Thomas J. Schmitz, Plaintiff

Dated: February 9, 2024  /s/ Dianne Mallia
Dianne Mallia, Plaintiff

Dated: February 9, 2024  /s/ Tiffany C. Sala
Tiffany C. Sala
*Attorney for Defendant DeNigris*

Dated: February 12, 2024  /s/ Jennifer J. Nygaard
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendant Bradley*

Dated: February 9, 2024  /s/ Michael Terhorst
Michael Terhorst
*Attorney for Defendants Kuich and Lizarraga*

Dated: February 12, 2024  /s/ Maria Zhurnalova-Juppunov
Maria Zhurnalova-Juppunov
*Attorney for Defendants Adams, et al.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

schmitz20cv195.stip.dism.drd