PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM ASMAN et al.,<br><br>Defendants. | Case No. 2:20-CV-00195-JAM-CKD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT DAVID LEIDNER M.D.;** ~~PROPOSED~~ **ORDER**<br><br>Action Filed:  1/27/2020 |

# RECITALS

1. Plaintiffs DIANNE MALLIA and THOMAS SCHMITZ, Individually, and as Successor of Interest to the estate of WILLIAM SCHMITZ, filed the underlying lawsuit in Pro Se on January 27, 2020, alleging causes of action arising out of the death of decedent THOMAS SCHMITZ (Decedent) on January 21, 2019.

2. Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Heatley, J. Johnson, R. Johnson, Leidner, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tiebrock, Toche, and Waine are represented by Peter Hirsig, Maria Zhurnalova-Juppunov, and Daniel Mayer of McNamara, Ambacher, Wheeler, Hirsig & Gray LLP.

3. Defendant Bradley is represented by Deputy Attorney General Jennifer J. Nygaard of the California Attorney General's Office.

4. Defendants Kuich and Lizarraga are represented by Michael Terhost of Beeson Terhorst LLP.

5. Defendant DeNigris is represented by Bruce E. Salenko and Tiffany C. Sala of Low McKinley & Salenko, LLP

6. Federal Rules of Civil Procedure rule 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without an order from the court by filing a Stipulation of Dismissal signed by all parties who have appeared in the action.

7. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's Minute Order (ECF No. 336) all parties have agreed to the voluntarily dismiss without prejudice Plaintiffs' claims and causes of action against defendant David Leidner, M.D. and of their Complaint against defendant David Leidner, M.D.

///
///
///
///
///
///

# STIPULATION

Plaintiffs and Defendants, by and through their attorneys of records, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of all claims and causes of action by Plaintiffs against defendant David Leidner. and that the above-captioned action is voluntarily dismissed against defend David Leidner.

Dated: February 1, 2024        DIANNE MALLIA

                               By: /s/ Dianne Mallia
                                   Dianne Mallia

Dated: February 1, 2024        THOMAS J. SCHMITZ

                               By: /s/ Thomas J. Schmitz
                                   Thomas J. Schmitz, DPM

Dated: February 6, 2024        JENNIFER J. NYGAARD

                               By: /s/ Jennifer J. Nygaard
                                   Jennifer J. Nygaard
                                   Deputy Attorney General
                                   Attorney for Defendant Bradley

Dated: February 5, 2024        LOW MCKINLEY & SALENKO, LLP

                               By: /s/ Tiffany Sala
                                   Bruce E. Salenko
                                   Tiffany C. Sala
                                   Attorneys for Defendant Stephen DeNigris, M.D./Ph.D.

Dated: February 13, 2024       BEESON TERHORST

                               By: /s/ Michael A. Terhorst
                                   Michael A. Terhorst
                                   Attorneys for Defendants Lizarraga and Dr. Kuich

Dated: February 1, 2024        MCNAMARA, AMBACHER, WHEELER,
                               HIRSIG & GRAY LLP

                               By: /s/ Maria Zhurnalova-Juppunov
                                   Peter J. Hirsig / Maria Zhurnalova-Juppunov
                                   Daniel R. Mayer
                                   Attorneys for Defendants Adams, Andaluz, Ashe,
                                   Asman, Branman, Brizendine, Brockenborogh,
                                   Ceballos, Heatley, J. Johnson, R. Johnson, Leidner,
                                   Ponciano, Ramkumar, Rekart, Robinson, Rudas, M.
                                   Smith, C. Smith, Tiebrock, Toche, and Waine

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that this action be, and hereby is, dismissed without prejudice as to all claims and causes of action against Defendant David Leidner.

Dated: February 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
schmitz20cv195.stip.dism.leid