PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ADAM ASMAN et al.,<br><br>        Defendants. | Case No. 2:20-CV-00195-JAM-CKD<br><br>**DECLARATION OF MARIA ZHURNALOVA-JUPPUNOV IN SUPPORT OF MOTION TO COMPEL THIRD-PARTY JOSEPH SCHMITZ, M.D. TO COMPLY WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS**<br><br>Date:     April 17, 2024<br>Time:    10:00 a.m.<br>Dept.:    24, 8th Floor<br>Judge:   Hon. Carolyn K. Delaney<br><br>Action Filed:  7/16/2020 |

I, Maria Zhurnalova-Juppunov,

1.      I am an attorney duly licensed to practice law before all courts in the State of California, and I am an associate in the law firm of McNamara, Ambacher, Wheeler, Hirsig & Gray LLP, attorneys of record for the California Department of Corrections and Rehabilitation and for defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tiebrock, Toche and Waine in the above-captioned action.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998

2.      On September 6, 2023, Defendants served a notice to all parties of Subpoenas for Document Production to Rose Swift and to Joseph Schmitz. Attached hereto as **Exhibit A** is a true and correct copy of subpoena for production of documents to Rose Swift. Attached hereto as **Exhibit B** is a true and correct copy of the subpoena for production of documents to Joseph Schmitz, M.D.

3.      On September 6, 2023, personal service of the subpoena was affected to Dr. Joseph Schmitz. Attached hereto as **Exhibit C** is a true and correct copy of the proof of service of Subpoena to Joseph Schmitz, M.D.

4.      On or about September 19, 2023, I received via the office mail a handwritten letter from Dr. Joseph Schmitz, dated September 13, 2023. Attached as **Exhibit D** is a true and correct of Dr. Joseph Schmitz's letter. Dr. Schmitz did not produce any documents responsive to the request for production specified in the subpoena.

5.      On September 26, 2023, Defense counsel caused a meet and confer letter to be mailed to Dr. Joseph Schmitz. Attached as **Exhibit E** is a true and correct of my meet and confer letter.

6.      On November 13, 2023, I followed up with another letter asking Dr. Joseph Schmitz to confirm receipt of the meet and confer letter and out of abundance of caution attaching it again. Attached as **Exhibit F** is a true and correct of my follow-up letter.

7.      As of the date of signing of this signing of this declaration and filing of this Motion, Defense counsel had not received further communications from Dr. Joseph Schmitz and no documents have been produced.

8.      Attached as **Exhibit G** is a true and correct copy Dr. Joseph Schmitz declaration filed in support of plaintiff opposition to Dr. DeNigris' Motion for Summary Judgment, dated August 28, 2023. (ECF 301, p. 137.)

///

///

///

///

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998

1    I declare under penalty of perjury of the laws of California that the foregoing is true and

2    correct and that this Declaration was executed on the 22nd day of February 2024 in Pleasant Hill,

3    California.

4

5    _____/s/ Maria Zhurnalova-Juppunov_____
     Maria Zhurnalova-Juppunov

6

7

8

9

10

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "A"

PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
LEIDNER, PONCIANO, RAMKUMAR, REKART,
ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK,
TOCHE and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>           Plaintiffs,<br><br>   vs.<br><br>ADAM ASMAN, et al,<br><br>           Defendants. | Case No. 2:20-CV-0195 DJC CKD (PS)<br><br>**NOTICE OF SERVICE OF SUBPOENA TO ROSE SWIFT TO PRODUCE DOCUMENTS IN A CIVIL ACTION**<br><br>Action Filed:  7/16/2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the Eastern District of California, Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE by and through their undersigned counsel, intend to serve a subpoena to produce documents, information, or objects, in the form attached hereto, on third-party ROSE SWIFT located at 1753 Woodleaf Circle, Roseville, CA 95747, on September 5, 2023, or as soon thereafter as service may be effectuated. The subpoena requests that ROSE SWIFT produce the documents, information, or objects described therein on October 5, 2023 at 9:30 a.m., at the offices of MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP, Pleasant Hill, CA 94523.

Dated:  September 5, 2023

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: _____
Peter J. Hirsig
Maria Zhurnalova-Juppunov
Daniel R. Mayer
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

<u>Schedule A</u>

**<u>DEFINITIONS</u>**

The following definitions apply to these requests, regardless of the upper or low case of the words used in the requests:

"DOCUMENTS" refers to and includes any kind of written, typewritten, printed or recorded material or communication whatsoever, and all other writings, including without limitations, notes, agreements, contracts, correspondence, communications, memos, transcripts of recordings, memoranda of any telephone conversation or face-to-face oral meetings or conversations, relating to or pertaining in any way to the subject matter to which this notice refers, and includes, without limitation, originals, all file copies, and all drafts prepared in connection with such documents. It is further intended to refer to any medium by which information is recorded, including papers of any kind or character, photographs, audio recordings, videotapes, files, digital and electronic files or date or any method or medium by which information is utilized, stored, analyzed or generated by computers. The word documents is used herein in its broadest sense and includes any original, reproduction or copy of any kind, typed, recorded, graphic, printed, written or documentary matter, including without limitation correspondence, memoranda, interoffice communications, notes, diaries, contracts, drawings, plans, specifications, estimates, vouchers, permits, written ordinances, minutes or meetings, invoices, billings, checks, reports, studies, telegrams, notes of telephone conversations, notes pertaining to any tangible thing, and any form of communication or representation, including letters, words, pictures, sounds or symbols or combinations thereof.

"ALL" means any and all.

