1  PETER J. HIRSIG (State Bar No. 197993)
   peter.hirsig@mcnamaralaw.com
2  MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
   maria.zhurnalova-juppunov@mcnamaralaw.com
3  DANIEL R. MAYER (State Bar No. 300077)
   daniel.mayer@mcnamaralaw.com
4  McNAMARA, AMBACHER, WHEELER,
   HIRSIG & GRAY LLP
5  639 Kentucky Street
   Fairfield, CA 94533
6  Telephone: (707) 427-3998
   Facsimile:  (707) 427-0268
7
   Attorneys for Defendants
8  ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
   BRIZENDINE, BROCKENBOROGH, CEBALLOS,
9  HEATLEY, J. JOHNSON, R. JOHNSON, PONCIANO,
   RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH,
10 C. SMITH, TIEBROCK, TOCHE, and WAINE

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13

14 | Estate of WILLIAM SCHMITZ, deceased, | Case No. 2:20-CV-00195-JAM-CKD
   | by and through THOMAS J. SCHMITZ |
15 | and DIANNE MALLIA, as Successors in | **[PROPOSED] ORDER GRANTING**
   | Interest; THOMAS SCHMITZ, | **DEFENDANTS' MOTION TO COMPEL**
16 | Individually; and DIANNE MALLIA, | **THIRD-PARTY JOSEPH SCHMITZ, M.D.**
   | Individually, | **TO COMPLY WITH SUBPOENA FOR**
17 | | **PRODUCTION OF DOCUMENTS**
   |           Plaintiffs, |
18 | | Date:       April 17, 2024
   |      vs. | Time:       10:00 a.m.
19 | | Dept.:      24, 8th Floor
   | ADAM ASMAN et al., | Judge:      Hon. Carolyn K. Delaney
20 | |
   |           Defendants. | Action Filed:  7/16/2020
21

22       The Motion to Compel Third-Party Joseph Schmitz, M.D. To Comply With Subpoena for

23 Production Of Documents by Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine,

24 Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan,  Ponciano,

25 Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Waine came before

26 this Court. Good cause having been shown, and after full consideration of the moving papers and

27 supporting documents, and any opposition and opposing arguments, the Court finds that

28 Defendants' motion is hereby GRANTED in full.  JOSEPH SCHMITZ, M.D. shall comply with

[PROPOSED] ORDER GRANTING MTN TO
COMPEL 3RD PARTY TO COMPLY W/SUBP.
FOR DOC PROD - 2:20-CV-00195-JAM-CKD

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998

1  the subpoena for production of documents and produce Responsive documents within his custody

2  and control in an electronic format to the email address of defense counsel or via mail addressed to

3  defense counsel's law office within _____ days after service of this Order.

4

5

6  **IT IS SO ORDERED.**

7  Dated: _____

8

_____

9

HON. CAROLYN K. DELANEY
Chief United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998

[PROPOSED] ORDER GRANTING MTN TO              1
COMPEL 3RD PARTY TO COMPLY W/SUBP.
FOR DOC PROD - 2:20-CV-00195-JAM-CKD

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 3480 Buskirk Avenue, Suite 250, Pleasant Hill, CA 94523.

On this date I served the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THIRD-PARTY JOSEPH SCHMITZ, M.D. TO COMPLY WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Pleasant Hill, California, addressed as follows:

**Plaintiff Pro Per:**

Dianne Mallia
404 Atkinson Street
Roseville, CA 95678

E-Mail: deedamallia@gmail.com

**Plaintiff in Pro Per:**

Thomas J. Schmitz
404 Atkinson Street
Roseville, CA 95678

E-Mail: tsfoot49@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 22, 2024 at Pleasant Hill, California.

　　　/s/Tami Martin
　　　Tami Martin

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998

[PROPOSED] ORDER GRANTING MTN TO
COMPEL 3RD PARTY TO COMPLY W/SUBP.
FOR DOC PROD - 2:20-CV-00195-JAM-CKD

2