PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, PONCIANO,
RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH,
C. SMITH, TIEBROCK, TOCHE and WAINE


ROB BONTA (State Bar No. 202668)
Attorney General of California
JAY M. GOLDMAN (State Bar No. 168141)
Supervising Deputy Attorney General
JENNIFER J. NYGAARD (State Bar No. 229494)
Deputy Attorney General
Jennifer.Nygaard@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone:  (510) 879-0802
Fax:  (510) 622-2270

Attorneys for Defendant
ERIC BRADLEY

MICHAEL A. TERHORST, SR.
michael@beesonterhorst.com
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, CA 95811
Telephone:  707-301-7504

Attorneys for Defendants
KEVIN KUICH and JOE A. LIZARRAGA

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On behalf of Estate of WILLIAM
SCHMITZ, deceased, by and through
THOMAS J. SCHMITZ and DIANNE
MALLIA, as Successors in Interest;
THOMAS SCHMITZ, Individually; and
DIANNE MALLIA, Individually,

    Plaintiffs,

    vs.

CDCR Correction Officer ADAM
ASMAN; et al.,

    Defendants.

Case No.: 2:20-CV-00195-JAM-CKD

**DEFENDANTS' NOTICE OF PRO SE
PLAINTIFF THOMAS SCHMITZ'S
DIMINISHED MENTAL CAPACITY**

Action Filed:  7/16/2020

**PLEASE TAKE NOTICE THAT PLAINTIFF THOMAS SCHMITZ'S MEDICAL PROVIDER EXPRESSED THAT PLAINTIFF SCHMITZ DOES NOT POSSESS THE MENTAL CAPACITY TO CONTINUE PRO SE**

Upon receiving evidence from a mental health professional demonstrating that a party is being or has been treated for mental illness, of the type that would render him or her, legally incompetent, the Court should consider whether to appoint the potentially incompetent person a guardian ad litem. *Ferrelli v. River Manor Health Care Ctr.*, 323 F.3d 196, 201 (2d Cir. 2003). Evidence of such a question of a litigant's mental capacity should be brought to the attention of the court promptly. *United States v. 30.64 Acres of Land*, 795 F.2d 796 (9th Cir. 1986).

Accordingly, Defendants notify the Court that Plaintiff Thomas J. Schmitz has been treated for an undisclosed mental health disorder. Defendants have been provided with notice by his primary care provider, that she no longer believes that Plaintiff is "able to adequately represent himself in a legal case." (Defs.' Medical Competence Notice, Ex. A.)

Capacity to sue or be sued, is determined by the law of the individual's domicile. USCS Fed. Rules Civ. Proc. R 17(b)(1). Therefore, whether Plaintiff Thomas Schmitz has the capacity to sue is determined by California law. This is determined by California Probate Code §§ 810-812,

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1   which determines whether a person lacks legal capacity, by investigating whether they are capable

2   of making legally binding decisions. Cal. Prob. Code § 812. A person must have the ability to

3   communicate the decision, and to understand and appreciate ALL of the following: a) the rights,

4   duties and responsibilities created by or affected by their decision; b) the probable consequences

5   for the decision maker and persons affected by the decision; and c) the significant risks, benefits,

6   and reasonable alternatives involved in the decision. Cal. Prob. Code § 812.

7       Therefore, Defendants respectfully request a stay of all proceedings until the Court

8   determines whether there exists a substantial question regarding the mental competence of Plaintiff

9   Thomas Schmitz in continuing to represent himself pro se, sets a hearing to investigate his legal

10  capacity consistent with the code sections listed above, and determines whether a guardian ad litem

11  should be appointed.

12  Dated:  February 23, 2024          MᴄNᴀᴍᴀʀᴀ, Aᴍʙᴀᴄʜᴇʀ, Wʜᴇᴇʟᴇʀ,
                                       Hɪʀsɪɢ & Gʀᴀʏ LLP

