PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, PONCIANO,
RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH,
C. SMITH, TIEBROCK, TOCHE, and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM ASMAN et al.,<br><br>Defendants. | Case No. 2:20-CV-00195-JAM-CKD<br><br>**NOTICE OF ERRATA TO DEFENDANTS ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, AND WAINE'S MOTION TO COMPEL THIRD-PARTY JOSEPH SCHMITZ, M.D. TO COMPLY WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS**<br><br>Date: April 17, 2024<br>Time: 10:00 a.m.<br>Dept.: 24, 8th Floor<br>Judge: Hon. Carolyn K. Delaney<br><br>Action Filed: 7/16/2020 |

TO PLAINTIFFS DIANNE MALLIA AND THOMAS SCHMITZ, IN PRO SE, and

TO JOSEPH SCHMITZ, M.D., SUBPOENAED THIRD-PARTY:

///

NTC OF ERRATA TO DEFS' MCO 3RD PARTY
J. SCHMITZ, M.D. TO COMPLY W/SUBPOENA
FOR DOC PROD - 2:20-CV-00195-JAM-CKD

PLEASE TAKE NOTICE that the Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Heatley, J. Johnson, R. Johnson, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tiebrock, Toche ("Defendants"), respectfully request that the Court modify the attorney declaration of Maria Zhurnalova-Juppunov (ECF 346-1) submitted in support of Defendants' Motion for an order compelling third-party Joseph Schmitz, M.D. to comply with subpoena for production of documents, as follows:

1. Replace the document inadvertently attached by mistake as Exhibit "C" to the Declaration of Maria Zhurnalova-Juppunov, as a true and correct copy of the proof of service of Subpoena to Joseph Schmitz, M.D., with the correct Exhibit "C" attached hereto to the Notice of Errata.

Dated: March 1, 2024

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: _____
Peter J. Hirsig
Maria Zhurnalova-Juppunov
Daniel R. Mayer
Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE & WAINE

# Exhibit "C"

Civil Action No. **2:20-CV-0195 DJC CKD**                    HEARING DATE: 10/5/2023 - 9:30 AM
                                                             DEPT:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for **JOSEPH SCHMITZ, M.D.** on **September 6, 2023**

☑ I served the subpoena by delivering a copy to the named person as follows:
   **JOSEPH SCHMITZ, M.D. - 1856 Plaza Palo Alto , Chula Vista, CA 91914-4621** on **9/6/2023 at 7:07 PM** ;

☐ I returned the summons unexecuted because; _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

**$.00**

My fees are 125.00 for services

I declare under penalty of perjury that this information is true.

Date: **September 7, 2023**

                                             _____
                                                     *Server's signature*

                                             **RICARDO HAZAEL RUIZ URIAS**
                                                    *Printed name and title*

                                             **Contracted by ONE HOUR LEGAL**
                                                    **2920 CAMINO DIABLO**
                                                    **WALNUT CREEK, CA 94597**
                                                         **(925) 947-3470**
                                                       *Server's Address*

Additional information regarding attempted service, etc.:



AO88-26800

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 3480 Buskirk Avenue, Suite 250, Pleasant Hill, CA 94523.

On this date I served the foregoing **NOTICE OF ERRATA TO DEFENDANTS ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, AND WAINE'S MOTION TO COMPEL THIRD-PARTY JOSEPH SCHMITZ, M.D. TO COMPLY WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Pleasant Hill, California, addressed as follows:

| **Plaintiff Pro Per:** | **Plaintiff in Pro Per:** |
|---|---|
| Dianne Mallia<br>404 Atkinson Street<br>Roseville, CA 95678 | Thomas J. Schmitz<br>404 Atkinson Street<br>Roseville, CA 95678 |
| E-Mail: deedamallia@gmail.com | E-Mail: tsfoot49@gmail.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 1, 2024 at Pleasant Hill, California.

*Tami Martin* (signature)

Tami Martin

NTC OF ERRATA TO DEFS' MCO 3RD PARTY
J. SCHMITZ, M.D. TO COMPLY W/SUBPOENA
FOR DOC PROD - 2:20-CV-00195-JAM-CKD      2