PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, PONCIANO,
RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH,
C. SMITH, TIEBROCK, TOCHE, and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM ASMAN et al.,<br><br>Defendants. | Case No. 2:20-CV-00195-DJC-CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER ECF NO. 344**<br><br>Action Filed:  7/16/2020 |

Having reviewed Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE's *ex parte* application for an order extending the time to comply with the Court's order of February 16, 2024, ECF No. 344 regarding Requests For Production Nos. 5, 6, and 7, and good cause appearing thereof, the Court finds that Defendants' application is hereby GRANTED and Dr. Golding has up and until April 4, 2024, to

submit to the Court for in camera review the non-privileged documents responsive to the Requests For Production Nos. 5, 6, and 7 as limited, and any privilege log(s), where Defendants' counsel may provide review and screening and assert privileges on behalf of defendants, their patients, CDCR's current and former employees and their patients.

**IT IS SO ORDERED.**

Dated: March 7, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[8] schmitz20cv195.eot.log