PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
LEIDNER, PONCIANO, RAMKUMAR, REKART,
ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK,
TOCHE and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ADAM ASMAN, et al.,<br><br>            Defendants. | Case No. 2:20-CV-0195 DJC-CKD (PS)<br><br>**PROOF OF SERVICE BY CERTIFIED MAIL AND REGULAR U.S. MAIL**<br><br>Action Filed:  1/27/2020 |

PROOF OF SERVICE BY CERTIFIED MAIL
AND REGULAR U.S. MAIL - 2:20-CV-0195
DJC-CKD (PS)

PROOF OF SERVICE BY CERTIFIED MAIL AND REGULAR U.S. MAIL

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 3480 Buskirk Avenue, Suite 250, Pleasant Hill, CA 94523.

On this date I served by Certified Mail, Return Receipt Requested, and regular U.S. Mail, a true copy of the foregoing **ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Pleasant Hill, California, addressed as follows:

Joseph Schmitz, M.D.
1856 Plaza Palo Alto
Chula Vista, CA 91914-4621

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 9, 2024 at Pleasant Hill, California.

Carol L. N. O'Neil

*Schmitz v. Asman, et al.*