PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ASMAN et al, <br><br> Defendants. | Case No. 2:20-CV-00195-DJC-CKD <br><br> **OBJECTIONS BY DEFENDANTS:** <br><br> **(1)  BRITTANY BRIZENDINE, Psy.D.;** <br> **(2)  RAINBOW BROCKENBOROUGH;** <br> **(3)  LAURA CEBALLOS, Ph.D.;** <br> **(4)  RALPH DIAZ;** <br> **(5)  CONNIE GIPSON;** <br> **(6)  SCOTT KERNAN;** <br> **(7)  DIANA TOCHE;** <br><br> **TO PLAINTIFF MALLIA'S REPLY EVIDENCE IN SUPPORT OF HER MOTION JUDGMENT ON THE PLEADINGS (ECF NO. 373) PURSUANT TO LR 230(M)(1)** <br><br> Date:          April 24, 2024 <br> Time:          10:00 a.m. <br> Judge:        Hon. Carolyn K. Delaney <br> Courtroom:  24 <br> Action Filed:  1/27/2020 |

Defendants Brittany Brizendine, Psy.D.; Rainbow Brockenborough; Laura Ceballos, Ph.D.;

Ralph Diaz; Connie Gipson; Scott Kernan; and Diana Toche hereby submit their objections to

DEFTS' OBJECTIONS TO REPLY EVIDENCE
CASE NO.: 2:20-CV-00195-DJC-CKD

Plaintiff Mallia Reply Evidence pursuant to Local Rule 130 (m)(1).

### I. OBJECTIONS TO EVIDENCE SUMMITED IN REPLY BY PLAINTIFF MALLIA

### 1. Objection Generally to Declaration of plaintiff Mallia and Exhibits Attached

Defendants object on the grounds that the declaration and evidence attached were improperly submitted for the first time in reply thus depriving Defendants of the opportunity to respond as they are not permitted to serve or file a sur-reply brief. This being the case, "[i]t is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers." *United States ex rel. Giles v. Sardie*, 191 F. Supp. 2d 1117, 1127 (C.D. Cal. 2000). All of the evidence plaintiff seeks to introduce via judicial notice in her reply was available to her when she filed her motion on the pleadings. *See Trujillo v. H&S LBSE Inc.*, No. 1:21-cv-0058 JLT BAM, 2024 U.S. Dist. LEXIS 58096, at *4 n.2 (E.D. Cal. Mar. 29, 2024) (declining to consider evidence offered for the first time in a reply brief); *Care First Surgical Ctr. V. ILWU-PMA Welfare Plan*, No. CV 14-01480 MMM (AGRx), 2014 U.S. Dist. LEXIS 165744, at *34-37 n.45 (C.D. Cal. July 28, 2014) ("It is well established that new arguments and evidence presented for the first time in Reply are waived.")

### 2. Objection to Exhibit B, Medical Records

Defendants further object to the Plaintiff Mallia's request that medical records of decedent be considered by the court for determination of Plaintiff's Motion for Judgement on the Pleadings. The interpretation of medical records is among the issues at the heart of the dispute between the parties in this case. This dispute cannot be resolved without competent expert opinion. Thus, medical records are not proper subject of judicial notice. Such records amount to evidence beyond the four corners of the pleadings, within which the Court's consideration must remain in adjudicating the Motion.  See e.g. *Jones v. Billionaire Burgers, Inc.* (C.D.Cal. Jan. 26, 2023, No. 2:22-cv-00110-MEMF(PVCx)) 2023 U.S.Dist.LEXIS 15549, at *7, ("Medical records are generally not considered to be adjudicative facts appropriate for judicial notice.")

### 3. Objection to Exhibit D, the Declaration of Connie Gispson

Defendants further object on the ground that the declaration is irrelevant as it pertains to COVID 19 measures post-dating William Schmitz' passing.

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

**4.   Objection to Exhibit D, the Declaration of B. Brizendine Psy.D.**

Defendants further object on the ground that the declaration is incomplete and it is impossible to determine its relevance.

**5.   Objection to Exhibit E and F**

Defendants further object on the ground that the exhibits referred to by these letter designations have not been attached and it is impossible to determine their relevance or appropriateness for judicial notice. However, and in any event, given the narrow grounds on which matters may be judicially noticed at all, Defendants submit that they it is likely not appropriate to take such notice.

## II.   CONCLUSION

Due generally to the patent inappropriateness of Plaintiff's attempt to adduce new evidence at the eleventh hour, which is improper in both its timing and its nature, as evidence may not be considered at all on a Motion such as the one at bar, and the unsuitability of any of the proffered documents for judicial notice, Defendants respectfully request that the Motion be denied in its entirety.

Dated:  April 15, 2024          MCNAMARA, AMBACHER, WHEELER,
                                HIRSIG & GRAY LLP


                                By:  /s/ Maria Zhurnalova-Juppunov
                                     Peter J. Hirsig
                                     Maria Zhurnalova-Juppunov
                                     Daniel R. Mayer
                                     Attorneys for Defendants
                                     ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
                                     BRIZENDINE, BROCKENBOROGH, CEBALLOS,
                                     DIAZ, GIBSON, HEATLEY, J. JOHNSON, R.
                                     JOHNSON, KERNAN, PONCIANO, RAMKUMAR,
                                     REKART, ROBINSON, RUDAS, M. SMITH, C.
                                     SMITH, TIEBROCK, TOCHE and WAINE

CERTIFICATE OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 3480 Buskirk Avenue, Suite 250, Pleasant Hill, CA 94523.

On this date I served the foregoing **OBJECTIONS TO BY DEFENDANTS: (1) BRITTANY BRIZENDINE, Psy.D.; (2) RAINBOW BROCKENBOROUGH; (3) LAURA CEBALLOS, Ph.D.; (4) RALPH DIAZ; (5) CONNIE GIPSON; (6) SCOTT KERNAN; (7) DIANA TOCHE; TO PLAINTIFF MALLIA'S REPLY EVIDENCE IN SUPPORT OF HER MOTION JUDGMENT ON THE PLEADINGS (ECF NO. 373) PURSUANT TO LR 230(M)(1)** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Pleasant Hill, California, addressed as follows:

**Plaintiffs in Pro Per:**

Thomas J. Schmitz
Ms. Dianne Mallia
404 Atkinson Street
Roseville, CA 95678

E-Mail: deedamallia@gmail.com
       Tsfoot49@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 15, 2024 at Pleasant Hill, California.

        /s/ Tami Martin
        Tami Martin

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330