DIANNE MALLIA
404 Atkinson Street
Roseville, CA 95678
deedamallia@gmail.com
tsfoot49@gmail.com
Telephone: (707) 694-8158
Plaintiff, *ProSe*

ROB BONTA (State Bar No. 202668)
Attorney General of California
JAY M. GOLDMAN (State Bar No. 168141)
Supervising Deputy Attorney General
JENNIFER J. NYGAARD (State Bar No. 229494)
Deputy Attorney General
Jennifer.Nygaard@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone:  (510) 879-0802
Fax:  (510) 622-2270

Attorneys for Defendant
ERIC BRADLEY

MICHAEL A. TERHORST, SR.
michael@beesonterhorst.com
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, CA 95811
Telephone:  707-301-7504

Attorneys for Defendants
KEVIN KUICH and JOE A. LIZARRAGA

PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, PONCIANO,
RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH,
C. SMITH, TIEBROCK, TOCHE and WAINE

STIP TO MODIFY SCHEDULING ORDER;
[PROPOSED] ORDER; 2:20-CV-00195-DJC-CKD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On behalf of Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CDCR Correction Officer ADAM ASMAN; et al.,<br><br>Defendants. | Case No.: 2:20-CV-00195-DJC-CKD<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER ECF. NO. 286; [PROPOSED] ORDER**<br><br>Courtroom: 24<br>Judge: Hon. Carolyn K. Delaney<br><br>Action Filed: 1/27/2020 |

Plaintiff Dianne Mallia in *pro se*, and defendants Bradley, Kuich, Lizarraga, Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Heatley, J. Johnson, R. Johnson, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Waine ("Defendants") by and through their attorneys hereby agree and stipulate as follows:

WHEREAS, on May 31, 2023, the parties filed a Joint Status Report with a mutually agreed Proposed Schedule (EFC No. 283);

WHEREAS, on June 20, 2023, the Court issued a Scheduling Order setting pre-trial dates in this case, such that all non-expert discovery, except for any phase two discovery discussed below, shall be completed by **May 17, 2024;** expert witness disclosures shall be completed by **September 30, 2024**; rebuttal expert disclosures shall be made no later than **October 30, 2024**; and all expert discovery shall be completed by **February 28, 2025**; all law and motion, except as to discovery-related matters, shall be completed (i.e. heard) by **August 29, 2025** and the Court will set a schedule for phase two discovery upon resolution of dispositive motions;

WHEREAS, the parties have continued to engage in written discovery and have updated their written disclosures,

////

1     WHEREAS, on February 6, 2024, counsel for Defendants were put on notice by plaintiff Dianne Mallia regarding doubts as to plaintiff Dr. Thomas Schmitz's capacity to proceed in this litigation in pro se due to mental health issues;

Defense counsel served and filed a notice regarding the same on February 23, 2024. (ECF No. 348.)

WHEREAS, on March 22, 2024, defendants filed an administrative motion under Local Rule 233 seeking to stay the proceedings in this case pending a determination whether a substantial question exists regarding plaintiff Schmitz's competency to proceed pro se. (ECF No. 364) and Plaintiff Mallia opposed the motion to the extent it requests a stay of all proceedings. (ECF No. 366);

WHEREAS, on April 26, 2024, the Court issued an Order granting in part Defendants' Motion for Stay to the extent that the Court stayed discovery requiring responses or testimony by Dr. Schmitz, pending a determination of his competency to proceed *pro se* and set a competency hearing for May 15, 2024, at 10:00 a.m. (ECF 376);

WHEREAS, Plaintiff Mallia has advised of her intent to depose ten (10) named defendants and defendants intend to depose Plaintiff Mallia; Rose Swift, Dr. Joseph Schmitz, as well as Plaintiff Dr. Thomas Schmitz, and potentially other facts witnesses;

WHEREAS, the unanticipated issue regarding Plaintiff Dr. Thomas Schmitz's capacity has made it impracticable and impossible for Plaintiff Mallia and Defendants to complete depositions and complete all fact discovery prior to the Court's determination on the issue of Dr. Schmitz's capacity to proceed *pro se*, despite their due diligence;

WHEREAS, a district court has the inherent power to modify the deadlines on its docket, a power "incidental to the power inherent in every court to control the disposition of cases on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Gold v. Johns-Manville Sales Corp.*, 723 F.2d 1068, 1077 (3d Cir. 1983) (holding that every court has power to manage cases on its docket and to ensure fair and efficient adjudication of the matter at hand.); and Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent," where "good

cause" standard primarily considers the diligence of the party seeking the amendment. *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992).

**Plaintiff Mallia and Defendants agree and stipulate** that good cause exists under Federal Rule of Civil Procedure 16 (b) and Local Rule 144 for modifying the Court's Scheduling Order ECF No. 286 by extending the current May 17, 2024 fact discovery deadline with three months from the Court's determination of plaintiff Dr. Thomas Schmitz's capacity to proceed pro se in this ligation, as well as, extending all subsequent deadline in the Scheduling Order by for the same period of time accordingly.

**IT IS SO STIPULATED**.

Dated: April _____, 2024          MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: _____
Peter J. Hirsig
Maria Zhurnalova-Juppunov
Daniel R. Mayer
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

Dated: _____, 2024          CALIFORNIA DEPT. OF JUSTICE, OFFICE OF ATTORNEY GENERAL

By: _____
Jennifer Nygaard
Attorneys for Defendant
ERIC BRADLEY

Dated: _____, 2024          BEESON TERHORST, LLP

By: _____
Michael A. Terhorst, Sr.
Attorneys for Defendants
KEVIN KUICH, M.D. & JOE A. LIZARRAGA

STIP TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER; 2:20-CV-00195-DJC-CKD            4

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 16 (b) and Local Rule 144, the Stipulation among Plaintiff Mallia and Defendants Bradley, Kuich, Lizarraga, Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Heatley, J. Johnson, R. Johnson, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Waine, and good cause appearing thereof,

It is Ordered that the Scheduling Order No. 286 shall be modified to the extent that the deadline for completion of fact discovery shall be extended to expire **ninety days (90 days)** from the date this Court issues an order determining the capacity of plaintiff Dr. Thomas Schmitz to proceed pro se. Other remaining dates in the Scheduling Order shall be extended with the same period of time accordingly. The Scheduling Order shall remain unchanged in all other respects. The stipulating parties shall submit a proposed order with new dates modifying the current Scheduling Order within 5 court days after the Court issues its Order determining the capacity of Plaintiff Dr. Thomas Schmitz to proceed *pro se.*

**IT IS SO ORDERED**.

Dated: April 30, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
schm20cv195.stip.mod.dso