PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM ASMAN; et.al,<br><br>Defendants. | Case No. 2:20-CV-0195 DJC CKD (PS)<br><br>**JOINT STATEMENT OF THE PARTIES REGARDING DEFENDANTS TOCHE AND REKART AND PURSUANT TO ECF NO. 391**<br><br>Action Filed:  1/27/2020 |

Pursuant to Local Rule 251, the Parties submit to Court this Joint Statement regarding a discovery dispute pertaining to requests propounded upon Defendants DIANA TOCHE and DR. JOHN REKART, as instructed in ECF No. 391. This statement was drafted by Defendants' counsel and by Plaintiff DIANNE MALLIA, in propria persona.

JOINT STATEMENT REGARDING DISCOVERY TO
DEFENDANTS TOCHE AND REKART

The substance of this dispute relates to discovery propounded upon Defendants Toche and Rekart served on or about October 7, 2023. After several extensions were offered by Plaintiff, she was unable to offer any more. Defendants' counsel were compelled to respond to the discovery by preserving their objections on or about December 14, 2023. Thereafter, the parties met-and-conferred, and Defendant served amended responses on behalf of Defendant Toche, and partial amended responses on behalf of Defendant Rekart, on or about August 1, 2024. Plaintiff then ultimately filed the instant motion on August 13, 2024.

Since August 1, Defendants' counsel have not received any meet-and-confer indicating that Plaintiff feels the responses served on behalf of Dr. Toche are deficient. Regarding Dr. Rekart, Defendants' counsel have been unable to contact him and therefore have been unable to serve further amended responses than has already been done. Counsel are taking all deliberate steps to rectify this situation, and will serve responses forthwith.

Dated: September 24, 2024     MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: *Daniel R. Mayer*
Peter J. Hirsig
Maria Zhurnalova-Juppunov
Daniel R. Mayer
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

Dated: September 24, 2024

By: *Dianne Mallia*
Dianne Mallia
Plaintiff in Propria Persona