UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ADAM ASMAN, et al.,<br><br>        Defendants. | No. 2:20-cv-00195-DJC-CKD (PS)<br><br><br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On September 24, 2024, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 392.) No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 24, 2024 (ECF No. 392) are adopted in full; and
2. Plaintiff Mallia's motion for partial judgment on the pleadings (ECF Nos. 363, 367) is denied.
3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **October 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8,schm20cv195.jo392