UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al., | No.  2:20-cv-00195-DJC-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| ADAM ASMAN, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On July 19, 2024, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 388.) No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 19, 2024 (ECF No. 388) are adopted in full;

1

2. Plaintiff, Dr. Thomas Schmitz, is found legally incompetent to prosecute this case pro se within the meaning of Rule 17(c) of the Federal Rules of Civil Procedure.

3. Dr. Joseph Schmitz is appointed as guardian ad litem for plaintiff, Dr. Thomas Schmitz, in this civil action No. 2:20-cv-00195-DJC-CKD (PS).

4. With the exception of written discovery pertaining to plaintiff Mallia's claims and motion practice on that written discovery, this case is stayed for a period of six (6) months from the date of this order unless one of the following occurs: (1) restoration of Dr. Thomas Schmitz's competency as demonstrated by a motion to lift the stay with supporting evidence; or (2) appearance of counsel for Dr. Thomas Schmitz; at the conclusion of the six (6) month period, the stay will be lifted.

5. The Clerk of the Court is directed to serve a copy of this order on Rose Swift electronically at rosedswift@gmail.com, and on Dr. Joseph Schmitz by mail at 1856 Plaza Palo Alto, Chula Vista, CA, 91914.

6. This matter is referred back to the Magistrate Judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated: **October 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8
schm20cv195.jo388

2