UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al., | No. 2:20-cv-00195 DJC CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| ADAM ASMAN, et al., | |
| Defendants. | |

Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborough, Ceballos, Heatley, J. Johnson, R. Johnson, Kernan, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Waine ("defendants") previously moved the court for a protective order under Federal Rule of Civil Procedure 26(c) limiting the scope of the third-party subpoena issued to Dr. Michael Golding. (ECF No. 323.) On February 16, 2024, the court granted the motion in part and denied it in part, and ordered documents be submitted for in camera review. (ECF No. 344.) In ordering that the documents be submitted for in camera review, the court noted non-party Dr. Golding, through counsel, had asserted that some responsive documents were privileged and welcomed in camera review by the court to determine which records should be produced. (Id. at 6.)

////

1

1    On November 21, 2024, the court ordered that a hard copy of the Bates stamped materials
2 be delivered to chambers by Dr. Golding or the CDCR defendants within 30 days [#406]. The
3 court did not receive hard copies of the documents Bates stamped IC01-199, IC200-I218, IC219-
4 5066, IC5067-5148, and IC5178-5409. The court has also been unable to locate any privilege log
5 supporting Dr. Golding's assertions of privilege. Accordingly, within 14 days of the date of this
6 order, non-party Dr. Golding and/or defendants shall show cause explaining why the court should
7 not order production of any or all of the documents Bates stamped IC01-199 ["First Golding
8 Report"], IC200-I218 ["Second Golding Report and Attachments"], IC219-5066 ["Court
9 Investigation File"], IC5067-5148 ["Communications"], and IC5178-5409 ["Docket Entries"] to
10 plaintiff Mallia.

Dated: May 20, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, schmitz20cv195.osc.g