UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al., | No. 2:20-cv-0195-DJC-CKD (PS) |
| Plaintiffs, | |
| v. | FURTHER PRETRIAL SCHEDULING ORDER |
| ADAM ASMAN, et al., | |
| Defendants. | |

READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES THAT THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER APPROPRIATE SANCTIONS, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Plaintiffs Dianne Mallia and Thomas Schmitz[1] proceed without counsel under 42 U.S.C. § 1983, individually and as successors of interest to the estate of their son, William Schmitz. This matter is before the court for a further scheduling order.

////

---

[1] Although Thomas Schmitz is a named plaintiff, on October 15, 2024, he was found to be legally incompetent within the meaning of Rule 17(c) of the Federal Rules of Civil Procedure to continue prosecuting his claims pro se. (ECF No. 399.)

1

Previously, on June 20, 2023, the court set a schedule for this case, including deadlines for discovery and dispositive motions. (ECF No. 286.) These deadlines were extended once and then vacated when this case was partially stayed on February 23, 2024. (See ECF Nos. 378, 388.) The six-month stay entered on February 23, 2024 has ended. Accordingly, the court issues the following further pretrial scheduling order.

All non-expert discovery, except for any phase two discovery as discussed in the June 20, 2023 order, shall be completed by **September 26, 2025**.

The parties shall disclose any expert witnesses in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2) no later than **February 9, 2026**. Any rebuttal expert disclosures shall be made in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2) no later than **March 9, 2026**. All expert discovery shall be completed (i.e., heard) by **July 8, 2026**.

All law and motion, except as to discovery-related matters, shall be completed (i.e. heard) by **January 6, 2027**. The court will set a schedule for any phase two discovery upon resolution of dispositive motions.

In all other respects, the terms of the pretrial scheduling order filed on June 20, 2023, remain in effect.

IT IS SO ORDERED.

Dated:  May 23, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, schmitz20cv195.sched.o.2