UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM ASMAN, et al.,<br><br>Defendants. | No. 2:20-cv-0195 DJC CKD (PS)<br><br><br>ORDER |

   This matter is before the court for a further order on document production pursuant to a subpoena issued to non-party Dr. Michael Golding by pro se plaintiff, Dianne Mallia. On February 16, 2024, the court granted in part and denied in part a motion for a protective order and ordered that documents be submitted for in camera review. (ECF Nos. 323, 344.) Most recently, Dr. Golding and defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gipson, Heatley, J. Johnson, R. Johnson, Kernan, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Waine ("defendants"), through their respective counsel, responded to an order to show cause providing further information about the responsive documents and their positions on production, among others matters. (ECF Nos. 417, 418, 422.) Having considered the information provided, the court issues the following order.

////

1    Good cause appearing, IT IS ORDERED as follows:

2    1. Within 14 days of the date of this order, Dr. Golding shall produce the documents Bates stamped IC5067-5148 ["Communications"] and IC1219-5066 ["Court Investigation File"] to defendants' counsel only.

2. Within 30 days after the production ordered above, defendants shall submit to the court any privilege log, which must adequately identify the specific documents claimed to be privileged or in need of redaction, along with any supporting evidence for a claim of privilege as to those documents.

3. Counsel for Dr. Golding and defendants are ordered to promptly meet and confer regarding the manner of production ordered above and may request an informal discovery conference regarding the manner of production if necessary.

4. The Clerk of Court is directed to serve a copy of this order by mail on counsel for Dr. Golding, Wendy E. Musell, Esq., at 66 Franklin Street, Suite 300, Oakland, CA 94612.

Dated: May 28, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, schmitz20cv195.cat3+4