PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS,
HEATLEY, J. JOHNSON, R. JOHNSON, LEIDNER,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE, WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ASMAN et al,<br><br>Defendants. | Case No. 2:20-CV-00195-JAM-CKD<br><br>Before the Honorable Carolyn K. Delaney<br><br>**DECLARATION OF DANIEL R. MAYER REQUESTING CLARIFICATION OF THE COURT'S ORDER OF MAY 14, 2025, ECF NO. 413**<br><br>Action Filed:  7/16/2020 |

I, Daniel R. Mayer, declare as follows:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California and the United States' Eastern District of California. I am an associate with the law firm of McNamara, Ambacher, Wheeler, Hirsig & Gray LLP, attorneys for the Defendants listed above ("Defendants") in this matter.

2. I have personal knowledge of the facts set forth below. As to matters stated upon

DECLARATION OF DANIEL R. MAYER
REQUESTING CLARIFICATION OF ECF #413

information and belief, I believe them to be true. If called as a witness, could and would testify competently thereto.

3. On or about May 14, 2025, the Court issued an Order commanding Defendants to produce, among others, documents Bates numbered IC005208-005483, no later than May 28, 2025, with identifying information of inmate-patients other than the decedent, William Schmitz, whose medical conditions are not at issue in this matter.

4. Defendants stand ready to produce and will produce the other documents as to which production has been ordered, on May 28, 2025, as ordered.

5. That said, we are unclear as to the specified set of records, IC005208-005483. There is no information pertaining to other inmate-patients requiring redaction in these documents, which consist primarily of email correspondence between Dr. Golding and others. In addition, quite a few of these emails are to or from attorneys associated with the CDCR Office of Legal Affairs (including Bill Davies, Esq. and Paul Arentz, Esq.) the Attorney General's office, and others, and includes Dr. Golding seeking legal advice from said attorneys. As to these, Defendants are concerned that they may be attorney-client privileged. Several others are between Dr. Golding and the decedent's brother, Joseph Schmitz, M.D., which Defendants submit would be equally available to Plaintiffs as to Defendants and are not appropriate for production. There is also a summary of decedent's condition which may have been prepared at the direction of counsel, which would be attorney-client privileged and protected from disclosure by the attorney work product doctrine. Finally, there are some handwritten notes which appear to be either by Dr. Joseph Schmitz, or else by an unknown hand.

6. Defendants respectfully request that the Court clarify its Order as to this set, and/or grant additional time for Defendants' counsel to investigate the issues described above.

DECLARATION OF DANIEL R. MAYER
REQUESTING CLARIFICATION OF ECF #413        2

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct to the best of my knowledge. Executed in Fairfield, California on this twenty-
3  eighth day of May, 2025.

*/s/ Daniel R. Mayer*
DANIEL R. MAYER

# CERTIFICATE OF SERVICE

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action. My electronic notification address is: liesl.swartwood@mcnamaralaw.com.

On this date, I caused to be served the foregoing:

**DECLARATION OF DANIEL R. MAYER REQUESTING CLARIFICATION OF ECF #413**

☒ **(By U.S. Mail)** The documents were enclosed in a sealed envelope or package addressed to the persons at the addresses shown above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Dianne Mallia
404 Atkinson Street
Roseville, CA 95678

Thomas Schmitz
404 Atkinson Street
Roseville, CA 95678

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 28, 2025 at Fairfield, California.

_____
Liesl Swartwood