UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al., | No. 2:20-cv-0195-DJC-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| ADAM ASMAN, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On May 23, 2025, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 420.) No party has filed objections, but non-attorney guardian ad litem Joseph Schmitz, MD, filed a document styled as objections purportedly on behalf of plaintiff Thomas Schmitz. (ECF No. 427.) Defendants filed a reply. (ECF No. 433.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.  Responding to the purported objections which request "clarification regarding accommodations for cognitive impairments" (ECF No.

1

427 at 2–3), the Court observes that request is more properly made to the assigned Magistrate Judge in the first instance.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 23, 2025 (ECF No. 420) are adopted in full.
2. Defendants' motion to dismiss plaintiff Thomas Schmitz's claims for failure to prosecute (ECF No. 409) is DENIED without prejudice.
3. Plaintiff Schmitz is cautioned that the six-month stay of his claims pursuant to the court's October 15, 2024 order has ended.
4. Plaintiff Schmitz shall file any appearance of counsel within 30 days of this order.
5. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **June 24, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8,schm20cv195.jo420

2