PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
 ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS SCHMITZ, et al.,**<br><br>                           Plaintiffs,<br><br>         v.<br><br>**A. ASMAN, et al.,**<br><br>                           Defendants. | Case No. 2:20-CV-00195-DJC-CKD<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER ECF NO. 423** |

   Defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Wanie ("Defendants") move for extension of time to comply with court order ECF No. 423.

   For good cause shown, the motion is **GRANTED**.  Defendants have until July 21, 2025, to identify the specific documents claimed to be privileged or in need of redaction, along with any

supporting evidence for a claim of privilege as to documents IC5067-5148 ["Communications"] and IC1219-5066 ["Court Investigation File"].

**IT IS SO ORDERED**.

Dated: July 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, schm20cv0195.436