IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHMITZ, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>A. ASMAN, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-CV-00195-DJC-CKD<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO TAKE DEPOSITION OF MICHAEL FROST, AN INCARCERATED PERSON |

Defendants Adams, Andaluz, Ashe, Asman, Bradley, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Kuich, Lizarraga, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Wanie ("Defendants") move for leave to take the deposition of Michael Frost, an incarcerated person.

For good cause shown, the motion (ECF No. 439) is **GRANTED**. Defendants may depose Michael Frost, CDCR No. BX2561, in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means if they choose.

/////

/////

/////

**IT IS SO ORDERED.**

Dated:  July 2, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, schmitz20cv195.439