1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    **THOMAS SCHMITZ, et al.,**                    Case No. 2:20-CV-00195-DJC-CKD
12
                                  Plaintiffs,      **ORDER GRANTING DEFENDANTS'**
13                                                 **ADMINISTRATIVE MOTION FOR**
                                                   **LEAVE TO TAKE DEPOSITION OF**
          v.                                       **RICHARD LEE MASON, AN**
14                                                 **INCARCERATED PERSON**
15  **A. ASMAN, et al.,**

16                                  Defendants.

17

18        Defendants Adams, Andaluz, Ashe, Asman, Bradley, Branman, Brizendine,

19  Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Kuich,

20  Lizarraga, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche,

21  and Wanie ("Defendants") move for leave to take the deposition of Richard Lee Mason, an

22  incarcerated person.

23        For good cause shown, the motion is **GRANTED**.  Defendants may depose Richard Lee

24  Mason, CDCR No. P02218, in accordance with the Federal Rules of Civil Procedure and the

25  institution's rules and regulations, including the presence of correctional officers during the

26  /////

27  /////

28  /////

                                         1

1    deposition, and may take the deposition by remote means if they choose.

2        **IT IS SO ORDERED.**

3    Dated:  July 7, 2025July 7, 2025

4    _____
     CAROLYN K. DELANEY

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28