ELISE R. SANGUINETTI (SBN: 191389)
JAMIE G. GOLDSTEIN (SBN: 302479)
MONICA LA (SBN: 348037)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
elise@aswtlawyers.com
jamie@aswtlawyers.com
monica@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>    Plaintiffs,<br><br>    -vs.-<br><br>ADAM ASMAN, et al.,<br><br>    Defendants. | Case No.: 2:20-CV-00195-JAM-CKD<br><br>*Hon. John A. Mendez; Chief Magistrate Judge Carolyn K. Delaney*<br><br>**STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER** |

  Whereas Plaintiffs the Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually, by and through his Guardian ad litem JOSEPH SCHMITZ; and DIANNE MALLIA, Individually, have recently retained new counsel Jamie G. Goldstein in this matter, whose appearance was entered into the docket on July 16, 2025 (ECF 443).

  Whereas additional time is needed for the parties and their newly retained counsel to complete the discovery necessary to move forward with litigation of this case.

  The parties submit the following Proposed Amended Case Schedule in the above-captioned

-1-
**STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER**

matter for the Court's review and approval:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of fact discovery, except for any phase two discovery as discussed in the June 20, 2023 order | September 26, 2025 | April 9, 2026 |
| Designation of experts with reports | February 9, 2026 | June 9, 2026 |
| Designation of rebuttal experts with reports | May 8, 2026 | July 9, 2026 |
| Close of expert discovery | July 8, 2026 | September 9, 2026 |
| All law and motion, except as to discovery-related matters, shall be completed (i.e. heard) | January 6, 2027 | January 6, 2027 |
| Pretrial conference | | |
| Jury Trial | | |

Dated: August 14, 2025          ARIAS SANGUINETTI WANG & TEAM LLP

By: /s/ Jamie G. Goldstein
JAMIE G. GOLDSTEIN
ELISE R. SANGUINETTI

*Attorneys for Plaintiffs*

Dated: August 14, 2025          MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: /s/ Maria Zhurnalova-Juppunov
PETER J. HIRSIG
MARIA ZHURNALOVA-JUPPUNOV
DANIEL R. MAYER

*Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TEBROCK, TOCHE, and WAINE*

| | | |
|---|---|---|
| 1 | Dated: August 14, 2025 | CALIFORNIA DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL |
| 2 | | |
| 3 | | By: /s/ Jennifer Nygaard |
| 4 | | JENNIFER NYGAARD |
| 5 | | *Attorneys for Defendant Eric Bradley* |
| 6 | Dated: August 14, 2025 | BEESON TERHORST LLP |
| 7 | | |
| 8 | | By: /s/ Michael A. Terhorst |
| | | MICHAEL A. TERHORST, SR. |
| 9 | | |
| 10 | | *Attorneys for Defendants Kevin Kuich, Joe A. Lizarraga* |

I, Jamie G. Goldstein, attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ Jamie G. Goldstein

**[PROPOSED] ORDER**

Upon Stipulation of the parties and good cause appearing, the following Amended Case Schedule is Ordered to be adopted in the above-captioned matter:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of fact discovery, except for any phase two discovery as discussed in the June 20, 2023 order | September 26, 2025 | April 9, 2026 |
| Designation of experts with reports | February 9, 2026 | June 9, 2026 |
| Designation of rebuttal experts with reports | May 8, 2026 | July 9, 2026 |
| Close of expert discovery | July 8, 2026 | September 9, 2026 |
| All law and motion, except as to discovery-related matters, shall be completed (i.e. heard) | January 6, 2027 | January 6, 2027 |
| Pretrial conference | | |
| Jury Trial | | |

Dated: _____, 2025

_____
HON. CAROLYN DELANEY

# PROOF OF SERVICE
**Schmitz, et al. v. Adam Asman, et al.**
USDC Eastern - Case No: 34-2022-00327504-CU-PO-GDS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On August 15, 2025, I served the within documents from the email christina@aswtlawyers.com:

**Stipulation and Proposed Order**

(x) ONLY BY ELECTRONIC TRANSMISSION: By emailing the document(s) to the persons at the email addresses listed herein, pursuant to California Code of Civil Procedure section 1010.6(e)(1), after having previously confirmed these email addresses by email pursuant to California Code of Civil Procedure section 1010.6(e)(1). No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

| *Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE* | *Attorneys for Defendants Eric Bradley:* |
|---|---|
| PETER J. HIRSIG<br>MARIA ZHURNALOVA-JUPPUNOV<br>DANIEL R. MAYER<br>**MCNAMARA, AMBACHER, WHEELER, HIRSIG&GRAY LLP**<br>639 Kentucky Street<br>Fairfield, CA 94533<br>Telephone: (707) 427-3998<br>Facsimile: (707) 427-0268<br>maria.zhurnalova-juppunov@mcnamaralaw.com<br>peter.hirsig@mcnamaralaw.com<br>daniel.mayer@mcnamaralaw.com<br>tami.martin@mcnamaralaw.com<br>liesl.swartwood@mcnamaralaw.com<br>HHammond@mcnamaralaw.com | Jennifer Nygaard<br>**California Dept. of Justice**<br>**Office of the Attorney General**<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Phone: 510-879-0802<br>Fax: 510-622-2270<br>jennifer.nygaard@doj.ca.gov<br>jay.goldman@doj.ca.gov<br>lucille.santos@doj.ca.gov |

*Attorney for Defendants Kevin Kuich, Joe A. Lizarraga:*
Michael A. Terhorst, Sr.
Beeson Terhorst LLP
510 Bercut Drive, Suite V
Sacramento, CA 95811

-4-

Tel: (916) 444-3400
Fax: (916) 444-3421
michael@beesonterhorst.com
Jeff@beesonterhorst.com
mercedes@beesonterhorst.com

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the US Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed August 15, 2025, at Walnut Creek, California.

_____
Christina Summers