1  PETER J. HIRSIG (State Bar No. 197993)
   peter.hirsig@mcnamaralaw.com
2  DANIEL R. MAYER (State Bar No. 300077)
   daniel.mayer@mcnamaralaw.com
3  MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
   maria.zhurnalova-juppunov@mcnamaralaw.com
4  McNAMARA, AMBACHER, WHEELER,
   HIRSIG & GRAY LLP
5  639 Kentucky Street,
   Fairfield, CA 94533
6  Telephone: (707) 427-3998
   Facsimile:  (707) 427-0268
7
   Attorneys for Defendants
8  ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
   BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
9  GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
   PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
10 M. SMITH, C. SMITH, TIEBROCK, TOCHE and WAINE

11              UNITED STATES DISTRICT COURT

12             EASTERN DISTRICT OF CALIFORNIA

13

14 Estate of WILLIAM SCHMITZ, deceased,      Case No. 2:20-CV-0195 DJC CKD
   by and through THOMAS J. SCHMITZ
15 and DIANNE MALLIA, as Successors in       **DEFENDANTS' REQUEST FOR**
   Interest; THOMAS SCHMITZ,                 **MODIFICATION IN PART OF**
16 Individually; and DIANNE MALLIA,          **AMENDED SCHEDULING ORDER ECF**
   Individually,                             **446 REGARDING HEARING DATE FOR**
17                                           **DISPOSITIVE MOTIONS ONLY**
                Plaintiffs,
18                                           Action Filed:  1/27/2020
        vs.                                  Trial Set:     6/21/2027
19
   ADAM ASMAN, et al;,
20
                Defendants.
21

22      Defendants  ADAMS,  ANDALUZ,  ASHE,  ASMAN,  BRANMAN,  BRIZENDINE,

23 BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON,

24 KERNAN,  PONCIANO,  RAMKUMAR,  REKART,  ROBINSON,  RUDAS,  M. SMITH,  C.

25 SMITH, TIEBROCK, TOCHE and WAINE ("Defendants") respectfully request that the Amended

26 Scheduling Order, ECF 446, be modified to state that all dispositive motion "shall be noticed for

27 hearing before Judge Calabretta **on or before 1/7/2027 at 1:30 p.m."**

28 ///

   DEFTS' REQ FOR MOD. OF AMD
   SCHEDULING ORDER – ECF 446
   Case No.:  2:20-cv-00195-DJC-CKD

*(left margin vertical text)* McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants submit that good cause exists for this modification to allow motions for summary judgment to be noticed for hearing prior to 1/7/2027 in view of the current number of named defendants and causes of action/theories of liability alleged in the operative pleading, which may reasonably necessitate the filing of several dispositive motions.

Respectfully submitted,

Dated:  September 5, 2025          MᴄNᴀᴍᴀʀᴀ, Aᴍʙᴀᴄʜᴇʀ, Wʜᴇᴇʟᴇʀ,
                                   Hɪʀsɪɢ & Gʀᴀʏ LLP


By:  ___/s/ Maria Zhurnalova-Juppunov___
     Peter J. Hirsig
     Daniel R. Mayer
     Maria Zhurnalova-Juppunov
     Attorneys for Defendants
     ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
     BRIZENDINE, BROCKENBOROGH, CEBALLOS,
     DIAZ, GIBSON, HEATLEY, J. JOHNSON, R.
     JOHNSON, KERNAN, PONCIANO, RAMKUMAR,
     REKART, ROBINSON, RUDAS, M. SMITH, C.
     SMITH, TIEBROCK, TOCHE and WAINE

MᴄNᴀᴍᴀʀᴀ, Aᴍʙᴀᴄʜᴇʀ, Wʜᴇᴇʟᴇʀ, Hɪʀsɪɢ & Gʀᴀʏ LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998