1  ELISE R. SANGUINETTI (SBN: 191389)
   JAMIE G. GOLDSTEIN (SBN: 302479)
2  MONICA LA (SBN: 348037)
   **ARIAS SANGUINETTI WANG & TEAM LLP**
3  2033 N. Main Street, Suite 1000
4  Walnut Creek, CA 94596
   Telephone: (510) 629-4877
5  Facsimile: (510) 291-9742
   elise@aswtlawyers.com
6  jamie@aswtlawyers.com
7  monica@aswtlawyers.com
   *For electronic service, also include:*
8  ncservice@aswtlawyers.com

9  Attorneys for Plaintiffs
   SCHMITZ
10

11                  UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually, | Case No.: 2:20-CV-00195-JAM-CKD
14 | | *Hon. John A. Mendez; Chief Magistrate Judge Carolyn K. Delaney*
15 | |
16 | Plaintiffs, | **PLAINTIFFS' JOINDER TO DEFENDANTS' AMENDED MID-DISCOVERY STATEMENT PURSUANT TO COURT ORDER (ECF NOS. 446 (Order) and 465 (Defendants' Statement))**
17 | |
18 | -vs.- |
19 | ADAM ASMAN, et al., |
20 | Defendants. |

21
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-1-
**PLAINTIFFS' JOINDER TO DEFENDANTS' AMENDED MID-DISCOVERY STATEMENT PURSUANT TO
COURT ORDER (ECF NOS. 446 (Order) and 465 (Defendants' Statement))**

1  THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs Estate of WILLIAM SCHMITZ, deceased, by and
3  through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS
4  SCHMITZ, Individually; and DIANNE MALLIA, Individually, hereby submit this JOINDER to
5  Defendants' Amended Mid-Discovery Statement filed on December 12, 2025 (ECF No. 465).

7  Dated: December 15, 2025                  **ARIAS SANGUINETTI WANG & TEAM LLP**

9  By: _____
    ELISE R. SANGUINETTI
10  JAMIE G. GOLDSTEIN
    MONICA LA
11  *Attorneys for Plaintiffs*

# PROOF OF SERVICE
## Schmitz, et al. v. Adam Asman, et al.
### USDC Eastern - Case No: 34-2022-00327504-CU-PO-GDS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On December 15, 2025, I served the within documents from the email christina@aswtlawyers.com:

**PLAINTIFFS' JOINDER TO DEFENDANTS' AMENDED MID-DISCOVERY STATEMENT PURSUANT TO COURT ORDER (ECF NOS. 446 (Order) and 465 (Defendants' Statement))**

(x) ONLY BY ELECTRONIC TRANSMISSION: By emailing the document(s) to the persons at the email addresses listed herein, pursuant to California Code of Civil Procedure section 1010.6(e)(1), after having previously confirmed these email addresses by email pursuant to California Code of Civil Procedure section 1010.6(e)(1). No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

*Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE*

PETER J. HIRSIG
MARIA ZHURNALOVA-JUPPUNOV
DANIEL R. MAYER
**MCNAMARA, AMBACHER, WHEELER, HIRSIG&GRAY LLP**
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile: (707) 427-0268
maria.zhurnalova-juppunov@mcnamaralaw.com
peter.hirsig@mcnamaralaw.com
daniel.mayer@mcnamaralaw.com
tami.martin@mcnamaralaw.com
liesl.swartwood@mcnamaralaw.com
HHammond@mcnamaralaw.com

*Attorney for Defendants Kevin Kuich and Joe A. Lizarraga:*
David W. Tyra
Alec D. Tyra
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Tel: (916) 321-4500
Fax: (916) 321-4555
dtyra@kmtg.com
atyra@kmtg.com

*Attorneys for Defendants Eric Bradley:*

Jennifer Nygaard
**California Dept. of Justice**
**Office of the Attorney General**
1515 Clay Street, 20th Floor
Oakland, CA 94612
Phone: 510-879-0802
Fax: 510-622-2270
jennifer.nygaard@doj.ca.gov
jay.goldman@doj.ca.gov
lucille.santos@doj.ca.gov

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the US Postal Service that same day in the ordinary course of business. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed December 15, 2025, at Walnut Creek, California.

_____
Christina Summers