McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ASMAN, et al.,<br><br>　　　　Defendants. | Case No.: 2:20-CV-0195 KJM CKD<br><br>**AMENDED DEFENDANTS' MID-DISCOVERY STATEMENT PURSUANT TO COURT ORDER ECF NO. 446** |

   Defendants Bradley, Lizarraga, Kuich, Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Waine ("Defendants") hereby submit to the Court the following Mid-Discovery Statement pursuant to the Court Order issued on August 25, 2025, ECF No. 466.

   The parties are working to complete written party discovery and written discovery to non-parties and related motions. (See ECF 452-453.) The parties are meeting and conferring in scheduling depositions. Defendants completed one non-party inmate deposition and have set two

---

[1] Defendants attempted to file this as a joint statement. Defendants emailed a draft joint statement to Plaintiffs on December 10, 2025, but have received no response.

Amended Defendants' Mid-Discovery Statement Pursuant To Court Order ECF No. 446
Case No.: 2:20-CV-0195-KJM-CKD

more depositions for December 23, 2025 and January 20, 2026. Defendants intend to notice the depositions of plaintiffs and plaintiffs' witnesses in January and February 2026. Plaintiffs have advised of their intention to notice depositions of defendants.

Defendants do not identify any current issues preventing discovery from proceeding in a timely manner pursuant to the deadlines set forth in the Amended Scheduling Order (ECF 446.)

Respectfully submitted,

Dated: December 12, 2025         CALIFORNIA DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL

By: _____
Jennifer Nygaard
Attorneys for Defendant
ERIC BRADLEY

Dated: December 12, 2025         KRONICK MOSKOVITZ TIEDEMANN & GIRARD

By: _____
Alec D. Tyra
Attorneys for Defendants
JOE A. LIZARRAGA, KEVIN KUICH

Dated: December 12, 2025         MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: _____
Peter J. Hirsig
Daniel R. Mayer
Maria Zhurnalova-Juppunov
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TEBROCK, TOCHE, and WAINE