ELISE R. SANGUINETTI (SBN: 191389)
JAMIE G. GOLDSTEIN (SBN: 302479)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
elise@aswtlawyers.com
jamie@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

*Attorneys for Plaintiffs*
SCHMITZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>-vs.-<br><br>ADAM ASMAN, et al.,<br><br>Defendants. | Case No.: 2:20-CV-00195-JAM-CKD<br><br>*Hon. John A. Mendez; Chief Magistrate Judge Carolyn K. Delaney*<br><br>**JOINT STATUS REPORT AS TO STATUS OF PROTECTIVE ORDER AS TO THIRD PARTY SUBPOENAS** |

Plaintiffs Estate of William Schmitz, deceased, by and through Thomas J. Schmitz and Dianne Mallia, as Successors in Interest; Thomas Schmitz, Individually; and Dianne Mallia (collectively "Plaintiffs"), and Defendants Lizarraga, Kuich, Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan, Ponciano, Ramkumar, Rekart, Robinson, Rudas, M. Smith, C. Smith, Tebrock, Toche, and Waine, (collectively "Defendants") hereby submit to the Court the following Joint Status Report:

Plaintiffs' counsel has been meeting and conferring with Gabrielle Nield, counsel handling the third-party subpoenas and attempting to limit certain searches based on the recently received records

1  in response to Dr. Golding's subpoena. The Golding subpoenaed records were received in September
2  2025 with additional records received in early January 2026. Plaintiffs' counsel is meeting and
3  conferring with counsel to determine search parameters used for Dr. Golding's emails to reduce the
4  number of documents required to be retrieved and ultimately reviewed related to the third-party
5  subpoenas. Plaintiffs' counsel is also working with Ms. Nield in an attempt to narrow certain requests.
6  Ms. Nield, however, has advised that she will no longer be counsel for the third parties starting in or
7  around mid-February 2026. New counsel has not been determined at this time, per Ms. Nield.

8       Given the current status, new counsel for the third party will likely result in a delay of the
9  documents being retrieved and reviewed, especially given new counsel has not been identified yet. The
10 Parties have been working at the same time to schedule numerous depositions including 9 depositions
11 already scheduled to occur by end of March with three more depositions in the process. Plaintiffs intend
12 to seek noticing of an additional 15 or more given the number of parties remaining in the case as well
13 as third party witnesses. Given the change in counsel for the third parties, and the deposition scheduling,
14 the Parties are meeting and conferring regarding a joint request to continue all deadlines so that the
15 remaining discovery can be accomplished.

16 Dated: January 23, 2026       **ARIAS SANGUINETTI WANG & TEAM LLP**

18                               By: _____
                                     ELISE R. SANGUINETTI
19                                   JAMIE G. GOLDSTEIN
                                     *Attorneys for Plaintiffs*

21 Dated: January 23, 2026       **MCNAMARA, AMBACHER, WHEELER,
                                 HIRSIG & GRAY LLP**

23                               By: /s/ Maria Zhurnalova-Juppunov
                                     PETER J. HIRSIG
24                                   MARIA ZHURNALOVA-JUPPUNOV
                                     DANIEL R. MAYER

26                               *Defendants ADAMS, ANDALUZ, ASHE, ASMAN,
                                 BRANMAN, BRIZENDINE, BROCKENBOROGH,
                                 CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON,
27                               R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR,
                                 REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH,
28                               TEBROCK, TOCHE, and WAINE*

1  |  I, Jamie G. Goldstein, attest that concurrence in the filing of this document has been obtained from the other signatories.

_____
Jamie G. Goldstein

# PROOF OF SERVICE
**Schmitz, et al. v. Adam Asman, et al.**
USDC Eastern - Case No: 34-2022-00327504-CU-PO-GDS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On January 23, 2026, I served the within documents from the email christina@aswtlawyers.com:

**JOINT STATUS REPORT AS TO STATUS OF PROTECTIVE ORDER AS TO THIRD PARTY SUBPOENAS**

(x) ONLY BY ELECTRONIC TRANSMISSION: By emailing the document(s) to the persons at the email addresses listed herein, pursuant to California Code of Civil Procedure section 1010.6(e)(1), after having previously confirmed these email addresses by email pursuant to California Code of Civil Procedure section 1010.6(e)(1). No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

*Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE*

PETER J. HIRSIG
MARIA ZHURNALOVA-JUPPUNOV
DANIEL R. MAYER
**MCNAMARA, AMBACHER, WHEELER, HIRSIG&GRAY LLP**
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile: (707) 427-0268
maria.zhurnalova-juppunov@mcnamaralaw.com
peter.hirsig@mcnamaralaw.com
daniel.mayer@mcnamaralaw.com
tami.martin@mcnamaralaw.com
liesl.swartwood@mcnamaralaw.com
HHammond@mcnamaralaw.com

*Attorney for Defendants Kevin Kuich and Joe A. Lizarraga:*
David W. Tyra
Alec D. Tyra
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Tel: (916) 321-4500
Fax: (916) 321-4555
dtyra@kmtg.com
atyra@kmtg.com

*Attorneys for Defendants Eric Bradley:*

Jennifer Nygaard
**California Dept. of Justice**
**Office of the Attorney General**
1515 Clay Street, 20th Floor
Oakland, CA 94612
Phone: 510-879-0802
Fax: 510-622-2270
jennifer.nygaard@doj.ca.gov
jay.goldman@doj.ca.gov
lucille.santos@doj.ca.gov

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the US Postal Service that same day in the ordinary course of business. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed January 23, 2026, at Walnut Creek, California.

_____
Christina Summers