ELISE R. SANGUINETTI (SBN: 191389)
JAMIE G. GOLDSTEIN (SBN: 302479)
KELSEY L. CAMPBELL (SBN: 324015)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
elise@aswtlawyers.com
jamie@aswtlawyers.com
kelsey@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

Attorneys for Plaintiffs
SCHMITZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually, <br><br> Plaintiffs, <br><br> -vs.- <br><br> ADAM ASMAN, et al., <br><br> Defendants. | Case No.: 2:20-CV-00195-JAM-CKD <br><br> *Hon. John A. Mendez; Chief Magistrate Judge Carolyn K. Delaney* <br><br><br> **DECLARATION OF JAMIE G. GOLDSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER** |

I, JAMIE G. GOLDSTEIN, declare:

1.      I am a partner with the Law Firm Arias Sanguinetti Wang & Team LLP, counsel for Plaintiffs Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually (hereinafter, collectively "Plaintiffs") in this matter.

2.      New counsel for Plaintiffs, Jamie Goldstein of Arias Sanguinetti Wang & Team LLP, filed her appearance in this matter on July 16, 2025 (ECF 443, filed July 16, 2025). Since that time,

-1-
**DECLARATION OF JAMIE G. GOLDSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs' counsel has been diligently participating in discovery in this matter, including meeting and conferring with defendants concerning the third-party subpoenas that this Court is aware of. While meet and confer efforts between the parties on the subject matter of these third-party subpoenas has been fruitful, the parties have experienced a delay due to new counsel for the subpoenaed third parties entering the case. Former counsel retired in February 2026, and new counsel was substituted in shortly thereafter. While the parties had come to close to finalizing an agreement on the subpoenas, that could not be accomplished along with the production prior to the change of counsel.

3. An agreement was reached on the scope of the subpoenas on March 6, 2026. On March 8, 2026, counsel for the third parties, Deann Rivard of Burke, Williams & Sorensen LLP, advised she would need approximately 60 to 90 days to provide the production. Specifically, she advised that she anticipated needing an additional 30 to 60 days from the April 9, 2026, discovery deadline. Once the documents are received, Plaintiffs' counsel anticipates needing an additional 60 days to review and schedule depositions given it is unknown what will be produced or who may or may not need to be deposed at that time, as well as the availability of witnesses and counsel.

4. While Plaintiffs' counsel has only recently appeared in this matter, from a review of the docket it appears that the scheduling order in this case has been modified approximately three times to date. Plaintiffs' counsel participated in a stipulation for the last modification of the scheduling order requested in August 2025, which was entered into shortly after appearing in the case. At this juncture, Plaintiffs' counsel is fully familiar with the case and is working diligently to move the case forward. Several depositions have been taken, and additional depositions are scheduled throughout March and early April.

5. Prior to the filing of this motion, Plaintiff's counsel met and conferred extensively with defense counsel, and they would not agree to moving the scheduling deadlines. Meet and confer consisted of more than one conversation over Zoom, with the last one occurring in the week prior to this filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 11, 2026, at Walnut Creek, California.

_____
Jamie G. Goldstein

-2-

**DECLARATION OF JAMIE G. GOLDSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

**PROOF OF SERVICE**
**Schmitz, et al. v. Adam Asman, et al.**
USDC Eastern - Case No: 34-2022-00327504-CU-PO-GDS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On March 11, 2026, I served the within document(s):

**DECLARATION OF JAMIE G. GOLDSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

I, Christina Summers, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and an email will be sent to those indicated as non-registered participants from christina@aswtlawyers.com.

| | |
|---|---|
| ***Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE*** | ***Attorney for Defendants Kevin Kuich and Joe A. Lizarraga:*** |
| | David W. Tyra |
| | Alec D. Tyra |
| | **KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD** |
| | A Professional Corporation |
| | 1331 Garden Hwy, 2nd Floor |
| PETER J. HIRSIG | Sacramento, CA 95833 |
| MARIA ZHURNALOVA-JUPPUNOV | Tel: (916) 321-4500 |
| DANIEL R. MAYER | Fax: (916) 321-4555 |
| **MCNAMARA, AMBACHER, WHEELER, HIRSIG&GRAY LLP** | dtyra@kmtg.com |
| 639 Kentucky Street | atyra@kmtg.com |
| Fairfield, CA 94533 | |
| Telephone: (707) 427-3998 | ***Attorneys for Defendants Eric Bradley:*** |
| Facsimile: (707) 427-0268 | |
| maria.zhurnalova-juppunov@mcnamaralaw.com | Jennifer Nygaard |
| peter.hirsig@mcnamaralaw.com | **California Dept. of Justice** |
| daniel.mayer@mcnamaralaw.com | **Office of the Attorney General** |
| tami.martin@mcnamaralaw.com | 1515 Clay Street, 20th Floor |
| liesl.swartwood@mcnamaralaw.com | Oakland, CA 94612 |
| HHammond@mcnamaralaw.com | Phone: 510-879-0802 |
| | Fax: 510-622-2270 |
| | jennifer.nygaard@doj.ca.gov |
| | jay.goldman@doj.ca.gov |
| | lucille.santos@doj.ca.gov |

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the US Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed March 11, 2026, at Walnut Creek, California.

_____
Christina Summers

**PROOF OF SERVICE**