ELISE R. SANGUINETTI (SBN: 191389)
JAMIE G. GOLDSTEIN (SBN: 302479)
KELSEY L. CAMPBELL (SBN: 324015)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
elise@aswtlawyers.com
jamie@aswtlawyers.com
kelsey@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

Attorneys for Plaintiffs
SCHMITZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>    Plaintiffs,<br><br>    -vs.-<br><br>ADAM ASMAN, et al.,<br><br>    Defendants. | Case No.: 2:20-CV-00195-JAM-CKD<br><br>*Hon. John A. Mendez; Chief Magistrate Judge Carolyn K. Delaney*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER** |

///

///

///

///

///

///

///

-1-
**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

Upon review of the moving papers, any opposition filed there, and Good Cause Appearing, the Court hereby modifies the scheduling order of this case as follows:

| Matter | Currently Existing Deadline ( ECF 446) | New Deadline |
|---|---|---|
| Completion of Fact Discovery | April 9, 2026 | August 7, 2026 |
| Initial Disclosure of Experts and Reports | June 9, 2026 | October 16, 2026 |
| Disclosure of Rebuttal Experts with Reports | July 9, 2026 | November 16, 2026 |
| Completion of Expert Discovery | September 9, 2026 | January 8, 2027 |
| Dispositive Motions | Filed by November 20, 2026<br><br>And noticed for hearing before Judge Calabretta on January 7, 2027 at 1:30 p.m. | March 12, 2027<br><br>And noticed for hearing before Judge Calabretta on _____ at 1:30 p.m. |
| Final Pre-Trial Conference | April 22, 2027<br>1:30 p.m.<br><br>With Joint Pretrial Statement Due 7 days before conference. | No modification requested. |
| Jury Trial | June 21, 2027<br>8:30 a.m. | No modification requested. |

IT IS SO ORDERED.

_____
Hon. Daniel J. Calabretta
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER

**PROOF OF SERVICE**
**Schmitz, et al. v. Adam Asman, et al.**
USDC Eastern - Case No: 34-2022-00327504-CU-PO-GDS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On March 11, 2026, I served the within documents from the email christina@aswtlawyers.com:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

I, Christina Summers, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and an email will be sent to those indicated as non-registered participants from christina@aswtlawyers.com.

*Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE*

PETER J. HIRSIG
MARIA ZHURNALOVA-JUPPUNOV
DANIEL R. MAYER
**MCNAMARA, AMBACHER, WHEELER, HIRSIG&GRAY LLP**
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile: (707) 427-0268
maria.zhurnalova-juppunov@mcnamaralaw.com
peter.hirsig@mcnamaralaw.com
daniel.mayer@mcnamaralaw.com
tami.martin@mcnamaralaw.com
liesl.swartwood@mcnamaralaw.com
HHammond@mcnamaralaw.com

*Attorney for Defendants Kevin Kuich and Joe A. Lizarraga:*
David W. Tyra
Alec D. Tyra
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Tel: (916) 321-4500
Fax: (916) 321-4555
dtyra@kmtg.com
atyra@kmtg.com

*Attorneys for Defendants Eric Bradley:*

Jennifer Nygaard
**California Dept. of Justice**
**Office of the Attorney General**
1515 Clay Street, 20th Floor
Oakland, CA 94612
Phone: 510-879-0802
Fax: 510-622-2270
jennifer.nygaard@doj.ca.gov
jay.goldman@doj.ca.gov
lucille.santos@doj.ca.gov

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the US Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed March 11, 2026, at Walnut Creek, California.

_____
Christina Summers