PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

*Attorneys for Defendants*
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE and WANIE


ROB BONTA (STATE BAR NO. 202668)
ATTORNEY GENERAL OF CALIFORNIA
JAY M. GOLDMAN (STATE BAR NO. 168141)
SUPERVISING DEPUTY ATTORNEY GENERAL
JENNIFER J. NYGAARD (State Bar No. 229494)
Deputy Attorney General
Jennifer.Nygaard@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone:  (510) 879-0802
Fax:  (510) 622-2270

*Attorneys for Defendant Bradley*

DAVID W. TYRA (State Bar No. 116218)
dtyra@kmtg.com
ALEC D. TYRA (State Bar No. 339922)
atyra@kmtg.com
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Telephone:  (916) 321-4500

*Attorneys for Defendants Joseph A. Lizarraga and Kevin Kuich*


///

///

///

Defts' Joint Resp. to Plts' Mtn to Modify [Doc 466]
Case No.:  2:20-cv-0195-DJC-CKD (PS)

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE:  (707) 427-3998

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ADAM ASMAN, et al;,<br><br>            Defendants. | Case No. 2:20-CV-0195 DJC CKD (PS)<br><br>**DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS'MOTION TO MODIFY SCHEDULING ORDER [ECF 446]**<br><br>Action Filed:   1/27/2020 |

Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIPSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TEBROCK, TOCHE, WANIE, BRADLEY, LIZARRAGA, and KUICH hereby submit the following response to Plaintiffs' Motion to Modify the Scheduling Order.

Defendants are not opposed to modification of the current Scheduling Order to complete outstanding written discovery and any depositions that are reasonably related to relevant documents obtained through such discovery.

However, Plaintiffs have shown no good cause to extend the fact discovery cut off for the purposes of propounding new written discovery or new subpoenas to third parties. The parties have engaged in extensive written discovery and defendants have produced several thousand documents over the years this action has been actively litigated. (Declaration of Zhurnalova-Juppunov, ¶ 2.) Therefore, Defendants request that should the Court be inclined to modify the Scheduling Order, that the Court order that no new written discovery be propounded unless per stipulation of the parties or further leave of Court.

///

///

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

Defendants further request that any new depositions to be noticed in the extended discovery cut off be limited to those depositions the parties are already meeting and conferring on and to witnesses whose testimony is reasonably related to information from newly obtained documents, absent stipulation of the parties or leave of Court. Plaintiffs have shown no good cause as to the need to extend the discovery cut-off as to any other depositions. The parties have completed the depositions of plaintiff Mallia, inmate witnesses Frost, Mason, and Simmons, and plaintiffs' witnesses Rose Swift, Joseph Schmitz, Thomas F. Schmitz, and Elisabeth Aguirre. The parties are meeting and conferring on the deposition of plaintiff Thomas Schmitz, which was noticed, and then taken off calendar based on his counsel's representation that he is not competent to testify at deposition. The parties have also been meeting and conferring as to dates for the deposition of Dr. Golding. Plaintiffs have noticed the depositions of the following defendants: Officer Asman, Officer Bradley, Dr. Andaluz, Dr. M. Smith, Branman LSCW, and Wanie LSCW. Ms. Wanie's deposition is being rescheduled due to her undergoing surgery on 3/13/2026. (Declaration of Zhurnalova-Juppunov, ¶ 3.)

Defendants further request that should the Court be inclined to grant the request to modify the Scheduling Order, that all deadlines including the deadlines for the pre-trial conference and trial, be extended by four months respectively. The proposed new scheduling order by plaintiffs, sets the pre-trial conference a month after the deadline to file and serve dispositive motions. Given the number of defendants and anticipated motions for summary judgments to be filed, and the heavy docket of the Court, it is unlikely that the Court would have heard and issued a ruling on the dispositive motions prior to the pretrial conference or the trial date. This would cause needless expenditure of time and resources to prepare for trial regarding claims and/or defendants that may be dismissed with the ruling of the Court on the dispositive motions. Therefore, defendants request that if the Court is inclined to grant a modification of the scheduling order, that the final pre-trial conference be set for August 23, 2027 and that trial be set for October 25, 2027.

///

///

///

Respectfully submitted,

Dated:  March 17, 2026          McNAMARA, AMBACHER, WHEELER,
                                HIRSIG & GRAY LLP


                                By: ___/s/ Maria Zhurnalova-Juppunov___
                                    Peter J. Hirsig
                                    Daniel R. Mayer
                                    Maria Zhurnalova-Juppunov
                                    Attorneys for Defendants
                                    ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
                                    BRIZENDINE, BROCKENBOROGH, CEBALLOS,
                                    DIAZ, GIBSON, HEATLEY, J. JOHNSON, R.
                                    JOHNSON, KERNAN, LEIDNER, PONCIANO,
                                    RAMKUMAR, REKART, ROBINSON, RUDAS, M.
                                    SMITH, C. SMITH, TIEBROCK, TOCHE and WANIE

Dated:  March 17, 2026          CALIFORNIA DEPARTMENT OF JUSTICE OFFICE OF THE
                                ATTORNEY GENERAL


                                By: ___/s/ Jennifer Nygaard___
                                    Jennifer Nygaard
                                    Attorneys for Defendant
                                    ERIC BRADLEY

Dated:  March 17, 2026          KRONICK MOSKOVITZ TIEDEMANN & GIRARD


                                By: ___/s/ Alec D. Tyra___
                                    Alec D. Tyra
                                    Attorneys for Defendants
                                    JOE A. LIZARRAGA, KEVIN KUICH