PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ,
GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN,
PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS,
M. SMITH, C. SMITH, TIEBROCK, TOCHE and WANIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Estate of WILLIAM SCHMITZ, deceased,
by and through THOMAS J. SCHMITZ
and DIANNE MALLIA, as Successors in
Interest; THOMAS SCHMITZ,
Individually; and DIANNE MALLIA,
Individually,

        Plaintiffs,

      vs.

ADAM ASMAN, et al;,

        Defendants.

Case No. 2:20-CV-0195 DJC CKD (PS)

**DECLARATION OF MARIA ZHURNALOVA-JUPPUNOV IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS'MOTION TO MODIFY SCHEDULING ORDER [ECF 446]**

Action Filed:   1/27/2020

    I, Maria Zhurnalova-Juppunov,

    1.    I am an attorney duly licensed to practice law before all courts in the State of California, and I am a partner in the law firm of McNamara, Ambacher, Wheeler, Hirsig & Gray LLP, attorneys of record for the California Department of Corrections and Rehabilitation and for defendants Adams, Andaluz, Ashe, Asman, Branman, Brizendine, Brockenborogh, Ceballos, Diaz, Gibson, Heatley, J. Johnson, R. Johnson, Kernan,  Ponciano, Ramkumar, Rekart, Robinson, Rudas,

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

M. Smith, C. Smith, Tiebrock, Toche and Wanie in the above-captioned action.

2. The parties have engaged in extensive written discovery and defendants have produced several thousand documents over the years this action has been actively litigated since 2020.

3. The parties have completed the depositions of plaintiff Mallia, inmate witnesses Frost, Mason, and Simmons, and plaintiffs' witnesses Rose Swift, Joseph Schmitz, Thomas F. Schmitz, and Elisabeth Aguirre. The parties are meeting and conferring on the deposition of plaintiff Thomas Schmitz, which was noticed, and then taken off calendar based on his counsel's representation that he is not competent to testify at deposition. The parties have also been meeting and conferring as to dates for the deposition of Dr. Golding. Plaintiffs have noticed the depositions of the following defendants: Officer Asman, Officer Bradley, Dr. Andaluz, Dr. M. Smith, Branman LSCW, and Wanie LSCW. Ms. Wanie's deposition is being rescheduled due to her undergoing surgery on 3/13/2026.

4. The operative pleading asserts several causes of action against multiple defendants, and I anticipate that defendants would be filing several motions for summary judgment/partial summary judgment on behalf of different defendants/or groups of defendants.

I declare under penalty of perjury of the laws of California that the foregoing is true and correct and that this Declaration was executed on the 17th day of March 2026 in Pleasant Hill, California.

_____/s/ Maria Zhurnalova-Juppunov_____
Maria Zhurnalova-Juppunov

Defts' Joint Resp. to Plts' Mtn to Modify [Doc 466]        2
Case No.: 2:20-cv-0195-DJC-CKD (PS)