JAMIE G. GOLDSTEIN (SBN: 302479)
KELSEY L. CAMPBELL (SBN: 324015)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
jamie@aswtlawyers.com
kelsey@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

Attorneys for Plaintiffs
SCHMITZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM ASMAN, et al.,<br><br>Defendants. | Case No.: 2:20-CV-00195-DJC-CKD<br><br>**DECLARATION OF JAMIE G. GOLDSTEIN IN SUPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFFS** |

**DECLARATION OF JAMIE G. GOLDSTEIN**

I, Jamie G. Goldstein, state:

1. I am an attorney of record for the plaintiffs in the above-captioned matter and am a partner with the law firm Arias Sanguinetti Wang and Team LLP. If called upon, I can and will testify to the following of my own personal knowledge.

2. I have become aware of an incurable conflict of interest which necessitates my firm's withdrawal from this case as we cannot continue to carry out the representation of Plaintiffs effectively.

3. During the course of depositions, my office discovered an incurable conflict of interest impeding our ability to continue representing Plaintiffs in this action. The conflict involved the fact that attorneys in Arias Sanguinetti Wang & Team, LLP's Southern California office are representing one of the named Defendants in the Schmitz action as a Plaintiff in an unrelated mass civil action. My office informed Plaintiffs of the previously unknown conflict of interest, providing Plaintiffs with an opportunity to seek other counsel. As Plaintiffs are currently in the process of seeking new counsel, Plaintiffs' counsel has reached the point where we can no longer continue representation and must seek the Court's permission to withdraw.

4. On July 17, 2026, my office notified the plaintiffs that as a result of the conflict, my office would be filing a motion for leave to withdraw as counsel in this case.

5. My office has arranged for a true and correct copy of the entirety of the Motion to Be Relieved as Counsel to be emailed this same date to Plaintiffs at the email addresses that we have used to maintain regular correspondence through the present date.

6. My office further advised both defense counsel of this motion via email on July 17, 2026, and while responses were only received from one office, Plaintiffs do not anticipate any opposition will be filed by any defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of July 2026, at Walnut Creek, California.

*/s/ Jamie G. Goldstein*
Jamie G. Goldstein

**PROOF OF SERVICE**

**Schmitz, et al. v. Adam Asman, et al.**

USDC Eastern District of California - Case No: 2:20-CV-00195-DJC-CKD

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On July 20, 2026, I served the within documents from the email assal@aswtlawyers.com:

**DECLARATION OF JAMIE GOLDSTEIN IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**

(x) ONLY BY ELECTRONIC TRANSMISSION: By emailing the document(s) to the persons at the email addresses listed herein, after having previously confirmed the service email addresses with counsel. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

***Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE***

PETER J. HIRSIG
MARIA ZHURNALOVA-JUPPUNOV
DANIEL R. MAYER
**MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP**
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile: (707) 427-0268
maria.zhurnalova-juppunov@mcnamaralaw.com
peter.hirsig@mcnamaralaw.com
daniel.mayer@mcnamaralaw.com
tami.martin@mcnamaralaw.com
liesl.swartwood@mcnamaralaw.com
HHammond@mcnamaralaw.com

***Attorney for Defendants Kevin Kuich and Joe A. Lizarraga:***
David W. Tyra
Alec D. Tyra
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Tel: (916) 321-4500
Fax: (916) 321-4555
dtyra@kmtg.com
atyra@kmtg.com

**Plaintiffs Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually**

deedamallia@gmail.com
thomas.f.schmitz@gmail.com
s5jschmitz@yahoo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed July 20, 2026, at Walnut Creek, California.

*/s/ Assal Badrkhani*