JAMIE G. GOLDSTEIN (SBN: 302479)
KELSEY L. CAMPBELL (SBN: 324015)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
jamie@aswtlawyers.com
kelsey@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

Attorneys for Plaintiffs
SCHMITZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM ASMAN, et al.,<br><br>Defendants. | Case No.: 2:20-CV-00195-DJC-CKD<br><br>**[PROPOSED] ORDER RE MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFFS** |

**ORDER**

**UPON REVIEW OF THE MOVING PAPERS, AND ANY OPPOSITION THERETO, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT** Plaintiffs' counsel Jamie Goldstein, Kelsey Campbell, and the law firm of Arias Sanguinetti Wang & Team LLP are relieved as counsel for Plaintiffs in this case.

**IT IS FURTHER ORDERED THAT** there will be a 120-day stay in the action to allow Plaintiffs to retain new counsel.

Dated: ________________, 2026

______________________________
U.S. DISTRICT COURT JUDGE

**PROOF OF SERVICE**

**Schmitz, et al. v. Adam Asman, et al.**

USDC Eastern District of California - Case No: 2:20-CV-00195-DJC-CKD

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On July 20, 2026, I served the within documents from the email assal@aswtlawyers.com:

**PROPOSED ORDER RE MOTION TO BE RELIEVED AS COUNSEL**

(x) ONLY BY ELECTRONIC TRANSMISSION: By emailing the document(s) to the persons at the email addresses listed herein, after having previously confirmed the service email addresses with counsel. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

***Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE***

PETER J. HIRSIG
MARIA ZHURNALOVA-JUPPUNOV
DANIEL R. MAYER
**MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP**
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile: (707) 427-0268
maria.zhurnalova-juppunov@mcnamaralaw.com
peter.hirsig@mcnamaralaw.com
daniel.mayer@mcnamaralaw.com
tami.martin@mcnamaralaw.com
liesl.swartwood@mcnamaralaw.com
HHammond@mcnamaralaw.com

***Attorney for Defendants Kevin Kuich and Joe A. Lizarraga:***

David W. Tyra
Alec D. Tyra
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Tel: (916) 321-4500
Fax: (916) 321-4555
dtyra@kmtg.com
atyra@kmtg.com

**Plaintiffs Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually**

deedamallia@gmail.com
thomas.f.schmitz@gmail.com
s5jschmitz@yahoo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed July 20, 2026, at Walnut Creek, California.

*/s/ Assal Badrkhani*