JAMIE G. GOLDSTEIN (SBN: 302479)
KELSEY L. CAMPBELL (SBN: 324015)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
jamie@aswtlawyers.com
kelsey@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

Attorneys for Plaintiffs
SCHMITZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>        Plaintiffs,<br><br>    v.<br><br>ADAM ASMAN, et al.,<br><br>        Defendants. | Case No.: 2:20-CV-00195-DJC-CKD<br><br>**DECLARATION OF JAMIE G. GOLDSTEIN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER STAYING DISCOVERY** |

**DECLARATION OF JAMIE G. GOLDSTEIN IN SUPPORT OF EX PARTE APPLICATION**

## DECLARATION OF JAMIE G. GOLDSTEIN

I, Jamie G. Goldstein, state:

1.      I am the current attorney of record for the plaintiffs in the above-captioned matter and am a partner with the law firm Arias Sanguinetti Wang and Team LLP.  I have personal knowledge of the facts set forth below.  If called upon, I can and will testify to the following of my own personal knowledge.

2.      On July 20, 2026, I filed a Motion to Be Relieved of Counsel.  The hearing on the Motion is set for September 10, 2026. After Plaintiffs' counsel appeared in the matter, the parties moved forward with discovery working on several subpoena and witness issues. Plaintiffs and several family members were deposed. Several Defendant depositions were scheduled in order to mediate the matter. Ultimately, mediation was unsuccessful, and due to the conflict Plaintiffs' counsel has, no further discovery has been conducted and cannot be conducted pending the motion to withdraw and while Plaintiffs obtain new counsel. Subject to an agreement by the parties, the parties attended private mediation on May 29, 2026.  Despite best efforts, the case was not resolved on that day or thereafter.

3.      Based on the current scheduling order (ECF 475), fact discovery closes on August 7, 2026, and disclosure of experts and reports is on October 16, 2026.  I am bringing this application *ex parte* given the rapidly approaching deadlines in the current scheduling order.  A noticed motion on the court's calendar would not be heard until after discovery is already closed per the current scheduling order, thereby prejudicing Plaintiffs while the Motion to Be Relieved of Counsel is pending.

4.      The parties have met and conferred concerning Plaintiff's request. While all parties are generally in agreement that there should be a stay on discovery of 180 days, the parties will seek the court's assistance on determining the scope of discovery once the requested stay is ultimately lifted. The parties request further guidance from the court on this issue on September 10, 2026, at the hearing on Plaintiff's motion to withdraw.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of July 2026, at Walnut Creek, California.

*/s/ Jamie G. Goldstein*
Jamie G. Goldstein

-2-
**DECLARATION OF JAMIE G. GOLDSTEIN IN SUPPORT OF EX PARTE APPLICATION**

**PROOF OF SERVICE**

*Schmitz, et al. v. Adam Asman, et al.*

USDC Eastern District of California - Case No: 2:20-CV-00195-DJC-CKD

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On July 24, 2026, I served the within documents from the email assal@aswtlawyers.com:

**DECLARATION OF JAMIE GOLDSTEIN IN SUPPORT OF
EX PARTE APPLICATION FOR ORDER STAYING DISCOVERY**

(x) ONLY BY ELECTRONIC TRANSMISSION: By emailing the document(s) to the persons at the email addresses listed herein, after having previously confirmed the service email addresses with counsel. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

*Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE*

PETER J. HIRSIG
DANIEL R. MAYER
MARIA ZHURNALOVA-JUPPUNOV
**MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP**
639 Kentucky Street
Fairfield, CA 94533
Tel: (707) 427-3998
Fax: (707) 427-0268
peter.hirsig@mcnamaralaw.com
daniel.mayer@mcnamaralaw.com
maria.zhurnalova-juppunov@mcnamaralaw.com
tami.martin@mcnamaralaw.com
liesl.swartwood@mcnamaralaw.com
HHammond@mcnamaralaw.com

*Attorney for Defendants Kevin Kuich and Joe A. Lizarraga:*
David W. Tyra
Alec D. Tyra
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Tel: (916) 321-4500
Fax: (916) 321-4555
dtyra@kmtg.com
atyra@kmtg.com

**Plaintiffs Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually**

deedamallia@gmail.com
thomas.f.schmitz@gmail.com
s5jschmitz@yahoo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed July 24, 2026, at Walnut Creek, California.

*/s/ Assal Badrkhani*

-3-
**PROOF OF SERVICE**