JAMIE G. GOLDSTEIN (SBN: 302479)
KELSEY L. CAMPBELL (SBN: 324015)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
jamie@aswtlawyers.com
kelsey@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

Attorneys for Plaintiffs
SCHMITZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> ADAM ASMAN, et al., <br><br> Defendants. | Case No.: 2:20-CV-00195-DJC-CKD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER STAYING DISCOVERY** |

Having reviewed Plaintiffs' *ex parte* application for an order staying discovery while Plaintiffs obtain new counsel, and good cause appearing thereof, the Court finds that Plaintiffs' application is hereby GRANTED and discovery is stayed for 180 days until _____.

**IT IS SO ORDERED.**

Dated: _____

HON. DANIEL J. CALABRETTA

**PROOF OF SERVICE**
*Schmitz, et al. v. Adam Asman, et al.*
USDC Eastern District of California - Case No: 2:20-CV-00195-DJC-CKD

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2033 N Main Street, Suite 1000, Walnut Creek, CA 94596. On July 24, 2026, I served the within documents from the email assal@aswtlawyers.com:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER STAYING DISCOVERY**

(x) ONLY BY ELECTRONIC TRANSMISSION: By emailing the document(s) to the persons at the email addresses listed herein, after having previously confirmed the service email addresses with counsel.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

*Attorneys for Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BRIZENDINE, BROCKENBOROGH, CEBALLOS, DIAZ, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, KERNAN, PONCIANO, RAMKUMAR, REKART, ROBINSON, RUDAS, M. SMITH, C. SMITH, TIEBROCK, TOCHE, and WAINE*

PETER J. HIRSIG
DANIEL R. MAYER
MARIA ZHURNALOVA-JUPPUNOV
**MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP**
639 Kentucky Street
Fairfield, CA 94533
Tel: (707) 427-3998
Fax: (707) 427-0268
peter.hirsig@mcnamaralaw.com
daniel.mayer@mcnamaralaw.com
maria.zhurnalova-juppunov@mcnamaralaw.com
tami.martin@mcnamaralaw.com
liesl.swartwood@mcnamaralaw.com
HHammond@mcnamaralaw.com

*Attorney for Defendants Kevin Kuich and Joe A. Lizarraga:*
David W. Tyra
Alec D. Tyra
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Tel: (916) 321-4500
Fax: (916) 321-4555
dtyra@kmtg.com
atyra@kmtg.com

**Plaintiffs Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually**

deedamallia@gmail.com
thomas.f.schmitz@gmail.com
s5jschmitz@yahoo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed July 24, 2026, at Walnut Creek, California.

*/s/ Assal Badrkhani*

**PROOF OF SERVICE**