PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BROCKENBOROGH, GIBSON, J. JOHNSON, R. JOHNSON,
PONCIANO, RAMKUMAR, ROBINSON, RUDAS, M.
SMITH, C. SMITH, TOCHE, and WAINE

DAVID W. TYRA (State Bar No. 116218)
dtyra@kmtg.com
ALEC D. TYRA (State Bar No. 339922)
atyra@kmtg.com
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Telephone: (916) 321-4500
Attorneys for Defendant JOSEPH A. LIZARRAGA

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE:  (707) 427-3998

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ASMAN, et al.,<br><br>Defendants. | Case No.: 2:20-CV-0195 KJM CKD<br><br>**DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION FOR ORDER STAYING DISCOVERY [ECF 483]** |

Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,  BROCKENBOROGH,

GIBSON, J. JOHNSON, R. JOHNSON, PONCIANO, RAMKUMAR, ROBINSON, RUDAS, M.

SMITH, C. SMITH, TOCHE, WANIE, and LIZARRAGA hereby submit the following response to Plaintiffs' *Ex Parte* Application for Stay of Discovery.

Defendants do not oppose a stay of discovery for 180 calendar days total from the date the Court issues an order on the *Ex Parte* Application, provided that the 180-day stay includes the 120-day period requested in plaintiffs' counsel's motion to withdraw [ECF 481]. That is to say, no more than 180 days under any circumstances, and certainly not 300 days. Defendants agree only to a stay that preserves the status quo regarding the scope of remaining permissible discovery. Defendants submit that the scope of fact discovery that remains open has already been decided by the Court's Ruling on Plaintiffs' Motion to Modify the Scheduling Order [ECF 475].

In this regard, Defendants respectfully request that if the Court is inclined to grant Plaintiffs' request for a stay of discovery, that **such a grant will neither shrink nor expand the scope of discovery beyond that which remains open per the orders of the Court [ECF 475], applicable rules, prior stipulations and agreements of the parties**.

**Defendants oppose Plaintiffs' *Ex Parte* Application to the extent it seeks to effect a modification of the scope of permissible discovery under the Court's Order dated March 31, 2026 [ECF No. 475.]** The conflict of representation on the part of Plaintiffs' current counsel does not provide good cause to reopen discovery that is already closed. Furthermore, there is no lack of clarity as to what fact discovery remains open per the Court's order. Thus, Defendants disagree with Plaintiffs' assertion that the Court's assistance is needed in determining the scope of discovery once the requested stay is ultimately lifted. The Court's order provides as follows:

> The court also orders that absent stipulation of the parties or leave of court, no new written discovery shall be propounded and new depositions to be noticed are limited to those for which the parties are already meeting and conferring and witnesses whose testimony is reasonably related to information from newly obtained documents. (ECF No. 475, p.3.)

The purpose of this stay is to preserve, not alter, the status quo, pending the resolution of plaintiffs' representation in this action.

Based on the foregoing Defendants:

1. Agree to plaintiffs' request that all non-expert and expert discovery and related obligations

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1

and deadlines be stayed effective immediately;

2. Agree to Plaintiffs' request that the stay shall remain in effect for no more than 180 days;

3. Request that the if the Court is inclined to stay discovery, that the Court expressly rule that that stay preserves status quo regarding the scope of remaining permissible discovery per Court Order dated March 31, 2026, and does not open or re-open discovery beyond this limit. (ECF No. 475.)

4. Request that the Court direct the parties to meet and confer and submit a joint proposal for re-calculation of the deadlines in the case schedule set forth in Court Order dated March 31, 2026 (ECF No. 475) within 14 days after the appearance of new counsel for Plaintiffs. Neither the direction of the Court to engage in this meet-and-confer process, nor the conduct thereof, shall ever amount to good cause in support of any request by Plaintiffs to expand or contract the scope of permissible discovery, as stated in ECF No. 475. If the parties cannot agree on deadlines in this meet-and-confer process, Defendants reserve the right to apply to the Court for an order setting these deadlines. The seeking of such an order shall again not affect the scope of permissible discovery.

Dated: July 29, 2026                    KRONICK MOSKOVITZ TIEDEMANN & GIRARD


                                        By: /s/ Alec D. Tyra
                                            Alec D. Tyra
                                            Attorneys for Defendant
                                            JOE A. LIZARRAGA

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

2

Dated:  July 29, 2026        MCNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP


By:  /s/ Daniel R. Mayer
     Peter J. Hirsig
     Daniel R. Mayer
     Maria Zhurnalova-Juppunov
     Attorneys for Defendants
     ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
     BROCKENBOROGH,  GIBSON, JOHNSON, R.
     JOHNSON, RAMKUMAR, ROBINSON, RUDAS, M.
     SMITH, C. SMITH, TOCHE, and WAINE

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE:  (707) 427-3998

3

Defendants' Joint Response to P's Ex Parte Application for Order Staying Discovery
Case No. 2:20-CV-0195 KJM CKD