DAVID W. TYRA, State Bar No. 116218
*dtyra@kmtg.com*
ALEC D. TYRA, State Bar No. 339922
*atyra@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendant Joseph A. Lizarraga

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On behalf of Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CDCR Correctional Officer ADAM ASMAN, ET AL.<br><br>　　　　　Defendants. | Case No. 2:20-cv-00195-DJC-CKD<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS SCHMITZ'S MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFFS**<br><br>Date:　　　September 10, 2026<br>Time:　　　9:30 a.m.<br>Crtrm.:　　7<br><br>Trial Date:　　　　None |

Defendant Kevin Kuich ("Defendant") files this Statement of Non-Opposition in response to Plaintiffs Schmitz's Motion to Be Relieved As Counsel for Plaintiffs, filed on July 20, 2026.  (ECF No. 481.)

DATED:  August 3, 2026　　　　　KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
　　　　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　　By: _____/s/ Alec D. Tyra_____
　　　　　　　　　　　　　　　　David W. Tyra
　　　　　　　　　　　　　　　　Alec D. Tyra
　　　　　　　　　　　　　　　　Attorneys for Defendant Joseph A. Lizarraga

4912-6834-4767.1 013864.029

DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS SCHMITZ'S MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFFS