PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BROCKENBOROGH, GIBSON, HEATLEY, J. JOHNSON, R.
JOHNSON, RAMKUMAR, ROBINSON, RUDAS, M. SMITH,
C. SMITH, TOCHE and WANIE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,

Plaintiffs,

vs.

ADAM ASMAN et al.,

Defendants.

Case No. 2:20-CV-00195-JAM-CKD

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' COUNSEL'S MOTION TO BE RELIEVED AS COUNSEL**

Date:        September 10, 2026
Time:        9:30 a.m.
Location:    Courtroom 7
             Sacramento Courthouse
             501 "I" Street
             Sacramento, CA 95814

Action Filed:  1/27/2020

Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BROCKENBOROGH, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, RAMKUMAR, ROBINSON, RUDAS, M. SMITH, C. SMITH, TOCHE and WANIE do not oppose the Motion to Withdraw as Counsel by Counsel for plaintiffs Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ, by and through his guardian ad litem Joseph Schmitz and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually by and through his guardian ad litem Joseph Schmitz; and DIANNE MALLIA, Individually (ECF 481).

Defs Stmt of Non-Oppos to Pls' Mtn to Withdraw
2:20-CV-00195-JAM-CKD

**Defendants do oppose most of the relief sought by the "Limited Opposition" filed by the guardian ad litem for plaintiff Thomas Schmitz, Joseph  Schmitz, and plaintiff Dianne Mallia (ECF 485). Defendants will submit their response/opposition to this Filing by guardian ad litem, Joseph Schmitz and plaintiff Dianne Mallia in a separate filing**.

Dated:  August 3, 2026

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP


By:  /s/ Maria Zhurnalova-Juppunov
_____
Peter J. Hirsig
Daniel R. Mayer
Maria Zhurnalova-Juppunov
Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BROCKENBOROGH, GIBSON, HEATLEY, J. JOHNSON, R. JOHNSON, RAMKUMAR, ROBINSON, RUDAS, M. SMITH, C. SMITH, TOCHE and WANIE

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533
TELEPHONE: (707) 427-3998

Defs Stmt of Non-Oppos to Pls' Mtn to Withdraw        2
2:20-CV-00195-JAM-CKD