PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
MARIA ZHURNALOVA-JUPPUNOV (State Bar No. 319004)
maria.zhurnalova-juppunov@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendants
ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
BROCKENBOROGH, GIBSON, J. JOHNSON, R. JOHNSON,
PONCIANO, RAMKUMAR, ROBINSON, RUDAS, M.
SMITH, C. SMITH, TOCHE, and WAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ASMAN, et al.,<br><br>Defendants. | Case No.: 2:20-CV-0195 DJC CKD<br><br>**DEFENDANTS' OPPOSITION TO GUARDIAN AD LITEM JOSEPH SCHMITZ'S "CLARIFICATION" REGARDING PLAINTIFFS' EX PARTE APPLICATION TO STAY DISCOVERY' [ECF 485-1]** |

Defendants ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN, BROCKENBOROGH, GIBSON, J. JOHNSON, R. JOHNSON, PONCIANO, RAMKUMAR, ROBINSON, RUDAS, M. SMITH, C. SMITH, TOCHE, and WANIE, Opposition to Guardian Ad Litem Joseph Schmitz's "Clarification" Regarding Plaintiffs' Ex Parte Application To Stay Discovery [ECF 485-1].

First, Dr. Joseph Schmitz, as Guardian ad Litem, has no authority to file motions or supplement motions filed by counsel of record for Plaintiff Thomas Schmitz, including the Ex Parte

Defendants' Oppos to GAL J. Schmitz's Clarification Re
P's Ex Parte Application for Order Staying Discovery
Case No. 2:20-CV-0195 DJC CKD

Application at issue [ECF No. 483]. A non-attorney may not practice law by engaging in law-and-motion practice on behalf of another litigant.

Second, as submitted, Defendants' Response to the Ex Parte Application for a Discovery Stay [ECF 484], Defendants agree only to a stay that preserves the status quo regarding the scope of remaining permissible discovery. The scope of fact discovery that remains open has already been decided by the Court's Ruling on Plaintiffs' Motion to Modify the Scheduling Order dated March 31, 2026 [ECF 475].

Third, there is no good cause to reopen closed discovery to permit additional written discovery that Plaintiffs have had almost three years to propound. Moreover, Joseph Schmitz may not propound discovery on behalf of Plaintiff Thomas Schmitz. When a party is represented, only the attorney of record may litigate the case and propound discovery. Here, that is not possible because of Plaintiffs' counsel's conflict of interest, which necessitates counsel's withdrawal from the representation. These grounds will be addressed in greater detail in Defendants' Response/Opposition to the "Limited Opposition" filed by Guardian ad Litem Joseph Schmitz and Plaintiff Dianne Mallia [ECF No. 485].

Dated:  August 3, 2026          MCNAMARA, AMBACHER, WHEELER,
                                HIRSIG & GRAY LLP


                                By: /s/ Maria Zhurnalova-Juppunov
                                    Peter J. Hirsig
                                    Daniel R. Mayer
                                    Maria Zhurnalova-Juppunov
                                    Attorneys for Defendants
                                    ADAMS, ANDALUZ, ASHE, ASMAN, BRANMAN,
                                    BROCKENBOROGH, GIBSON, JOHNSON, R.
                                    JOHNSON, RAMKUMAR, ROBINSON, RUDAS, M.
                                    SMITH, C. SMITH, TOCHE, and WAINE

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1
Defendants' Oppos to GAL J. Schmitz's Clarification Re
P's Ex Parte Application for Order Staying Discovery
Case No. 2:20-CV-0195 DJC CKD