DAVID W. TYRA, State Bar No. 116218
dtyra@kmtg.com
ALEC D. TYRA, State Bar No. 339922
atyra@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendant Joseph A. Lizarraga

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| On behalf of Estate of WILLIAM SCHMITZ, deceased, by and through THOMAS J. SCHMITZ and DIANNE MALLIA, as Successors in Interest; THOMAS SCHMITZ, Individually; and DIANNE MALLIA, Individually,<br><br>            Plaintiffs,<br><br>       v.<br><br>CDCR Correctional Officer ADAM ASMAN, ET AL.<br><br>            Defendants. | Case No. 2:20-cv-00195-DJC-CKD<br><br>**DEFENDANT'S JOINDER IN OPPOSITION** |

        Defendant Joseph A. Lizarraga joins in full to Defendants Adams, Andaluz, Ashe, Asman, Branman, Brockenborough, Gibson, Johnson, Johnson, Ponciano, Ramkumar Robinson, Rudas, Smith, Toche, and Waine's Opposition (Dkt. 489) to the Guardian Ad Litem's recent filing (Dkt. 485).

DATED:  August 3, 2026

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____/s/ Alec D. Tyra_____
David W. Tyra
Alec D. Tyra
Attorneys for Defendant Joseph A. Lizarraga

4912-6834-4767.1 013864.029

DEFENDANT'S JOINDER IN OPPOSITION