"IDENTIFY" when referring to a document shall include the following information: (a) the author OR originator of the DOCUMENT; (b) every person to whom the DOCUMENT was sent OR transferred; (c) the date on which the document was created; (d) each date on which it was sent OR transferred; (e) the type of DOCUMENT (e.g.; letter, memorandum, chart, etc.); (f) a detailed description of the matter, nature, substance, AND content of the DOCUMENT; AND (g) the present location AND present custodian of the DOCUMENT.

"RECORDING" includes any method of memorializing an occurrence by way of audio,

video and/or written means

"PERTAINING TO" means commenting upon, concerning, regarding, discussing, reflecting, relating to, relevant to use in connection with, or evidencing and is to be construed in the very broadest sense of the term.

"YOU" or "YOUR" means specific Responding Party listed above.

"DECEDENT" means William Schmitz.

**Instructions**

1.      You are required to search for, obtain, and produce all responsive Documents, including without limitation Documents that are in your custody or control, but not in your immediate possession. This includes any responsive Documents in the possession, custody, or control of any person acting on your behalf or under your direction or control, such as your employees, accountants, agents, representatives, attorneys or advisors.

2.      In producing these Documents, you are required to furnish all Documents in your possession, custody or control, whether these Documents are possessed directly by you or your employees, representatives, or agents, including but not limited to attorneys.

3.      Documents should be produced either (a) as they are kept in the ordinary course of business, complete with the original file folders, binders, or other containers in which they are stored (or legible copies of the labels from those folders, binders, or containers), or (b) organized according to the Document request(s) to which they are responsive. If you elect the latter mode of production, each Document or set of Documents from a particular file, binder, or other container should be accompanied by a legible copy of the label from that container or some other reliable indicator of the file from which it was taken.

4.      If any Document called for by this Subpoena exists as, or can be retrieved from, information stored in electronic or computerized form, then you are directed to produce the Document in the format in which the Document was created and maintained, provided it is one of the following formats: Microsoft Word (doc), WordPerfect (wpd), Rich Text (rtf), Microsoft Outlook (pst), Microsoft Outlook Express (msg), Microsoft Excel (xls), Microsoft Access (mdb), PDF, TIFF, CSV, ASCII, TXT, Concordance, or Quickbooks. Files of the preceding types can be

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

submitted in a ZIP compressed format. Sufficient information including sufficient identification of the applicable software program and passwords, if any, should be provided to permit access to and use of the Documents. Images created through a scanning process should have a minimum resolution of 300 dots per inch (dpi). To the extent that any Document called for by this Subpoena exists as, or can be retrieved from, information stored in electronic or computerized form, and it is not in one of the previously identified formats, please identify the Document and the corresponding format. Regardless of the format in which a Document may exist, you are requested to preserve the integrity of the original electronic Document and its contents, including the original formatting of the Document, its metadata and, where applicable, its revision history.

5.    If any Document responsive to these requests is withheld due to a claim of privilege or otherwise, you are directed to state for each Document: (a) the Document's subject matter; (b) its author; (c) its date or, if no date appears thereon, the date or approximate date on which the Document was prepared; (d) the general nature of the Document (e.g. whether it is a letter, memorandum, minutes of meetings, etc.) and the number of pages of which it consists; and (f) the alleged privilege or protection applicable.

6.    If you object to the demand for the production of a Document or category of Documents, the objection must be in the form of a written response that shall set forth clearly the extent of, and the specific ground for, the objection.

### **REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and any CDCR employee that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 2:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and any CDCR employee that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

///

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

**REQUEST FOR PRODUCTION NO. 3:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and decedent William Schmitz that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and decedent William Schmitz that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all documents, that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

///

**REQUEST FOR PRODUCTION NO. 10:**

Any and all documents, that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' cause of death.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' cause of death.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and any CDCR employee that pertain to, refer to or discuss decedent William Schmitz' cause of death.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' use of illicit drugs at Mule Creek State Prison.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' use of illicit drugs at Mule Creek State Prison.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' participation in contraband with illicit drugs at Mule Creek State Prison.

///

///

///

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1    **REQUEST FOR PRODUCTION NO. 17:**

2            Any and all documents, including emails, letters, and notes, exchanged between YOU and

3    plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz'

4    participation in contraband with illicit drugs at Mule Creek State Prison.

5    Dated:  September 5, 2023                    McNAMARA, AMBACHER, WHEELER,
                                                HIRSIG & GRAY LLP
6

7

8                                        By: _____
                                            Peter J. Hirsig
9                                            Maria Zhurnalova-Juppunov
                                            Daniel R. Mayer
10                                           Attorneys for Defendants
                                            ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
11                                           BRIZENDINE, BROCKENBOROGH, CEBALLOS,
                                            DIAZ, GIBSON, HEATLEY, J. JOHNSON, R.
12                                           JOHNSON, KERNAN, LEIDNER, PONCIANO,
                                            RAMKUMAR, REKART, ROBINSON, RUDAS, M.
13                                           SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

CERTIFICATE OF SERVICE VIA E-MAIL

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action. My electronic notification address is: tami.martin@mcnamaralaw.com.