13
                                       By: ___/s/ Maria Zhurnalova-Juppunov___
14                                         Peter J. Hirsig
                                           Maria Zhurnalova-Juppunov
15                                         Daniel R. Mayer
                                           Attorneys for Defendants
16                                         ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
                                           BRIZENDINE, BROCKENBOROGH, CEBALLOS,
17                                         HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER,
                                           PONCIANO, RAMKUMAR, REKART, ROBINSON,
18                                         RUDAS, M. SMITH, C. SMITH, TIEBROCK,
                                           TOCHE and WAINE
19
20  Dated:  February 22, 2024          Cᴀʟɪғᴏʀɴɪᴀ Dᴇᴘᴛ. ᴏғ Jᴜsᴛɪᴄᴇ, Oғғɪᴄᴇ ᴏғ Aᴛᴛᴏʀɴᴇʏ
                                       Gᴇɴᴇʀᴀʟ

21                                     By: ___/s/  Jennifer Nygaard___
22                                         Jennifer Nygaard
                                           Attorneys for Defendant
23                                         ERIC BRADLEY

24  Dated:  February 22, 2024          Bᴇᴇsᴏɴ Tᴇʀʜᴏʀsᴛ, LLP

25
                                       By: ___/s/ Michael A. Terhorst, Sr.___
26                                         Michael A. Terhorst, Sr.
                                           Attorneys for Defendants
27                                         KEVIN KUICH, JOE A. LIZARRAGA

28

MᴄNᴀᴍᴀʀᴀ, Aᴍʙᴀᴄʜᴇʀ, Wʜᴇᴇʟᴇʀ, Hɪʀsɪɢ & Gʀᴀʏ LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

# EXHIBIT A

**Maria Zhurnalova-Juppunov**

| | |
|---|---|
| **From:** | Dianne Mallia <deedamallia@gmail.com> |
| **Sent:** | Tuesday, February 6, 2024 1:00 PM |
| **To:** | Bruce E. Salenko; Daniel Mayer; Jennifer Nygaard; Maria Zhurnalova-Juppunov; Tiffany C. Sala; Tom JOSEPH schmitz; michael terhorst |
| **Subject:** | Dr. Schmitz |
| **Attachments:** | Schmitz9403 Legal Letter pdf 2.pdf |

> **CAUTION: [External E-Mail]** - **DO NOT** click on links or open attachments unless you recognize the **source** of the email AND know the content is safe. **ALWAYS VERIFY** the source of **unexpected or suspicious** emails before opening.

Good Afternoon,


 Dr. Schmitz illness has made it so he can't represent himself.   I don't think he can sign or proceed with any documents until this is sorted out.  Our daughter, Rose, informed me she contacted the court clerk to express her concerns. Rose does represent him in other ways with the VA /social security. I am not sure what the options are at this time and will start looking into them but I wanted to provide this information as soon as I received it.  I am sure many if not all of you have encountered this in the past.


Sincerely,
Dianne Mallia



.



**DEPARTMENT OF VETERANS AFFAIRS**
**San Francisco Health Care System**
**4150 Clement Street**
**San Francisco, CA  94121**

February 5, 2024

To Whom It May Concern:

Dr. Thomas Schmitz (***-**-9403) is a veteran under my care at the San Francisco VA Health Care System. Dr. Schmitz has had a deterioration of mental function over the last year. He has had multiple episodes of acute mental status change requiring hospitalization. He has increasing memory loss and has been referred for further neuropsychology testing with a geriatric psychiatrist. I do not believe he would be able to adequately represent himself in a legal case at this time and have reviewed my opinion with the patient and his family.

Please contact our clinic if you have further questions.

Respectfully,

LAUREN
DRYJANSKI
Digitally signed by
LAUREN DRYJANSKI
Date: 2024.02.05
17:16:33 -08'00'

Lauren Dryjanski, MS, MPH, AGNP-BC
Primary Care Nurse Practitioner, Medical Practice Clinic
415-750-2129

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 3480 Buskirk Avenue, Suite 250, Pleasant Hill, CA 94523.

On this date I served the foregoing **DEFENDANTS' NOTICE OF PRO SE PLAINTIFF THOMAS SCHMITZ'S DIMINISHED MENTAL CAPACITY** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Pleasant Hill, California, addressed as follows:

**Plaintiff Pro Per:**

Dianne Mallia
404 Atkinson Street
Roseville, CA 95678

E-Mail: tsfoot49@gmail.com

**Plaintiff in Pro Per:**

Thomas J. Schmitz
404 Atkinson Street
Roseville, CA 95678

E-Mail: tsfoot49@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 23, 2024 at Pleasant Hill, California.

/s/ Tami Martin
Tami Martin