On this date, I electronically served the foregoing **NOTICE OF SERVICE OF SUBPOENA TO ROSE SWIFT TO PRODUCE DOCUMENTS IN A CIVIL ACTION** based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Attorneys For Plaintiff Pro Per:**

Dianne Mallia
404 Atkinson Street
Roseville, CA 95678

E-Mail: deedamallia@gmail.com

**Attorneys For Plaintiff in Pro Per:**

Thomas J. Schmitz
404 Atkinson Street
Roseville, CA 95678

E-Mail: tsfoot49@gmail.com

**Attorneys for Defendant Stephen Denigris:**

**Tiffany Cenzianne Sala**
Low McKinley & Salenko, LLP
2150 River Plaza Dr. Suite 250
Sacramento, CA 95833
(916) 231-2400

Email: tcs@lmblaw.net
        bes@lmblaw.net
        KD@lmblaw.net
        SLC@lmblaw.net

**Attorney for Defendants Kevin Kuich,
Joe A. Lizarraga**

Michael A. Terhorst, Sr.
Beeson Terhorst LLP
510 Bercut Drive, Suite V
Sacramento, CA 95811
Phone: 707-301-7504

E-Mail: michael@beesonterhorst.com
         Jeff@beesonterhorst.com
         mercedes@beesonterhorst.com

**Attorneys for Defendants Eric Bradley,
David Brunkhorst,**

Jennifer Nygaard
California Dept. of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Phone:  510-879-0802
Fax:  510-622-2270
E-Mail:  jennifer.nygaard@doj.ca.gov
          jay.goldman@doj.ca.gov
          lucille.santos@doj.ca.gov

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1        I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct and that this declaration was executed on September 6, 2023 at

3    Pleasant Hill, California.

                                      *Tami Martin*

4                                          Tami Martin

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

# Exhibit "B"

1   PETER J. HIRSIG (State Bar No. 197993)
    peter.hirsig@mcnamaralaw.com
2   MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
    maria.zhurnalova-juppunov@mcnamaralaw.com
3   DANIEL R. MAYER (State Bar No. 300077)
    daniel.mayer@mcnamaralaw.com
4   McNAMARA, AMBACHER, WHEELER,
    HIRSIG & GRAY LLP
5   639 Kentucky Street,
    Fairfield, CA 94533
6   Telephone: (707) 427-3998
    Facsimile:  (707) 427-0268
7
    Attorneys for Defendants
8   ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
    BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
9   GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
    LEIDNER, PONCIANO, RAMKUMAR, REKART,
10  ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK,
    TOCHE and WAINE
11

12                    UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15  Estate of WILLIAM SCHMITZ, deceased,          Case No. 2:20-CV-0195 DJC CKD (PS)
    by and through THOMAS J. SCHMITZ
16  and DIANNE MALLIA, as Successors in           **NOTICE OF SERVICE OF SUBPOENA
    Interest; THOMAS SCHMITZ,                      TO JOSEPH SCHMITZ, M.D. TO
17  Individually; and DIANNE MALLIA,               PRODUCE DOCUMENTS IN A CIVIL
    Individually,                                  ACTION**
18
                 Plaintiffs,                       Action Filed:  7/16/2020
19
         vs.
20
    ADAM ASMAN, et al,
21
                 Defendants.
22

23       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24       PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure

25  and the applicable Local Rules of the United States District Court for the Eastern District of

26  California, Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE,

27  BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON,

28  KERNAN, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M.

NTC OF SERVICE/SUBPOENA J. SCHMITZ
Case No.: 2:20-CV-0195-KJM-CDK (PS)

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1    SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE by and through their undersigned counsel,

2    intend to serve a subpoena to produce documents, information, or objects, in the form attached

3    hereto, on third-party JOSEPH SCHMITZ, M.D., located at 1856 Plaza Palo Alto, Chula Vista CA

4    91914, on September 5, 2023, or as soon thereafter as service may be effectuated. The subpoena

5    requests that JOSEPH SCHMITZ, M.D. produce the documents, information, or objects described

6    therein on October 5, 2023 at 9:30 a.m., at the offices of MCNAMARA, AMBACHER,

7    WHEELER, HIRSIG & GRAY LLP, Pleasant Hill, CA 94523.

8    Dated:  September 5, 2023              MCNAMARA, AMBACHER, WHEELER,
                                           HIRSIG & GRAY LLP

9

10

11   By: _____
         Peter J. Hirsig

12       Maria Zhurnalova-Juppunov
         Daniel R. Mayer

13       Attorneys for Defendants
         ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,

14       BRIZENDINE, BROCKENBOROGH, CEBALLOS,
         DIAZ, GIBSON, HEATLEY, J. JOHNSON, R.

15       JOHNSON, KERNAN, LEIDNER, PONCIANO,
         RAMKUMAR, REKART, ROBINSON, RUDAS, M.

16       SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Schedule A

**DEFINITIONS**

The following definitions apply to these requests, regardless of the upper or low case of the words used in the requests:

"DOCUMENTS" refers to and includes any kind of written, typewritten, printed or recorded material or communication whatsoever, and all other writings, including without limitations, notes, agreements, contracts, correspondence, communications, memos, transcripts of recordings, memoranda of any telephone conversation or face-to-face oral meetings or conversations, relating to or pertaining in any way to the subject matter to which this notice refers, and includes, without limitation, originals, all file copies, and all drafts prepared in connection with such documents. It is further intended to refer to any medium by which information is recorded, including papers of any kind or character, photographs, audio recordings, videotapes, files, digital and electronic files or date or any method or medium by which information is utilized, stored, analyzed or generated by computers. The word documents is used herein in its broadest sense and includes any original, reproduction or copy of any kind, typed, recorded, graphic, printed, written or documentary matter, including without limitation correspondence, memoranda, interoffice communications, notes, diaries, contracts, drawings, plans, specifications, estimates, vouchers, permits, written ordinances, minutes or meetings, invoices, billings, checks, reports, studies, telegrams, notes of telephone conversations, notes pertaining to any tangible thing, and any form of communication or representation, including letters, words, pictures, sounds or symbols or combinations thereof.

"ALL" means any and all.

"IDENTIFY" when referring to a document shall include the following information: (a) the author OR originator of the DOCUMENT; (b) every person to whom the DOCUMENT was sent OR transferred; (c) the date on which the document was created; (d) each date on which it was sent OR transferred; (e) the type of DOCUMENT (e.g.; letter, memorandum, chart, etc.); (f) a detailed description of the matter, nature, substance, AND content of the DOCUMENT; AND (g) the present location AND present custodian of the DOCUMENT.

"RECORDING" includes any method of memorializing an occurrence by way of audio,

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

video and/or written means

"PERTAINING TO" means commenting upon, concerning, regarding, discussing, reflecting, relating to, relevant to use in connection with, or evidencing and is to be construed in the very broadest sense of the term.

"YOU" or "YOUR" means specific Responding Party listed above.

"DECEDENT" means William Schmitz.

**Instructions**

1.      You are required to search for, obtain, and produce all responsive Documents, including without limitation Documents that are in your custody or control, but not in your immediate possession. This includes any responsive Documents in the possession, custody, or control of any person acting on your behalf or under your direction or control, such as your employees, accountants, agents, representatives, attorneys or advisors.

2.      In producing these Documents, you are required to furnish all Documents in your possession, custody or control, whether these Documents are possessed directly by you or your employees, representatives, or agents, including but not limited to attorneys.

3.      Documents should be produced either (a) as they are kept in the ordinary course of business, complete with the original file folders, binders, or other containers in which they are stored (or legible copies of the labels from those folders, binders, or containers), or (b) organized according to the Document request(s) to which they are responsive. If you elect the latter mode of production, each Document or set of Documents from a particular file, binder, or other container should be accompanied by a legible copy of the label from that container or some other reliable indicator of the file from which it was taken.

4.      If any Document called for by this Subpoena exists as, or can be retrieved from, information stored in electronic or computerized form, then you are directed to produce the Document in the format in which the Document was created and maintained, provided it is one of the following formats: Microsoft Word (doc), WordPerfect (wpd), Rich Text (rtf), Microsoft Outlook (pst), Microsoft Outlook Express (msg), Microsoft Excel (xls), Microsoft Access (mdb), PDF, TIFF, CSV, ASCII, TXT, Concordance, or Quickbooks. Files of the preceding types can be

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

submitted in a ZIP compressed format. Sufficient information including sufficient identification of the applicable software program and passwords, if any, should be provided to permit access to and use of the Documents. Images created through a scanning process should have a minimum resolution of 300 dots per inch (dpi). To the extent that any Document called for by this Subpoena exists as, or can be retrieved from, information stored in electronic or computerized form, and it is not in one of the previously identified formats, please identify the Document and the corresponding format. Regardless of the format in which a Document may exist, you are requested to preserve the integrity of the original electronic Document and its contents, including the original formatting of the Document, its metadata and, where applicable, its revision history.

5.      If any Document responsive to these requests is withheld due to a claim of privilege or otherwise, you are directed to state for each Document: (a) the Document's subject matter; (b) its author; (c) its date or, if no date appears thereon, the date or approximate date on which the Document was prepared; (d) the general nature of the Document (e.g. whether it is a letter, memorandum, minutes of meetings, etc.) and the number of pages of which it consists; and (f) the alleged privilege or protection applicable.

6.      If you object to the demand for the production of a Document or category of Documents, the objection must be in the form of a written response that shall set forth clearly the extent of, and the specific ground for, the objection.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

Any and all documents, including emails, letters, and notes, exchanged between YOU and any CDCR employee that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

### REQUEST FOR PRODUCTION NO. 2:

Any and all documents, including emails, letters, and notes, exchanged between YOU and any CDCR employee that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

///

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

**REQUEST FOR PRODUCTION NO. 3:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and decedent William Schmitz that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and decedent William Schmitz that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all documents, that pertain to, refer to or discuss decedent William Schmitz' medical care and treatment at Mule Creek State prison.

///

**REQUEST FOR PRODUCTION NO. 10:**

Any and all documents, that pertain to, refer to or discuss decedent William Schmitz' mental health care and treatment at Mule Creek State prison.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' cause of death.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' cause of death.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and any CDCR employee that pertain to, refer to or discuss decedent William Schmitz' cause of death.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' use of illicit drugs at Mule Creek State Prison.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' use of illicit drugs at Mule Creek State Prison.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dianne Mallia that pertain to, refer to or discuss decedent William Schmitz' participation in contraband with illicit drugs at Mule Creek State Prison.

///

///

///

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

**REQUEST FOR PRODUCTION NO. 17:**

Any and all documents, including emails, letters, and notes, exchanged between YOU and plaintiff Dr. Thomas Schmitz that pertain to, refer to or discuss decedent William Schmitz' participation in contraband with illicit drugs at Mule Creek State Prison.

Dated:  September 5, 2023

McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP

By: _____
Peter J. Hirsig
Maria Zhurnalova-Juppunov
Daniel R. Mayer
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
DIAZ, GIBSON, HEATLEY, J. JOHNSON, R.
JOHNSON, KERNAN, LEIDNER, PONCIANO,
RAMKUMAR, REKART, ROBINSON, RUDAS, M.
SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

CERTIFICATE OF SERVICE VIA E-MAIL

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action. My electronic notification address is: tami.martin@mcnamaralaw.com.

On this date, I electronically served the foregoing **NOTICE OF SERVICE OF SUBPOENA TO JOSEPH SCHMITZ, M.D. TO PRODUCE DOCUMENTS IN A CIVIL ACTION** based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Attorneys For Plaintiff Pro Per:**

Dianne Mallia
404 Atkinson Street
Roseville, CA 95678

E-Mail: deedamallia@gmail.com

**Attorneys For Plaintiff in Pro Per:**

Thomas J. Schmitz
404 Atkinson Street
Roseville, CA 95678

E-Mail: tsfoot49@gmail.com

**Attorneys for Defendant Stephen Denigris:**

**Tiffany Cenzianne Sala**
Low McKinley & Salenko, LLP
2150 River Plaza Dr. Suite 250
Sacramento, CA 95833
(916) 231-2400

Email: tcs@lmblaw.net
         bes@lmblaw.net
         KD@lmblaw.net
         SLC@lmblaw.net

**Attorney for Defendants Kevin Kuich, Joe A. Lizarraga**

Michael A. Terhorst, Sr.
Beeson Terhorst LLP
510 Bercut Drive, Suite V
Sacramento, CA 95811
Phone: 707-301-7504

E-Mail: michael@beesonterhorst.com
         Jeff@beesonterhorst.com
         mercedes@beesonterhorst.com

**Attorneys for Defendants Eric Bradley, David Brunkhorst,**

Jennifer Nygaard
California Dept. of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Phone: 510-879-0802
Fax: 510-622-2270
E-Mail: jennifer.nygaard@doj.ca.gov
         jay.goldman@doj.ca.gov
         lucille.santos@doj.ca.gov

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1        I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct and that this declaration was executed on September 6, 2023 at

3    Pleasant Hill, California.

4                                                        Tami Martin

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

NTC OF SERVICE OF SUBPOENA TO J.
SCHMITZ, M.D. TO PRODUCE DOCS IN CIVIL
ACTION – CASE NO. 2:20-CV-0195 KJM CKD

           2

# Exhibit "C"

C ERTIFICATE OF S ERVICE VIA E-M AIL

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action. My electronic notification address is: tami.martin@mcnamaralaw.com.

On this date, I electronically served the foregoing **NOTICE OF SERVICE OF SUBPOENA TO JOSEPH SCHMITZ, M.D. TO PRODUCE DOCUMENTS IN A CIVIL ACTION** based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Attorneys For Plaintiff Pro Per:**

Dianne Mallia
404 Atkinson Street
Roseville, CA 95678

E-Mail: deedamallia@gmail.com

**Attorneys for Defendant Stephen Denigris:**

**Tiffany Cenzianne Sala**
Low McKinley & Salenko, LLP
2150 River Plaza Dr. Suite 250
Sacramento, CA 95833
(916) 231-2400

Email: tcs@lmblaw.net
         bes@lmblaw.net
         KD@lmblaw.net
         SLC@lmblaw.net

**Attorney for Defendants Kevin Kuich,
Joe A. Lizarraga**

Michael A. Terhorst, Sr.
Beeson Terhorst LLP
510 Bercut Drive, Suite V
Sacramento, CA 95811
Phone: 707-301-7504

E-Mail: michael@beesonterhorst.com
         Jeff@beesonterhorst.com
         mercedes@beesonterhorst.com

**Attorneys For Plaintiff in Pro Per:**

Thomas J. Schmitz
404 Atkinson Street
Roseville, CA 95678

E-Mail: tsfoot49@gmail.com

**Attorneys for Defendants Eric Bradley,
David Brunkhorst,**

Jennifer Nygaard
California Dept. of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Phone: 510-879-0802
Fax: 510-622-2270
E-Mail: jennifer.nygaard@doj.ca.gov
         jay.goldman@doj.ca.gov
         lucille.santos@doj.ca.gov

NTC OF SERVICE OF SUBPOENA TO J.
SCHMITZ, M.D. TO PRODUCE DOCS IN CIVIL
ACTION – CASE NO. 2:20-CV-0195 KJM CKD

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct and that this declaration was executed on September 6, 2023 at

3    Pleasant Hill, California.

4    _____

        Tami Martin

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

NTC OF SERVICE OF SUBPOENA TO J.              2
SCHMITZ, M.D. TO PRODUCE DOCS IN CIVIL
ACTION – CASE NO. 2:20-CV-0195 KJM CKD

# Exhibit "D"

TO Attorneys of Adam Asman Etal.   Sept. 13, 2023

I object to all Request for productions that ask for medical documents of William Schmitz, my deceased brother, who died at Mule Creek State Prison. First, I am a medical doctor licensed in California and therefore an expert in medicine. Second, it is harassing to ask me to provide any documents I sent to CDCR employees about William's medical care. I object as you can get them from the medical file and the custodians of records. I did not think I had to save all these records. I do save all the records or communications I receive for my patients. Third, I do not think that even though he is sadly deceased, William would want any medical information from me disclosed to Attorneys of Adam Asman Etal.

Request For Production 1-10 - objections see above

Request for Production 11-17 No documents.

Documents previously given to Plaintiffs as quoted in the fourth amended complaint that I agree are accurate as already stated in my declaration. I am mailing because I live far from your office gray Solur

# Exhibit "E"

## McNamara, Ambacher, Wheeler, Hirsig & Gray LLP

ATTORNEYS AT LAW

MARTIN J. AMBACHER
R. DEWEY WHEELER
PETER J. HIRSIG
WILMA J. GRAY
NOAH G. BLECHMAN
DENISE BILLUPS-SLONE
NOLAN S. ARMSTRONG
DENISE J. SERRA

PETER W. SEKELICK
JOHN C. ADAMS
MATTHEW P. SULLIVAN
HENRY WILLIAMS III
DANIEL L SULLIVAN, JR.
CHRISTOPHER B. ALLARD
JOSEPH D. O'NEIL

JENNIFER A. STEWART
YELENA YAKUBOVA
IAN A. SCHAEFFER
DANIEL R. MAYER
MARIA M. JUPPUNOV
SARAH I. PAMA
BENJAMIN M. RASMUSEN
MONA L. BAUER
ADAM K. TANOUYE

CAITLYN M. HARRIS
JOHN J. SWAFFORD
HENRY J. YANDELL
COURTNEY P. WERT
BRIANA J. WAITE
AEDLER A. ATUTUBO III
NICHOLAS R. NEWMAN
ADAM J. STEPHENS
ANGELICA M. BALLEW-CASTILLO

3480 BUSKIRK AVENUE, SUITE 250
PLEASANT HILL, CA 94523

TELEPHONE: (925) 939-5330
FACSIMILE: (925) 939-0203

www.mcnamaralaw.com

SOLANO COUNTY OFFICE
639 KENTUCKY STREET
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

**PARTNERS EMERITUS**
WILLIAM K. HOUSTON, JR.
DOUGLAS C. McCLURE
ROBERT M. SLATTERY
THOMAS G. BEATTY
JAMES V. FITZGERALD, III

MICHAEL J. NEY
(Private Mediator)

DANIEL J. McNAMARA
(1923 – 2011)

RICHARD E. DODGE
(1941 – 2000)

THOMAS E. PFALZER
(1946 – 2021)

OF COUNSEL
GUY D. BORGES
JAMES E. ALLEN
ROBERT W. HODGES

September 26, 2023

Maria Zhurnalova-Juppunov
maria.zhurnalova-juppunov@mcnamaralaw.com

**Via Mail**

Joseph Schmitz, M.D.
1856 Plaza Palo Alto
Chula Vista, CA 91914

   Re:  **Schmitz v. Asman, et al.**

Dear Dr. Schmitz:

   Thank you for communicating your objections to the subpoena for document production. For the reasons stated below, our position is that your objections are without merit and we request that you comply with the subpoena and produce all responsive documents within your custody and control.

   1.  The Requests are Not Unduly Burdensome or Harassing

   The requests are asking you to produce all documents that are within your custody or control. The requests are asking you to produce what you have, not what you do not have. There is no obligation on CDCR employees to produce copies of any and all written communications by family members of an inmate. Moreover, it would be a much lesser burden for you, than it is for defendants to conducts searches through the many emails that may mention decedent's name to sort out which of those may be from family members.

   The pleadings in this case, assert that "Over the years, the Schmitz family tried many times to advocate for William's health and ongoing treatment with antipsychotic medications. They sent many unanswered Emails and placed many unreturned phone calls to MCSP." Plaintiffs also have alleged that "The Schmitz family also sent letters documenting William's medical history that rarely, if ever, made it to the medical record." The pleadings in this case also cite to emails sent by you to CDCR employees. It can be reasonably inferred that you have

Joseph Schmitz, M.D.
September 26, 2023
Page 2

Re:    Schmitz v. Asman, et al.

copies of such emails whose contents you have provided to plaintiffs orally or in writing. The subpoena seeks the production of all such written communications within your custody.

Your communications with the plaintiffs' regarding the medical and mental health care and treatment of William Schmitz are relevant to plaintiffs' claims in this case as well. Plaintiffs have placed at issue their awareness, criticisms, approval, etc. regarding the medical care decedent was being provided for at Mule Creek State prison, as well as their awareness of decedent's complaint if nay regarding the medical care and treatment he was receiving.  Please provide copies of all response communications with the plaintiff as your required by the subpoena.

2.    Objections Based on Privacy Interests Regarding Decedent's Medical Records are Without Merit

Requests for Production Nos. 1 to 10 seeks communications with CDCR employees and with plaintiffs Ms. Mallia and Dr. Thomas Schmitz that discuss or pertain to William Schmitz's **medical treatment at Mule Creek State Prison.** The medical records themselves are not protected by the deceased interest in privacy, since the plaintiffs in this litigation have placed them at issue. Many of the claims asserted by plaintiffs Dr. Thomas Schmitz and Ms. Dianne Mallia pertain to the mental health and medical treatment decedent William Schmitz received at Mule Creek State Prison, as you must be well aware since you recently signed a declaration in support of plaintiffs' claims in this action. Thus, by placing at issue Decedent's care and treatment at Mule Creek State Prison. Plaintiffs, as Decedent's survivors, have waived any privacy interests regarding Decedent's medical records during his incarceration. (See *Martinez v. City of Pittsburg* (N.D. Cal. June 13, 2018, No. 17-cv-04246-RS (KAW)) 2018 U.S.Dist.LEXIS 99397, at *7.), ["The test of whether Defendants should obtain access to [Decedent]'s medical records is not relevance – the records may be highly relevant -- but the test is whether the privilege has been waived by putting the privileged information 'at issue.'" *EEOC v. Serramonte*, 237 F.R.D. 220, 224 (N.D. Cal. 2006). In other words, "privacy rights in medical records are neither fundamental nor absolute. [Citations.] When a plaintiff places his medical status at issue, the expectation to privacy to those conditions is diminished."])

3.    Objections Based on the Subpoenaed Party's Professional Qualifications and Training are Without Merit

The objections based on the fact that you are a medical doctor have no merit. The fact that you are a licensed physician does not mean that you had a physician patient relationship with decedent during his incarceration at Mule Creek State Prison. Furthermore, as already explained above, decedent's medical and mental health care has been placed at issue by plaintiffs' in the litigation.

Joseph Schmitz, M.D.
September 26, 2023
Page 3

Re:    <u>Schmitz v. Asman, et al.</u>

     Please advise by **October 4, 2023** if you will comply with the subpoena and produce the responsive documents to avoid the necessity of defendants' filing a motion to compel. Please contact me via telephone or email, should you wish to discuss further.

     Thank you for your time and consideration and we am looking forward to your response.

         Very truly yours,

         Maria Zhurnalova-Juppunov

MZJ:tlm

# Exhibit "F"

## McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

### ATTORNEYS AT LAW

MARTIN J. AMBACHER
R. DEWEY WHEELER
PETER J. HIRSIG
WILMA J. GRAY
NOAH G. BLECHMAN
DENISE BILLUPS-SLONE
NOLAN S. ARMSTRONG
DENISE J. SERRA

PETER W. SEKELICK
JOHN C. ADAMS
MATTHEW P. SULLIVAN
HENRY WILLIAMS III
DANIEL L SULLIVAN, JR.
CHRISTOPHER B. ALLARD
JOSEPH D. O'NEIL

3480 BUSKIRK AVENUE, SUITE 250
PLEASANT HILL, CA 94523

TELEPHONE: (925) 939-5330
FACSIMILE: (925) 939-0203

www.mcnamaralaw.com

SOLANO COUNTY OFFICE
639 KENTUCKY STREET
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

**PARTNERS EMERITUS**
WILLIAM K. HOUSTON, JR.
DOUGLAS C. McCLURE
ROBERT M. SLATTERY
THOMAS G. BEATTY
JAMES V. FITZGERALD, III

MICHAEL J. NEY
(Private Mediator)

DANIEL J. McNAMARA
(1923 – 2011)

RICHARD E. DODGE
(1941 – 2000)

THOMAS E. PFALZER
(1946 – 2021)

JENNIFER A. STEWART
YELENA YAKUBOVA
IAN A. SCHAEFFER
DANIEL R. MAYER
MARIA M. JUPPUNOV
SARAH I. PAMA
BENJAMIN M. RASMUSEN
MONA L. BAUER
ADAM K. TANOUYE

CAITLYN M. HARRIS
JOHN J. SWAFFORD
HENRY J. YANDELL
BRIANA J. WAITE
AEDLER A. ATUTUBO III
COURTNEY P. WERT
NICHOLAS R. NEWMAN
ANGELICA M. BALLEW-CASTILLO

OF COUNSEL
GUY D. BORGES
JAMES E. ALLEN
ROBERT W. HODGES

November 13, 2023

Maria Zhurnalova-Juppunov
maria.zhurnalova-
juppunov@mcnamaralaw.com

Joseph Schmitz, M.D.
1856 Plaza Palo Alto
Chula Vista, CA 91914

    Re:   **Schmitz v. Asman, et al.**

Dear Dr. Schmitz:

    We have not received any response to our meet and confer letter dated September 26, 2023, discussing the objection you raised about the subpoena for records served to you on September 6, 2023. I am attaching again the letter we sent.  Please confirm receipt and let us know what your position is by **November 22, 2023**.

    Please be advised that if you stand on our objections and intend not to produce any responsive documents, our office will file a motion with the Court to seek an order compelling your compliance with the subpoena.

    Please feel free to contact me via email or phone if you would like to discuss further.

    Very truly yours,

    Maria Zhurnalova-Juppunov

MZJ:cn

Encl.

McNamara, Ambacher, Wheeler, Hirsig & Gray LLP

ATTORNEYS AT LAW

MARTIN J. AMBACHER
R. DEWEY WHEELER
PETER J. HIRSIG
WILMA J. GRAY
NOAH G. BLECHMAN
DENISE BILLUPS-SLONE
NOLAN S. ARMSTRONG
DENISE J. SERRA

PETER W. SEKELICK
JOHN C. ADAMS
MATTHEW P. SULLIVAN
HENRY WILLIAMS III
DANIEL L SULLIVAN, JR.
CHRISTOPHER B. ALLARD
JOSEPH D. O'NEIL

3480 BUSKIRK AVENUE, SUITE 250
PLEASANT HILL, CA 94523

TELEPHONE: (925) 939-5330
FACSIMILE:  (925) 939-0203

www.mcnamaralaw.com

SOLANO COUNTY OFFICE
639 KENTUCKY STREET
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

PARTNERS EMERITUS
WILLIAM K. HOUSTON, JR.
DOUGLAS C. McCLURE
ROBERT M. SLATTERY
THOMAS G. BEATTY
JAMES V. FITZGERALD, III

MICHAEL J. NEY
(Private Mediator)

DANIEL J. McNAMARA
(1923 – 2011)

RICHARD E. DODGE
(1941 – 2000)

THOMAS E. PFALZER
(1946 – 2021)

OF COUNSEL
GUY D. BORGES
JAMES E. ALLEN
ROBERT W. HODGES

JENNIFER A. STEWART
YELENA YAKUBOVA
IAN A. SCHAEFFER
DANIEL R. MAYER
MARIA M. JUPPUNOV
SARAH I. PAMA
BENJAMIN M. RASMUSEN
MONA L. BAUER
ADAM K. TANOUYE

CAITLYN M. HARRIS
JOHN J. SWAFFORD
HENRY J. YANDELL
COURTNEY P. WERT
BRIANA J. WAITE
AEDLER A. ATUTUBO III
NICHOLAS R. NEWMAN
ADAM J. STEPHENS
ANGELICA M. BALLEW-CASTILLO

September 26, 2023

Maria Zhurnalova-Juppunov
maria.zhurnalova-juppunov@mcnamaralaw.com

Via Mail

Joseph Schmitz, M.D.
1856 Plaza Palo Alto
Chula Vista, CA 91914

Re:    <u>**Schmitz v. Asman, et al.**</u>

Dear Dr. Schmitz:

Thank you for communicating your objections to the subpoena for document production. For the reasons stated below, our position is that your objections are without merit and we request that you comply with the subpoena and produce all responsive documents within your custody and control.

1.    The Requests are Not Unduly Burdensome or Harassing

The requests are asking you to produce all documents that are within your custody or control.  The requests are asking you to produce what you have, not what you do not have. There is no obligation on CDCR employees to produce copies of any and all written communications by family members of an inmate. Moreover, it would be a much lesser burden for you, than it is for defendants to conducts searches through the many emails that may mention decedent's name to sort out which of those may be from family members.

The pleadings in this case, assert that "Over the years, the Schmitz family tried many times to advocate for William's health and ongoing treatment with antipsychotic medications. They sent many unanswered Emails and placed many unreturned phone calls to MCSP." Plaintiffs also have alleged that "The Schmitz family also sent letters documenting William's medical history that rarely, if ever, made it to the medical record."  The pleadings in this case also cite to emails sent by you to CDCR employees. It can be reasonably inferred that you have

Joseph Schmitz, M.D.
September 26, 2023
Page 2

Re:    Schmitz v. Asman, et al.

copies of such emails whose contents you have provided to plaintiffs orally or in writing. The subpoena seeks the production of all such written communications within your custody.

Your communications with the plaintiffs' regarding the medical and mental health care and treatment of William Schmitz are relevant to plaintiffs' claims in this case as well. Plaintiffs have placed at issue their awareness, criticisms, approval, etc. regarding the medical care decedent was being provided for at Mule Creek State prison, as well as their awareness of decedent's complaint if nay regarding the medical care and treatment he was receiving.  Please provide copies of all response communications with the plaintiff as your required by the subpoena.

2.    Objections Based on Privacy Interests Regarding Decedent's Medical Records are Without Merit

Requests for Production Nos. 1 to 10 seeks communications with CDCR employees and with plaintiffs Ms. Mallia and Dr. Thomas Schmitz that discuss or pertain to William Schmitz's **medical treatment at Mule Creek State Prison.** The medical records themselves are not protected by the deceased interest in privacy, since the plaintiffs in this litigation have placed them at issue. Many of the claims asserted by plaintiffs Dr. Thomas Schmitz and Ms. Dianne Mallia pertain to the mental health and medical treatment decedent William Schmitz received at Mule Creek State Prison, as you must be well aware since you recently signed a declaration in support of plaintiffs' claims in this action. Thus, by placing at issue Decedent's care and treatment at Mule Creek State Prison. Plaintiffs, as Decedent's survivors, have waived any privacy interests regarding Decedent's medical records during his incarceration. (See *Martinez v. City of Pittsburg* (N.D. Cal. June 13, 2018, No. 17-cv-04246-RS (KAW)) 2018 U.S.Dist.LEXIS 99397, at *7.), ["The test of whether Defendants should obtain access to [Decedent]'s medical records is not relevance – the records may be highly relevant -- but the test is whether the privilege has been waived by putting the privileged information 'at issue.'" *EEOC v. Serramonte*, 237 F.R.D. 220, 224 (N.D. Cal. 2006). In other words, "privacy rights in medical records are neither fundamental nor absolute. [Citations.] When a plaintiff places his medical status at issue, the expectation to privacy to those conditions is diminished."])

3.    Objections Based on the Subpoenaed Party's Professional Qualifications and Training are Without Merit

The objections based on the fact that you are a medical doctor have no merit. The fact that you are a licensed physician does not mean that you had a physician patient relationship with decedent during his incarceration at Mule Creek State Prison. Furthermore, as already explained above, decedent's medical and mental health care has been placed at issue by plaintiffs' in the litigation.

Joseph Schmitz, M.D.
September 26, 2023
Page 3

Re:     <u>Schmitz v. Asman, et al.</u>


Please advise by **October 4, 2023** if you will comply with the subpoena and produce the responsive documents to avoid the necessity of defendants' filing a motion to compel. Please contact me via telephone or email, should you wish to discuss further.

Thank you for your time and consideration and we am looking forward to your response.

Very truly yours,

Maria Zhurnalova-Juppunov

MZJ:tlm

# Exhibit "G"

I, Joseph W. Schmitz, declare:

1. I have been an officer in the United States Navy since 2001.
2. I am a Board-Certified Ophthalmologist.
3. I have been licensed to practice medicine in the State of California since 2006.
4. I am the older brother of William Thomas Schmitz.
5. I have read the Fourth Amended complaint filed On behalf of Estate of William Schmitz, deceased, by and through Thomas J. Schmitz, individually; and Dianne Mallia Individiually vs. Asman, et al.
6. I affirm the truth of all allegations that mention my name within the complaint.
7. My brother William Thomas Schmitz told me he had liver failure and did not want to die like our cousin "Coco", the nickname of our cousin Michael who died of liver failure. I tried to explain to William that there was not enough time for him to develop liver failure and that the medicine was going to cure his liver disease.
8. William asked me why they were doing tests for liver failure. I tried to explain that the testing was not for liver failure just for his hepatitis and that he had very early disease. I assumed that the tests were just part of his hepatitis evaluation.
9. William told me he was worried that his psychiatric medicines were hurting his liver. I told him to the psychiatric medicines were important and that his doctors would make sure they were safe for him to take.
10. My brother Thomas F. Schmitz asked me if William had liver failure and I explained to him that William did not and that liver failure from hepatitis takes many years.
11. The last time I saw my William, he appeared significantly thinner, excessively talkative and anxious.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 26th of August in Chula Vista, California.

Joseph W Schmitz
Joseph W. Schmitz, MD
Commander United States Navy

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 3480 Buskirk Avenue, Suite 250, Pleasant Hill, CA 94523.

On this date I served the foregoing **DECLARATION OF MARIA ZHURNALOVA-JUPPUNOV IN SUPPORT OF MOTION TO COMPEL THIRD-PARTY JOSEPH SCHMITZ, M.D. TO COMPLY WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Pleasant Hill, California, addressed as follows:

**Plaintiff Pro Per:**

Dianne Mallia
404 Atkinson Street
Roseville, CA 95678

E-Mail: deedamallia@gmail.com

**Plaintiff in Pro Per:**

Thomas J. Schmitz
404 Atkinson Street
Roseville, CA 95678

E-Mail: tsfoot49@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 22, 2024 at Pleasant Hill, California.

___/s/ Tami Martin_____
Tami Martin

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998